# **EXHIBIT A**

**From:** Christos Economakis <ceconomakis@icloud.com>

**Date:** Friday, April 21, 2023 at 4:09 AM
**To:** Bethany Benes <bbenes@bethunebenes.com>
**Subject:** Fwd: D819 Fraud

Please find below my email to the D819 bankruptcy trustee and his attorney.

If you need a deposition please let me know.

Sincerely,

Christos Economakis

Begin forwarded message:

**From:** Christos Economakis <ceconomakis@icloud.com>
**Date:** 14 April 2023 at 17:07:27 GMT+3
**To:** jfasano@mhlawyers.com, ysnore@aol.com
**Subject: Re: D819 Fraud**

Dear Mr. Ross

Thank you for speaking with me today and presenting your point. I shall look forward to your feedback next week after you discuss with your attorney.

However, it is a little bit perplexing that you're telling me there's not much you can do when this company was set up on false pretenses, I was never in the country when this document was signed and that's definitely not my signature. I have never provided any identification that is real to the set up of the organization and I've never received any funds from this company.

Under section 7 part D of the agreement of the shareholders it says their indemnification is void if this company is based on fraud, gross negligence, and willful misconduct. Obviously forging my signature, not informing me about the creation of the entity and transferring money to a third-party yet sending a K-1 to my name should fit under fraud and miss management at the least.

Sincerely,

Christos Economakis