# **EXHIBIT B**

**From:** Christos Economakis <ceconomakis@icloud.com>

**Date:** Wednesday, March 8, 2023 at 9:50 AM
**To:** Bethany Benes <bbenes@bethunebenes.com>
**Subject:** Fwd: 819 d st urgent

Dear Ms. Benes,

Thank you for the email. I almost dropped dead.

That is not my signature and it seems that my brother and sister in law are hiding assets. He has used my dying father for loans and hiding assets then went onto me.

Andrew did a bankruptcy in 2018 and these are not the only false transfer he did he avoid liabilities.

My personal tax implications and potential federal issues are enormous.

I would like to discuss with you after I send to you all the additional details.

Below is an email I sent to the accountant who distributed the funds.

Sincerely,

Christos Economakis

Begin forwarded message:

**From:** Christos Economakis <ceconomakis@icloud.com>
**Date:** 8 March 2023 at 16:42:26 GMT+2
**To:** dwahlberg@bdo.com
**Subject: 819 d st urgent**

Dear Daniel,

I just spoke to Miss Benes who is the plaintiffs attorney against Rubins and the D St. project.

She also forwarded to me documents that showed I got a pay out of $170,000 in 2017.
My name is Christos Economakis I never signed on to this project, I never received the payout, and I didn't know anything about it.
This was a fraud perpetrated by someone inside the company to hide assets.

I would like to discuss with you if you have a bank account that the money went to.

Please find below a copy of my old passport, my new passport.

Please email me so we can discuss at your earliest convenience

<image003.jpg>

Sincerely,

Christos Economakis