# EXHIBIT E

VIRGINIA

IN THE CIRCUIT COURT FOR FAIRFAX COUNTY

| | |
|---|---|
| **KARL GARCIA**<br>*Plaintiff,*<br><br>v.<br><br>**THE RUBIN GROUP LLC,** *et al.*<br>*Defendants.* | )<br>)<br>)<br>)   Case No. CL-2020-17040<br>)<br>)<br>)<br>) |

### ORDER

THIS MATTER came before the Court upon the Third Motion to Compel and for Sanctions against 819D LLC (the "**Motion for Sanctions**") filed by Plaintiff Karl Garcia, the Opposition thereto filed by Defendant 819D LLC, and the oral argument of counsel for the parties on May 20, 2022;

IT APPEARING TO THE COURT that sanctions are warranted against 819D LLC pursuant to Va. Sup. Ct. Rule 4:12 for 819D LLC's continuous violations of the Rules of the Virginia Supreme Court and this Court's prior Order dated February 4, 2022;

IT IS HEREBY ORDERED as follows:

(i)  819D LLC is in violation of this Court's February 4, 2022 Order;

(ii) The Motion for Sanctions is GRANTED;

(iii) 819D LLC shall provide full and complete unredacted responses to 3rd Request Nos. 22 and 26 within seven (7) days of this Order;

(iv) 819D LLC shall provide full and complete unredacted responses to 4th Request Nos. 15, 16, and 17 within seven (7) days of this Order, including but not limited to 819D LLC's company books and records, Quickbook files (in native format), and bank statements;

(v) An award of attorney's fees are granted in the amount of $9,532.50 in favor of Karl Garcia and against 819D LLC. 819D LLC shall pay $9,532.50 to Mr. Garcia within thirty (30) days of this Order;

IT IS HEREBY FURTHER ORDERED that the further sanctions relief requested in the Motion for Sanctions is hereby preserved and may be renewed in the event 819D LLC does not fully comply with this Order.

THIS MATTER CONTINUES.

ENTERED THIS 20th DAY OF MAY 2022.

Hon. Grace B. Carroll

SEEN AND Agreed:

*Bethany R. Benes* (Va. Bar No. 85408)
**Bethune Benes, PLLC**
3975 Fair Ridge Drive
South Terrace Suite 25C
Fairfax, Virginia 22030
Tel.: (703) 260-9322
bbenes@bethunebenes.com
*Counsel for Plaintiff*

SEEN AND Objected to for the reasons stated in 819D LLC's Opposition to Plaintiff's Motion and for the reasons stated in open court, including the extent to which this Order and prior Orders direct 819D LLC to produce documents that do not exist or that are not within its possession, custody, control, or ability to obtain:

/s/ Mark Crawford

Mark Crawford, Esq.
Law Offices of
Mark D. Crawford, PLLC
mcrawford@mdc-law.com
*Counsel for 819D LLC*