### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | |
| 819D LLC, | ) | Case No. 22-00101-ELG |
| | ) | |
| Debtor. | ) | |
| | ) | |

## ORDER GRANTING MOTION OF KARL GARCIA TO DISMISS CHAPTER 7 CASE

This matter came before the Court on the Motion ("Motion") to Dismiss Chapter 7 Case filed by creditor Karl Garcia ("Mr. Garcia"). In the Motion, Mr. Garcia seeks dismissal of the above-captioned bankruptcy case for "cause" under Bankruptcy Code § 707(a) based on bad faith.

Upon consideration of the of the Motion this Court finds that notice of the Motion is adequate as given, that the relief requested would be in the best interest of the creditors, and that cause exists to grant the relief requested. Upon further consideration it is hereby:

**ORDERED** that the Motion is **GRANTED IN ITS ENTIRETY**; and it is

**FURTHER ORDERED** that Bankruptcy Case No. 22-00101, *In re 819D LLC*, is **DISMISSED**; and it is

CORE/3525930.0002/183826571.1

**FURTHER ORDERED** that all removed cases currently pending as adversary proceedings (Adv. Proc. Nos. 22-10009, 22-10010, and 22-10012) shall be remanded to the courts from which they were removed; and it is

**FURTHER ORDERED** that all other related adversary proceedings (Adv. Proc. No. 23-10009) shall be dismissed.

**WE ASK FOR THIS:**

/s/ Tracey M. Ohm
Marc E. Albert, No. 345181
Tracey M. Ohm, No. 982727
STINSON LLP
1775 Pennsylvania Ave., N.W., Suite 800
Washington, DC 20006
Tel. (202) 785-9100
Fax (202) 572-9943
marc.albert@stinson.com; tracey.ohm@stinson.com

and

Bethany R. Benes (Va. Bar No. 85408;
DC Bar No. 1686123)
*Admitted Pro Hac Vice*
BETHUNE BENES, PLLC
3975 Fair Ridge Drive
South Terrace Suite 25C
Fairfax, Virginia 22033

*Attorneys for Karl Garcia*

Copies to:

All entities on the Court's mailing list.