Marc E. Albert, No. 345181
Tracey M. Ohm, No. 982727
STINSON LLP
1775 Pennsylvania Ave., N.W., Suite 800
Washington, DC 20006
Tel. (202) 728-3020
Fax (202) 572-9943
marc.albert@stinson.com
tracey.ohm@stinson.com

and

Bethany R. Benes (Va. Bar No. 85408; DC Bar No. 1686123)
*Admitted Pro Hac Vice*
BETHUNE BENES, PLLC
3975 Fair Ridge Drive
South Terrace Suite 25C
Fairfax, Virginia 22033
Tel.: (703) 260-9322
bbenes@bethunebenes.com

*Counsel for Karl Garcia*

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| In re | ) | Chapter 7 |
|  | ) |  |
| 819D LLC, | ) | Case No. 22-00101-ELG |
|  | ) |  |
| Debtor. | ) | **Hearing Date: Sept. 7, 2023** |
|  | ) | **Hearing Time: 9:00 a.m.** |

**NOTICE OF MOTION OF KARL GARCIA TO DISMISS CHAPTER 7 CASE,
NOTICE OF OPPORTUNITY TO OBJECT, AND NOTICE OF HEARING**

**PLEASE TAKE NOTICE** that creditor Karl Garcia ("Mr. Garcia") has filed a Motion to Dismiss Chapter 7 Case (the "Motion"). In the Motion, Mr. Garcia seeks dismissal of the above-captioned bankruptcy case above-captioned bankruptcy case for "cause" under Bankruptcy Code § 707(a) on the basis of bad faith (the "**Motion**").

Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.) If you do not want the Court to grant the relief sought in the Motion, or if you want the Court to consider your views on the matter, then: on or before **September 5, 2023**, you or your attorney must file with the Court a written objection to the Motion. The objection must be filed with the:

CORE/3525930.0002/183825947.1

Clerk of the Bankruptcy Court
E. Barrett Prettyman U.S. Courthouse
3rd and Constitution Avenue, N.W.
Washington, D.C. 20001

You may append affidavits and documents in support of your objection. If you mail your objection to the Court for filing, you must mail it early enough so the Court will receive it on or before the date stated above.

You must also mail a copy of your objection to:

Marc E. Albert
Tracey M. Ohm
Stinson LLP
1775 Pennsylvania, NW, Suite 800
Washington, DC 20006

and

Bethany R. Benes, Esq.
Bethune Benes, PLLC
3975 Fair Ridge Drive
South Terrace Suite 25C
Fairfax, Virginia 22033

If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the motion and may enter an order granting relief. The Court may grant the Motion without a hearing if the objection filed states inadequate grounds for denial of the relief sought in the Motion. Parties in interest with questions may contact the undersigned.

## NOTICE OF HEARING ON MOTION

PLEASE TAKE NOTICE that a hybrid hearing will be held on **September 7, 2023 at 9:00 a.m.** on the Motion of Karl Garcia to Dismiss Chapter 7 Case both in Courtroom 1, United States Courthouse, 333 Constitution Ave NW, Washington, DC 20001 and by Zoom for Government. Parties should contact Aimee_Mathewes@dcb.uscourts.gov for Zoom information. Parties in interest with other questions may contact the undersigned.

Dated: August 15, 2023                    Respectfully submitted,

/s/ Tracey M. Ohm
Marc E. Albert, No. 345181
Tracey M. Ohm, No. 982727
STINSON LLP
1775 Pennsylvania Ave., N.W., Suite 800
Washington, DC 20006
Tel. (202) 728-3020; Fax (202) 572-9999

2

marc.albert@stinson.com
tracey.ohm@stinson.com

and

Bethany R. Benes (Va. Bar No. 85408;
DC Bar No. 1686123)
*Admitted Pro Hac Vice*
BETHUNE BENES, PLLC
3975 Fair Ridge Drive
South Terrace Suite 25C
Fairfax, Virginia 22033
Tel.: (703) 260-9322
bbenes@bethunebenes.com

*Counsel for Karl Garcia*

### CERTIFICATE OF SERVICE

    I certify that a true and correct copy of the Notice of Motion of Karl Garcia to Dismiss Chapter 7 Case, Notice of Opportunity to Object, and Notice of Hearing was served by first class mail, postage prepaid on August 15, 2023, upon all of the parties on the Debtor's mailing matrix maintained by the Court as it appeared on the this same day. In addition, copies were served by first class mail, postage prepaid on August 15, 2023, upon all parties who received copies of the Motion.

Dated:  August 15, 2023                         /s/ Tracey M. Ohm
                                                                    Tracey M. Ohm

CORE/3525930.0002/183825947.1