Fill in this information to identify the case:

Debtor name: **819D LLC**

United States Bankruptcy Court for the: DISTRICT OF DISTRICT OF COLUMBIA

Case number (if known): 22-00101-ELG

☐ Check if this is an amended filing

Official Form 206Sum
# Summary of Assets and Liabilities for Non-Individuals 12/15

## Part 1: Summary of Assets

1. *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

    1a. **Real property:**
    Copy line 88 from *Schedule A/B*..................................................................................... $ **0.00**

    1b. **Total personal property:**
    Copy line 91A from *Schedule A/B*................................................................................... $ **19,904,748.61**

    1c. **Total of all property:**
    Copy line 92 from *Schedule A/B*...................................................................................... $ **19,904,748.61**

## Part 2: Summary of Liabilities

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*................................. $ **0.00**

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*......................................... $ **0.00**

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*............. +$ **5,786,550.58**

4. **Total liabilities** ..............................................................................................................
    Lines 2 + 3a + 3b $ **5,786,550.58**

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **819D LLC** |
| United States Bankruptcy Court for the: | DISTRICT OF DISTRICT OF COLUMBIA |
| Case number (if known) | 22-00101-ELG |

☐ Check if this is an amended filing

# Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property  12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1: Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ☑ Yes Fill in the information below.

   All cash or cash equivalents owned or controlled by the debtor — Current value of debtor's interest

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | Sandy Spring Bank<br>17801 Georgia Avenue<br>Olney, MD 20832 | Checking | 0185 | $356.06 |

4. **Other cash equivalents** *(Identify all)*

| | | | | |
|---|---|---|---|---|
| 4.1. | EagleBank<br>7735 Old Georgetown Road<br>Suite 100<br>Bethesda, MD 20814 | | | $365,008.42 |

5. **Total of Part 1.**  $365,364.48
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

### Part 2: Deposits and Prepayments

6. **Does the debtor have any deposits or prepayments?**

   ☑ No. Go to Part 3.
   ☐ Yes Fill in the information below.

### Part 3: Accounts receivable

10. **Does the debtor have any accounts receivable?**

    ☑ No. Go to Part 4.
    ☐ Yes Fill in the information below.

Debtor   **819D LLC**  
        Name

Case number *(If known)* **22-00101-ELG**

## Part 4: Investments

**13. Does the debtor own any investments?**

■ No. Go to Part 5.  
☐ Yes Fill in the information below.

## Part 5: Inventory, excluding agriculture assets

**18. Does the debtor own any inventory (excluding agriculture assets)?**

■ No. Go to Part 6.  
☐ Yes Fill in the information below.

## Part 6: Farming and fishing-related assets (other than titled motor vehicles and land)

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No. Go to Part 7.  
☐ Yes Fill in the information below.

## Part 7: Office furniture, fixtures, and equipment; and collectibles

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

■ No. Go to Part 8.  
☐ Yes Fill in the information below.

## Part 8: Machinery, equipment, and vehicles

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

■ No. Go to Part 9.  
☐ Yes Fill in the information below.

## Part 9: Real property

**54. Does the debtor own or lease any real property?**

■ No. Go to Part 10.  
☐ Yes Fill in the information below.

## Part 10: Intangibles and intellectual property

**59. Does the debtor have any interests in intangibles or intellectual property?**

■ No. Go to Part 11.  
☐ Yes Fill in the information below.

## Part 11: All other assets

**70. Does the debtor own any other assets that have not yet been reported on this form?**  
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.  
■ Yes Fill in the information below.

**Current value of debtor's interest**

71. **Notes receivable**

| | | |
|---|---|---|
| Debtor | **819D LLC** | Case number *(If known)* **22-00101-ELG** |
| | Name | |

Description (include name of obligor)

| 72. | **Tax refunds and unused net operating losses (NOLs)** <br> Description (for example, federal, state, local) | |
|---|---|---:|
| 73. | **Interests in insurance policies or annuities** <br> **Named additional insured on three insurance policies owned by Potomac Construction Group with Erie Insurance Exchange (Policy Q32 0171690 CGL ; Policy Q32 0101984 Umbrella; Policy Q44 0130654 Builder's Risk) (Total policy value $16,200,000)** | $16,200,000.00 |
| | **Insurance Policy with Harford Mutual Insurance Group (umbrella policy for $1 million per occurrence/$3 million in the aggregate)** | $3,000,000.00 |
| 74. | **Causes of action against third parties (whether or not a lawsuit has been filed)** <br> **Judgment in the amount of $339,384.13 against Potomac Construction Group (819D LLC v. Potomac Construction Group, LLC, United States District Court for the District of Columbia (Case No. 1:19-cv-0080)** <br> **Nature of claim** <br> **Amount requested**    $0.00 | $339,384.13 |
| 75. | **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims** | |
| 76. | **Trusts, equitable or future interests in property** | |
| 77. | **Other property of any kind not already listed** *Examples:* Season tickets, country club membership | |
| 78. | **Total of Part 11.** <br> Add lines 71 through 77. Copy the total to line 90. | $19,539,384.13 |
| 79. | **Has any of the property listed in Part 11 been appraised by a professional within the last year?** <br> ■ No <br> ☐ Yes | |

Debtor  **819D LLC**
Name

Case number *(If known)* **22-00101-ELG**

## Part 12: Summary

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---:|---:|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $365,364.48 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9*..........................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $19,539,384.13 | |
| 91. **Total.** Add lines 80 through 90 for each column | $19,904,748.61 | + 91b. $0.00 |

92. **Total of all property on Schedule A/B**. Add lines 91a+91b=92                                    $19,904,748.61

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property   12/15

**Be as complete and accurate as possible.**

**1. Do any creditors have claims secured by debtor's property?**

■ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims  12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1: List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|     |     | Total claim | Priority amount |
|-----|-----|-------------|-----------------|
| 2.1 | Priority creditor's name and mailing address<br>**District of Columbia Treasurer**<br>**Office of Tax and Revenue**<br>**P.O. Box 37559**<br>**Washington, DC 20013**<br><br>Date or dates debt was incurred<br><br>Last 4 digits of account number<br><br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:<br>**Taxes**<br><br>Is the claim subject to offset?<br>■ No<br>☐ Yes | $0.00 | $0.00 |
| 2.2 | Priority creditor's name and mailing address<br>**Internal Revenue Service**<br>**Centralized Insolvency Operati**<br>**Post Office Box 7346**<br>**Philadelphia, PA 19101**<br><br>Date or dates debt was incurred<br><br>Last 4 digits of account number<br><br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:<br>**Taxes**<br><br>Is the claim subject to offset?<br>■ No<br>☐ Yes | $0.00 | $0.00 |

### Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

| 3.1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|
| | **2233-40th Partners LLC**<br>**3704 Military Road, NW**<br>**Washington, DC 20015** | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred __ | | |
| | Last 4 digits of account number __ | **Basis for the claim:** **Co-Defendant in pending litigation (Garcia v. The Rubin Group LLC et al., Fairfax County Circuit Court, Case No. CL-2020-17040)** | |
| | | Is the claim subject to offset?   ■ No   ☐ Yes | |

| 3.2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|
| | **638 Newton Partners LLC**<br>**3704 Military Road, NW**<br>**Washington, DC 20015** | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred __ | | |
| | Last 4 digits of account number __ | **Basis for the claim:** **Co-Defendant in pending litigation (Garcia v. The Rubin Group LLC et al., Fairfax County Circuit Court, Case No. CL-2020-17040)** | |
| | | Is the claim subject to offset?   ■ No   ☐ Yes | |

| 3.3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|
| | **819 Capital LLC**<br>**3704 Military Road, NW**<br>**Washington, DC 20015** | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred __ | | |
| | Last 4 digits of account number __ | **Basis for the claim:** **Co-Defendant in pending litigation (Garcia v. The Rubin Group LLC et al., Fairfax County Circuit Court, Case No. CL-2020-17040)** | |
| | | Is the claim subject to offset?   ■ No   ☐ Yes | |

| 3.4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$298,484.32** |
|---|---|---|---|
| | **Andrew Rubin**<br>**1423 Sharps Point Road**<br>**Annapolis, MD 21409** | ■ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | | |
| | Last 4 digits of account number __ | **Basis for the claim:** **Indemnification; Co-Defendant in pending litigation (Garcia v. The Rubin Group LLC et al., Fairfax County Circuit Court, Case No. CL-2020-17040)** | |
| | | Is the claim subject to offset?   ■ No   ☐ Yes | |

| 3.5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$199.00** |
|---|---|---|---|
| | **Business Filings Incorporated of DE**<br>**1015 15th Street NW**<br>**Suite 1000**<br>**Washington, DC 20005** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | | |
| | Last 4 digits of account number __ | **Basis for the claim:** **Services as registered agent** | |
| | | Is the claim subject to offset?   ■ No   ☐ Yes | |

| 3.6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|
| | **Canal View Holdings LLC**<br>**1423 Sharps Point Road**<br>**Annapolis, MD 21409** | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred __ | | |
| | Last 4 digits of account number __ | **Basis for the claim:** **Co-Defendant in pending litigation (Garcia v. The Rubin Group LLC et al., Fairfax County Circuit Court, Case No. CL-2020-17040)** | |
| | | Is the claim subject to offset?   ■ No   ☐ Yes | |

| 3.7 | Nonpriority creditor's name and mailing address<br>**Christos Economakis**<br>**5058 Joewood Drive**<br>**Sanibel, FL 33957**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>■ Disputed<br><br>Basis for the claim: **Co-Defendant in pending litigation (Garcia v. The Rubin Group LLC et al., Fairfax County Circuit Court, Case No. CL-2020-17040)**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
|---|---|---|

| 3.8 | Nonpriority creditor's name and mailing address<br>**Gregory Auger II**<br>**2320 Wisconsin Ave. NW**<br>**Unit 312**<br>**Washington, DC 20007**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>■ Disputed<br><br>Basis for the claim: **Co-Defendant in pending litigation (Garcia v. The Rubin Group LLC et al., Fairfax County Circuit Court, Case No. CL-2020-17040)**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
|---|---|---|

| 3.9 | Nonpriority creditor's name and mailing address<br>**Gregory Auger III**<br>**2320 Wisconsin Ave. NW**<br>**Unit 312**<br>**Washington, DC 20007**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>■ Disputed<br><br>Basis for the claim: **Co-Defendant in pending litigation (Garcia v. The Rubin Group LLC et al., Fairfax County Circuit Court, Case No. CL-2020-17040)**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
|---|---|---|

| 3.10 | Nonpriority creditor's name and mailing address<br>**Harford Mutual Insurance Group**<br>**200 North Main Street**<br>**Bel Air, MD 21014**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **For notice purposes only**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
|---|---|---|

| 3.11 | Nonpriority creditor's name and mailing address<br>**Jeffrey Houle**<br>**1221 Merchant Lane**<br>**Mc Lean, VA 22101**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>■ Disputed<br><br>Basis for the claim: **Co-Defendant in pending litigation (Garcia v. The Rubin Group LLC et al., Fairfax County Circuit Court, Case No. CL-2020-17040)**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
|---|---|---|

| 3.12 | Nonpriority creditor's name and mailing address<br>**K Street Holdings LLC**<br>**3704 Military Road, NW**<br>**Washington, DC 20015**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>■ Disputed<br><br>Basis for the claim: **Co-Defendant in pending litigation (Garcia v. The Rubin Group LLC et al., Fairfax County Circuit Court, Case No. CL-2020-17040)**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
|---|---|---|

| Debtor | 819D LLC | Case number (if known) | 22-00101-ELG |
|---|---|---|---|
| | Name | | |

### 3.13
**Nonpriority creditor's name and mailing address**
**Karl Garcia**
**275 Giralda Avenue**
**Unit 5C**
**Miami, FL 33134**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.     **$4,575,000.00**
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Breach of contract and other claims in pending litigation (Garcia v. 819D LLC et al., DC Superior Court, Case No. 2020 CA 002540B)**

Is the claim subject to offset? ■ No ☐ Yes

### 3.14
**Nonpriority creditor's name and mailing address**
**Law Offices of Mark D. Crawford PLLC**
**1005 North Glebe Road**
**Suite 210**
**Arlington, VA 22201**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.     **$167,292.26**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Legal Services**

Is the claim subject to offset? ■ No ☐ Yes

### 3.15
**Nonpriority creditor's name and mailing address**
**Liliana Economakis**
**5058 Joewood Drive**
**Sanibel, FL 33957**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.     **Unknown**
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Co-Defendant in pending litigation (Garcia v. The Rubin Group LLC et al., Fairfax County Circuit Court, Case No. CL-2020-17040)**

Is the claim subject to offset? ■ No ☐ Yes

### 3.16
**Nonpriority creditor's name and mailing address**
**Long & Foster Real Estate, Inc.**
**1428 U Street**
**Suite 300**
**Washington, DC 20007**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.     **Unknown**
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Co-Defendant in pending litigation (Garcia v. 819D LLC et al., DC Superior Court, Case No. 2020 CA 002540B)**

Is the claim subject to offset? ■ No ☐ Yes

### 3.17
**Nonpriority creditor's name and mailing address**
**Michelle Tygier**
**3704 Military Road, NW**
**Washington, DC 20015**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.     **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Indemnification; co-defendant in in pending litigation (Garcia v. The Rubin Group LLC et al., Fairfax County Circuit Court, Case No. CL-2020-17040)**

Is the claim subject to offset? ■ No ☐ Yes

### 3.18
**Nonpriority creditor's name and mailing address**
**Potomac Construction Group**
**7960 Old Georgetown Road**
**Suite 1-C**
**Bethesda, MD 20814**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.     **Unknown**
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Co-Defendant in pending litigation (Garcia v. 819D LLC et al., DC Superior Court, Case No. 2020 CA 002540B)**

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | 819D LLC | Case number (if known) | 22-00101-ELG |
|---|---|---|---|
| | Name | | |

| 3.19 | Nonpriority creditor's name and mailing address<br>**Regua LLC**<br>**2320 Wisconsin Ave. NW**<br>**Unit 312**<br>**Washington, DC 20007**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>■ Disputed<br><br>Basis for the claim: **Co-Defendant in pending litigation (Garcia v. 819D LLC et al., DC Superior Court, Case No. 2020 CA 002540B)**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
|---|---|---|
| 3.20 | Nonpriority creditor's name and mailing address<br>**Robert Rubin**<br>**3704 Military Road, NW**<br>**Washington, DC 20015**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>■ Disputed<br><br>Basis for the claim: **Co-Defendant in in pending litigation (Garcia v. The Rubin Group LLC et al., Fairfax County Circuit Court, Case No. CL-2020-17040)**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| 3.21 | Nonpriority creditor's name and mailing address<br>**Sanctuary Condominium Unit Owners Assoc.**<br>**819 D Street NE**<br>**Suite #26**<br>**Washington, DC 20002**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>■ Disputed<br><br>Basis for the claim: **Breach of Warranty claim pending before the DC Superior Court (Case No. 2021 CA 004683B)**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$745,575.00** |
| 3.22 | Nonpriority creditor's name and mailing address<br>**South Glebe LLC**<br>**3704 Military Road, NW**<br>**Washington, DC 20015**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>■ Disputed<br><br>Basis for the claim: **Co-Defendant in pending litigation (Garcia v. The Rubin Group LLC et al., Fairfax County Circuit Court, Case No. CL-2020-17040)**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| 3.23 | Nonpriority creditor's name and mailing address<br>**The Rubin Group LLC**<br>**3704 Military Road, NW**<br>**Washington, DC 20015**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>■ Disputed<br><br>Basis for the claim: **Co-Defendant in pending litigation (Garcia v. The Rubin Group LLC et al., Fairfax County Circuit Court, Case No. CL-2020-17040)**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| 3.24 | Nonpriority creditor's name and mailing address<br>**Thomas D. Madison**<br>**8719 Mount Vernon Highway**<br>**Alexandria, VA 22309**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>■ Disputed<br><br>Basis for the claim: **Co-Defendant in pending litigation (Garcia v. The Rubin Group LLC et al., Fairfax County Circuit Court, Case No. CL-2020-17040)**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |

| Debtor | 819D LLC | Case number (if known) | 22-00101-ELG |
|---|---|---|---|
| | Name | | |

| 3.25 | **Nonpriority creditor's name and mailing address**<br>**TR Holdings LLC**<br>**3704 Military Road, NW**<br>**Washington, DC 20015**<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>■ Disputed<br>**Basis for the claim:** **Co-Defendant in pending litigation (Garcia v. The Rubin Group LLC et al., Fairfax County Circuit Court, Case No. CL-2020-17040)**<br>Is the claim subject to offset? ■ No  ☐ Yes | **Unknown** |
|---|---|---|---|
| 3.26 | **Nonpriority creditor's name and mailing address**<br>**TRG Development LLC**<br>**3704 Military Road, NW**<br>**Washington, DC 20015**<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>■ Disputed<br>**Basis for the claim:** **Co-Defendant in pending litigation (Garcia v. The Rubin Group LLC et al., Fairfax County Circuit Court, Case No. CL-2020-17040)**<br>Is the claim subject to offset? ■ No  ☐ Yes | **Unknown** |
| 3.27 | **Nonpriority creditor's name and mailing address**<br>**Urban Pace**<br>**1428 U Street**<br>**Suite 300**<br>**Washington, DC 20007**<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>■ Disputed<br>**Basis for the claim:** **Co-Defendant in pending litigation (Garcia v. 819D LLC et al., DC Superior Court, Case No. 2020 CA 002540B)**<br>Is the claim subject to offset? ■ No  ☐ Yes | **Unknown** |
| 3.28 | **Nonpriority creditor's name and mailing address**<br>**Woodmore Partners LLC**<br>**3704 Military Road, NW**<br>**Washington, DC 20015**<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>■ Disputed<br>**Basis for the claim:** **Co-Defendant in pending litigation (Garcia v. The Rubin Group LLC et al., Fairfax County Circuit Court, Case No. CL-2020-17040)**<br>Is the claim subject to offset? ■ No  ☐ Yes | **Unknown** |

**Part 3:  List Others to Be Notified About Unsecured Claims**

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Alexander M. Laughlin, Esq.**<br>**Odin Feldman Pittleman, PC**<br>**1775 Wiehle Avenue**<br>**Suite 400**<br>**Reston, VA 20190** | Line **3.8**<br>☐ Not listed. Explain ____ | __ |

| Debtor | 819D LLC | | Case number (if known) | 22-00101-ELG |
|---|---|---|---|---|
| | Name | | | |

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.2 | **Alexander M. Laughlin, Esq.**<br>**Odin Feldman Pittleman, PC**<br>**1775 Wiehle Avenue**<br>**Suite 400**<br>**Reston, VA 20190** | Line __3.9__<br>☐ Not listed. Explain ____ | _ |
| 4.3 | **Alexander M. Laughlin, Esq.**<br>**Odin Feldman Pittleman, PC**<br>**1775 Wiehle Avenue**<br>**Suite 400**<br>**Reston, VA 20190** | Line __3.27__<br>☐ Not listed. Explain ____ | _ |
| 4.4 | **Alexander M. Laughlin, Esq.**<br>**Odin Feldman Pittleman, PC**<br>**1775 Wiehle Avenue**<br>**Suite 400**<br>**Reston, VA 20190** | Line __3.19__<br>☐ Not listed. Explain ____ | _ |
| 4.5 | **Bethany Benes, Esq.**<br>**Bethune Benes, PLLC**<br>**3975 Fair Ridge Drive**<br>**South Terrace, Suite 25C**<br>**Fairfax, VA 22033** | Line __3.13__<br>☐ Not listed. Explain ____ | _ |
| 4.6 | **Bradley M. Barna, Esq.**<br>**Chadwick Washington Moriarty**<br>**3201 Jermantown Road**<br>**Suite 600**<br>**Fairfax, VA 22030** | Line __3.21__<br>☐ Not listed. Explain ____ | _ |
| 4.7 | **Charles Peoples**<br>**Thomas, Thomas & Hafer LLP**<br>**1025 Connecticut Ave., NW**<br>**Suite 608**<br>**Washington, DC 20036** | Line __3.10__<br>☐ Not listed. Explain ____ | _ |
| 4.8 | **Christopher A. Glaser, Esq.**<br>**Jackson & Campbell**<br>**2300 N Street NW**<br>**Suite 300**<br>**Washington, DC 20037** | Line __3.4__<br>☐ Not listed. Explain ____ | _ |
| 4.9 | **Douglas E. McKinley, Esq.**<br>**P.O. Box 7395**<br>**Alexandria, VA 22307** | Line __3.24__<br>☐ Not listed. Explain ____ | _ |
| 4.10 | **Ian J. McElhaney, Esq.**<br>**Blankingship & Keith**<br>**4020 University Drive**<br>**Suite 300**<br>**Fairfax, VA 22030** | Line __3.11__<br>☐ Not listed. Explain ____ | _ |
| 4.11 | **John A.C. Keith, Esq.**<br>**Blankingship & Keith**<br>**4020 University Drive**<br>**Suite 300**<br>**Fairfax, VA 22030** | Line __3.11__<br>☐ Not listed. Explain ____ | _ |

| | **Name and mailing address** | **On which line in Part1 or Part 2 is the related creditor (if any) listed?** | **Last 4 digits of account number, if any** |
|---|---|---|---|
| 4.12 | **Lauren H. Mills, Esq.**<br>**Samek Werther Mills, LLC**<br>**2000 Duke Street**<br>**Suite 300**<br>**Alexandria, VA 22314** | Line **3.17**<br>☐ Not listed. Explain ____ | _ |
| 4.13 | **Lauren H. Mills, Esq.**<br>**Samek Werther Mills, LLC**<br>**2000 Duke Street**<br>**Suite 300**<br>**Alexandria, VA 22314** | Line **3.23**<br>☐ Not listed. Explain ____ | _ |
| 4.14 | **Lauren H. Mills, Esq.**<br>**Samek Werther Mills, LLC**<br>**2000 Duke Street**<br>**Suite 300**<br>**Alexandria, VA 22314** | Line **3.3**<br>☐ Not listed. Explain ____ | _ |
| 4.15 | **Lauren H. Mills, Esq.**<br>**Samek Werther Mills, LLC**<br>**2000 Duke Street**<br>**Suite 300**<br>**Alexandria, VA 22314** | Line **3.12**<br>☐ Not listed. Explain ____ | _ |
| 4.16 | **Lauren H. Mills, Esq.**<br>**Samek Werther Mills, LLC**<br>**2000 Duke Street**<br>**Suite 300**<br>**Alexandria, VA 22314** | Line **3.25**<br>☐ Not listed. Explain ____ | _ |
| 4.17 | **Lauren H. Mills, Esq.**<br>**Samek Werther Mills, LLC**<br>**2000 Duke Street**<br>**Suite 300**<br>**Alexandria, VA 22314** | Line **3.1**<br>☐ Not listed. Explain ____ | _ |
| 4.18 | **Lauren H. Mills, Esq.**<br>**Samek Werther Mills, LLC**<br>**2000 Duke Street**<br>**Suite 300**<br>**Alexandria, VA 22314** | Line **3.22**<br>☐ Not listed. Explain ____ | _ |
| 4.19 | **Lauren H. Mills, Esq.**<br>**Samek Werther Mills, LLC**<br>**2000 Duke Street**<br>**Suite 300**<br>**Alexandria, VA 22314** | Line **3.28**<br>☐ Not listed. Explain ____ | _ |
| 4.20 | **Lauren H. Mills, Esq.**<br>**Samek Werther Mills, LLC**<br>**2000 Duke Street**<br>**Suite 300**<br>**Alexandria, VA 22314** | Line **3.2**<br>☐ Not listed. Explain ____ | _ |
| 4.21 | **Lauren H. Mills, Esq.**<br>**Samek Werther Mills, LLC**<br>**2000 Duke Street**<br>**Suite 300**<br>**Alexandria, VA 22314** | Line **3.20**<br>☐ Not listed. Explain ____ | _ |

| Debtor | 819D LLC | Case number (if known) | 22-00101-ELG |
|---|---|---|---|
| | Name | | |

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.22 | **Lauren H. Mills, Esq.**<br>**Samek Werther Mills, LLC**<br>**2000 Duke Street**<br>**Suite 300**<br>**Alexandria, VA 22314** | Line __3.26__<br><br>☐ Not listed. Explain ____ | _ |
| 4.23 | **Milt N. Theologou**<br>**Silverman Theologou**<br>**11200 Rockville Pike**<br>**Suite 520**<br>**Rockville, MD 20852** | Line __3.7__<br><br>☐ Not listed. Explain ____ | _ |
| 4.24 | **Milt Theologou**<br>**Silverman Theologou**<br>**11200 Rockville Pike**<br>**Suite 520**<br>**Rockville, MD 20852** | Line __3.15__<br><br>☐ Not listed. Explain ____ | _ |
| 4.25 | **Timothy G. Casey**<br>**Timothy Guy Casey Law Offices**<br>**451 Hungerford Drive**<br>**Suite 505**<br>**Rockville, MD 20850** | Line __3.16__<br><br>☐ Not listed. Explain ____ | _ |

### Part 4: Total Amounts of the Priority and Nonpriority Unsecured Claims

**5. Add the amounts of priority and nonpriority unsecured claims.**

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ | 0.00 |
| 5b. Total claims from Part 2 | 5b. + | $ | 5,786,550.58 |
| 5c. Total of Parts 1 and 2<br>     Lines 5a + 5b = 5c. | 5c. | $ | 5,786,550.58 |

**Fill in this information to identify the case:**

Debtor name: __819D LLC__

United States Bankruptcy Court for the: __DISTRICT OF DISTRICT OF COLUMBIA__

Case number (if known): __22-00101-ELG__

☐ Check if this is an amended filing

# Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases  12/15

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.**

1. **Does the debtor have any executory contracts or unexpired leases?**
   ■ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
   ☐ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.1 State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |
| 2.2 State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |
| 2.3 State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |
| 2.4 State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |

## Official Form 206H
## Schedule H: Your Codebtors 12/15

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.**

**1. Do you have any codebtors?**

■ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
☐ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

*Column 1:* **Codebtor**    *Column 2:* **Creditor**

| | Name | Mailing Address | | | Name | Check all schedules that apply: |
|---|---|---|---|---|---|---|
| 2.1 | | Street | | | | ☐ D ☐ E/F ☐ G |
| | | City | State | Zip Code | | |
| 2.2 | | Street | | | | ☐ D ☐ E/F ☐ G |
| | | City | State | Zip Code | | |
| 2.3 | | Street | | | | ☐ D ☐ E/F ☐ G |
| | | City | State | Zip Code | | |
| 2.4 | | Street | | | | ☐ D ☐ E/F ☐ G |
| | | City | State | Zip Code | | |

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **819D LLC** |
| United States Bankruptcy Court for the: | DISTRICT OF DISTRICT OF COLUMBIA |
| Case number (if known) | **22-00101-ELG** |

☐ Check if this is an amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.** Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule* _____
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **July 5, 2022**    X **/s/ Andrew Rubin**
Signature of individual signing on behalf of debtor

**Andrew Rubin**
Printed name

**President**
Position or relationship to debtor

Official Form 202    **Declaration Under Penalty of Perjury for Non-Individual Debtors**