

# Fairfax County Circuit Court

**CIVIL CASE**
- Associated Cases (0)
- Case Status
- Civil Case
- Civil Hearings
- Commenced / Concluded By
- Document Service
- Exhibits
- Judges
- Prosecutors
- ROA
- Subpoenas

## CIVIL HEARING SUMMARY

CL-2020-0017040    Karl Garcia vs. Rubin Group LLC, The et al.    **CASE STATUS** ▸ Closed - Ju... 27, 20...

CONTINUANCE ONLY ☐

1 - 39 of ...

| HEARING TYPE | JUDGE | COURT ROOM | START DATE | PARTICIPANTS / OFFICERS | RESULT |
|---|---|---|---|---|---|
| Motion - 2 wk Civil Action | No Judge |  | 12/04/2020 - 10:00 AM | PARTICIPANTS / OFFICERS | Off Docket - Case Removed From Docket |
| COMMENT | 02-Mills-Motion to Quash Subpoena Duces Tecum and for Protective Order Staying Discovery-removed per CCJ/RIB | | | | |
| Motion - 2 wk Civil Action | Dontae L. Bugg | 4D | 01/15/2021 - 10:00 AM | PARTICIPANTS / OFFICERS | Hearing Held - Order Pending |
| COMMENT | CCJ/BAK-Mot to Dismiss is to be heard-Only Mr. Glaser's Response Seeking Additional Relief has not be added to January 15th 2021 hearing. 02-Mills-Motion to Dismiss for Lack of Personal Jurisdiction - Improper Venue - Forum Non conveniens and Standing on Count III | | | | |
| Motion - 2 wk Civil Action | Daniel E. Ortiz | 5D | 01/22/2021 - 10:50 AM | PARTICIPANTS / OFFICERS | Hearing Held - Order Pending |
| COMMENT | CCJ/RIB-Motion to Quash Subpoena Duces Tecum and to Stay Discovery--cont'd from 12/4/20 01-Benes-Motion to Compel Compliance with Subpoena 01-Benes-Motion to Compel Discovery Responses from 819D LLC | | | | |
| Motion - 2 wk Civil Action | No Judge |  | 01/29/2021 - 10:00 AM | PARTICIPANTS / OFFICERS | Off Docket - Case Removed From Docket |
| COMMENT | 02-Crawford-Demurrer & Motion to Dismiss of 819D LLC--removed per Attorney Crawford by Telephone | | | | |
| Motion - 2 wk Civil Action | Michael F. Devine | 4C | 02/12/2021 - 10:00 AM | PARTICIPANTS / OFFICERS | Hearing Held - Order Pending |
| COMMENT | CCJ/DLB-Def Rubin's Motion for Stay is Added to Docket with Demurrer (All for 30 Minutes) 02-Glaser-Demurrer and Motion to Dismiss | | | | |
| Motion - 2 wk Civil Action | David A. Oblon | 4A | 02/19/2021 - 11:30 AM | PARTICIPANTS / OFFICERS | Hearing Held - Order Pending |
| COMMENT | CCJ/DLB-Def 819D's Motion for PO & Stay is set with Motion to Compel (30 Minutes) 04-Cont`d fr. 1/21/21 per DEO - Motion to Compel 01-Benes-Motion to Compel & for Contempt and Sanctions | | | | |
| Motion - 1 wk Civil Action | John M. Tran | 5B | 02/26/2021 - 10:00 AM | PARTICIPANTS / OFFICERS | Hearing Held - Order Pending |
| COMMENT | 01-Benes-Motion for Leave to File Supplemental Complaint | | | | |
| Motion - 2 wk Civil Action | No Judge |  | 03/05/2021 - 10:00 AM | PARTICIPANTS / OFFICERS | Off Docket - Case Removed From Docket |
| COMMENT | 02-Crawford-Demurrer & Motion to Dismiss of 819D LLC-remover per Judge Signed Order | | | | |
| Motion - 2 wk Civil Action | Thomas P. Mann | 5C | 03/12/2021 - 01:40 PM | PARTICIPANTS / OFFICERS | Hearing Held - Order Entered |
| COMMENT | 02-Mills-Motion to Stay Pending Appeal | | | | |
| Motion - 2 wk Civil Action | Brett A. Kassabian | 5A | 03/19/2021 - 10:00 AM | PARTICIPANTS / OFFICERS | Hearing Held - Order Entered |
| COMMENT | 01-Benes-Motion to Compel and for Contempt and Sanctions | | | | |
| Motion - 2 wk Civil Action | Grace Burke Carroll | 5H | 03/26/2021 - 12:15 PM | PARTICIPANTS / OFFICERS | Hearing Held - Order Pending |
| COMMENT | CCJ/JMT-Add Protective Order (30 Minutes) 01-Benes-Motion to Compel Against Andrew Rubin and 819D LLC | | | | |
| Motion - 2 wk Civil Action | Randy I. Bellows | 4J | 04/02/2021 - 10:00 AM | PARTICIPANTS / OFFICERS | Continuance Granted By Judge |
| COMMENT | CCJ/JMT-Motion to Compel Arbitration | | | | |
| Motion - 2 wk Civil Action | Stephen C. Shannon | 4F | 04/09/2021 - 11:20 AM | PARTICIPANTS / OFFICERS | Hearing Held - Order Entered |
| COMMENT | CCJ/RIB-Motion for Protective Order to Modify Third Party Subpoena--Moved from 4/16/2021 | | | | |
| Motion - 2 wk Civil Action | No Judge |  | 04/16/2021 - 10:00 AM | PARTICIPANTS / OFFICERS | Off Docket - Case Removed From Docket |
| COMMENT | 02-Mills-Motion for Protective Order to Modify Third Party Subpoena--removed per CCJ/RIB | | | | |
| Motion - 2 wk Civil Action | Randy I. Bellows | 4J | 04/16/2021 - 10:00 AM | PARTICIPANTS | Continuance Granted By Judge |

| Type | Judge | Room | Date/Time | | Status |
|---|---|---|---|---|---|
| COMMENT | | | | | CCJ/JMT-Motion to Compel Arbitration; continued from 04/02/2021 CCJ/RIB-Demurrer by Def (Andrew Rubin) CCJ/RIB-Demuurer filed by Ms. Jandraw (Behalf of Pltf) 02-Jandrain & Mill-Demurrer to Amended Complaint |
| Motion - 2 wk Civil Action | Randy I. Bellows | 4J | 04/23/2021 - 10:00 AM | PARTICIPANTS OFFICERS | Hearing Held - Order Pending |
| COMMENT | | | | | continued from 04/16/2021 CCJ/JMT-Motion to Compel Arbitration; continued from 04/02/2021 CCJ/RIB-Demurrer by Def (Andrew Rubin) CCJ/RIB-Demuurer filed by Ms. Jandraw (Behalf of Pltf) 02-Jandrain & Mill-Demurrer to Amended Complaint |
| Motion - 2 wk Civil Action | Dontae L. Bugg | 4C | 04/30/2021 - 10:00 AM | PARTICIPANTS OFFICERS | Hearing Held - Order Entered |
| COMMENT | | | | | 02-Glaser-Andrew Rubin's Motion to Disqualify |
| Motion - 2 wk Civil Action | Penney S. Azcarate | | 05/14/2021 - 10:00 AM | PARTICIPANTS OFFICERS | Off Docket - Case Removed From Docket |
| COMMENT | | | | | 02-Glaser-Motion to Compel-removed per LC12 |
| Motion - 2 wk Civil Action | Penney S. Azcarate | 5G | 06/04/2021 - 11:30 AM | PARTICIPANTS OFFICERS | Hearing Held - Order Pending |
| COMMENT | | | | | 02-Glaser-Motion to Compel |
| Motion - 2 wk Civil Action | Randy I. Bellows | 4J | 06/11/2021 - 10:00 AM | PARTICIPANTS OFFICERS | Hearing Held - Order Pending |
| COMMENT | | | | | 01-Benes-Motion to Compel |
| Motion - 2 wk Civil Action | Grace Burke Carroll | 5B | 07/02/2021 - 10:00 AM | PARTICIPANTS OFFICERS | Hearing Held - Order Pending |
| COMMENT | | | | | 01-Benes-Motion to Compel Jury |
| Trial - No Jury | No Judge | | 07/14/2021 - 10:00 AM | PARTICIPANTS OFFICERS | Off Docket - Case Removed From Docket |
| COMMENT | | | | | **Removed - Per Order on 7-2-2021 by GBC** 3 hours Plea in Bar (2nd Plea in Bar added per JMT) set by CCJ/BAK / assigned to LC #13 6-11 e-mailed: plt attys & def attys 6-11 e/m resp: def atty (Glaser) – still on, 3 hours 6-11 e/m resp: plt atty – still on (Mr. Garcia has a Motion to Compel a jury for this hearing on the court's docket for July 2. Mr. Garcia also anticipates filing a motion for leave to amend his complaint, which if granted, would nullify Mr. Rubin's Plea in Bar.) |
| Motion - 2 wk Civil Action | Brett A. Kassabian | 5A | 07/30/2021 - 10:00 AM | PARTICIPANTS OFFICERS | Hearing Held - Order Entered |
| COMMENT | | | | | 01-Benes-Motion to Compel Against Eleven Defendants |
| Motion- Virtual 2 wk Civil Action | Brett A. Kassabian | 5A | 09/17/2021 - 10:00 AM | PARTICIPANTS OFFICERS | Hearing Held - Order Entered |
| COMMENT | | | | | 01-Benes-----Motion to Compel Against Eleven Defendants |
| Motion- Virtual 2 wk Civil Action | David Bernhard | 4E | 11/19/2021 - 10:00 AM | PARTICIPANTS OFFICERS | Agreed Order to be Entered |
| COMMENT | | | | | 01-Benes-----Motion for Leave to Amend Complaint and Add New Parties |
| Motion- Virtual 2 wk Civil Action | Brett A. Kassabian | 5A | 01/21/2022 - 10:00 AM | PARTICIPANTS OFFICERS | Off Docket - Case Removed From Docket |
| COMMENT | | | | | 01- Benes-Motion to Compel against 819D-removed per LC9 |
| Motion- Virtual 2 wk Civil Action | Grace Burke Carroll | 5A | 02/04/2022 - 10:00 AM | PARTICIPANTS OFFICERS | Hearing Held - Order Pending |
| COMMENT | | | | | 01-Benes-Motion to Compel Against Defendant 819D LLC |
| Trial Motion | Grace Burke Carroll | 5H | 03/10/2022 - 02:00 PM | PARTICIPANTS OFFICERS | Hearing Held |
| COMMENT | | | | | Special scheduling conference |
| Trial Motion | Grace Burke Carroll | 5H | 03/23/2022 - 09:15 AM | PARTICIPANTS OFFICERS | Hearing Held - Order Entered |
| COMMENT | | | | | 45 minute hearing |
| Trial Motion | Grace Burke Carroll | 5H | 04/21/2022 - 02:00 PM | PARTICIPANTS OFFICERS | Hearing Held |
| Motion - 2 wk Civil Action | Grace Burke Carroll | 5H | 04/29/2022 - 10:00 AM | PARTICIPANTS OFFICERS | Hearing Held - Order Entered |
| COMMENT | | | | | 02-Glaser-----Defendant's Memorandum in Support of Motion to Dismiss |
| Trial Motion | Grace Burke Carroll | 5G | 05/05/2022 - 02:00 PM | PARTICIPANTS OFFICERS | Hearing Held |
| Motion - 2 wk Civil Action | Grace Burke Carroll | 5E | 05/20/2022 - 10:00 AM | PARTICIPANTS OFFICERS | Hearing Held - Order Entered |
| COMMENT | | | | | 01-Benes-----Plaintiff's Third Motion to Compel for Sanctions Against 819D 04 GBC -- Plt's Motion for Sanctions 3/15/22 |
| Motion - 2 wk Civil Action | Grace Burke | | 06/03/2022 - 10:00 | | Off Docket - Case Removed From |

| | | | | | |
|---|---|---|---|---|---|
| | | | | OFFICERS | |
| COMMENT | 01-Benes-----Motion to Enlarge Time for Trial-removed per LC13 | | | | |
| Motion - 2 wk Civil Action | Grace Burke Carroll | 5F | 06/17/2022 - 10:00 AM | PARTICIPANTS OFFICERS | Hearing Held - Order Entered |
| COMMENT | 01-Benes-----Motion for Sanctions Against 11 Defendants 01-Benes----Fourth Motion to Compel and for Sanctions - 11 Defs | | | | |
| Scheduling Conference | Grace Burke Carroll | 5H | 06/23/2022 - 09:30 AM | PARTICIPANTS OFFICERS | Hearing Held - Order Pending |
| COMMENT | Special set by GBC - 30 minutes or less | | | | |
| Motion - 2 wk Civil Action | Grace Burke Carroll | 5F | 06/24/2022 - 10:00 AM | PARTICIPANTS OFFICERS | Off Docket - Case Removed From Docket |
| COMMENT | 01-Benes-----Motion to Strike Plea in Bar 08-Removed per LC #13 | | | | |
| Trial - Jury | Grace Burke Carroll | | 07/19/2022 - 10:00 AM | PARTICIPANTS OFFICERS | Off Docket - Case Removed From Docket |
| COMMENT | 2-days Plea in Bar (Jury) set by CCJ/BAK 6/24: e/m to plt & dft attys for status | | | | |
| Trial - Jury | Grace Burke Carroll | | 09/12/2022 - 10:00 AM | PARTICIPANTS OFFICERS | Off Docket - Case Removed From Docket |
| COMMENT | 3 days Complaint - Legal Cause of Action (Jury) set by CCJ/BAK | | | | |

[REFRESH]  [CANCEL]