# IN THE CIRCUIT COURT OF FAIRFAX COUNTY, VIRGINIA

| | |
|---|---|
| **KARL GARCIA,** Plaintiff, v. **THE RUBIN GROUP, LLC,** *et al.* Defendants. | Case No. 2020-17040 |

## DEMURRER AND MOTION TO DISMISS

COMES NOW Defendant Andrew Rubin, by counsel, and presents this Demurrer and Motion to Dismiss the Complaint filed by Karl Garcia and, for the reasons more fully set forth in the forthcoming Memorandum in Support of Demurrer and Motion to Dismiss, to be filed two weeks prior to the hearing on the present filing, states as follows:

1. The Complaint fails to state a cause of action upon which relief may be granted. The Complaint fails to allege any party-defendant other than 819D, LLC is a "debtor" of Karl Garcia as the underlying litigation, *Karl Garcia v. 819D, LLC*, 2020 CA 002540 B, in the Superior Court for the District of Columbia, is not lodged against any of the present defendants in this action other than 819D, LLC as both Andrew Rubin and Michelle Tygier have been dismissed from that action.

2. The Complaint fails to state a cause of action upon which relief may be granted. The Complaint fails to allege any transfer from Defendant 819D, LLC to Andrew Rubin or any transfer initiated by, or authorized by, Andrew Rubin from 819D, LLC.

1

3. The Complaint fails to state a cause of action upon which relief may be granted. The Complaint fails to allege any action by Andrew Rubin was made on behalf of 819D, LLC or in an effort to improperly transfer any assets from 819 D, LLC.

4. Andrew Rubin further incorporates and repeats the arguments of Defendants, The Rubin Group LLC, 819 Capital LLC, K Street Holdings LLC, TR Holdings LLC, 2233-40th Partners LLC, South Glebe LLC, Woodmore Partners LLC, TRG Development LLC, 638 Newton Partners LLC, Michelle Tygier, and Robert Rubin in their Memorandum in Support of Motion to Dismiss such that (a) that this Court does not have personal jurisdiction over Andrew Rubin, as a non-resident of the Commonwealth of Virginia; (b) dismissal is warranted on *forum non conveniens* grounds; and, (c) Garcia lacks standing to assert Count III against Andrew Rubin.

WHEREFORE, Andrew Rubin respectfully requests this Honorable Court grant his Demurrer and Motion to Dismiss and to dismiss this present action as to him with prejudice together with any further relief deemed just and proper.

Respectfully submitted,

JACKSON & CAMPBELL, P.C.

_____
Christopher A. Glaser (VSB No. 43491)
Meagan E. Roach (VSB No. 87955)
2300 N Street, N.W.
Suite 300
Washington, DC 20037
Telephone: (202) 457-1600
Facsimile: (202) 457-1678
Email: cglaser@jackscamp.com
       mroach@jackscamp.com

**CERTIFICATE OF SERVICE**

I hereby certify that on this 30th day of November 2020, a copy of the foregoing was served via first-class mail, post prepaid on:

Laurin H. Mills, Esq.
Samek Werther Mills LLC
717 King St., Suite 300
Alexandria, VA 22314
laurin@samek-law.com

Bethany Benes, Esq.
Bethune Benes, PLLC
4290 Chain Bridge Road, Suite 302
Fairfax, Virginia 22030
bbenes@bethunebenes.com

Mark Crawford
Law Offices of Mark D. Crawford, PLLC
1005 North Glebe Rd, Suite 210
Arlington, VA 22201
(703) 527-5201
mcrawford@mdc-law.com

　　　　　　　　　　　　　　　　　　　　　　　　　　
Christopher A. Glaser

**VIRGINIA**

### IN THE CIRCUIT COURT FOR FAIRFAX COUNTY

| | |
|---|---|
| **KARL GARCIA** <br> *Plaintiff*, <br><br> v. <br><br> **THE RUBIN GROUP LLC,** *et al.* <br> *Defendants.* | ) <br> ) <br> ) <br> )    Case No. CL-2020-17040 <br> ) <br> ) <br> ) |

### ORDER

THIS MATTER came before the Court upon the Demurrer and Motion to Dismiss as well as the Motion for Protective Order and Stay, each filed by Defendant Andrew Rubin, the Oppositions thereto filed by Plaintiff Karl Garcia, and oral arguments of counsel on February 12, 2021, and,

IT APPEARING to this Court that Defendant Andrew Rubin waived his objection to jurisdiction pursuant to Va. Code § 8.01-277.1 by submission of his "Demurrer and Motion to Dismiss," which challenged the sufficiency of the complaint in addition to challenging personal jurisdiction; and,

IT FURTHER APPEARING to this Court that good cause exists for entry of a protective order as to Defendant Andrew Rubin only, it is hereby,

ORDERED that the Demurrer and Motion to Dismiss is OVERRULED; and it is further,

ORDERED that Defendant Andrew Rubin shall file his responsive pleading to the Complaint within twenty-one (21) days from entry of this Order;

ORDERED that the "Motion for Protective Order and Stay" is GRANTED in part, as to Andrew Rubin. Andrew Rubin's request for a stay of discovery is moot. The Court grants a Protective Order as to Andrew Rubin only, and any discovery relating to Andrew Rubin and obtained in this present action shall be limited to use only in this present action

absent further order from this Court, an Order from a Court of competent jurisdiction, or by agreement of the parties; and it is further,

ORDERED that at this time, this Court makes no determination as to Plaintiff's request for attorneys' fees pursuant to Va. Code § 8.01-271.1 as set forth in his Opposition, without prejudice to Plaintiff to request sanctions in a subsequent filing.

ENTERED THIS 22 DAY OF February, 2021.

_/s/ Michael Devine_
Hon. Michael F. Devine

**SEEN AND AGREED** as to the Court's ruling in regard to the Motion for Protective Order and Stay; Seen and objected to as to the Court's ruling on the Demurrer and Motion to Dismiss for the reasons set forth in the Opposition thereto and for the reasons stated on the record during the hearing of February 12, 2021:

_Rule 1:13_
Christopher A. Glaser, Esq. (Va. Bar No. 43491)
Meagan E. Roach, Esq. (Va. Bar No. 87955)
Jackson & Campbell, PC
2300 N Street, N.W., Suite 300
Washington, DC 20037
Tel: 202-457-1600
Facsimile: 202-457-1678
cglaser@jackscamp.com
mroach@jackscamp.com
*Counsel for Defendant Andrew Rubin*

**SEEN AND AGREED** to as to the Court's ruling on the Demurrer and Motion to Dismiss; Seen and objected to as to the Court's ruling on the Motion for Protective Order for the reasons stated in the record:

_Rule 1:13_
Bethany R. Benes (Va. Bar No. 85408)
**Bethune Benes, PLLC**
4290 Chain Bridge Road, Suite 302
Fairfax, Virginia 22030
Tel.: (703) 260-9322
bbenes@bethunebenes.com
*Counsel for Plaintiff Karl Garcia*

**SEEN AND** _____ :

*Rule 1:13*
———————————————
Mark Crawford, Esq. (Va. Bar No. 36153)
Law Offices of Mark D. Crawford, PLLC
1005 North Glebe Road, Suite 210
Arlington, Virginia 22201
Tel: 202-256-1244
Facsimile: 703-522-2264
mcrawford@mdc-law.com
*Counsel for Defendant 819D LLC*


**SEEN AND** _____ :

*Rule 1:13*
———————————————
Laurin H. Mills, Esq. (Va. Bar No.79848)
Kimberly Jandrain, Esq. (Va. Bar No. 72727)
Samek Werther Mills LLC
2000 Duke Street, Suite 300
Alexandria, VA 22314
Tel.: 703-547-4693
Facsimile: 703-547-4694
laurin@samek-law.com
kim@samek-law.com
*Counsel for Defendants Michelle Tygier;*
*The Rubin Group, LLC;*
*819 Capital LLC;*
*K Street Holdings LLC;*
*TR Holdings LLC;*
*2233-40th Partners LLC;*
*South Glebe LLC;*
*Woodmore LLC;*
*TRG Development LLC;*
*638 Newton Partners LLC; and*
*Robert Rubin*

3