Maurice B. VerStandig, Esq.
Bar No. MD18071
The VerStandig Law Firm, LLC
1452 W. Horizon Ridge Pkwy, #665
Henderson, Nevada 89012
Phone: (301) 444-4600
mac@mbvesq.com
*Counsel for Andrew Rubin,*
*Canal View Holdings LLC,*
*819 Capital LLC, Woodmore*
*Partners LLC and TRG*
*Development LLC*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| In re: | ) | Case No. 22-101-ELG |
| | ) | |
| 819D LLC | ) | (Chapter 7) |
| | ) | |
| Debtor. | ) | |
| | ) | |

**WITNESS AND EXHIBIT LIST**

Come now Andrew Rubin ("Mr. Rubin"), Canal View Holdings LLC ("Canal View"), 819 Capital LLC ("819 Capital"), Woodmore Partners LLC ("Woodmore"), and TRG Development LLC ("TRG") (collectively, the "Rubin Parties"), by and through undersigned counsel, and furnish the following list of witnesses to be called, and exhibits to be introduced, at a hearing herein on September 7, 2023:

**Witnesses**

1. Wendell Webster

2. Any witness called by any other party in interest

1

**Exhibits**

    A. Rubin Equity 1.    Settlement Agreement (DE #142-1)[1]

    A. Rubin Equity 2.    Any exhibits introduced by any other party in interest.

                            Respectfully submitted,

Dated: August 31, 2023            By: /s/ Maurice B. VerStandig
                                       Maurice B. VerStandig, Esq.
                                       Bar No. MD18071
                                       The VerStandig Law Firm, LLC
                                       1452 W. Horizon Ridge Pkwy, #665
                                       Henderson, Nevada 89012
                                       Phone/Facsimile: (301) 444-4600
                                       mac@mbvesq.com
                                       *Counsel for Andrew Rubin,*
                                       *Canal View Holdings LLC,*
                                       *819 Capital LLC, Woodmore*
                                       *Partners LLC and TRG*
                                       *Development LLC*

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that on this 31st day of August, 2023, a copy of the foregoing was served electronically upon filing via the ECF system on all counsel who have entered an appearance herein.

                                            /s/ Maurice B. VerStandig
                                            Maurice B. VerStandig

---

[1] The settlement agreement was executed in counterparts. The copy appended hereto as Exhibit A. Rubin Equity 1 is an amalgamation that threads multiple signature pages, from multiple counterparts, into a single document. This is not an accurate representation of the settlement agreement that appears at the noted docket entry, inasmuch as the docketed iteration is without any signatures.