**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| IN RE: ) | |
| ) | |
| 819D, LLC, ) | 22-00101-ELG |
| ) | CHAPTER 7 |
| DEBTOR. ) | |

## WITNESS AND EXHIBIT LIST

    Come now Wendell W. Webster, the Trustee ("Trustee") of the above-captioned Chapter 7 bankruptcy estate, by and through undersigned counsel, and furnish the following list of witnesses to be called, and exhibits to be introduced, at a hearing herein on September 7, 2023:

Witnesses

1. Wendell Webster

2. Karl Garcia

3. Andrew Rubin

4. Any witness listed or called by any other party in interest

Exhibits

1. Settlement Agreement (Docket No. 142-1)

2. Motion to Sell Related Causes of Action, Motion to Approve Compromise Under FRBP 9019 with Karl Garcia (Docket No. 131 and exhibits thereto.

3. Motion for Summary Judgment, Adv. Proc. 22-10009-ELG, Docket No. 27.

4. All pleadings filed in this case, any related adversary proceeding.

5. Any exhibit listed or introduced by any other party in interest

_____
Janet M. Nesse (DC Bar 358514)
Justin P. Fasano (DC Bar MD21201)
McNamee Hosea, P.A.
6404 Ivy Lane, Suite 820
Greenbelt, Maryland  20770
(301) 441-2420
jnesse@mhlawyers.com/
jfasano@mhlawyers.com
*Counsel to the Trustee*

Date: August 31, 2023 				Respectfully submitted,

/s/ *Justin P. Fasano*
Janet M. Nesse (DC Bar 358514)
Justin P. Fasano (DC Bar MD21201)
McNamee Hosea, P.A.
6404 Ivy Lane, Suite 820
Greenbelt, Maryland  20770
(301) 441-2420
jnesse@mhlawyers.com/
jfasano@mhlawyers.com
*Counsel to the Trustee*

## CERTIFICATE OF SERVICE

I hereby certify that on this August 31, 2023, a copy of the foregoing via CM/ECF to all parties receiving notice thereby.

/s/ *Justin P. Fasano*
Justin P. Fasano