Maurice B. VerStandig, Esq.
Bar No. MD18071
The VerStandig Law Firm, LLC
1452 W. Horizon Ridge Pkwy, #665
Henderson, Nevada 89012
Phone: (301) 444-4600
mac@mbvesq.com
*Counsel for Andrew Rubin,*
*Canal View Holdings LLC,*
*819 Capital LLC, Woodmore*
*Partners LLC and TRG*
*Development LLC*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| In re: | ) | Case No. 22-101-ELG |
| | ) | |
| 819D LLC | ) | (Chapter 7) |
| | ) | |
| Debtor. | ) | |
| | ) | |

## OBJECTIONS TO EXHIBITS OF KARL GARCIA

Come now Andrew Rubin ("Mr. Rubin"), Canal View Holdings LLC ("Canal View"), 819 Capital LLC ("819 Capital"), Woodmore Partners LLC ("Woodmore"), and TRG Development LLC ("TRG") (collectively, the "Rubin Parties"), pursuant to Local Rule 9070-1, and object to the exhibits of Karl Garcia (the "Exhibits," as found at DE #180, with the introducing party being known as "Mr. Garcia") as follows:

Garcia1.    The Rubin Parties object to this exhibit, pursuant to Federal Rule of Evidence 801, on the basis that the same is hearsay. *See, e.g.*, *Tracinda Corp. v. DaimlerChrysler AG,* 362 F. Supp. 2d 487, 499 (D. Del. 2005) ("Complaints, and the charges and allegations they contain, are hearsay under the Federal Rules of Evidence.") (quoting *T.I. Const. Co. v. Kiewit Eastern Co.*, 1992 WL 382306, *4 (E.D. Pa. 1992)). This exhibit is Mr. Garcia's most recent

1

complaint and, as underlies much of these proceedings, the allegations therein are both disputed and unproven.

Garcia2. The Rubin Parties object to this exhibit, pursuant to Federal Rule of Evidence 401, on the basis that it is not relevant. This appears to be a state court order concerning a discovery dispute in a case that has since been removed to this Honorable Court. The order is non-final and offers no probative value vis a vis any of the issues set for hearing on September 7, 2023.

Garcia3. The Rubin Parties object to this exhibit, pursuant to Federal Rule of Evidence 401, on the basis that it is not relevant. This appears to be a state court order concerning a discovery dispute in a case that has since been removed to this Honorable Court. The order is non-final and offers no probative value vis a vis any of the issues set for hearing on September 7, 2023. The foregoing notwithstanding, the Rubin Parties do *not* object to this exhibit if used for the sole purpose of evidencing a monetary obligation of 819D LLC (the "Debtor") to Mr. Garcia, though the Rubin Parties would still necessarily note that even that obligation is not in the form of a final order.

Garcia4. The Rubin Parties object to this exhibit, pursuant to Federal Rule of Evidence 401, on the basis that it is not relevant. This appears to be a state court order concerning a discovery dispute in a case that has since been removed to this Honorable Court. The order is non-final and offers no probative value vis a vis any of the issues set for hearing on September 7, 2023.

Garcia5. No objection.

Garcia6. No objection.

Garcia7. No objection.

  Garcia8.  No objection.

  Garcia9.  No objection.

  Garcia10.  The Rubin Parties object to this exhibit, pursuant to Federal Rule of Evidence 801, on the basis that the same is hearsay. The time records of a third party law firm, together with the summary analysis of that firm, are hearsay absent proper authentication. The foregoing notwithstanding, the Rubin Parties do *not* object to this exhibit if offered solely to demonstrate that a fee application has been filed.

  Garcia11.  No objection.

  Garcia12.  No objection.

  Garcia13.  No objection.

  Garcia14.  The Rubin Parties object to this exhibit, pursuant to Federal Rule of Evidence 401, on the basis that it is not relevant. This appears to be a state court motion, and correlative order, concerning dismissal of a case since-removed to this Honorable Court. The order is non-final and offers no probative value vis a vis any of the issues set for hearing on September 7, 2023.

  Garcia15.  No objection.

  Garcia16.  No objection.

  Garcia17.  No objection.

  Garcia18.  No objection.

  Garcia19.  No objection.

  Garcia20.  No objection.

  Garcia21.  The Rubin Parties object to this exhibit, pursuant to Federal Rule of Evidence 401, on the basis that it is not relevant. This appears to be a state court motion, and

correlative order, concerning dismissal of a case since-removed to this Honorable Court. The order is non-final and offers no probative value vis a vis any of the issues set for hearing on September 7, 2023.

Garcia22. The Rubin Parties object to this exhibit, pursuant to Federal Rule of Evidence 401, on the basis that it is not relevant. This appears to be a state court motion, and correlative order, concerning dismissal of a case since-removed to this Honorable Court. The order is non-final and offers no probative value vis a vis any of the issues set for hearing on September 7, 2023.

Garcia23. The Rubin Parties object to this exhibit, pursuant to Federal Rule of Evidence 401, on the basis that it is not relevant. This appears to be a state court motion, and correlative order, concerning dismissal of a case since-removed to this Honorable Court. The order is non-final and offers no probative value vis a vis any of the issues set for hearing on September 7, 2023.

Garcia24. The Rubin Parties object to the portion of this exhibit that takes the form of a motion, pursuant to Federal Rule of Evidence 801, on the basis that the same is hearsay. Specifically, the arguments of counsel therein are mere arguments and do not constitute facts that may inform the record herein by mere, *ipso facto* virtue of the same being included in a motion. The Rubin Parties do not, however, object to admission of (i) the proposed agreement; or (ii) the motion, for the limited purpose of showing there exists a motion to enter into the proposed agreement.

*[Signature on Following Page]*

                                                               Respectfully submitted,

Dated: September 5, 2023                       By: /s/ Maurice B. VerStandig
                                                           Maurice B. VerStandig, Esq.
                                                           Bar No. MD18071
                                                           The VerStandig Law Firm, LLC
                                                           1452 W. Horizon Ridge Pkwy, #665
                                                           Henderson, Nevada 89012
                                                           Phone/Facsimile: (301) 444-4600
                                                           mac@mbvesq.com
                                                           *Counsel for Andrew Rubin,*
                                                           *Canal View Holdings LLC,*
                                                           *819 Capital LLC, Woodmore*
                                                           *Partners LLC and TRG*
                                                           *Development LLC*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 5th day of September, 2023, a copy of the foregoing was served electronically upon filing via the ECF system on all counsel who have entered an appearance herein.

                                                                  /s/ Maurice B. VerStandig
                                                                  Maurice B. VerStandig