**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **In re:** | ) | |
| | ) | |
| **819D, LLC,** | ) | **Case No. 22-00101-ELG** |
| | ) | **Chapter 7** |
| **Debtor.** | ) | |
| | ) | |

**RESPONSE AND LIMITED OBJECTION TO MOTION OF**
**KARL GARCIA TO DISMISS CHAPTER 7 CASE**

COMES NOW, Gregory U. Auger, II and Gregory U. Auger, III ("**Auger Defendants**"), by Counsel, and files this their Limited Objection to Motion of Karl Garcia to Dismiss Case ("**Motion to Dismiss**"), and states as follows:

The Auger Defendants file this limited response to the Motion to Dismiss to address the assertion that the "beneficiaries of the 819D bankruptcy are the Settling Defendants, who have employed every possible legal maneuver, whether legitimate or not, in an attempt to squash the Improper Transfer Actions – in the Fairfax Circuit Court, in the Chapter 11 case, and after conversion to chapter 7." Motion to Dismiss, page 19 [Dkt. No. 179].

Gregory U. Auger, II and Gregory U. Auger, III are included within the collectively defined "Settling Defendants."

The Auger Defendants object to the Motion to Dismiss to the extent it conflates the actions of any of the other Settling Defendants with the Auger Defendants. The Auger Defendants particularly object to the characterizations of their actions in the Improper Transfers Action as defined in the Motion to Dismiss.

---

**ALEXANDER M. LAUGHLIN (VSB No. 25237)**
**ODIN FELDMAN & PITTLEMAN PC**
**1775 Wiehle Avenue, Suite 400**
**Reston, Virginia 20190**
**Phone:  703-218-2134**
**Fax:    703-218-2160**
alex.laughlin@ofplaw.com

*Counsel to Gregory Auger, II*
*and Gregory Auger, III*

Once property joined and served with an Amended Complaint in the Improper Transfers Action, the Auger Defendants filed their Answer to the Amended Complaint. The Auger Defendants did not engage in any motions practice before the Fairfax Circuit Court in the Improper Transfers Action, and the Auger Defendants were not the subject of any discovery motions in the Improper Transfers Action.

After the Improper Transfers Action found its way to this Court following removal from the Fairfax Circuit Court, the Auger Defendants filed their Opposition to Motion to Abstain And/or Remand [Dkt. No. 57]. The Auger Defendants have not commenced any adversary proceedings in this Court, and the Auger Defendants are not parties to the Declaratory Judgment Action as defined in the Motion to Dismiss.

The Auger Defendants are included within the Settling Defendants solely because of their eagerness and desire that this endless litigation stop and their entry into the proposed settlement with the Trustee. Because the Auger Defendants have agreed to participate in the funding of the pending $150,000.00 settlement, they now included among a group of Settling Defendants who stand accused of "employ[ing] every possible legal maneuver" when all they have done is file an answer to the Amended Complaint in the Improper Transfers Action, filed their Opposition to the Motion to Abstain And/or Remand, and agreed to fund a portion of the $150,000.00 settlement.

Any consideration of the Motion to Dismiss cannot and should not be based on the Auger Defendants inclusion within the defined term "Settlement Defendants."

The Auger Defendants take no position otherwise on the Motion to Dismiss and leaves that to the Court's judgment.

WHEREFORE, the Auger Defendants take no position on the Motion to Dismiss other than their limited objections to being included within the scope of any Settling Defendants who

2

"employed every possible legal maneuver, whether legitimate or not, squash the Improper Transfer

Action," and for such other and further relief as may be necessary.


Dated: September 5, 2023                              **GREGORY U AUGER, II**
                                                     **GREGORY U AUGER, III**

                                                     By Counsel


/s/ *Alexander M. Laughlin*
Alexander M. Laughlin (DC Bar No. 484489)
ODIN FELDMAN & PITTLEMAN PC
1775 Wiehle Avenue, Suite 400
Reston, Virginia 20190
Phone:    703-218-2134
Fax:      703-218-2160
E-Mail:   alex.laughlin@ofplaw.com
*Counsel for Gregory U. Auger, II and Gregory U. Auger, III*

## CERTIFICATE OF SERVICE

        I hereby certify that on this 5th day of September 2023, a copy of the foregoing was served
by the Court's CM/ECF electronic case management system on all parties registered to receive
electronic notices in the case and by first-class U.S. mail, postage prepaid, on the parties identified
below:


Business Filings Incorporated of DE          Christos Ekonomakis
1015 15th Street, N.W., Suite 1000           5058 Joewood Drive
Washington, D.C. 20005                       Sanibel, FL 33957


Potomac Construction Group                   Milt N. Theologou
7960 Old Georgetown Road, Suite 1-C          Silverman Theologou
Bethesda, MD 20814                           11200 Rockville Pike, Suite 520
                                             Rockville, MD 20852


                                             */s/ Alexander M. Laughlin*
                                             Alexander M. Laughlin


#5706333v1 084602/000002