# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In re: | ) |
| | ) |
| **819D LLC,** | ) |
| | ) Case No. 22-00101-ELG |
| | ) Chapter 7 |
| **Debtor.** | ) |
| _____ | ) |

## SANCTUARY CONDOMINIUM UNIT OWNERS' ASSOCIATION'S JOINDER OF KARL GARCIA'S MOTION TO DISMISS CHAPTER 7 CASE

COMES NOW, the Sanctuary Condominium Unit Owners' Association ("Association"), by counsel, and hereby joins the Motion to Dismiss Chapter 7 Case, filed by Karl Garcia on August 15, 2023 (Dkt. No. 179).

WHEREFORE, the Association respectfully prays that the Court grant the Motion to Dismiss and such other and further relief as is just and proper.

Dated: September 5, 2023         By: /s/ Brad M. Barna
                                 Brendan P. Bunn (DC Bar No. 441686)
                                 Brad M. Barna (DC Bar No. 1531390)
                                 CHADWICK, WASHINGTON, MORIARTY,
                                  ELMORE & BUNN, P.C.
                                 3201 Jermantown Road, Suite 600
                                 Fairfax, Virginia 22030
                                 (703) 352-1900
                                 (703) 352-5293 (Facsimile)
                                 *bpbunn@chadwickwashington.com*
                                 *bbarna@chadwickwashington.com*

## CERTIFICATE OF SERVICE

I hereby certify that on this 5th day of September 2023, a copy of the foregoing was served by the Court's CM/ECF electronic case management system on all parties registered to receive electronic notices in the case.

By: /s/ Brad M. Barna
Brad M. Barna