**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| In re:<br><br>819D LLC,<br><br>    Debtor. | ) <br> ) <br> )    Case No. 22-00101-ELG <br> ) <br> )    (Chapter 11) <br> ) <br> ) |

**NOTICE OF HEARING ON FIRST AND FINAL APPLICATION OF HIRSCHLER
FLEISCHER, AS BANKRUPTCY COUNSEL TO THE FORMER CHAPTER 11
DEBTOR IN POSSESSION, FOR FINAL ALLOWANCE AND AUTHORIZATION OF
<u>COMPENSATION AND REIMBURSEMENT OF EXPENSES</u>**

    **PLEASE TAKE NOTICE** that a hearing will be held on October 18, 2023 at 1:00 p.m. on the First and Final Application of Hirschler Fleischer, as Bankruptcy Counsel to the Former Chapter 11 Debtor in Possession, for Final Allowance and Authorization of Payment of Compensation and Reimbursement of Expenses [Docket No. 166].

    The hearing will be held in Judge Gunn's courtroom, Courtroom 1, U.S. Courthouse, 333 Constitution Avenue, N.W., Washington, D.C. 20001.  Parties may attend in person or by Zoom. For Zoom information, please contact Aimee Mathewes, Courtroom Deputy, at aimee_mathewes@dcb.uscourts.gov.

    Parties in interest with questions may contact the undersigned.

Dated:  September 12, 2023                                Respectfully submitted,

                                                           */s/ Kristen E. Burgers*
                                                           Kristen E. Burgers (DC Bar No. 500674)
                                                           HIRSCHLER FLEISCHER, PC
                                                           1676 International Drive, Suite 1350
                                                           Tysons, Virginia 22102
                                                           Phone:  (703) 584-8900
                                                           Facsimile:  (703) 584-8901
                                                           Email:  kburgers@hirschlerlaw.com

                                                           *Former Chapter 11 Counsel to the Debtor*

Kristen E. Burgers (DC Bar No. 500674)
HIRSCHLER FLEISCHER, PC
1676 International Drive, Suite 1350
Tysons, Virginia 22102
Telephone:  (703) 584-8900
Facsimile:  (703) 584-8901
Email:  kburgers@hirschleraw.com

*Former Chapter 11 Counsel to the Debtor*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 12th day of September 2023, a copy of the foregoing Notice of Hearing on First and Final Application of Hirschler Fleischer, as Bankruptcy Counsel to the Former Chapter 11 Debtor in Possession, for Final Allowance and Authorization of Payment of Compensation and Reimbursement of Expenses was served by operation of this Court's CM/ECF electronic case management system on all parties identified on the "ECF Service List" attached hereto as Exhibit 1; and by first class, U.S. mail, postage prepaid, on the following:

Sara Kathryn Mayson
Office of the United States Trustee
1725 Duke Street, Suite 650
Alexandria, VA 22314

Wendell W. Webster
WEBSTER & FREDRICKSON, PLLC
1775 K. Street, N.W., Suite 600
Washington, D.C. 20006

Justin P. Fasano
McNamee Hosea, P.A.
6411 Ivy Lane, Suite 200
Greenbelt, MD 22070

Marc E. Albert, Esq.
Tracey M. Ohm, Esq.
Stinson LLP
1775 Pennsylvania Avenue, NW, Suite 800
Washington, DC 20006

Bethany Benes, Esq.
Bethune Benes, PLLC
3975 Fair Ridge Drive
South Terrace, Suite 25C
Fairfax, VA 22033

/s/ Kristen E. Burgers
Kristen E. Burgers

# EXHIBIT 1

## ECF SERVICE LIST

**Electronic Mail Notice List** - Parties in the case only

- Kristen S. Eustis: kristen.s.eustis@usdoj.gov
- US Trustee for Region Four: USTPRegion04.DC.ECF@usdoj.gov
- Sara Kathryn Mayson: sara.kathryn.mayson@usdoj.gov
- Michael T. Freeman: Michael.t.freeman@usdoj.gov
- Alexander M. Laughlin: alex.laughlin@ofplaw.com
- Tracey Michelle Ohm: tracey.ohm@stinson.com
- Marc E. Albert: marc.albert@stinson.com
- Christopher A. Glaser: cglaser@jackscamp.com
- Douglas E. McKinley: doug1803@verizon.net
- Laurin H. Mills: laurin@samek-law.com
- William B. Porter: wporter@bklawva.com
- Brad M. Barna: bbarna@chadwickwashington.com
- Brendan P. Bunn: bpbunn@chadwickwashington.com
- Brian C. Clarry: brian@samek-law.com
- Mansitan Sow: manistan@samek-law.com
- Bethany R. Benes: bbenes@bethunebenes.com
- Mark D. Crawford: mcrawford@mdc-law.com
- Robert M. Gittins: gittins@ewmd.com
- Aaron L. Casagrande: aaron.casagrande@icemiller.com
- Timothy G. Casey: timgcasey@yahoo.com
- Justin P. Fasano: jfasano@mhlawyers.com
- Christopher Rogan: crogan@rmzlawfirm.com
- Bryan S. Ross: ysnore@aol.com
- Maurice B. VerStandig: mac@mbvesq.com