IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| In re: | ) | Case No. 22-101-ELG |
| | ) | |
| 819D LLC | ) | (Chapter 7) |
| | ) | |
| Debtor. | ) | |
| | ) | |

### MOTION TO SHORTEN TIME TO OBJECT TO, AND EXPEDITE HEARING ON MOTION TO APPROVE COMPROMISE

Wendell W. Webster (the "Trustee"), in his capacity as trustee of the Chapter 7 bankruptcy estate of 819D LLC ("819D" or the "Debtor"), by counsel, hereby files this *Motion to Expedite Hearing on and Shorten Time to Object to Motion To Approve Compromise* (the "Motion to Expedite") with respect to its *Motion To Approve Compromise* (the "Motion to Compromise") and states as follows:

### Jurisdiction

1. This Court has jurisdiction over the Motions and this Motion to Expedite pursuant to 28 U.S.C. §§ 157 and 1334.  Venue of this case and the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

### Background

2. Background related to the relief requested herein is in the Motion to Compromise. Additional relevant facts are discussed herein.

### Summary of Relief Requested

3. The Trustee requests that the Court hold a hearing on the Motion to Stay on October 18, 2023 at 10:00 a.m., and that the Court order that all objections be filed by October 16, 2023.

### The Need for Shortened Time

4. Rule 9006(c)(1) of the Bankruptcy Rules allows the Court to shorten notice periods.

Specifically, Rule 9006(c)(1) provides that "when an act is required or allowed to be done at or within a specified time by these rules or by a notice given thereunder or by order of court, the court for cause shown may in its discretion with or without motion or notice order the period reduced."

     5.     The Motion to Compromise was agreed to after marathon hearings before the Court on September 17, 2023. The Court cleared October 18, 2023 as a date most, if not all, parties could attend. It is unlikely another date exists for several weeks, if not months. While the task of drafting the compromise has proven even more difficult than expected, the Trustee is confident that a settlement can be documented before October 18, 2023. However, in order to keep momentum moving towards settlement, it is important to keep the October 18, 2023 date on calendar. Essentially, if this case is allowed to drag on, it will drag on. Using October 18, 2023 provides 20-days notice, which is only one day less than the 21 days contemplated by the Federal Rules. Further, the Motion to Compromise must be heard promptly in order to be heard simultaneously with the fee application of Hirschler Fleischer, P.C.

     6.     Accordingly, cause exists to reduce the notice period pursuant to Rule 9006(c)(1) of the Bankruptcy Rules.

     WHEREFORE, the Debtor requests that the Court grant this Motion to Expedite, hold a hearing on the Motion on October 18, 2023 at 10:00 a.m., and that the Court order that all objections be filed by October 16, 2023; and that the Court such other relief as it deems appropriate and proper.

Dated: September 29, 2023

Respectfully submitted,

/s/ Justin P. Fasano
Janet M. Nesse, Esq.
Justin P. Fasano, Esq.
6404 Ivy Lane, Suite 820
Greenbelt, Maryland 20770
(301) 441-2420: Telephone
(301) 982-9450: Facsimile
jnesse@mhlawyers.com
jfasano@mhlawyers.com
*Attorneys for the Trustee*

## CERTIFICATE OF SERVICE

I hereby certify that on September 29, 2023, a true and correct copy of the foregoing was served by CM/ECF upon all parties receiving notice thereby.

/s/ Justin P. Fasano
Justin P. Fasano