The order below is hereby signed.

Signed: October 2 2023



Elizabeth L. Gunn
U.S. Bankruptcy Judge

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| IN RE: ) | |
| ) | |
| 819D, LLC, ) | 22-00101-ELG |
| ) | CHAPTER 7 |
| DEBTOR. ) | |

**ORDER GRANTING MOTION TO SHORTEN TIME TO OBJECT TO,**
**AND EXPEDITE HEARING ON MOTION TO APPROVE COMPROMISE**

Upon consideration of the *Motion to Expedite Hearing on and Shorten Time to Object to Motion To Approve Compromise* (the "Motion to Expedite") filed by Wendell W. Webster, Trustee ("Trustee") for debtor 819D, LLC ("Debtor"), with respect to *Motion To Approve Compromise* (the "Motion to Compromise"); and the Court finding that (a) it has jurisdiction over the matters raised in the Motion to Expedite pursuant to 28 U.S.C. §§ 157 and 1334, (b) this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2), and (c) adequate notice of the Motion to

Expedite was given under the circumstances and that no other or further notice is necessary; and good and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT**:

1. The Motion to Expedite is GRANTED pursuant to Local Bankruptcy Rule 9013-2.

2. An expedited hearing on the Motion to Compromise will be held on October 18, 2023 at 10:00 a.m. in person and via Zoom.

3. Objections to the relief sought in the Motion to Compromise shall be filed electronically with the Court on or prior to October 16, 2023.

4. Within one business day of the date of this order, counsel for the Trustee shall serve notice of the expedited hearing on all creditors not receiving this order via CM/ECF.

**END OF ORDER**

**I ASK FOR THIS**

/s/ *Justin P. Fasano*
Janet M. Nesse (DC Bar 358514)
Justin P. Fasano (DC Bar MD21201)
McNamee Hosea, P.A.
6404 Ivy Lane, Suite 820
Greenbelt, Maryland  20770
(301) 441-2420
jnesse@mhlawyers.com
jfasano@mhlawyers.com
*Counsel to the Trustee*

**Cc:** all creditors