**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| IN RE: ) ) | |
| 819D, LLC, ) ) | 22-00101-ELG |
| ) | CHAPTER 7 |
| DEBTOR. ) ) | |

**NOTICE OF HEARING AND OPPORTUNITY TO OBJECT TO**
**TO MOTION TO APPROVE COMPROMISE**

**PLEASE TAKE NOTICE** that Wendell W. Webster, Trustee ("Trustee") for debtor 819D, LLC ("Debtor"), has filed a *Motion to Approve Compromise* ("Motion") seeking an order confirming that the above-captioned litigation is stayed, or alternatively, staying the above-captioned litigation.

**PLEASE TAKE NOTICE** that if you intend to object to the Motion, you must, by **October 16, 2023**, file and serve a written objection to the Motion. The objection must be filed with the Clerk of the Bankruptcy Clerk, U.S. Courthouse, 3rd and Constitution Ave., NW, Washington, DC, 20001, and service (by delivery or mailing of copy) upon the undersigned. The objection must contain a complete specification of the factual and legal grounds upon which it is based. You may append legal memorandums, affidavits and documents in support of your objection. **IF YOU FAIL TO FILE A TIMELY OBJECTION, THE MOTION MAY BE APPROVED BY THE BANKRUPTCY COURT WITHOUT A HEARING.** Further, the Court may grant the relief requested without a hearing, if the objection filed states inadequate grounds for denial. Any questions may be directed to the undersigned.

Please take notice that a hearing will be held on **October 18 at 10:00 a.m.** on the Motion in person at 333 Constitution Avenue, Courtroom I, Washington DC 20001 and via Zoom. Parties in interest with questions may contact the undersigned or the courtroom deputy at aimee_mathewes@dcb.uscourts.gov at for Zoom login instructions.

Date: October 3, 2023                                         Respectfully submitted,

/s/ *Justin P. Fasano*
Janet M. Nesse (DC Bar 358514)
Justin P. Fasano (DC Bar MD21201)
McNamee Hosea, P.A.
6404 Ivy Lane, Suite 820
Greenbelt, Maryland  20770
(301) 441-2420
jnesse@mhlawyers.com/ jfasano@mhlawyers.com
*Counsel to the Trustee*

## CERTIFICATE OF SERVICE

I hereby certify that on October 3, 2023, a copy of the foregoing via CM/ECF, upon all parties receiving notice thereby, and by first class mail, postage prepaid, to the parties on the attached matrix marked with an 'x'.

/s/ *Justin P. Fasano*
Justin P. Fasano