```
Label Matrix for local noticing         819D LLC                                Sanctuary Condominium Unit Owners Associatio
0090-1                                  1423 Sharps Point Road                  c/o Chadwick, Washington, et al.
Case 22-00101-ELG                       Annapolis, MD 21409-6139                3201 Jermantown Rd.
United States Bankruptcy Court for the Distri                                   Suite 600
Washington, D.C.                                                                Fairfax, VA 22030-2879
Thu Apr 27 14:43:42 EDT 2023

U. S. Trustee for Region Four           Washington, D.C.                        2233-40th Partners LLC
U. S. Trustee's Office                  E. Barrett Prettyman U. S. Courthouse   3704 Military Road, NW
1725 Duke Street                        333 Constitution Ave, NW #1225          Washington, DC 20015-1740
Suite 650                               Washington, DC 20001-2802
Alexandria, VA 22314-3489  X

638 Newton Partners LLC                 819 Capital LLC                         Alexander M. Laughlin, Esq.
3704 Military Road, NW                  3704 Military Road, NW                  Odin Feldman Pittleman, PC
Washington, DC 20015-1740               Washington, DC 20015-1740               1775 Wiehle Avenue
                                                                                Suite 400
                                                                                Reston, VA 20190-5159

Andrew Rubin                            Andrew Rubin                            Bethany Benes, Esq.
1423 Sharps Point Road                  Andrew Rubin c/o Maurice Verstandig     Bethune Benes, PLLC
Annapolis, MD 21409-6139                9812 Falls Road, #114-160               3975 Fair Ridge Drive
                                        Potomac MD 20854-3976                   South Terrace, Suite 25C
                                                                                Fairfax, VA 22033-2911

Bradley M. Barna, Esq.                  Business Filings Incorporated of DE     Canal View Holdings LLC
Chadwick Washington Moriarty            1015 15th Street NW                     1423 Sharps Point Road
3201 Jermantown Road                    Suite 1000                              Annapolis, MD 21409-6139
Suite 600                               Washington, DC 20005-2621  X
Fairfax, VA 22030-2879

CanalView Holdings LLC                  Charles Peoples                         Christopher A. Glaser, Esq.
c/o Maurice Verstandig                  Thomas, Thomas & Hafer LLP              Jackson & Campbell
9812 Falls Road, #114-160               1025 Connecticut Ave., NW               2300 N Street NW
Potomac MD 20854-3976                   Suite 608                               Suite 300
                                        Washington, DC 20036-5411               Washington, DC 20037-1194  X

Christos Ekonomakis                     DC GOV'T OFFICE OF TAX AND REVENUE      DC Gov't Office of Tax and Revenue
5058 Joewood Drive                      PO BOX 37559                            PO Box 75520
Sanibel, FL 33957-7500  X               WASHINGTON DC 20013-7559  X             Washington DC 20013-0520  X

Department of Treasury                  District of Columbia Treasurer          Douglas E. McKinley, Esq.
Internal Revenue Service                Office of Tax and Revenue               P.O. Box 7395
PO Box 7346                             P.O. Box 37559                          Alexandria, VA 22307-0395  X
Philadelphia, PA 19101-7346  X          Washington, DC 20013-7559  X

Gregory Auger II                        Gregory Auger III                       Harford Mutual Insurance Group
2320 Wisconsin Avenue NW                2320 Wisconsin Avenue NW                200 North Main Street
Unit 312                                Unit 312                                Bel Air, MD 21014-3544  X
Washington, DC 20007-1858               Washington, DC 20007-1858

Ian J. McElhaney, Esq.                  (p)INTERNAL REVENUE SERVICE             Jeffrey Houle
Blankingship & Keith                    CENTRALIZED INSOLVENCY OPERATIONS       1221 Merchant Lane
4020 University Drive                   PO BOX 7346                             Mc Lean, VA 22101-2412  X
Suite 300                               PHILADELPHIA PA 19101-7346  X
Fairfax, VA 22030-6802  X
```

John A.C. Keith, Esq.
Blankingship & Keith
4020 University Drive
Suite 300
Fairfax, VA 22030-6802   X

KrStreet Holdings LLC
3704 Military Road, NW
Washington, DC 20015-1740

Karl Garcia
275 Giralda Avenue
Unit 5C
Miami, FL 33134-5080

Lauren H. Mills, Esq.
Samek Werther Mills, LLC
2000 Duke Street
Suite 300
Alexandria, VA 22314-6101

Law Offices of Mark D. Crawford PLLC
1005 North Glebe Road
Suite 210
Arlington, VA 22201-5792

Liliana Ekonomakis
5058 Joewood Drive
Sanibel, FL 33957-7500   X

Long & Foster Real Estate, Inc. d/b/a Urban
c/o Timothy G. Casey, Esquire
451 Hungerford Drive, Suite 505
Rockville, Maryland 20850-4174

Marc E. Albert, Stinson LLP
1775 Pennsylvania Ave. NW, Suite 800
Washington DC 20006-4760

Michelle A. Tygier
c/o Christopher L. Rogan, Esq.
50 Catoctin Cir., NE, Suite 300
Leesburg, VA 20176-3101

Michelle Tygier
3704 Military Road, NW
Washington, DC 20015-1740

Milt N. Theologou
Silverman Theologou
11200 Rockville Pike
Suite 520
Rockville, MD 20852-7105   X

Potomac Construction Group
7960 Old Georgetown Road
Suite 1-C
Bethesda, MD 20814-2445   X

Regua LLC
2320 Wisconsin Ave. NW
Unit 312
Washington, DC 20007-1858

Robert Rubin
3704 Military Road, NW
Washington, DC 20015-1740

Sanctuary Condominium Unit Owners Assoc.
c/o Chadwick, Washington, et al.
3201 Jermantown Rd., Suite 600
Fairfax, VA 22030-2879

South Glebe LLC
3704 Military Road, NW
Washington, DC 20015-1740

TR Holdings LLC
3704 Military Road, NW
Washington, DC 20015-1740

The Rubin Group, LLC
3704 Military Road, NW
Washington, DC 20015-1740

Thomas D. Madison
8719 Mount Vernon Highway   X
Alexandria, VA 22309-2217

Timothy G. Casey
Timothy Guy Casey Law Offices
451 Hungerford Drive
Suite 505
Rockville, MD 20850-4174

U.S. Trustee
1725 Duke Street
Suite 650
Alexandria, VA 22314-3489

Urban Pace
1428 U Street
Suite 300
Washington, DC 20009-8010   X

Woodmore Partners LLC
3704 Military Road, NW
Washington, DC 20015-1740

Bryan S. Ross
Bryan Ross, Trustee
1776 K Street N.W.
Suite 200
Washington, DC 20006-2304

Karl Garcia
275 Giralda Ave.
Unit 5C
Coral Gables, FL 33134-5080

Kristen E Burgers
Hirschler Fleischer
1676 International Drive
Suite 1350
Tysons, VA 22102-4940

Mark David Law Offices of Mark D Crawford PL
1005 N. Glebe Rd. Suite 210
Arlington, VA 22201-5792

Stephen E. Leach
Hirschler Fleischer
1676 International Drive
Suite 1350
Tysons, VA 22102-4940

THOMAS D. MADISON
8719 MT Vernon HWY
Alexandria, VA 22309-2217   X

Tracey Michelle Ohm
Stinson LLP
1775 Pennsylvania Ave. NW
Suite 800
Washington, DC 20006-4760

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Internal Revenue Service
31 Hopkins Plaza. Rm. 1150
Baltimore, MD 21201     X

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)2233-40th Partners LLC | (u)638 Newton Partners LLC | (u)819 Capital LLC |
| (u)Canal View Holdings LLC | (u)K Street Holdings LLC | (u)Regua, LLC |
| (u)South Glebe LLC | (u)TR Holdings LLC | (u)TRG Development LLC |
| (u)The Rubin Group LLC | (u)Woodmore Partners, LLC | (d)Internal Revenue Service<br>Centralized Insolvency Operations<br>Post Office Box 7346<br>Philadelphia, PA 19101-7346 |
| (u)Andrew Rubin | (u)Gregory Auger II | (u)Gregory Auger III |
| (u)Jeffrey Houle | (u)Michelle A. Tygier | (u)Robert Rubin |

End of Label Matrix
Mailable recipients      59
Bypassed recipients      18
Total                    77