The order below is hereby signed.

Signed: October 2 2023



Elizabeth L. Gunn
U.S. Bankruptcy Judge

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE: ) | |
| ) | |
| 819D, LLC, ) | 22-00101-ELG |
| ) | CHAPTER 7 |
| DEBTOR. ) | |

### ORDER GRANTING MOTION TO SHORTEN TIME TO OBJECT TO, AND EXPEDITE HEARING ON MOTION TO APPROVE COMPROMISE

Upon consideration of the *Motion to Expedite Hearing on and Shorten Time to Object to Motion To Approve Compromise* (the "Motion to Expedite") filed by Wendell W. Webster, Trustee ("Trustee") for debtor 819D, LLC ("Debtor"), with respect to *Motion To Approve Compromise* (the "Motion to Compromise"); and the Court finding that (a) it has jurisdiction over the matters raised in the Motion to Expedite pursuant to 28 U.S.C. §§ 157 and 1334, (b) this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2), and (c) adequate notice of the Motion to

Expedite was given under the circumstances and that no other or further notice is necessary; and good and sufficient cause appearing therefor,

    **IT IS HEREBY ORDERED THAT**:

    1.    The Motion to Expedite is GRANTED pursuant to Local Bankruptcy Rule 9013-2.

    2.    An expedited hearing on the Motion to Compromise will be held on October 18, 2023 at 10:00 a.m. in person and via Zoom.

    3.    Objections to the relief sought in the Motion to Compromise shall be filed electronically with the Court on or prior to October 16, 2023.

    4.    Within one business day of the date of this order, counsel for the Trustee shall serve notice of the expedited hearing on all creditors not receiving this order via CM/ECF.

**END OF ORDER**

**I ASK FOR THIS**

/s/ *Justin P. Fasano*
Janet M. Nesse (DC Bar 358514)
Justin P. Fasano (DC Bar MD21201)
McNamee Hosea, P.A.
6404 Ivy Lane, Suite 820
Greenbelt, Maryland  20770
(301) 441-2420
jnesse@mhlawyers.com
jfasano@mhlawyers.com
*Counsel to the Trustee*

**Cc:** all creditors

United States Bankruptcy Court

District of Columbia

In re:  
819D LLC  
    Debtor

Case No. 22-00101-ELG  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0090-1     User: admin     Page 1 of 6  
Date Rcvd: Oct 02, 2023     Form ID: pdf001     Total Noticed: 46

The following symbols are used throughout this certificate:  
**Symbol     Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

#     Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

##     Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 04, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| 762479 | + | 2233-40th Partners LLC, 3704 Military Road, NW, Washington, DC 20015-1740 |
| 762480 | + | 638 Newton Partners LLC, 3704 Military Road, NW, Washington, DC 20015-1740 |
| 762481 | + | 819 Capital LLC, 3704 Military Road, NW, Washington, DC 20015-1740 |
| 762482 | + | Alexander M. Laughlin, Esq., Odin Feldman Pittleman, PC, 1775 Wiehle Avenue, Suite 400, Reston, VA 20190-5159 |
| 765698 | + | Andrew Rubin, Andrew Rubin c/o Maurice Verstandig, 9812 Falls Road, #114-160, Potomac MD 20854-3976 |
| 762483 | + | Andrew Rubin, 1423 Sharps Point Road, Annapolis, MD 21409-6139 |
| 762484 | + | Bethany Benes, Esq., Bethune Benes, PLLC, 3975 Fair Ridge Drive, South Terrace, Suite 25C, Fairfax, VA 22033-2911 |
| 762485 | + | Bradley M. Barna, Esq., Chadwick Washington Moriarty, 3201 Jermantown Road, Suite 600, Fairfax, VA 22030-2879 |
| 762486 | + | Business Filings Incorporated of DE, 1015 15th Street NW, Suite 1000, Washington, DC 20005-2621 |
| 762487 | + | Canal View Holdings LLC, 1423 Sharps Point Road, Annapolis, MD 21409-6139 |
| 765699 | + | CanalView Holdings LLC, c/o Maurice Verstandig, 9812 Falls Road, #114-160, Potomac MD 20854-3976 |
| 762786 | + | Charles Peoples, Thomas, Thomas & Hafer LLP, 1025 Connecticut Ave., NW, Suite 608, Washington, DC 20036-5411 |
| 762488 | + | Christopher A. Glaser, Esq., Jackson & Campbell, 2300 N Street NW, Suite 300, Washington, DC 20037-1194 |
| 762489 | + | Christos Ekonomakis, 5058 Joewood Drive, Sanibel, FL 33957-7500 |
| 762748 | + | DC GOV'T OFFICE OF TAX AND REVENUE, PO BOX 37559, WASHINGTON DC 20013-7559 |
| 762745 | + | DC Gov't Office of Tax and Revenue, PO Box 75520, Washington DC 20013-0520 |
| 762782 | + | District of Columbia Treasurer, Office of Tax and Revenue, P.O. Box 37559, Washington, DC 20013-7559 |
| 762490 | + | Douglas E. McKinley, Esq., P.O. Box 7395, Alexandria, VA 22307-0395 |
| 762491 | + | Gregory Auger II, 2320 Wisconsin Avenue NW, Unit 312, Washington, DC 20007-1858 |
| 762492 | + | Gregory Auger III, 2320 Wisconsin Avenue NW, Unit 312, Washington, DC 20007-1858 |
| 762783 | + | Harford Mutual Insurance Group, 200 North Main Street, Bel Air, MD 21014-3544 |
| 762787 | + | Ian J. McElhaney, Esq., Blankingship & Keith, 4020 University Drive, Suite 300, Fairfax, VA 22030-6802 |
| 762493 | + | Jeffrey Houle, 1221 Merchant Lane, Mc Lean, VA 22101-2412 |
| 762494 | + | John A.C. Keith, Esq., Blankingship & Keith, 4020 University Drive, Suite 300, Fairfax, VA 22030-6802 |
| 762495 | + | K Street Holdings LLC, 3704 Military Road, NW, Washington, DC 20015-1740 |
| 762496 | + | Karl Garcia, 275 Giralda Avenue, Unit 5C, Miami, FL 33134-5080 |
| 762497 | + | Lauren H. Mills, Esq., Samek Werther Mills, LLC, 2000 Duke Street, Suite 300, Alexandria, VA 22314-6101 |
| 762498 | + | Law Offices of Mark D. Crawford PLLC, 1005 North Glebe Road, Suite 210, Arlington, VA 22201-5792 |
| 762499 | + | Liliana Ekonomakis, 5058 Joewood Drive, Sanibel, FL 33957-7500 |
| 765479 | + | Long & Foster Real Estate, Inc. d/b/a Urban Pace, c/o Timothy G. Casey, Esquire, 451 Hungerford Drive, Suite 505, Rockville, Maryland 20850-4174 |
| 765608 | + | Marc E. Albert, Stinson LLP, 1775 Pennsylvania Ave. NW, Suite 800, Washington DC 20006-4760 |
| 765477 | + | Michelle A. Tygier, c/o Christopher L. Rogan, Esq., 50 Catoctin Cir., NE, Suite 300, Leesburg, VA 20176-3101 |
| 762500 | + | Michelle Tygier, 3704 Military Road, NW, Washington, DC 20015-1740 |
| 762788 | + | Milt N. Theologou, Silverman Theologou, 11200 Rockville Pike, Suite 520, Rockville, MD 20852-7105 |
| 762790 | + | Regua LLC, 2320 Wisconsin Ave. NW, Unit 312, Washington, DC 20007-1858 |
| 762502 | + | Robert Rubin, 3704 Military Road, NW, Washington, DC 20015-1740 |
| 762503 | + | Sanctuary Condominium Unit Owners Assoc., c/o Chadwick, Washington, et al., 3201 Jermantown Rd., Suite 600, Fairfax, VA 22030-2879 |
| 762504 | + | South Glebe LLC, 3704 Military Road, NW, Washington, DC 20015-1740 |
| 762507 | + | TR Holdings LLC, 3704 Military Road, NW, Washington, DC 20015-1740 |

| District/off: 0090-1 | User: admin | Page 2 of 6 |
|---|---|---|
| Date Rcvd: Oct 02, 2023 | Form ID: pdf001 | Total Noticed: 46 |

| | | |
|---|---|---|
| 762505 | + | The Rubin Group, LLC, 3704 Military Road, NW, Washington, DC 20015-1740 |
| 762506 | + | Thomas D. Madison, 8719 Mount Vernon Highway, Alexandria, VA 22309-2217 |
| 762789 | + | Timothy G. Casey, Timothy Guy Casey Law Offices, 451 Hungerford Drive, Suite 505, Rockville, MD 20850-4174 |
| 762508 | #+ | Urban Pace, 1428 U Street, Suite 300, Washington, DC 20009-8010 |
| 762509 | + | Woodmore Partners LLC, 3704 Military Road, NW, Washington, DC 20015-1740 |

TOTAL: 44

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| 762673 | + Email/Text: sbse.cio.bnc.mail@irs.gov | Oct 02 2023 22:49:00 | Department of Treasury, Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 766704 | + Email/Text: ustpregion04.ax.ecf@usdoj.gov | Oct 02 2023 22:49:00 | U.S. Trustee, 1725 Duke Street, Suite 650, Alexandria, VA 22314-3489 |

TOTAL: 2

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 762726 | *P++ | INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATIONS, PO BOX 7346, PHILADELPHIA PA 19101-7346, address filed with court:, Internal Revenue Service, 31 Hopkins Plaza. Rm. 1150, Baltimore, MD 21201 |
| 762784 | *+ | Internal Revenue Service, Centralized Insolvency Operations, Post Office Box 7346, Philadelphia, PA 19101-7346 |
| 762785 | *+ | TR Holdings LLC, 3704 Military Road, NW, Washington, DC 20015-1740 |
| 762501 | ##+ | Potomac Construction Group, 7960 Old Georgetown Road, Suite 1-C, Bethesda, MD 20814-2445 |

TOTAL: 0 Undeliverable, 3 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Oct 04, 2023            Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 2, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Aaron L. Casagrande | on behalf of Interested Party Hartford Mutual Insurance Company aaron.casagrande@icemiller.com |
| Alexander McDonald Laughlin | on behalf of Creditor Gregory Auger III alex.laughlin@ofplaw.com, marse.hammond@ofplaw.com |
| Alexander McDonald Laughlin | on behalf of Creditor Gregory Auger II alex.laughlin@ofplaw.com, marse.hammond@ofplaw.com |
| Alexander McDonald Laughlin | on behalf of Creditor Regua LLC alex.laughlin@ofplaw.com, marse.hammond@ofplaw.com |
| Alexander McDonald Laughlin | |

Case 22-00101-ELG   Doc 198   Filed 10/04/23   Entered 10/05/23 00:04:36   Desc
Imaged Certificate of Notice   Page 5 of 8

| District/off: 0090-1 | User: admin | Page 3 of 6 |
|---|---|---|
| Date Rcvd: Oct 02, 2023 | Form ID: pdf001 | Total Noticed: 46 |

| | |
|---|---|
| | on behalf of Defendant Gregory Auger II alex.laughlin@ofplaw.com, marse.hammond@ofplaw.com |
| Alexander McDonald Laughlin | |
| | on behalf of Defendant Regua LLC alex.laughlin@ofplaw.com, marse.hammond@ofplaw.com |
| Alexander McDonald Laughlin | |
| | on behalf of Defendant Gregory Auger III alex.laughlin@ofplaw.com, marse.hammond@ofplaw.com |
| Bradley Barna | |
| | on behalf of Plaintiff Sanctuary Condominium Unit Owners Association bbarna@chadwickwashington.com |
| Bradley Barna | |
| | on behalf of Creditor Sanctuary Condominium Unit Owners Association bbarna@chadwickwashington.com |
| Bryan S. Ross | |
| | on behalf of Trustee Bryan S. Ross ysnore@aol.com bross@ecf.axosfs.com |
| Charles B Peoples | |
| | on behalf of Defendant 819D LLC cpeoples@tthlaw.com |
| Christopher Rogan | |
| | on behalf of Defendant TR Holdings LLC crogan@rmzlawfirm.com |
| Christopher Rogan | |
| | on behalf of Interested Party Robert Rubin crogan@rmzlawfirm.com |
| Christopher Rogan | |
| | on behalf of Interested Party TR Holdings LLC crogan@rmzlawfirm.com |
| Christopher Rogan | |
| | on behalf of Interested Party K Street Holdings LLC crogan@rmzlawfirm.com |
| Christopher Rogan | |
| | on behalf of Defendant 2233-40th Partners LLC crogan@rmzlawfirm.com |
| Christopher Rogan | |
| | on behalf of Defendant Rubin Group LLC crogan@rmzlawfirm.com |
| Christopher Rogan | |
| | on behalf of 3rd Party Plaintiff Robert Rubin crogan@rmzlawfirm.com |
| Christopher Rogan | |
| | on behalf of 3rd Party Plaintiff The Rubin Group LLC crogan@rmzlawfirm.com |
| Christopher Rogan | |
| | on behalf of Defendant 638 Newton Partners LLC crogan@rmzlawfirm.com |
| Christopher Rogan | |
| | on behalf of Defendant Robert Rubin crogan@rmzlawfirm.com |
| Christopher Rogan | |
| | on behalf of Interested Party The Rubin Group LLC crogan@rmzlawfirm.com |
| Christopher Rogan | |
| | on behalf of Interested Party 638 Newton Partners LLC crogan@rmzlawfirm.com |
| Christopher Rogan | |
| | on behalf of Defendant South Glebe LLC crogan@rmzlawfirm.com |
| Christopher Rogan | |
| | on behalf of 3rd Party Plaintiff TR Holdings LLC crogan@rmzlawfirm.com |
| Christopher Rogan | |
| | on behalf of Interested Party 2233-40th Partners LLC crogan@rmzlawfirm.com |
| Christopher Rogan | |
| | on behalf of Interested Party South Glebe LLC crogan@rmzlawfirm.com |
| Christopher Rogan | |
| | on behalf of Defendant K Street Holdings LLC crogan@rmzlawfirm.com |
| Christopher Rogan | |
| | on behalf of 3rd Party Plaintiff Michelle Tygier crogan@rmzlawfirm.com |
| Christopher Rogan | |
| | on behalf of Interested Party Michelle A. Tygier crogan@rmzlawfirm.com |
| Christopher Rogan | |
| | on behalf of Defendant Michelle A. Tygier crogan@rmzlawfirm.com |
| Christopher A. Glaser | |
| | on behalf of Defendant Canal View Holdings LLC cglaser@jackscamp.com iluaces@jackscamp.com |

Case 22-00101-ELG    Doc 198    Filed 10/04/23    Entered 10/05/23 00:04:36    Desc
Imaged Certificate of Notice    Page 6 of 8

| District/off: 0090-1 | User: admin | Page 4 of 6 |
|---|---|---|
| Date Rcvd: Oct 02, 2023 | Form ID: pdf001 | Total Noticed: 46 |

| Name | Description |
|---|---|
| Christopher A. Glaser | on behalf of Interested Party Andrew Rubin cglaser@jackscamp.com iluaces@jackscamp.com |
| Christopher A. Glaser | on behalf of Defendant Andrew Rubin cglaser@jackscamp.com iluaces@jackscamp.com |
| Christopher A. Glaser | on behalf of Interested Party Canal View Holdings LLC cglaser@jackscamp.com iluaces@jackscamp.com |
| Douglas E. McKinley | on behalf of Interested Party THOMAS D. MADISON doug1803@verizon.net |
| Douglas E. McKinley | on behalf of Defendant Thomas D. Madison doug1803@verizon.net |
| John A. C. Keith | on behalf of Defendant Jeffrey Houle jkeith@bklawva.com |
| Justin Philip Fasano | on behalf of Defendant Bryan Ross jfasano@mhlawyers.com jfasano@ecf.courtdrive.com;hleaphart@mhlawyers.com;fasano.justinr92003@notify.bestcase.com |
| Justin Philip Fasano | on behalf of Trustee Wendell W. Webster Chapter 7 Trustee jfasano@mhlawyers.com, jfasano@ecf.courtdrive.com;hleaphart@mhlawyers.com;fasano.justinr92003@notify.bestcase.com |
| Justin Philip Fasano | on behalf of Defendant Bryan S. Ross Chapter 7 Trustee jfasano@mhlawyers.com, jfasano@ecf.courtdrive.com;hleaphart@mhlawyers.com;fasano.justinr92003@notify.bestcase.com |
| Justin Philip Fasano | on behalf of Trustee Wendell W. Webster jfasano@mhlawyers.com jfasano@ecf.courtdrive.com;hleaphart@mhlawyers.com;fasano.justinr92003@notify.bestcase.com |
| Justin Philip Fasano | on behalf of Trustee Wendell W. Webster Chapter 7 trustee jfasano@mhlawyers.com, jfasano@ecf.courtdrive.com;hleaphart@mhlawyers.com;fasano.justinr92003@notify.bestcase.com |
| Justin Philip Fasano | on behalf of Trustee Bryan S. Ross jfasano@mhlawyers.com jfasano@ecf.courtdrive.com;hleaphart@mhlawyers.com;fasano.justinr92003@notify.bestcase.com |
| Kristen E Burgers | on behalf of Interested Party Hirschler Fleischer kburgers@hirschlerlaw.com ndysart@hirschlerlaw.com;sleach@hirschlerlaw.com |
| Kristen E Burgers | on behalf of Debtor In Possession 819D LLC kburgers@hirschlerlaw.com ndysart@hirschlerlaw.com;sleach@hirschlerlaw.com |
| Kristen E Burgers | on behalf of Defendant 819D LLC kburgers@hirschlerlaw.com ndysart@hirschlerlaw.com;sleach@hirschlerlaw.com |
| Kristen S. Eustis | on behalf of U.S. Trustee U. S. Trustee for Region Four Kristen.S.Eustis@usdoj.gov |
| Laurin Howard Mills | on behalf of Interested Party Robert Rubin Laurin@werthermills.com roussy@werthermills.com;amelia@werthermills.com |
| Laurin Howard Mills | on behalf of Defendant K Street Holdings LLC Laurin@werthermills.com roussy@werthermills.com;amelia@werthermills.com |
| Laurin Howard Mills | on behalf of 3rd Party Plaintiff Michelle Tygier Laurin@werthermills.com roussy@werthermills.com;amelia@werthermills.com |
| Laurin Howard Mills | on behalf of Defendant 2233-40th Partners LLC Laurin@werthermills.com roussy@werthermills.com;amelia@werthermills.com |
| Laurin Howard Mills | on behalf of Interested Party South Glebe LLC Laurin@werthermills.com roussy@werthermills.com;amelia@werthermills.com |
| Laurin Howard Mills | on behalf of Interested Party Michelle A. Tygier Laurin@werthermills.com roussy@werthermills.com;amelia@werthermills.com |
| Laurin Howard Mills | on behalf of Interested Party K Street Holdings LLC Laurin@werthermills.com roussy@werthermills.com;amelia@werthermills.com |
| Laurin Howard Mills | on behalf of Interested Party 2233-40th Partners LLC Laurin@werthermills.com roussy@werthermills.com;amelia@werthermills.com |
| Laurin Howard Mills | on behalf of Defendant South Glebe LLC Laurin@werthermills.com roussy@werthermills.com;amelia@werthermills.com |

Case 22-00101-ELG    Doc 198    Filed 10/04/23    Entered 10/05/23 00:04:36    Desc
Imaged Certificate of Notice    Page 7 of 8

| District/off: 0090-1 | User: admin | Page 5 of 6 |
|---|---|---|
| Date Rcvd: Oct 02, 2023 | Form ID: pdf001 | Total Noticed: 46 |

| | |
|---|---|
| Laurin Howard Mills | on behalf of Defendant Michelle A. Tygier Laurin@werthermills.com roussy@werthermills.com;amelia@werthermills.com |
| Laurin Howard Mills | on behalf of Defendant 638 Newton Partners LLC Laurin@werthermills.com roussy@werthermills.com;amelia@werthermills.com |
| Laurin Howard Mills | on behalf of Interested Party TR Holdings LLC Laurin@werthermills.com roussy@werthermills.com;amelia@werthermills.com |
| Laurin Howard Mills | on behalf of Interested Party The Rubin Group LLC Laurin@werthermills.com roussy@werthermills.com;amelia@werthermills.com |
| Laurin Howard Mills | on behalf of Defendant TR Holdings LLC Laurin@werthermills.com roussy@werthermills.com;amelia@werthermills.com |
| Laurin Howard Mills | on behalf of 3rd Party Plaintiff TR Holdings LLC Laurin@werthermills.com roussy@werthermills.com;amelia@werthermills.com |
| Laurin Howard Mills | on behalf of Interested Party 638 Newton Partners LLC Laurin@werthermills.com roussy@werthermills.com;amelia@werthermills.com |
| Laurin Howard Mills | on behalf of Defendant 819D LLC Laurin@werthermills.com roussy@werthermills.com;amelia@werthermills.com |
| Laurin Howard Mills | on behalf of 3rd Party Plaintiff The Rubin Group LLC Laurin@werthermills.com roussy@werthermills.com;amelia@werthermills.com |
| Laurin Howard Mills | on behalf of 3rd Party Plaintiff Robert Rubin Laurin@werthermills.com roussy@werthermills.com;amelia@werthermills.com |
| Laurin Howard Mills | on behalf of Defendant Rubin Group LLC Laurin@werthermills.com roussy@werthermills.com;amelia@werthermills.com |
| Laurin Howard Mills | on behalf of Defendant Robert Rubin Laurin@werthermills.com roussy@werthermills.com;amelia@werthermills.com |
| Marc E. Albert | on behalf of Creditor Karl Garcia marc.albert@stinson.com porsche.barnes@stinson.com;dc05@ecfcbis.com;mealbert@ecf.axosfs.com |
| Marc E. Albert | on behalf of Plaintiff Karl Garcia marc.albert@stinson.com porsche.barnes@stinson.com;joshua.cox@stinson.com |
| Mark Crawford, I | on behalf of Trustee Bryan S. Ross mcrawford@mdc-law.com |
| Mark Crawford, I | on behalf of Creditor Mark David Law Offices of Mark D Crawford PLLC mcrawford@mdc-law.com |
| Maurice Belmont VerStandig | on behalf of Interested Party TRG Development LLC mac@mbvesq.com lisa@mbvesq.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email |
| Maurice Belmont VerStandig | on behalf of Defendant 819 Capital LLC mac@mbvesq.com lisa@mbvesq.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email |
| Maurice Belmont VerStandig | on behalf of Defendant TRG Development LLC mac@mbvesq.com lisa@mbvesq.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email |
| Maurice Belmont VerStandig | on behalf of Interested Party Andrew Rubin mac@mbvesq.com lisa@mbvesq.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email |
| Maurice Belmont VerStandig | on behalf of Defendant Canal View Holdings LLC mac@mbvesq.com lisa@mbvesq.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email |
| Maurice Belmont VerStandig | on behalf of Interested Party Canal View Holdings LLC mac@mbvesq.com lisa@mbvesq.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email |
| Maurice Belmont VerStandig | on behalf of Defendant Woodmore Partners LLC mac@mbvesq.com lisa@mbvesq.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email |
| Maurice Belmont VerStandig | |

| | | |
|---|---|---|
| District/off: 0090-1 | User: admin | Page 6 of 6 |
| Date Rcvd: Oct 02, 2023 | Form ID: pdf001 | Total Noticed: 46 |

| | |
|---|---|
| Maurice Belmont VerStandig | on behalf of Interested Party 819 Capital LLC mac@mbvesq.com lisa@mbvesq.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email |
| Maurice Belmont VerStandig | on behalf of Plaintiff Canal View Holdings LLC mac@mbvesq.com lisa@mbvesq.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email |
| Maurice Belmont VerStandig | on behalf of Interested Party Woodmore Partners  LLC mac@mbvesq.com, lisa@mbvesq.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email |
| Maurice Belmont VerStandig | on behalf of Defendant Andrew Rubin mac@mbvesq.com lisa@mbvesq.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email |
| Maurice Belmont VerStandig | on behalf of Plaintiff Andrew Rubin mac@mbvesq.com lisa@mbvesq.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email |
| Michael T. Freeman | on behalf of U.S. Trustee U. S. Trustee for Region Four michael.t.freeman@usdoj.gov paula.f.blades@usdoj.gov;robert.w.ours@usdoj.gov |
| Robert Michael Gittins | on behalf of Defendant The Sanctuary Condominium Unit Owners Association gittins@ewmd.com |
| Sara Kathryn Mayson | on behalf of U.S. Trustee U. S. Trustee for Region Four sara.kathryn.mayson@usdoj.gov  Robert.W.Ours@usdoj.gov |
| Stephen E. Leach | on behalf of Defendant 819D LLC sleach@hirschlerlaw.com  ndysart@hirschlerlaw.com |
| Stephen E. Leach | on behalf of Debtor In Possession 819D LLC sleach@hirschlerlaw.com  ndysart@hirschlerlaw.com |
| Timothy G Casey | on behalf of Defendant Long & Foster Real Estate  Inc. timgcasey@yahoo.com |
| Timothy G Casey | on behalf of Interested Party Long & Foster Real Estate  Inc. timgcasey@yahoo.com |
| Tracey Michelle Ohm | on behalf of Creditor Karl Garcia tracey.ohm@stinson.com  porsche.barnes@stinson.com |
| Tracey Michelle Ohm | on behalf of Attorney Tracey Michelle Ohm tracey.ohm@stinson.com  porsche.barnes@stinson.com |
| Tracey Michelle Ohm | on behalf of Plaintiff Karl Garcia tracey.ohm@stinson.com  porsche.barnes@stinson.com |
| U. S. Trustee for Region Four | USTPRegion04.DC.ECF@USDOJ.GOV |
| Wendell W. Webster | wwebster@websterfredrickson.com  DC03@ecfcbis.com |
| William B Porter | on behalf of Interested Party Jeffrey Houle wporter@bklawva.com agabler@bklawva.com;jkeith@bklawva.com;imcelhaney@bklawva.com |

TOTAL: 98