22NTCHRG

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF COLUMBIA**

In re:

    **819D LLC**
        Debtor(s).

Case No. 22-00101-ELG

Chapter 7

## NOTICE OF HEARING

NOTICE IS HEREBY GIVEN that a hearing scheduled for 10:00 AM on 10/18/2023 is rescheduled to 1:00 PM on the same date.

in Courtroom 1 United States Courthouse, 333 Constitution Ave NW, Washington, DC 20001. The parties may attend in person or via Zoom (contact Aimee_Mathewes@dcb.uscourts.gov for Zoom information)

before the Honorable Elizabeth L. Gunn, United States Bankruptcy Judge for the District of Columbia.

    For the Court:
    Angela D. Caesar
    BY: AM
    Dated: 10/6/2023

Copies to: Recipients of electronic notifications; Debtor; appointed trustee; parties as appropriate.