**22NTCHRG**

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF COLUMBIA

| | |
|---|---|
| In re: | Case No. 22-00101-ELG |
| **819D LLC**<br>Debtor(s). | Chapter 7 |

## NOTICE OF HEARING

NOTICE IS HEREBY GIVEN that a hearing scheduled for 10:00 AM on 10/18/2023 is rescheduled to 1:00 PM on the same date.

in Courtroom 1 United States Courthouse, 333 Constitution Ave NW, Washington, DC 20001. The parties may attend in person or via Zoom (contact Aimee_Mathewes@dcb.uscourts.gov for Zoom information)

before the Honorable Elizabeth L. Gunn, United States Bankruptcy Judge for the District of Columbia.

For the Court:
Angela D. Caesar
BY: AM
Dated: 10/6/2023

Copies to: Recipients of electronic notifications; Debtor; appointed trustee; parties as appropriate.

United States Bankruptcy Court

District of Columbia

In re:     Case No. 22-00101-ELG
819D LLC     Chapter 7
       Debtor

# CERTIFICATE OF NOTICE

District/off: 0090-1     User: admin     Page 1 of 6
Date Rcvd: Oct 06, 2023     Form ID: pdf001     Total Noticed: 19

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 08, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| dbpos | + | 819D LLC, 1423 Sharps Point Road, Annapolis, MD 21409-6139 |
| aty | | Bethany R. Benes, BETHUNE BENES, PLLC, 3795 Fair Ridge Drive, South Terrace Suite 25C, Fairfax, VA 22033 |
| aty | + | Brendan P. Bunn, Chadwick, Washington, Moriarty, Elmore &, Bunn, P.C., 3201 Jermantown Road, Suite 600 Fairfax, VA 22030-2879 |
| aty | + | Brian C. Clarry, Samek, Werther, Mills LLC, 2000 Duke Street, Suite 300, Alexandria, VA 22314-6101 |
| aty | + | Mansitan Sow, Samek, Werther, Mills LLC, 2000 Duke Street, Suite 300, Alexandria, VA 22314-6101 |
| aty | + | Tracey Michelle Ohm, Stinson LLP, 1775 Pennsylvania Ave. NW, Suite 800, Washington, DC 20006-4760 |
| smg | ++ | CHILD SUPPORT SERVICES DIVISION, ATTN LEGAL SERVICES SECTION, 400 SIXTH ST NW, SUITE 8300, WASHINGTON DC 20001-0189 address filed with court:, Child Support Services Division, Office of the Attorney General, Judiciary Square 441 4th Street, NW, 5th Floor, Washington, DC 20001 |
| intp | + | Hirschler Fleischer, 1676 International Drive, Suite 1350, Tysons, VA 22102-4940 |
| cr | + | Karl Garcia, 275 Giralda Ave., Unit 5C, Coral Gables, FL 33134-5080 |
| cr | + | Mark David Law Offices of Mark D Crawford PLLC, 1005 N. Glebe Rd. Suite 210, Arlington, VA 22201, UNITED STATES 22201-5792 |
| cr | + | Sanctuary Condominium Unit Owners Association, c/o Chadwick, Washington, et al., 3201 Jermantown Rd., Suite 600, Fairfax, VA 22030 UNITED STATES 22030-2879 |
| intp | + | THOMAS D. MADISON, 8719 MT Vernon HWY, Alexandria, VA 22309-2217 |

TOTAL: 12

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | + | Email/Text: angela.coleman@dc.gov | Oct 06 2023 21:48:00 | D.C. Office of Tax and Revenue, Bankruptcy Division, 1101 4th Street SW, Washington, DC 20024-4457 |
| smg | ^ | MEBN | Oct 06 2023 21:45:40 | District Unemployment Compensation Board, 4058 Minnesota Ave., NE, 4th Floor, Washington, DC 20019-3540 |
| smg | | Email/Text: sbse.cio.bnc.mail@irs.gov | Oct 06 2023 21:48:00 | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| smg | ^ | MEBN | Oct 06 2023 21:45:41 | Office of Attorney General, Tax, Bankruptcy, and Finance, One Judiciary Square, 441 4th Street, NW, 6th Floor, Washington, DC 20001-2714 |
| smg | | Email/Text: karen.brown@treasury.gov | Oct 06 2023 21:48:00 | Secretary of the Treasury, 15th and Pennsylvania Aveneu, NW, Washington, DC 20220-0001 |
| smg | | Email/Text: atlreorg@sec.gov | Oct 06 2023 21:48:00 | Securities and Exchange Commission, Atlanta Regional Office, Office of Reorganization, 950 East Paces Ferry Road NE, Ste. 900, Atlanta, GA 30326-1382 |
| smg | + | Email/Text: USADC.BankruptcyNotices@usdoj.gov | Oct 06 2023 21:48:00 | U.S. Attorney's Office, Civil Division, 601 D Street, NW, Washington, DC 20530-0034 |

TOTAL: 7

| District/off: 0090-1 | User: admin | Page 2 of 6 |
|---|---|---|
| Date Rcvd: Oct 06, 2023 | Form ID: pdf001 | Total Noticed: 19 |

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| intp | | 2233-40th Partners LLC |
| intp | | 638 Newton Partners LLC |
| intp | | 819 Capital LLC |
| intp | | Andrew Rubin |
| intp | | Canal View Holdings LLC |
| cr | | Gregory Auger, II |
| cr | | Gregory Auger, III |
| intp | | Hartford Mutual Insurance Company |
| intp | | Jeffrey Houle |
| intp | | K Street Holdings LLC |
| intp | | Long & Foster Real Estate, Inc. |
| intp | | Michelle A. Tygier |
| cr | | Regua, LLC |
| intp | | Robert Rubin |
| intp | | South Glebe LLC |
| intp | | TR Holdings LLC |
| intp | | TRG Development LLC |
| intp | | The Rubin Group LLC |
| intp | | Woodmore Partners, LLC |

TOTAL: 19 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 08, 2023      Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 6, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Aaron L. Casagrande | on behalf of Interested Party Hartford Mutual Insurance Company aaron.casagrande@icemiller.com |
| Alexander McDonald Laughlin | on behalf of Creditor Gregory Auger  II alex.laughlin@ofplaw.com, marse.hammond@ofplaw.com |
| Alexander McDonald Laughlin | on behalf of Creditor Regua  LLC alex.laughlin@ofplaw.com, marse.hammond@ofplaw.com |
| Alexander McDonald Laughlin | on behalf of Defendant Gregory Auger  II alex.laughlin@ofplaw.com, marse.hammond@ofplaw.com |
| Alexander McDonald Laughlin | on behalf of Defendant Regua  LLC alex.laughlin@ofplaw.com, marse.hammond@ofplaw.com |
| Alexander McDonald Laughlin | on behalf of Defendant Gregory Auger  III alex.laughlin@ofplaw.com, marse.hammond@ofplaw.com |

| | | |
|---|---|---|
| District/off: 0090-1 | User: admin | Page 3 of 6 |
| Date Rcvd: Oct 06, 2023 | Form ID: pdf001 | Total Noticed: 19 |

Alexander McDonald Laughlin
    on behalf of Creditor Gregory Auger III alex.laughlin@ofplaw.com, marse.hammond@ofplaw.com

Bradley Barna
    on behalf of Creditor Sanctuary Condominium Unit Owners Association bbarna@chadwickwashington.com

Bradley Barna
    on behalf of Plaintiff Sanctuary Condominium Unit Owners Association bbarna@chadwickwashington.com

Bryan S. Ross
    on behalf of Trustee Bryan S. Ross ysnore@aol.com bross@ecf.axosfs.com

Charles B Peoples
    on behalf of Defendant 819D LLC cpeoples@tthlaw.com

Christopher Rogan
    on behalf of Interested Party Robert Rubin crogan@rmzlawfirm.com

Christopher Rogan
    on behalf of Interested Party TR Holdings LLC crogan@rmzlawfirm.com

Christopher Rogan
    on behalf of Interested Party K Street Holdings LLC crogan@rmzlawfirm.com

Christopher Rogan
    on behalf of Defendant 2233-40th Partners LLC crogan@rmzlawfirm.com

Christopher Rogan
    on behalf of Defendant Rubin Group LLC crogan@rmzlawfirm.com

Christopher Rogan
    on behalf of 3rd Party Plaintiff Robert Rubin crogan@rmzlawfirm.com

Christopher Rogan
    on behalf of 3rd Party Plaintiff The Rubin Group LLC crogan@rmzlawfirm.com

Christopher Rogan
    on behalf of Defendant 638 Newton Partners LLC crogan@rmzlawfirm.com

Christopher Rogan
    on behalf of Defendant Robert Rubin crogan@rmzlawfirm.com

Christopher Rogan
    on behalf of Interested Party The Rubin Group LLC crogan@rmzlawfirm.com

Christopher Rogan
    on behalf of Interested Party 638 Newton Partners LLC crogan@rmzlawfirm.com

Christopher Rogan
    on behalf of Defendant South Glebe LLC crogan@rmzlawfirm.com

Christopher Rogan
    on behalf of 3rd Party Plaintiff TR Holdings LLC crogan@rmzlawfirm.com

Christopher Rogan
    on behalf of Interested Party 2233-40th Partners LLC crogan@rmzlawfirm.com

Christopher Rogan
    on behalf of Interested Party South Glebe LLC crogan@rmzlawfirm.com

Christopher Rogan
    on behalf of Defendant K Street Holdings LLC crogan@rmzlawfirm.com

Christopher Rogan
    on behalf of 3rd Party Plaintiff Michelle Tygier crogan@rmzlawfirm.com

Christopher Rogan
    on behalf of Interested Party Michelle A. Tygier crogan@rmzlawfirm.com

Christopher Rogan
    on behalf of Defendant Michelle A. Tygier crogan@rmzlawfirm.com

Christopher Rogan
    on behalf of Defendant TR Holdings LLC crogan@rmzlawfirm.com

Christopher A. Glaser
    on behalf of Defendant Canal View Holdings LLC cglaser@jackscamp.com iluaces@jackscamp.com

Christopher A. Glaser
    on behalf of Interested Party Andrew Rubin cglaser@jackscamp.com iluaces@jackscamp.com

Christopher A. Glaser
    on behalf of Defendant Andrew Rubin cglaser@jackscamp.com iluaces@jackscamp.com

| | | |
|---|---|---|
| District/off: 0090-1 | User: admin | Page 4 of 6 |
| Date Rcvd: Oct 06, 2023 | Form ID: pdf001 | Total Noticed: 19 |

Christopher A. Glaser
    on behalf of Interested Party Canal View Holdings LLC cglaser@jackscamp.com iluaces@jackscamp.com

Douglas E. McKinley
    on behalf of Interested Party THOMAS D. MADISON doug1803@verizon.net

Douglas E. McKinley
    on behalf of Defendant Thomas D. Madison doug1803@verizon.net

John A. C. Keith
    on behalf of Defendant Jeffrey Houle jkeith@bklawva.com

Justin Philip Fasano
    on behalf of Defendant Bryan Ross jfasano@mhlawyers.com
    jfasano@ecf.courtdrive.com;hleaphart@mhlawyers.com;fasano.justinr92003@notify.bestcase.com

Justin Philip Fasano
    on behalf of Trustee Wendell W. Webster  Chapter 7 Trustee jfasano@mhlawyers.com,
    jfasano@ecf.courtdrive.com;hleaphart@mhlawyers.com;fasano.justinr92003@notify.bestcase.com

Justin Philip Fasano
    on behalf of Defendant Bryan S. Ross  Chapter 7 Trustee jfasano@mhlawyers.com,
    jfasano@ecf.courtdrive.com;hleaphart@mhlawyers.com;fasano.justinr92003@notify.bestcase.com

Justin Philip Fasano
    on behalf of Trustee Wendell W. Webster jfasano@mhlawyers.com
    jfasano@ecf.courtdrive.com;hleaphart@mhlawyers.com;fasano.justinr92003@notify.bestcase.com

Justin Philip Fasano
    on behalf of Trustee Wendell W. Webster  Chapter 7 trustee jfasano@mhlawyers.com,
    jfasano@ecf.courtdrive.com;hleaphart@mhlawyers.com;fasano.justinr92003@notify.bestcase.com

Justin Philip Fasano
    on behalf of Trustee Bryan S. Ross jfasano@mhlawyers.com
    jfasano@ecf.courtdrive.com;hleaphart@mhlawyers.com;fasano.justinr92003@notify.bestcase.com

Kristen E Burgers
    on behalf of Interested Party Hirschler Fleischer kburgers@hirschlerlaw.com
    ndysart@hirschlerlaw.com;sleach@hirschlerlaw.com

Kristen E Burgers
    on behalf of Debtor In Possession 819D LLC kburgers@hirschlerlaw.com ndysart@hirschlerlaw.com;sleach@hirschlerlaw.com

Kristen E Burgers
    on behalf of Defendant 819D LLC kburgers@hirschlerlaw.com ndysart@hirschlerlaw.com;sleach@hirschlerlaw.com

Kristen S. Eustis
    on behalf of U.S. Trustee U. S. Trustee for Region Four Kristen.S.Eustis@usdoj.gov

Laurin Howard Mills
    on behalf of Interested Party Michelle A. Tygier Laurin@werthermills.com roussy@werthermills.com;amelia@werthermills.com

Laurin Howard Mills
    on behalf of Interested Party K Street Holdings LLC Laurin@werthermills.com
    roussy@werthermills.com;amelia@werthermills.com

Laurin Howard Mills
    on behalf of Interested Party 2233-40th Partners LLC Laurin@werthermills.com
    roussy@werthermills.com;amelia@werthermills.com

Laurin Howard Mills
    on behalf of Defendant South Glebe LLC Laurin@werthermills.com roussy@werthermills.com;amelia@werthermills.com

Laurin Howard Mills
    on behalf of Defendant Michelle A. Tygier Laurin@werthermills.com roussy@werthermills.com;amelia@werthermills.com

Laurin Howard Mills
    on behalf of Defendant 638 Newton Partners LLC Laurin@werthermills.com
    roussy@werthermills.com;amelia@werthermills.com

Laurin Howard Mills
    on behalf of Interested Party TR Holdings LLC Laurin@werthermills.com roussy@werthermills.com;amelia@werthermills.com

Laurin Howard Mills
    on behalf of Interested Party The Rubin Group LLC Laurin@werthermills.com
    roussy@werthermills.com;amelia@werthermills.com

Laurin Howard Mills
    on behalf of Defendant TR Holdings LLC Laurin@werthermills.com roussy@werthermills.com;amelia@werthermills.com

Laurin Howard Mills
    on behalf of 3rd Party Plaintiff TR Holdings LLC Laurin@werthermills.com
    roussy@werthermills.com;amelia@werthermills.com

| | | |
|---|---|---|
| District/off: 0090-1 | User: admin | Page 5 of 6 |
| Date Rcvd: Oct 06, 2023 | Form ID: pdf001 | Total Noticed: 19 |

Laurin Howard Mills
    on behalf of Interested Party 638 Newton Partners LLC Laurin@werthermills.com roussy@werthermills.com;amelia@werthermills.com

Laurin Howard Mills
    on behalf of Defendant 819D LLC Laurin@werthermills.com roussy@werthermills.com;amelia@werthermills.com

Laurin Howard Mills
    on behalf of 3rd Party Plaintiff The Rubin Group LLC Laurin@werthermills.com roussy@werthermills.com;amelia@werthermills.com

Laurin Howard Mills
    on behalf of 3rd Party Plaintiff Robert Rubin Laurin@werthermills.com roussy@werthermills.com;amelia@werthermills.com

Laurin Howard Mills
    on behalf of Defendant Rubin Group LLC Laurin@werthermills.com roussy@werthermills.com;amelia@werthermills.com

Laurin Howard Mills
    on behalf of Defendant Robert Rubin Laurin@werthermills.com roussy@werthermills.com;amelia@werthermills.com

Laurin Howard Mills
    on behalf of Interested Party Robert Rubin Laurin@werthermills.com roussy@werthermills.com;amelia@werthermills.com

Laurin Howard Mills
    on behalf of Defendant K Street Holdings LLC Laurin@werthermills.com roussy@werthermills.com;amelia@werthermills.com

Laurin Howard Mills
    on behalf of 3rd Party Plaintiff Michelle Tygier Laurin@werthermills.com roussy@werthermills.com;amelia@werthermills.com

Laurin Howard Mills
    on behalf of Defendant 2233-40th Partners LLC Laurin@werthermills.com roussy@werthermills.com;amelia@werthermills.com

Laurin Howard Mills
    on behalf of Interested Party South Glebe LLC Laurin@werthermills.com roussy@werthermills.com;amelia@werthermills.com

Marc E. Albert
    on behalf of Creditor Karl Garcia marc.albert@stinson.com porsche.barnes@stinson.com;dc05@ecfcbis.com;mealbert@ecf.axosfs.com

Marc E. Albert
    on behalf of Plaintiff Karl Garcia marc.albert@stinson.com porsche.barnes@stinson.com;joshua.cox@stinson.com

Mark Crawford, I
    on behalf of Creditor Mark David Law Offices of Mark D Crawford PLLC mcrawford@mdc-law.com

Mark Crawford, I
    on behalf of Trustee Bryan S. Ross mcrawford@mdc-law.com

Maurice Belmont VerStandig
    on behalf of Defendant TRG Development LLC mac@mbvesq.com lisa@mbvesq.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

Maurice Belmont VerStandig
    on behalf of Interested Party Andrew Rubin mac@mbvesq.com lisa@mbvesq.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

Maurice Belmont VerStandig
    on behalf of Defendant Canal View Holdings LLC mac@mbvesq.com lisa@mbvesq.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

Maurice Belmont VerStandig
    on behalf of Interested Party Canal View Holdings LLC mac@mbvesq.com lisa@mbvesq.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

Maurice Belmont VerStandig
    on behalf of Defendant Woodmore Partners LLC mac@mbvesq.com lisa@mbvesq.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

Maurice Belmont VerStandig
    on behalf of Interested Party 819 Capital LLC mac@mbvesq.com lisa@mbvesq.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

Maurice Belmont VerStandig
    on behalf of Plaintiff Canal View Holdings LLC mac@mbvesq.com lisa@mbvesq.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

Maurice Belmont VerStandig
    on behalf of Interested Party Woodmore Partners  LLC mac@mbvesq.com, lisa@mbvesq.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

Maurice Belmont VerStandig
    on behalf of Defendant Andrew Rubin mac@mbvesq.com lisa@mbvesq.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

Case 22-00101-ELG    Doc 200    Filed 10/08/23    Entered 10/09/23 00:04:05    Desc
Imaged Certificate of Notice    Page 7 of 7

| District/off: 0090-1 | User: admin | Page 6 of 6 |
|---|---|---|
| Date Rcvd: Oct 06, 2023 | Form ID: pdf001 | Total Noticed: 19 |

| | |
|---|---|
| Maurice Belmont VerStandig | on behalf of Plaintiff Andrew Rubin mac@mbvesq.com<br>lisa@mbvesq.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email |
| Maurice Belmont VerStandig | on behalf of Interested Party TRG Development LLC mac@mbvesq.com<br>lisa@mbvesq.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email |
| Maurice Belmont VerStandig | on behalf of Defendant 819 Capital LLC mac@mbvesq.com<br>lisa@mbvesq.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email |
| Michael T. Freeman | on behalf of U.S. Trustee U. S. Trustee for Region Four michael.t.freeman@usdoj.gov<br>paula.f.blades@usdoj.gov;robert.w.ours@usdoj.gov |
| Robert Michael Gittins | on behalf of Defendant The Sanctuary Condominium Unit Owners Association gittins@ewmd.com |
| Sara Kathryn Mayson | on behalf of U.S. Trustee U. S. Trustee for Region Four sara.kathryn.mayson@usdoj.gov Robert.W.Ours@usdoj.gov |
| Stephen E. Leach | on behalf of Debtor In Possession 819D LLC sleach@hirschlerlaw.com ndysart@hirschlerlaw.com |
| Stephen E. Leach | on behalf of Defendant 819D LLC sleach@hirschlerlaw.com ndysart@hirschlerlaw.com |
| Timothy G Casey | on behalf of Defendant Long & Foster Real Estate  Inc. timgcasey@yahoo.com |
| Timothy G Casey | on behalf of Interested Party Long & Foster Real Estate  Inc. timgcasey@yahoo.com |
| Tracey Michelle Ohm | on behalf of Creditor Karl Garcia tracey.ohm@stinson.com porsche.barnes@stinson.com |
| Tracey Michelle Ohm | on behalf of Attorney Tracey Michelle Ohm tracey.ohm@stinson.com porsche.barnes@stinson.com |
| Tracey Michelle Ohm | on behalf of Plaintiff Karl Garcia tracey.ohm@stinson.com porsche.barnes@stinson.com |
| U. S. Trustee for Region Four | USTPRegion04.DC.ECF@USDOJ.GOV |
| Wendell W. Webster | wwebster@websterfredrickson.com DC03@ecfcbis.com |
| William B Porter | on behalf of Interested Party Jeffrey Houle wporter@bklawva.com<br>agabler@bklawva.com;jkeith@bklawva.com;imcelhaney@bklawva.com |

TOTAL: 98