IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In re: | ) |
| | ) |
| **819D, LLC,** | )     Case No. 22-00101-ELG |
| | )     **Chapter 7** |
| **Debtor.** | ) |
| | ) |

### LIMITED OBJECTION TO MOTION TO APPROVE COMPROMISE

COMES NOW, Gregory U. Auger, II and Gregory U. Auger, III ("**Auger Parties**"), Regua, LLC, by Counsel, and files this their Limited Objection to Motion to Approve Compromise, and states as follows:

1. On September 29, 2023, Wendell W. Webster, trustee of the chapter 7 bankruptcy estate of 819D, LLC ("**819D**" or "**Debtor**") filed his Motion to Approve Compromise [Dkt. No. 194] ("**Motion to Compromise**").

2. On October 2, 2023, the Court entered its Order Granting Motion to Shorten Time to Object to, and Expedite Hearing on Motion to Approve Compromise [Dkt. No. 196] ("**Order to Expedite**").

3. The Order to Expedite set a hearing on the Motion for Compromise for 10:00 October 18, 2023 and required objections to the Motion for Compromise to be filed on or prior to October 16, 2023.

4. While the Auger Parties and Regua LLC support the settlement framework of the Motion to Compromise, there has been no definitive settlement terms reached or any definitive

---

**ALEXANDER M. LAUGHLIN (VSB No. 25237)**
**ODIN FELDMAN & PITTLEMAN PC**
1775 Wiehle Avenue, Suite 400
Reston, Virginia 20190
Phone:   703-218-2134
Fax:       703-218-2160
alex.laughlin@ofplaw.com

*Counsel to Gregory Auger, II*
*and Gregory Auger, III and Regua, LLC*

document as to the specifics of the "Agreement Terms" set forth in paragraphs II (1) - (6) of the Motion to Compromise. *See* Motion for Compromise ¶¶ II (1) - (6) [Dkt. No. 194].

5. The Auger Parties and Regua, LLC support the Motion to Compromise, but file this limited objection to preserve their rights to review and agree to any specific provisions of the "Agreement Terms," set forth in the Motion to Approve Compromise.

Dated: October 16, 2023                         **GREGORY U AUGER, II**
                                               **GREGORY U AUGER, III**
                                               **REGUA, LLC**

                                               By Counsel

/s/ *Alexander M. Laughlin*
Alexander M. Laughlin (DC Bar No. 484489)
ODIN FELDMAN & PITTLEMAN PC
1775 Wiehle Avenue, Suite 400
Reston, Virginia 20190
Phone:   703-218-2134
Fax:       703-218-2160
E-Mail:   alex.laughlin@ofplaw.com
*Counsel for Gregory U. Auger, II and Gregory U. Auger, III*
*and Regua LLC*

CERTIFICATE OF SERVICE

      I hereby certify that on this 16th day of October 2023, a copy of the foregoing was served by the Court's CM/ECF electronic case management system on all parties registered to receive electronic notices in the case and by first-class U.S. mail, postage prepaid, on the parties identified below:

Business Filings Incorporated of DE
1015 15th Street, N.W., Suite 1000
Washington, D.C. 20005

Liliana Ekonomakis
5058 Joewood Drive
Sanibel, FL 33957

DC Gov't Office of Tax and Revenue
P.O. Box 75520
Washington, D.C. 20013-7559

Potomac Construction Group
7960 Old Georgetown Road, Suite 1-C
Bethesda, MD 20814

Christos Ekonomakis
5058 Joewood Drive
Sanibel, FL 33957

DC Gov't Office of Tax and Revenue
P.O. Box 37559
Washington, D.C. 20013-7559

Department of Treasury
Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

Milt N. Theologou
Silverman Theologou
11200 Rockville Pike, Suite 520
Rockville, MD 20852

                                              */s/ Alexander M. Laughlin*
                                              Alexander M. Laughlin

#5760912v1 084602/000002