Timothy G. Casey, Esquire
D.C. Bar No. 352674
451 Hungerford Drive, Suite 505
Rockville, Maryland  20850
Telephone:  (301) 424-6700
timgcasey@yahoo.com
*Attorney for Long & Foster Real Estate, Inc. d/b/a Urban Pace*

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| IN RE | : |
| | : |
| 819D, LLC | :  Case No. 22-00101-ELG |
| | :  Chapter 7 |
| Debtor | : |

**RESPONSE TO MOTION TO APPROVE COMPROMISE**

Defendant Long & Foster Real Estate, Inc. d/b/a Urban Pace, by and through undersigned counsel, hereby responds to the Motion to Approve Compromise, and states to the Court as follows:

Defendant Long & Foster Real Estate, Inc. d/b/a Urban Pace ("Long & Foster") was a Defendant in the case captioned as *Karl Garcia v. 819D, LLC*, in the Superior Court of the District of Columbia, Case No. 2020 CA 002540 B, which was stayed in the Superior Court and subsequently transferred to the United States Bankruptcy Court for the District of Columbia and is currently pending as Adversary Case No. 22-10010-ELG ("D.C. Case"). Defendant Long & Foster is not a party to the Fairfax County, Virginia action involving Karl Garcia ("Garcia"), 819D, LLC, and

numerous other Defendants and has no interest in that action which is currently pending in this Court as Adversary Case No. 22-10009-ELG ("Virginia Case").

Defendant Long & Foster expresses no opinion with regard to how the proposed Compromise affects the Virginia Case. However, Long & Foster objects to the proposed Compromise for the following reasons:

1. The D.C. Case originated as a dispute regarding the condition of a condominium that the Plaintiff Karl Garcia purchased from Defendant/Debtor 819D, LLC ("819D"). Long & Foster acted as the real estate agent for the Seller 819D and is alleged to have made misrepresentations about the condition of the property during the sales transaction.

2. The Compromise contemplates that all Defendants other than Long & Foster will be dismissed as Defendants in the D.C. Case and that Garcia, Sanctuary Condominium Unit Holders Association and the Estate of 819D will receive compensation.

3. The Trustee represented that all Defendants in the adversary actions will waive their claims against the Estate. **However, Long & Foster has not waived its claims against the Estate.**

4. Long & Foster has two contingent claims against the debtor, 819D, an indemnification claim and a contractual cross claim for attorneys' fees, which were not addressed by Trustee's

Motion to Approve Compromise. On January 17, 2023, Long & Foster timely filed a Proof of Claim in Bankruptcy Case No. 22-00101-ELG. Long & Foster objects to the Compromise to the extent that the parties intend for it to extinguish Long & Foster's right to collect on any indemnification or attorneys' fees judgment it obtains against 819D.

5. No other terms of the proposed Compromise were disclosed, and no proposed Settlement Agreement was attached to the Motion for Approval of Compromise. Plaintiff's counsel confirmed on October 16, 2023 that there is no written Settlement Agreement and that the terms are still being worked out.

6. For instance, it is unclear if or how the Settlement Agreement treats the Defendants in the DC Action. Will they be considered joint tortfeasors or is the Settlement Agreement silent on that issue?

7. Long & Foster cannot formulate specific objections to a Settlement Agreement that does not exist, as its unclear how it will affect Long & Foster's interests.

8. Long & Foster would like to make the following representations to the Court. Long & Foster intends to maintain its contingent claims against 819D. Long & Foster also has a contingent counterclaim for attorneys' fees against Garcia. Long & Foster objects to any provision in the Compromise that would allow Garcia access to 819D's attorney client protected

communications, which was a term in a previous iteration of a Settlement Agreement. With that understanding, if the Compromise is approved and the only remaining parties in the DC Case are Garcia and Long & Foster, then Long & Foster would request the case be remanded to D.C. Superior Court.

                                  Respectfully submitted,

                                  /s/ Timothy G. Casey
                                  _____
                                  TIMOTHY G. CASEY
D.C. Bar No. 352674
451 Hungerford Drive, Suite 505
Rockville, Maryland  20850
(301) 424-6700
timgcasey@yahoo.com
*Attorney for Defendant Long & Foster Real Estate, Inc. d/b/a Urban Pace*

**CERTIFICATE OF SERVICE**

    **I HEREBY CERTIFY** that, on this 16th day of October, 2023, the foregoing **Response to the Motion to Approve Compromise** was served by electronic case filing to all counsel of record via the Court's electronic filing system.

                                          /s/ Timothy G. Casey

                                          Timothy G. Casey