Marc E. Albert, No. 345181
Tracey M. Ohm, No. 982727
STINSON LLP
1775 Pennsylvania Ave., N.W., Suite 800
Washington, DC 20006
Tel. (202) 728-3020
Fax (202) 572-9943
marc.albert@stinson.com
tracey.ohm@stinson.com

and

Bethany R. Benes (Va. Bar No. 85408; DC Bar No. 1686123)
*Admitted Pro Hac Vice*
BETHUNE BENES, PLLC
3975 Fair Ridge Drive
South Suite 246
Fairfax, Virginia 22033
Tel.: (703) 260-9322
bbenes@bethunebenes.com

*Counsel for Karl Garcia*

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | |
| 819D LLC, | ) | Case No. 22-00101-ELG |
| | ) | |
| Debtor. | ) | |
| | ) | |

**LIMITED OBJECTION OF KARL GARCIA TO TRUSTEE'S
MOTION TO APPROVE COMPROMISE (DKT. NO. 194)**

On September 29, 2023, Wendell W. Webster, Chapter 7 Trustee of the estate of 819D LLC (the "Trustee") filed a Motion to Approve Compromise [Dkt. No. 194] (the "Motion") seeking approval of an as-yet-unsigned agreement documenting an alleged global settlement reached in this case. Despite language in the Motion directing parties in interest to review the document itself, as of the filing of this Response there is no definitive agreement formally documenting the proposed global settlement, and all

CORE/3525930.0002/185085318.1

attempts to reach such a document have been unsuccessful as of the filing of this Limited Objection.

As a Party to the proposed global settlement, Karl Garcia ("Mr. Garcia") generally supports the settlement terms vaguely discussed at the hearing on September 7, 2023. However, the exact terms of the agreement, including payment terms and obligations, were not agreed upon. Without a final settlement agreement filling in the multitude of details that were not addressed in the bare bones global settlement announced to the Court at the September 7, 2023 omnibus hearing in this case, it is not possible for any party in interest, including the Parties to the proposed global settlement, to fully evaluate the compromise sought to be approved in the Motion. Mr. Garcia reserves the rights to review and agree to these details. Approval of the agreement as set forth in the Motion is therefore premature. Contemporaneous with the filing of this limited objection, Mr. Garcia is filing a motion to continue the hearing on the Motion in which he seeks a brief continuance to allow the Parties to the proposed global settlement to continue working to finalize the formal written agreement anticipated in the Motion. The parties referred to as the Auger Parties, the parties referred to as the Tygier Parties, and Long & Foster d/b/a Urban Pace have each consented to the continuance request.

Mr. Garcia files this limited objection to approval of the Motion without a formal written agreement documenting the proposed global settlement on the basis that the Motion is not yet ripe for review, and reserves all rights in connection with same.

Dated: October 16, 2023                     Respectfully submitted,

/s/ Tracey M. Ohm
Marc E. Albert, No. 345181
Tracey M. Ohm, No. 982727
STINSON LLP
1775 Pennsylvania Ave., N.W., Suite 800

2

>Washington, DC 20006
>Tel. (202) 728-3020; Fax (202) 572-9999
>marc.albert@stinson.com
>tracey.ohm@stinson.com
>
>and
>
>Bethany R. Benes (Va. Bar No. 85408;
>DC Bar No. 1686123)
>*Admitted Pro Hac Vice*
>BETHUNE BENES, PLLC
>3975 Fair Ridge Drive
>South Suite 246
>Fairfax, Virginia 22033
>Tel.: (703) 260-9322
>bbenes@bethunebenes.com
>
>*Counsel for Karl Garcia*

## **CERTIFICATE OF SERVICE**

I certify that on this 16th day of October, 2023, I caused a true and correct copy of the foregoing Limited Objection of Karl Garcia to Trustee's Motion to Approve Compromise (Dkt. No. 194) to be served via the Court's ECF system upon the attorneys for all counsel who have entered an appearance in this case.

>/s/ Tracey M. Ohm
>Tracey M. Ohm

3

CORE/3525930.0002/185085318.1