Marc E. Albert, No. 345181
Tracey M. Ohm, No. 982727
STINSON LLP
1775 Pennsylvania Ave., N.W., Suite 800
Washington, DC 20006
Tel. (202) 728-3020
Fax (202) 572-9943
marc.albert@stinson.com
tracey.ohm@stinson.com

and

Bethany R. Benes (Va. Bar No. 85408; DC Bar No. 1686123)
BETHUNE BENES, PLLC
3975 Fair Ridge Drive
South Terrace Suite 25C
Fairfax, Virginia 22033
Tel.: (703) 260-9322
bbenes@bethunebenes.com
*Admitted Pro Hac Vice*

*Counsel for Karl Garcia*

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| In re | ) Chapter 11 |
| 819D LLC, | ) Case No. 22-00101-ELG |
| Debtor. | ) |

**KARL GARCIA'S MOTION TO CONTINUE HEARING ON
TRUSTEE'S MOTION TO APPROVE COMPROMISE (DKT NO. 194)**

Karl Garcia, by counsel, hereby files this Motion requesting that the hearing on the Motion to Approve Compromise [Dkt. No. 194] (the "Global Settlement Motion") filed by Wendell W. Webster, Chapter 7 Trustee of the estate of 819D LLC (the "Trustee"), which is currently scheduled for October 18, 2023 at 1:00 p.m., be continued to allow the parties to the

proposed global settlement a short extension of time to finalize the formal agreement documenting the settlement. In support of his Motion, Mr. Garcia states as follows:

## BACKGROUND

1. On September 29, 2023, the Trustee filed the Global Settlement Motion seeking approval of an as-yet-unsigned agreement documenting a global settlement reached in this case, the bare bones of which were set forth on the record at a hearing held on September 7, 2023.

2. The Global Settlement Motion anticipated the supplemental filing of an agreement formally documenting the proposed global settlement, and directed parties in interest to review that document for the details of the proposed settlement. Global Settlement Motion, p. 2.

3. Contemporaneously with the Global Settlement Motion, the Trustee filed a Motion to Shorten Time to Object to, and Expedite Hearing on Motion to Approve Compromise [Dkt. No. 195] (the "Motion to Expedite"). As requested in the Motion to Expedite, the Order Granting Motion to Shorten Time to Object to, and Expedite Hearing on Motion to Approve Compromise [Dkt. 196] set a deadline of October 16, 2023 for objections to the relief sought in the Global Settlement Motion.

4. As of the filing of this Motion, no definitive agreement formally documenting the proposed global settlement has been filed, and in fact, such document has yet to be finalized.

## RELIEF REQUESTED

5. Mr. Garcia requests that the hearing on the Global Settlement Motion be continued for a short time to allow the parties to continue efforts to finalize the agreement formally documenting the proposed global settlement.

6. Mr. Garcia further requests that all other matters in the above-captioned case and related adversary proceedings currently set for hearing on October 18, 2023 at 1:00 p.m. likewise be continued to the same date as the hearing on the Global Settlement Motion.

7. Mr. Garcia suggests the Court's available hearing dates of November 1, 2023 or November 8, 2023 at 11:00 a.m. for the rescheduled hearing.

## BASIS FOR REQUESTED RELIEF

8. Cause exists to grant the Motion. As it stands, parties in interest are being asked to respond to, and the Court is being asked to rule on, approval of a proposed global settlement that has yet to be formally documented.

9. Mr. Garcia acknowledges that the process of finalizing the details of the settlement agreement has proven difficult and taken longer than any party might have liked. Unfortunately, as of the deadline to oppose the Global Settlement Motion, no Agreement has been filed.

10. The requested brief continuance will allow the parties to the proposed global settlement to continue efforts to finalize a written agreement that sets forth the details of the proposed settlement very generally outlined in the Global Settlement Motion.

11. Finalization and filing of that document will allow parties in interest to review the details of the Agreement as directed in the Global Settlement Motion.

12. Approval of the Global Settlement Motion moots many, if not all, of the other matters in the above-captioned bankruptcy case and related adversary proceedings. Mr. Garcia therefore believes that a corresponding continuance of those matters promotes judicial economy and is in the best interest of the various parties in interest.

CORE/3525930.0002/185086337.1

13. Prior to filing this Motion, Mr. Garcia reached out to counsel for the Trustee, counsel for what are referred to as the Auger Parties, counsel for what are referred to as the Rubin Parties, counsel for what are referred to as the Tygier Parties, the Sanctuary Condominium Owner's Association (the "Association"), and Long & Foster d/b/a Urban Pace ("Long & Foster") about the proposed continuance of the hearing on the Global Settlement Motion. As of the filing of this Motion, Mr. Garcia received several substantive responses.

14. The Auger Parties consent to the proposed continuance and prefer the November 1, 2023 date. The Tygier Parties consent to a proposed continuance to November 1, 2023. Long & Foster consents to the proposed continuance and counsel would be available either November 1, 2023 or November 8, 2023. The Association expressed no position on the proposed continuance but counsel is available either November 1, 2023 or November 8, 2023 if the Court grants a continuance.

WHEREFORE, Mr. Garcia requests that this Court enter an Order granting a brief continuance of the hearing on the Global Settlement Motion, as well as all other matters scheduled for hearing on October 18, 2023 at 1:00 p.m., to November 1, 2023 at 11:00 a.m. or such other date and time as the Court prefers.

Dated: October 16, 2023                    Respectfully submitted,

/s/ Tracey M. Ohm
Marc E. Albert, No. 345181
Tracey M. Ohm, No. 982727
STINSON LLP
1775 Pennsylvania Ave., N.W., Suite 800
Washington, DC 20006
Tel. (202) 728-3020; Fax (202) 572-9999
marc.albert@stinson.com
tracey.ohm@stinson.com

and

Bethany R. Benes (Va. Bar No. 85408;

4

DC Bar No. 1686123)
*Admitted Pro Hac Vice*
BETHUNE BENES, PLLC
3975 Fair Ridge Drive
South Terrace Suite 25C
Fairfax, Virginia 22033
Tel.: (703) 260-9322
bbenes@bethunebenes.com

*Counsel for Karl Garcia*

**CERTIFICATE OF SERVICE**

    I certify that on this 16th day of October, 2023, I caused a true and correct copy of the foregoing to be served via the Court's ECF system upon all counsel who have entered an appearance in this case.

/s/ Tracey M. Ohm
Tracey M. Ohm

5