**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| In re | ) | Chapter 11 |
|  | ) |  |
| 819D LLC, | ) | Case No. 22-00101-ELG |
|  | ) |  |
| Debtor. | ) |  |
|  | ) |  |

**ORDER GRANTING KARL GARCIA'S MOTION TO CONTINUE
HEARING ON TRUSTEE'S MOTION TO APPROVE COMPROMISE (DKT NO. 194)**

This matter came before the court on *Karl Garcia's Motion to Continue Hearing on Trustee's Motion to Approve Compromise (Dkt. No. 194)* (the "Motion"). In the Motion, Karl Garcia requests that the hearing on the Motion to Approve Compromise [Dkt. No. 194] (the "Global Settlement Motion") filed by Wendell W. Webster, Chapter 7 Trustee of the estate of 819D LLC (the "Trustee"), which is currently scheduled for October 18, 2023 at 1:00 p.m., be continued to allow the parties to the proposed global settlement a short extension of time to finalize the formal agreement documenting the settlement. Mr. Garcia also asks that all other matters in the above-captioned case and related adversary proceedings currently set for hearing on October 18, 2023 at 1:00 p.m. likewise be continued to the same date as the rescheduled hearing on the Global Settlement Motion. This Court having considered the Motion and any

opposition thereto finds that notice of the Motion is adequate as given, that good cause exists to grant the relief requested and that it is hereby:

**ORDERED ADJUDGED AND DECREED** that the Motion is **GRANTED IN IS ENTIRETY**; and it is

**FURTHER ORDERED** that the hearing on the Global Settlement Motion is continued to November 1, 2023 at 11:00 a.m.; and it is

**FURTHER ORDERED** that all other matters in the above-captioned case and related adversary proceedings set for hearing on October 18, 2023 at 1:00 p.m. are likewise continued to November 1, 2023 at 11:00 a.m.

## END OF ORDER

**WE ASK FOR THIS:**

/s/ Tracey M. Ohm
Marc E. Albert, No. 345181
Tracey M. Ohm, No. 982727
STINSON LLP
1775 Pennsylvania Ave., N.W., Suite 800
Washington, DC 20006
Tel. (202) 785-9100
Fax (202) 572-9943
marc.albert@stinson.com; tracey.ohm@stinson.com

and

Bethany R. Benes (Va. Bar No. 85408;
DC Bar No. 1686123)
*Pro Hac Vice Application*
BETHUNE BENES, PLLC
3975 Fair Ridge Drive
South Terrace Suite 25C
Fairfax, Virginia 22033
*Attorneys for Karl Garcia*

Copies of this Order to:

Recipients of ECF Notice