IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| In re: | ) | Case No. 22-101-ELG |
| | ) | |
| 819D LLC | ) | (Chapter 7) |
| | ) | |
| Debtor. | ) | |
| | ) | |

**MOTION TO HOLD EXPEDITED STATUS CONFERENCE**
**ON  MOTION TO ENFORCE SETTLEMENT AGREEMENT**

Wendell W. Webster (the "Trustee"), in his capacity as trustee of the Chapter 7 bankruptcy estate of 819D LLC ("819D" or the "Debtor"), by counsel, hereby files this *Motion to Hold Expedited Status Conference on Motion to Enforce Settlement Agreement* (the "Motion to Expedite") with respect to its *Motion to Enforce Settlement Agreement* (the "Motion to Enforce") and states as follows:

**Jurisdiction**

1.      This Court has jurisdiction over the Motion to Enforce and this Motion to Expedite pursuant to 28 U.S.C. §§ 157 and 1334.  Venue of this case and the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

**Background**

2.      Background related to the relief requested herein is in the Motion to Enforce. Additional relevant facts are discussed herein.

---

Janet M. Nesse (D.C. Bar 358514)
Justin P. Fasano (DC Bar MD21201)
McNamee Hosea
6404 Ivy Lane, Suite 820
Greenbelt, MD 20770
(301) 441-2420
jnesse@mhlawyers.com
jfasano@mhlawyers.com
*Counsel to the Trustee*

## **Summary of Relief Requested**

3. The Trustee requests that the Court hold a status conference on the Motion to Enforce on November 15, 2023 at 2:00 p.m.

## **The Need for an Expedited Hearing**

4. Rule 9006(c)(1) of the Bankruptcy Rules allows the Court to shorten notice periods. Specifically, Rule 9006(c)(1) provides that "when an act is required or allowed to be done at or within a specified time by these rules or by a notice given thereunder or by order of court, the court for cause shown may in its discretion with or without motion or notice order the period reduced."

5. The Motion to Enforce should be heard promptly because all parties will be before the Court on the motion to approve the settlement and various other motions on November 15, 2023. The Motion to Enforce requires an evidentiary presentation.

6. Accordingly, cause exists to reduce the notice period pursuant to Rule 9006(c)(1) of the Bankruptcy Rules.

7. WHEREFORE, the Debtor requests that the Court grant hold a status conference on the Motion to Enforce on November 15, 2023 at 2:00 p.m.; and that the Court such other relief as it deems appropriate and proper.

Dated: November 9, 2023            Respectfully submitted,

/s/ Justin P. Fasano
Janet M. Nesse, Esq.
Justin P. Fasano, Esq.
6404 Ivy Lane, Suite 820
Greenbelt, Maryland 20770
(301) 441-2420: Telephone
(301) 982-9450: Facsimile
jnesse@mhlawyers.com
jfasano@mhlawyers.com
*Attorneys for the Trustee*

## CERTIFICATE OF SERVICE

I hereby certify that on November 9, 2023, a true and correct copy of the foregoing was served by CM/ECF upon all parties receiving notice thereby.

/s/ Justin P. Fasano
Justin P. Fasano