The order below is hereby signed.

Signed: November 9 2023



Elizabeth L. Gunn
U.S. Bankruptcy Judge

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| In re: | ) | Case No. 22-101-ELG |
| | ) | |
| 819D LLC | ) | (Chapter 7) |
| | ) | |
| Debtor. | ) | |
| | ) | |

**ORDER GRANTING MOTION TO HOLD EXPEDITED STATUS CONFERENCE
ON MOTION TO ENFORCE SETTLEMENT AGREEMENT**

Upon consideration of the *Motion to Hold Expedited Status Conference on Motion to Enforce Settlement Agreement* (the "Motion to Expedite") filed by Wendell W. Webster (the "Trustee"), in his capacity as trustee of the Chapter 7 bankruptcy estate of 819D LLC ("819D" or the "Debtor"), with respect to *Motion to Enforce Settlement Agreement* (the "Motion to Enforce"); and the Court finding that (a) it has jurisdiction over the matters raised in the Motion to Expedite pursuant to 28 U.S.C. §§ 157 and 1334, (b) this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2), and (c) adequate notice of the Motion to Expedite was given under the

circumstances and that no other or further notice is necessary; and good and sufficient cause appearing therefor,

    **IT IS HEREBY ORDERED THAT**:

    1.    The Motion to Expedite is GRANTED pursuant to Local Bankruptcy Rule 9013-2.

    2.    An expedited status conference on the Motion to Enforce will be held on November 15, 2023 in Courtroom I at 333 Constitution Avenue, NW, Washington DC 20001 and via Zoom, at 2:00 p.m.

**END OF ORDER**

**I ASK FOR THIS**

/s/ *Justin P. Fasano*
Janet M. Nesse (DC Bar 358514)
Justin P. Fasano (DC Bar MD21201)
McNamee Hosea, P.A.
6404 Ivy Lane, Suite 820
Greenbelt, Maryland  20770
(301) 441-2420
jnesse@mhlawyers.com
jfasano@mhlawyers.com
*Counsel to the Trustee*

**Cc:** all parties in case via CM/ECF