**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| 819D, LLC, | ) | 22-00101-ELG |
| | ) | CHAPTER 7 |
| DEBTOR. | ) | |
| | ) | |

**NOTICE OF HEARING AND OPPORTUNITY TO OBJECT TO**
**MOTION FOR TURNOVER OF PROPERTY OF THE ESTATE**

**PLEASE TAKE NOTICE** that Wendell W. Webster, Trustee ("Trustee") for debtor 819D, LLC ("Debtor"), has filed a *Motion for Turnover of Property of the Estate* ("Motion").

**PLEASE TAKE NOTICE** that if you intend to object to the Motion, you must, by **February 5, 2024**, file and serve a written objection to the Motion. The objection must be filed with the Clerk of the Bankruptcy Clerk, U.S. Courthouse, 3rd and Constitution Ave., NW, Washington, DC, 20001, and service (by delivery or mailing of copy) upon the undersigned. The objection must contain a complete specification of the factual and legal grounds upon which it is based. You may append legal memorandums, affidavits and documents in support of your objection. **IF YOU FAIL TO FILE A TIMELY OBJECTION, THE MOTION MAY BE APPROVED BY THE BANKRUPTCY COURT WITHOUT A HEARING.** Further, the Court may grant the relief requested without a hearing, if the objection filed states inadequate grounds for denial. Any questions may be directed to the undersigned.

Please take notice that a hearing will be held on **February 12, 2024 at 10:00 a.m.** on the Motion in person at 333 Constitution Avenue, Courtroom I, Washington DC 20001 and via Zoom. Parties in interest with questions may contact the undersigned or the courtroom deputy at aimee_mathewes@dcb.uscourts.gov at for Zoom login instructions.

_____
Janet M. Nesse (D.C. Bar 358514)
Justin P. Fasano (DC Bar MD21201)
McNamee Hosea
6404 Ivy Lane, Suite 820
Greenbelt, MD 20770
(301) 441-2420
jnesse@mhlawyers.com
jfasano@mhlawyers.com
*Counsel to the Trustee*

Date: January 3, 2024                                     Respectfully submitted,

                                                          /s/ *Justin P. Fasano*
                                                          Janet M. Nesse (DC Bar 358514)
                                                          Justin P. Fasano (DC Bar MD21201)
                                                          McNamee Hosea, P.A.
                                                          6404 Ivy Lane, Suite 820
                                                          Greenbelt, Maryland  20770
                                                          (301) 441-2420
                                                          jnesse@mhlawyers.com/ jfasano@mhlawyers.com
                                                          *Counsel to the Trustee*

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 3, 2024, a copy of the foregoing Motion for Turnover of Property of the Estate was served via first class mail, postage prepaid (and, where indicated, certified mail), upon the following.

Office of the U.S. Trustee
1725 Duke Street
Alexandria, VA 22314

EagleBank
Attn: Susan Riel,Chairman, President and CEO
7830 Old Georgetown Road, 3rd Floor
Bethesda, MD 20814.
(served via first class mail, postage prepaid and certified mail)


                                                          /s/ Justin P. Fasano
                                                          Justin P. Fasano

2