Marc E. Albert, No. 345181
Tracey M. Ohm, No. 982727
STINSON LLP
1775 Pennsylvania Ave., N.W., Suite 800
Washington, DC 20006
Tel. (202) 728-3020
Fax (202) 572-9943
marc.albert@stinson.com
tracey.ohm@stinson.com

and

Bethany R. Benes (DC Bar No. 1686123)
*Admitted Pro Hac Vice*
BETHUNE BENES, PLLC
3975 Fair Ridge Drive
South Suite 246
Fairfax, Virginia 22033
Tel.: (703) 260-9322
bbenes@bethunebenes.com

*Counsel for Karl Garcia*

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| 819D LLC, | ) | Case No. 22-00101-ELG |
| Debtor. | ) | |

**LIMITED RESPONSE OF KARL GARCIA TO TRUSTEE'S MOTION
FOR TURNOVER OF PROPERTY OF THE ESTATE (DKT. NO. 214)**

On January 3, 2024, Wendell W. Webster, Chapter 7 Trustee of the estate of 819D LLC (the "Trustee") filed a Motion for Turnover of Property of the Estate [Dkt. No. 214] (the "Turnover Motion"). In the Turnover Motion, the Trustee seeks the entry of an order requiring EagleBank to turn over to the estate certain funds (as defined in the Turnover Motion, the "Funds") serving as collateral for a bond established to pay potential claims of purchasers of condominium units sold by the Debtor (as defined in the Turnover Motion,

CORE/3525930.0002/186960941.1

the "Bond"). As noted in the Turnover Motion, Karl Garcia ("Mr. Garcia") was the only timely claimant against the Bond. Turnover Motion, ¶ 5. Pursuant to a global settlement reached in principle in this case, the Funds will be paid to Mr. Garcia. As a Party to the proposed global settlement, Karl Garcia ("Mr. Garcia") supports the settlement and asks the Court to approve it. Likewise, Mr. Garcia supports the consistent relief requested in the Turnover Motion. However, the global settlement has yet to be approved by the Court.

Mr. Garcia therefore files this response to preserve his right to the Funds in the event that the global settlement is not approved by the Court for any reason. Mr. Garcia asks that any order approving the Turnover Motion include: i) an acknowledgment that the relief granted in no way negates Mr. Garcia's claims to the Funds; and ii) a provision that in the event that the global settlement is not approved by the Court the Funds will be held in escrow pending adjudication of the rights of the parties.

Dated: January 24, 2024

Respectfully submitted,

/s/ Tracey M. Ohm
Marc E. Albert, No. 345181
Tracey M. Ohm, No. 982727
STINSON LLP
1775 Pennsylvania Ave., N.W., Suite 800
Washington, DC 20006
Tel. (202) 728-3020; Fax (202) 572-9999
marc.albert@stinson.com; tracey.ohm@stinson.com

and

Bethany R. Benes (DC Bar No. 1686123)
*Admitted Pro Hac Vice*
BETHUNE BENES, PLLC
3975 Fair Ridge Drive; South Suite 246
Fairfax, Virginia 22033
Tel.: (703) 260-9322
bbenes@bethunebenes.com

*Counsel for Karl Garcia*

2

## **CERTIFICATE OF SERVICE**

      I certify that on this 24th day of January, 2024, I caused a true and correct copy of the foregoing Limited Response of Karl Garcia to Trustee's Motion for Turnover of Property of the Estate to be served via the Court's ECF system upon the attorneys for all counsel who have entered an appearance in this case and upon the following:

EagleBank
Attn: Susan Riel, Chairman, President and CEO
7830 Old Georgetown Road, 3rd Floor
Bethesda, MD 20814.
(served via first class mail, postage prepaid and certified mail)

                                          /s/ Tracey M. Ohm
                                          Tracey M. Ohm

CORE/3525930.0002/186960941.1