The order below is hereby signed.

Signed: February 7 2024



Elizabeth L. Gunn
U.S. Bankruptcy Judge

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| In re | ) | Chapter 11 |
|  | ) |  |
| 819D LLC, | ) | Case No. 22-00101-ELG |
|  | ) |  |
| Debtor. | ) |  |
|  | ) |  |

### ORDER GRANTING TRUSTEE'S MOTION
### FOR TURNOVER OF PROPERTY OF THE ESTATE

This matter came before the court on the *Trustee's Motion for Turnover of Property of the Estate* (the "Motion") [Dkt. No. 214] filed by Wendell W. Webster, Chapter 7 Trustee of the estate of 819D LLC. In the Motion, the Trustee seeks the entry of an order requiring EagleBank to turn over to the estate certain funds (the "Funds") serving as collateral for a bond established to pay potential claims of purchasers of condominium units sold by debtor 819D LLC (the "Bond"). Pursuant to a proposed global settlement the approval of which is pending before the Court [Dkt. No. 194], the Funds will be paid to Karl Garcia. As the only timely claimant against the Bond, Mr. Garcia filed a limited response to the Motion. This Court having considered the Motion, Mr. Garcia's response, and any opposition thereto finds that notice of the Motion is adequate as given, that good cause exists to grant the relief requested and that it is hereby:

CORE/3525930.0002/186993522.1

**ORDERED ADJUDGED AND DECREED** that the Motion is **GRANTED AS SET FORTH BELOW**; and it is

**FURTHER ORDERED** that EagleBank shall turn the Funds over to the Trustee; and it is

**FURTHER ORDERED** that the turnover of the Funds to the Trustee in no way negates Mr. Garcia's claims to the Funds, and his rights are preserved accordingly; and it is

**FURTHER ORDERED** that in the event that the proposed global settlement is not approved, the Funds shall be held in escrow pending adjudication as to their treatment and distribution.

## END OF ORDER

**WE ASK FOR THIS:**

/s/       Justin Fasano
Janet M. Nesse (D.C. Bar 358514)
Justin P. Fasano (DC Bar MD21201)
MCNAMEE HOSEA, P.A.
6404 Ivy Lane, Suite 820
Greenbelt, MD 20770
(301) 441-2420
jnesse@mhlawyers.com
jfasano@mhlawyers.com
*Counsel to the Trustee*


**SEEN AND AGREED:**

/s/ Tracey M. Ohm
Marc E. Albert, No. 345181
Tracey M. Ohm, No. 982727
STINSON LLP
1775 Pennsylvania Ave., N.W., Suite 800
Washington, DC 20006
Tel. (202) 785-9100
Fax (202) 572-9943
marc.albert@stinson.com; tracey.ohm@stinson.com

and

2

Bethany R. Benes (DC Bar No. 1686123)
*Admitted Pro Hac Vice*
BETHUNE BENES, PLLC
3975 Fair Ridge Drive
South Terrace Suite 25C
Fairfax, Virginia 22033
*Attorneys for Karl Garcia*

Copies of this Order to:

Recipients of ECF Notice