IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| In re: | ) | Case No. 22-101-ELG |
| | ) | |
| 819D LLC, | ) | (Chapter 7) |
| | ) | |
| Debtor. | ) | |
| | ) | |

**LINE FILING EXHIBIT TO MOTION TO APPROVE COMPROMISE**

Wendell W. Webster (the "Trustee"), in his capacity as trustee of the Chapter 7 bankruptcy estate of 819D LLC ("819D" or the "Debtor"), in support of his *Motion to Approve Compromise* (the "Motion," Docket No. 194), and attaches the attached fully signed settlement agreement (the "Agreement") as an exhibit thereto. The Agreement has now been signed by all necessary parties.

WHEREFORE, the Trustee asks the Motion be granted, and the Agreement be approved and for such other and further relief as may be just and proper.

Dated: February 7, 2024                                   Respectfully submitted,

/s/ Justin P. Fasano
Janet M. Nesse, Esq.
Justin P. Fasano, Esq.
6404 Ivy Lane, Suite 820
Greenbelt, Maryland 20770
(301) 441-2420: Telephone
(301) 982-9450: Facsimile
jnesse@mhlawyers.com
jfasano@mhlawyers.com
*Attorneys for the Trustee*

_____
Justin P. Fasano, Esq.
Bar No. MD21201
McNamee Hosea, P.A.
6404 Ivy Lane, Ste 820
Greenbelt, MD 22070
Phone: (301) 441-2420
Facsimile: (301) 982-9450
jfasano@mhlawyers.com
*Counsel for Wendell W. Webster*

## CERTIFICATE OF SERVICE

I hereby certify that on February 7, 2024, a true and correct copy of the foregoing was served by CM/ECF upon all parties receiving notice thereby.

/s/ Justin P. Fasano
Justin P. Fasano