**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF COLUMBIA**

| | |
|---|---|
| **In re:** | Case No. 22-00101-ELG |
| **819D, LLC,**<br>    Debtor. | Chapter 7 |
| **Karl Garcia,**<br>    Plaintiff,<br><br>v.<br><br>**The Rubin Group, et al.**<br>    Defendants. | Adv. Pro. 22-10009-ELG |
| **Karl Garcia,**<br>    Plaintiff,<br><br>v.<br><br>**819D, et al.**<br>    Defendants. | Adv. Pro. 22-10010-ELG |
| **Sanctuary Condominium Unit Owners Association,**<br>    Plaintiff,<br><br>v.<br><br>**819D, LLC, et al.**<br>    Defendants. | Adv. Pro. 22-10012-ELG |
| **Andrew Rubin,**<br><br>v.<br><br>**Bryan Ross, Chapter 7 Trustee**<br>    Defendant. | Adv. Pro. 23-10009-ELG |

1

## NOTICE OF CONTINUED HEARINGS

NOTICE IS HEREBY GIVEN that at the request of the Court, the hearings scheduled for 2/12/2024 are rescheduled to:

2/13/2024 at 9:00 AM

in Courtroom 1, United States Courthouse, 333 Constitution Ave NW, Washington, DC 20001. The parties may attend in person or via Zoom (contact Aimee_Mathewes@dcb.uscourts.gov for Zoom information)

before the Honorable Elizabeth L. Gunn, United States Bankruptcy Judge for the District of Columbia.

    For the Court:
    Angela D. Caesar
    BY: AM
    Dated: 2/8/2024

Copies to: Recipients of electronic notifications; Debtor; appointed trustee; parties as appropriate.