The order below is hereby signed.

Signed: February 7 2024

*Elizabeth L. Gunn*
U.S. Bankruptcy Judge



# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLUMBIA

| | ) | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| 819D LLC, | ) | Case No. 22-00101-ELG |
| | ) | |
| Debtor. | ) | |
| | ) | |

## ORDER GRANTING TRUSTEE'S MOTION
## FOR TURNOVER OF PROPERTY OF THE ESTATE

This matter came before the court on the *Trustee's Motion for Turnover of Property of the Estate* (the "Motion") [Dkt. No. 214] filed by Wendell W. Webster, Chapter 7 Trustee of the estate of 819D LLC.  In the Motion, the Trustee seeks the entry of an order requiring EagleBank to turn over to the estate certain funds (the "Funds") serving as collateral for a bond established to pay potential claims of purchasers of condominium units sold by debtor 819D LLC (the "Bond").  Pursuant to a proposed global settlement the approval of which is pending before the Court [Dkt. No. 194], the Funds will be paid to Karl Garcia.  As the only timely claimant against the Bond, Mr. Garcia filed a limited response to the Motion.  This Court having considered the Motion, Mr. Garcia's response, and any opposition thereto finds that notice of the Motion is adequate as given, that good cause exists to grant the relief requested and that it is hereby:

CORE/3525930.0002/186993522.1

**ORDERED ADJUDGED AND DECREED** that the Motion is **GRANTED AS SET FORTH BELOW**; and it is

**FURTHER ORDERED** that EagleBank shall turn the Funds over to the Trustee; and it is

**FURTHER ORDERED** that the turnover of the Funds to the Trustee in no way negates Mr. Garcia's claims to the Funds, and his rights are preserved accordingly; and it is

**FURTHER ORDERED** that in the event that the proposed global settlement is not approved, the Funds shall be held in escrow pending adjudication as to their treatment and distribution.

**END OF ORDER**

**WE ASK FOR THIS:**

/s/       Justin Fasano
Janet M. Nesse (D.C. Bar 358514)
Justin P. Fasano (DC Bar MD21201)
MCNAMEE HOSEA, P.A.
6404 Ivy Lane, Suite 820
Greenbelt, MD 20770
(301) 441-2420
jnesse@mhlawyers.com
jfasano@mhlawyers.com
*Counsel to the Trustee*


**SEEN AND AGREED:**

/s/ Tracey M. Ohm
Marc E. Albert, No. 345181
Tracey M. Ohm, No. 982727
STINSON LLP
1775 Pennsylvania Ave., N.W., Suite 800
Washington, DC 20006
Tel. (202) 785-9100
Fax (202) 572-9943
marc.albert@stinson.com; tracey.ohm@stinson.com

and

Bethany R. Benes (DC Bar No. 1686123)
*Admitted Pro Hac Vice*
BETHUNE BENES, PLLC
3975 Fair Ridge Drive
South Terrace Suite 25C
Fairfax, Virginia 22033
*Attorneys for Karl Garcia*

Copies of this Order to:

Recipients of ECF Notice

United States Bankruptcy Court

District of Columbia

| | |
|---|---|
| In re: | Case No. 22-00101-ELG |
| 819D LLC | Chapter 7 |
| Debtor | |

# CERTIFICATE OF NOTICE

District/off: 0090-1  User: admin  Page 1 of 5
Date Rcvd: Feb 07, 2024  Form ID: pdf001  Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+            Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 09, 2024:**

**Recip ID         Recipient Name and Address**
dbpos           +  819D LLC, 1423 Sharps Point Road, Annapolis, MD 21409-6139

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 09, 2024          Signature:        /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 7, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Aaron L. Casagrande | on behalf of Interested Party Hartford Mutual Insurance Company aaron.casagrande@icemiller.com |
| Alexander McDonald Laughlin | on behalf of Creditor Gregory Auger III alex.laughlin@ofplaw.com, marse.hammond@ofplaw.com |
| Alexander McDonald Laughlin | on behalf of Creditor Gregory Auger II alex.laughlin@ofplaw.com, marse.hammond@ofplaw.com |
| Alexander McDonald Laughlin | on behalf of Creditor Regua LLC alex.laughlin@ofplaw.com, marse.hammond@ofplaw.com |
| Alexander McDonald Laughlin | on behalf of Defendant Gregory Auger III alex.laughlin@ofplaw.com, marse.hammond@ofplaw.com |
| Alexander McDonald Laughlin | on behalf of Defendant Gregory Auger II alex.laughlin@ofplaw.com, marse.hammond@ofplaw.com |

| | | |
|---|---|---|
| District/off: 0090-1 | User: admin | Page 2 of 5 |
| Date Rcvd: Feb 07, 2024 | Form ID: pdf001 | Total Noticed: 1 |

Alexander McDonald Laughlin
  on behalf of Defendant Regua LLC alex.laughlin@ofplaw.com, marse.hammond@ofplaw.com

Bradley Barna
  on behalf of Plaintiff Sanctuary Condominium Unit Owners Association bbarna@chadwickwashington.com

Bradley Barna
  on behalf of Creditor Sanctuary Condominium Unit Owners Association bbarna@chadwickwashington.com

Bryan S. Ross
  on behalf of Trustee Bryan S. Ross ysnore@aol.com bross@ecf.axosfs.com

Charles B Peoples
  on behalf of Defendant 819D LLC cpeoples@tthlaw.com

Christopher Rogan
  on behalf of Defendant Robert Rubin crogan@rmzlawfirm.com

Christopher Rogan
  on behalf of Interested Party The Rubin Group LLC crogan@rmzlawfirm.com

Christopher Rogan
  on behalf of Interested Party 638 Newton Partners LLC crogan@rmzlawfirm.com

Christopher Rogan
  on behalf of Defendant South Glebe LLC crogan@rmzlawfirm.com

Christopher Rogan
  on behalf of 3rd Party Plaintiff TR Holdings LLC crogan@rmzlawfirm.com

Christopher Rogan
  on behalf of Interested Party 2233-40th Partners LLC crogan@rmzlawfirm.com

Christopher Rogan
  on behalf of Interested Party South Glebe LLC crogan@rmzlawfirm.com

Christopher Rogan
  on behalf of Defendant K Street Holdings LLC crogan@rmzlawfirm.com

Christopher Rogan
  on behalf of 3rd Party Plaintiff Michelle Tygier crogan@rmzlawfirm.com

Christopher Rogan
  on behalf of Interested Party Michelle A. Tygier crogan@rmzlawfirm.com

Christopher Rogan
  on behalf of Defendant Michelle A. Tygier crogan@rmzlawfirm.com

Christopher Rogan
  on behalf of 3rd Party Plaintiff Robert Rubin crogan@rmzlawfirm.com

Christopher Rogan
  on behalf of Defendant TR Holdings LLC crogan@rmzlawfirm.com

Christopher Rogan
  on behalf of 3rd Party Plaintiff The Rubin Group LLC crogan@rmzlawfirm.com

Christopher Rogan
  on behalf of Interested Party Robert Rubin crogan@rmzlawfirm.com

Christopher Rogan
  on behalf of Interested Party TR Holdings LLC crogan@rmzlawfirm.com

Christopher Rogan
  on behalf of Interested Party K Street Holdings LLC crogan@rmzlawfirm.com

Christopher Rogan
  on behalf of Defendant 2233-40th Partners LLC crogan@rmzlawfirm.com

Christopher Rogan
  on behalf of Defendant 638 Newton Partners LLC crogan@rmzlawfirm.com

Christopher Rogan
  on behalf of Defendant Rubin Group LLC crogan@rmzlawfirm.com

Christopher A. Glaser
  on behalf of Interested Party Andrew Rubin cglaser@jackscamp.com iluaces@jackscamp.com

Christopher A. Glaser
  on behalf of Defendant Andrew Rubin cglaser@jackscamp.com iluaces@jackscamp.com

Christopher A. Glaser
  on behalf of Interested Party Canal View Holdings LLC cglaser@jackscamp.com iluaces@jackscamp.com

Case 22-00101-ELG   Doc 221   Filed 02/09/24   Entered 02/10/24 00:06:19   Desc
Imaged Certificate of Notice   Page 6 of 8

| District/off: 0090-1 | User: admin | Page 3 of 5 |
|---|---|---|
| Date Rcvd: Feb 07, 2024 | Form ID: pdf001 | Total Noticed: 1 |

| | |
|---|---|
| Christopher A. Glaser | on behalf of Defendant Canal View Holdings LLC cglaser@jackscamp.com iluaces@jackscamp.com |
| Douglas E. McKinley | on behalf of Defendant Thomas D. Madison doug1803@verizon.net |
| Douglas E. McKinley | on behalf of Interested Party THOMAS D. MADISON doug1803@verizon.net |
| John A. C. Keith | on behalf of Defendant Jeffrey Houle jkeith@bklawva.com |
| Justin Philip Fasano | on behalf of Defendant Bryan S. Ross  Chapter 7 Trustee jfasano@mhlawyers.com, jfasano@ecf.courtdrive.com;hleaphart@mhlawyers.com;fasano.justinr92003@notify.bestcase.com |
| Justin Philip Fasano | on behalf of Trustee Wendell W. Webster jfasano@mhlawyers.com jfasano@ecf.courtdrive.com;hleaphart@mhlawyers.com;fasano.justinr92003@notify.bestcase.com |
| Justin Philip Fasano | on behalf of Trustee Bryan S. Ross jfasano@mhlawyers.com jfasano@ecf.courtdrive.com;hleaphart@mhlawyers.com;fasano.justinr92003@notify.bestcase.com |
| Justin Philip Fasano | on behalf of Defendant Bryan Ross jfasano@mhlawyers.com jfasano@ecf.courtdrive.com;hleaphart@mhlawyers.com;fasano.justinr92003@notify.bestcase.com |
| Kristen E Burgers | on behalf of Defendant 819D LLC kburgers@hirschlerlaw.com ndysart@hirschlerlaw.com |
| Kristen E Burgers | on behalf of Interested Party Hirschler Fleischer kburgers@hirschlerlaw.com ndysart@hirschlerlaw.com |
| Kristen E Burgers | on behalf of Debtor In Possession 819D LLC kburgers@hirschlerlaw.com ndysart@hirschlerlaw.com |
| Kristen S. Eustis | on behalf of U.S. Trustee U. S. Trustee for Region Four Kristen.S.Eustis@usdoj.gov Robert.W.Ours@usdoj.gov |
| Laurin Howard Mills | on behalf of Interested Party 638 Newton Partners LLC Laurin@werthermills.com roussy@werthermills.com;amelia@werthermills.com |
| Laurin Howard Mills | on behalf of Defendant 819D LLC Laurin@werthermills.com roussy@werthermills.com;amelia@werthermills.com |
| Laurin Howard Mills | on behalf of 3rd Party Plaintiff The Rubin Group LLC Laurin@werthermills.com roussy@werthermills.com;amelia@werthermills.com |
| Laurin Howard Mills | on behalf of 3rd Party Plaintiff Robert Rubin Laurin@werthermills.com roussy@werthermills.com;amelia@werthermills.com |
| Laurin Howard Mills | on behalf of Defendant Rubin Group LLC Laurin@werthermills.com roussy@werthermills.com;amelia@werthermills.com |
| Laurin Howard Mills | on behalf of Defendant Robert Rubin Laurin@werthermills.com roussy@werthermills.com;amelia@werthermills.com |
| Laurin Howard Mills | on behalf of Interested Party Robert Rubin Laurin@werthermills.com roussy@werthermills.com;amelia@werthermills.com |
| Laurin Howard Mills | on behalf of Defendant K Street Holdings LLC Laurin@werthermills.com roussy@werthermills.com;amelia@werthermills.com |
| Laurin Howard Mills | on behalf of 3rd Party Plaintiff Michelle Tygier Laurin@werthermills.com roussy@werthermills.com;amelia@werthermills.com |
| Laurin Howard Mills | on behalf of Defendant 2233-40th Partners LLC Laurin@werthermills.com roussy@werthermills.com;amelia@werthermills.com |
| Laurin Howard Mills | on behalf of Interested Party South Glebe LLC Laurin@werthermills.com roussy@werthermills.com;amelia@werthermills.com |
| Laurin Howard Mills | on behalf of Interested Party Michelle A. Tygier Laurin@werthermills.com roussy@werthermills.com;amelia@werthermills.com |
| Laurin Howard Mills | on behalf of Interested Party K Street Holdings LLC Laurin@werthermills.com roussy@werthermills.com;amelia@werthermills.com |
| Laurin Howard Mills | |

Case 22-00101-ELG    Doc 221    Filed 02/09/24    Entered 02/10/24 00:06:19    Desc
Imaged Certificate of Notice    Page 7 of 8

| District/off: 0090-1 | User: admin | Page 4 of 5 |
|---|---|---|
| Date Rcvd: Feb 07, 2024 | Form ID: pdf001 | Total Noticed: 1 |

| | |
|---|---|
| | on behalf of Interested Party 2233-40th Partners LLC Laurin@werthermills.com roussy@werthermills.com;amelia@werthermills.com |
| Laurin Howard Mills | on behalf of Defendant South Glebe LLC Laurin@werthermills.com roussy@werthermills.com;amelia@werthermills.com |
| Laurin Howard Mills | on behalf of Defendant Michelle A. Tygier Laurin@werthermills.com roussy@werthermills.com;amelia@werthermills.com |
| Laurin Howard Mills | on behalf of Defendant 638 Newton Partners LLC Laurin@werthermills.com roussy@werthermills.com;amelia@werthermills.com |
| Laurin Howard Mills | on behalf of Interested Party TR Holdings LLC Laurin@werthermills.com roussy@werthermills.com;amelia@werthermills.com |
| Laurin Howard Mills | on behalf of Interested Party The Rubin Group LLC Laurin@werthermills.com roussy@werthermills.com;amelia@werthermills.com |
| Laurin Howard Mills | on behalf of Defendant TR Holdings LLC Laurin@werthermills.com roussy@werthermills.com;amelia@werthermills.com |
| Laurin Howard Mills | on behalf of 3rd Party Plaintiff TR Holdings LLC Laurin@werthermills.com roussy@werthermills.com;amelia@werthermills.com |
| Marc E. Albert | on behalf of Plaintiff Karl Garcia marc.albert@stinson.com porsche.barnes@stinson.com;joshua.cox@stinson.com |
| Marc E. Albert | on behalf of Creditor Karl Garcia marc.albert@stinson.com porsche.barnes@stinson.com;dc05@ecfcbis.com;mealbert@ecf.axosfs.com |
| Mark Crawford, I | on behalf of Creditor Mark David Law Offices of Mark D Crawford PLLC mcrawford@mdc-law.com |
| Mark Crawford, I | on behalf of Trustee Bryan S. Ross mcrawford@mdc-law.com |
| Maurice Belmont VerStandig | on behalf of Interested Party Canal View Holdings LLC mac@mbvesq.com lisa@mbvesq.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email |
| Maurice Belmont VerStandig | on behalf of Defendant Woodmore Partners LLC mac@mbvesq.com lisa@mbvesq.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email |
| Maurice Belmont VerStandig | on behalf of Interested Party 819 Capital LLC mac@mbvesq.com lisa@mbvesq.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email |
| Maurice Belmont VerStandig | on behalf of Plaintiff Canal View Holdings LLC mac@mbvesq.com lisa@mbvesq.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email |
| Maurice Belmont VerStandig | on behalf of Interested Party Woodmore Partners  LLC mac@mbvesq.com, lisa@mbvesq.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email |
| Maurice Belmont VerStandig | on behalf of Defendant Andrew Rubin mac@mbvesq.com lisa@mbvesq.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email |
| Maurice Belmont VerStandig | on behalf of Plaintiff Andrew Rubin mac@mbvesq.com lisa@mbvesq.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email |
| Maurice Belmont VerStandig | on behalf of Interested Party TRG Development LLC mac@mbvesq.com lisa@mbvesq.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email |
| Maurice Belmont VerStandig | on behalf of Defendant 819 Capital LLC mac@mbvesq.com lisa@mbvesq.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email |
| Maurice Belmont VerStandig | on behalf of Defendant TRG Development LLC mac@mbvesq.com lisa@mbvesq.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email |
| Maurice Belmont VerStandig | on behalf of Interested Party Andrew Rubin mac@mbvesq.com lisa@mbvesq.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email |

| | | |
|---|---|---|
| District/off: 0090-1 | User: admin | Page 5 of 5 |
| Date Rcvd: Feb 07, 2024 | Form ID: pdf001 | Total Noticed: 1 |

Maurice Belmont VerStandig
    on behalf of Defendant Canal View Holdings LLC mac@mbvesq.com
    lisa@mbvesq.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

Michael T. Freeman
    on behalf of U.S. Trustee U. S. Trustee for Region Four michael.t.freeman@usdoj.gov  robert.w.ours@usdoj.gov

Robert Michael Gittins
    on behalf of Defendant The Sanctuary Condominium Unit Owners Association gittins@ewmd.com

Sara Kathryn Mayson
    on behalf of U.S. Trustee U. S. Trustee for Region Four sara.kathryn.mayson@usdoj.gov  Robert.W.Ours@usdoj.gov

Stephen E. Leach
    on behalf of Debtor In Possession 819D LLC sleach@hirschlerlaw.com  ndysart@hirschlerlaw.com

Stephen E. Leach
    on behalf of Defendant 819D LLC sleach@hirschlerlaw.com  ndysart@hirschlerlaw.com

Timothy G Casey
    on behalf of Defendant Long & Foster Real Estate  Inc. timgcasey@yahoo.com

Timothy G Casey
    on behalf of Interested Party Long & Foster Real Estate  Inc. timgcasey@yahoo.com

Tracey Michelle Ohm
    on behalf of Plaintiff Karl Garcia tracey.ohm@stinson.com  porsche.barnes@stinson.com

Tracey Michelle Ohm
    on behalf of Creditor Karl Garcia tracey.ohm@stinson.com  porsche.barnes@stinson.com

Tracey Michelle Ohm
    on behalf of Attorney Tracey Michelle Ohm tracey.ohm@stinson.com  porsche.barnes@stinson.com

U. S. Trustee for Region Four
    USTPRegion04.DC.ECF@USDOJ.GOV

Wendell W. Webster
    wwebster@websterfredrickson.com  DC03@ecfcbis.com

William B Porter
    on behalf of Interested Party Jeffrey Houle wporter@bklawva.com
    agabler@bklawva.com;jkeith@bklawva.com;imcelhaney@bklawva.com

TOTAL: 96