The order below is hereby signed.

Signed: February 12 2024



Elizabeth L. Gunn
U.S. Bankruptcy Judge

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In re: )<br>)<br>819D LLC, )<br>)<br>Debtor. )<br>) | Case No. 22-00101-ELG<br><br>(Converted to Chapter 7) |

## ORDER GRANTING FIRST AND FINAL APPLICATION
## OF HIRSCHLER FLEISCHER, AS BANKRUPTCY COUNSEL TO THE FORMER
## CHAPTER 11 DEBTOR IN POSSESSION, FOR ALLOWANCE AND
## AUTHORIZATION OF PAYMENT OF COMPENSATION
## AND REIMBURSEMENT OF EXPENSES

UPON CONSIDERATION of the first and final application (the "**Application**") of

Hirschler Fleischer ("**HF**") for allowance and authorization of payment of compensation and

_____

Kristen E. Burgers (D.C. Bar No. 500674)
Stephen E. Leach (D.C. Bar No. 925735)
HIRSCHLER FLEISCHER P.C.
1676 International Drive, Suite 1350
Tysons, Virginia  22102
Telephone:     (703) 584-8900
fax:                (703) 584-8901
Email:            sleach@hirschlerlaw.com
                    kburgers@hirschlerlaw.com

*Former Chapter 11 Counsel to 819D LLC*

reimbursement of expenses on a final basis for services provided as bankruptcy counsel to 819D LLC, as the former chapter 11 debtor in possession (the "**Debtor**"), as set forth in the Application; and due and proper notice of the Application having been provided as set forth in the Application; and the Court finding that no other or further notice need be provided; and it appearing to the Court, for the reasons stated in the Application, that the Application is proper and that the requested compensation should be allowed; and the objections filed by the Office of the U.S. Trustee and the Chapter 7 Trustee having been resolved; and after due deliberation and finding good cause, it is, by the United States Bankruptcy Court for the District of Columbia:

ORDERED, that the Application is approved; and it is further

ORDERED, that legal fees of HF, as counsel for the Debtor, in the amount of $60,000.00, pursuant to the Application should be, and the same hereby are, ALLOWED AND APPROVED, on a final basis as a chapter 11 administrative expense of the estate, said amounts being allowed compensation for services rendered for the period from June 19, 2022 through October 12, 2022; and it is further

ORDERED, that reimbursement of HF's reasonable, necessary expenses in the amount of $1,501.58 are hereby ALLOWED AND APPROVED, on a final basis, as a chapter 11 administrative expense of the estate, said amount being the reasonable, necessary expenses incurred by HF incident to its representation of the Debtor for the period from June 19, 2022 through October 12, 2022; and it is further

ORDERED, that HF is authorized to apply the pre-petition retainer it is holding in the amount of $18,963.00 to such allowed and approved compensation and expenses; and it is further

- 3 -

ORDERED, that the Trustee is hereby authorized to pay the fees and expenses allowed and approved herein as a chapter 11 administrative expense of the estate.

WE ASK FOR THIS:

/*s/ Kristen E. Burgers*/
Stephen E. Leach, Esq.
Kristen E. Burgers, Esq.
HIRSCHLER FLEISCHER
1676 International Drive, Suite 1350
Tysons, Virginia 22102

SEEN AND NO OBJECTION:

*/s/ Sara Kathryn Mayson*
Sara Kathryn Mayson
Office of the United States Trustee
115 S. Union Street, Room 210
Alexandria, Virginia 22314

SEEN AND NO OBJECTION:

*/s/ Justin Fasano*
Justin Fasano
McNamee Hosea
6404 Ivy Lane, Suite 820
Greenbelt, Maryland 20770

Copies to:

Stephen E. Leach, Esq.
Kristen E. Burgers, Esq.
HIRSCHLER FLEISCHER
1676 International Drive, Suite 1350
Tysons, Virginia 22102

Wendell W. Webster
WEBSTER & FREDRICKSON, PLLC
1775 K. Street, N.W., Suite 600
Washington, D.C. 20006

Justin Fasano
McNamee Hosea
6404 Ivy Lane, Suite 820
Greenbelt, Maryland 20770

Sara Kathryn Mayson
Office of the United States Trustee
115 S. Union Street, Room 210
Alexandria, Virginia 22314

All attorneys who have entered an appearance and who are registered e-filers

All entities on the Court's mailing list

**END OF ORDER**

10071384.1  042785.00001