The order below is hereby signed.

Signed: February 12 2024

/s/ Elizabeth L. Gunn
Elizabeth L. Gunn
U.S. Bankruptcy Judge

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| In re: ) | |
| ) | Case No. 22-00101-ELG |
| 819D LLC, ) | |
| ) | (Converted to Chapter 7) |
| Debtor. ) | |
| ) | |

**ORDER GRANTING FIRST AND FINAL APPLICATION
OF HIRSCHLER FLEISCHER, AS BANKRUPTCY COUNSEL TO THE FORMER
CHAPTER 11 DEBTOR IN POSSESSION, FOR ALLOWANCE AND
AUTHORIZATION OF PAYMENT OF COMPENSATION
<u>AND REIMBURSEMENT OF EXPENSES</u>**

UPON CONSIDERATION of the first and final application (the "**Application**") of

Hirschler Fleischer ("**HF**") for allowance and authorization of payment of compensation and

_____

Kristen E. Burgers (D.C. Bar No. 500674)
Stephen E. Leach (D.C. Bar No. 925735)
HIRSCHLER FLEISCHER P.C.
1676 International Drive, Suite 1350
Tysons, Virginia  22102
Telephone:    (703) 584-8900
fax:          (703) 584-8901
Email:        sleach@hirschlerlaw.com
              kburgers@hirschlerlaw.com

*Former Chapter 11 Counsel to 819D LLC*

reimbursement of expenses on a final basis for services provided as bankruptcy counsel to 819D LLC, as the former chapter 11 debtor in possession (the "**Debtor**"), as set forth in the Application; and due and proper notice of the Application having been provided as set forth in the Application; and the Court finding that no other or further notice need be provided; and it appearing to the Court, for the reasons stated in the Application, that the Application is proper and that the requested compensation should be allowed; and the objections filed by the Office of the U.S. Trustee and the Chapter 7 Trustee having been resolved; and after due deliberation and finding good cause, it is, by the United States Bankruptcy Court for the District of Columbia:

ORDERED, that the Application is approved; and it is further

ORDERED, that legal fees of HF, as counsel for the Debtor, in the amount of $60,000.00, pursuant to the Application should be, and the same hereby are, ALLOWED AND APPROVED, on a final basis as a chapter 11 administrative expense of the estate, said amounts being allowed compensation for services rendered for the period from June 19, 2022 through October 12, 2022; and it is further

ORDERED, that reimbursement of HF's reasonable, necessary expenses in the amount of $1,501.58 are hereby ALLOWED AND APPROVED, on a final basis, as a chapter 11 administrative expense of the estate, said amount being the reasonable, necessary expenses incurred by HF incident to its representation of the Debtor for the period from June 19, 2022 through October 12, 2022; and it is further

ORDERED, that HF is authorized to apply the pre-petition retainer it is holding in the amount of $18,963.00 to such allowed and approved compensation and expenses; and it is further

ORDERED, that the Trustee is hereby authorized to pay the fees and expenses allowed and approved herein as a chapter 11 administrative expense of the estate.

WE ASK FOR THIS:

/s/ *Kristen E. Burgers*
Stephen E. Leach, Esq.
Kristen E. Burgers, Esq.
HIRSCHLER FLEISCHER
1676 International Drive, Suite 1350
Tysons, Virginia 22102

SEEN AND NO OBJECTION:

/s/ *Sara Kathryn Mayson*
Sara Kathryn Mayson
Office of the United States Trustee
115 S. Union Street, Room 210
Alexandria, Virginia 22314

SEEN AND NO OBJECTION:

/s/ *Justin Fasano*
Justin Fasano
McNamee Hosea
6404 Ivy Lane, Suite 820
Greenbelt, Maryland 20770

Copies to:

Stephen E. Leach, Esq.
Kristen E. Burgers, Esq.
HIRSCHLER FLEISCHER
1676 International Drive, Suite 1350
Tysons, Virginia 22102

Wendell W. Webster
WEBSTER & FREDRICKSON, PLLC
1775 K. Street, N.W., Suite 600
Washington, D.C. 20006

Justin Fasano
McNamee Hosea
6404 Ivy Lane, Suite 820
Greenbelt, Maryland 20770

Sara Kathryn Mayson
Office of the United States Trustee
115 S. Union Street, Room 210
Alexandria, Virginia 22314

All attorneys who have entered an appearance and who are registered e-filers

All entities on the Court's mailing list

## END OF ORDER

10071384.1 042785.00001

United States Bankruptcy Court

District of Columbia

In re:  Case No. 22-00101-ELG
819D LLC  Chapter 7
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0090-1      User: admin      Page 1 of 7
Date Rcvd: Feb 12, 2024      Form ID: pdf001      Total Noticed: 64

The following symbols are used throughout this certificate:

| Symbol | Definition |
| --- | --- |
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 14, 2024:**

| Recip ID | | Recipient Name and Address |
| --- | --- | --- |
| dbpos | + | 819D LLC, 1423 Sharps Point Road, Annapolis, MD 21409-6139 |
| aty | | Bethany R. Benes, BETHUNE BENES, PLLC, 3795 Fair Ridge Drive, South Terrace Suite 25C, Fairfax, VA 22033 |
| aty | + | Brendan P. Bunn, Chadwick, Washington, Moriarty, Elmore &, Bunn, P.C., 3201 Jermantown Road, Suite 600 Fairfax, VA 22030-2879 |
| aty | + | Brian C. Clarry, Samek, Werther, Mills LLC, 2000 Duke Street, Suite 300, Alexandria, VA 22314-6101 |
| aty | + | Mansitan Sow, Samek, Werther, Mills LLC, 2000 Duke Street, Suite 300, Alexandria, VA 22314-6101 |
| aty | + | Tracey Michelle Ohm, Stinson LLP, 1775 Pennsylvania Ave. NW, Suite 800, Washington, DC 20006-4760 |
| smg | ++ | CHILD SUPPORT SERVICES DIVISION, ATTN LEGAL SERVICES SECTION, 400 SIXTH ST NW, SUITE 8300, WASHINGTON DC 20001-0189 address filed with court:, Child Support Services Division, Office of the Attorney General, Judiciary Square 441 4th Street, NW, 5th Floor, Washington, DC 20001 |
| intp | + | Hirschler Fleischer, 1676 International Drive, Suite 1350, Tysons, VA 22102-4940 |
| cr | + | Karl Garcia, 275 Giralda Ave., Unit 5C, Coral Gables, FL 33134-5080 |
| cr | + | Mark David Law Offices of Mark D Crawford PLLC, 1005 N. Glebe Rd. Suite 210, Arlington, VA 22201, UNITED STATES 22201-5792 |
| cr | + | Sanctuary Condominium Unit Owners Association, c/o Chadwick, Washington, et al., 3201 Jermantown Rd., Suite 600, Fairfax, VA 22030 UNITED STATES 22030-2879 |
| intp | + | THOMAS D. MADISON, 8719 MT Vernon HWY, Alexandria, VA 22309-2217 |
| 762479 | + | 2233-40th Partners LLC, 3704 Military Road, NW, Washington, DC 20015-1740 |
| 762480 | + | 638 Newton Partners LLC, 3704 Military Road, NW, Washington, DC 20015-1740 |
| 762481 | + | 819 Capital LLC, 3704 Military Road, NW, Washington, DC 20015-1740 |
| 762482 | + | Alexander M. Laughlin, Esq., Odin Feldman Pittleman, PC, 1775 Wiehle Avenue, Suite 400, Reston, VA 20190-5159 |
| 765698 | + | Andrew Rubin, Andrew Rubin c/o Maurice Verstandig, 9812 Falls Road, #114-160, Potomac MD 20854-3976 |
| 762483 | + | Andrew Rubin, 1423 Sharps Point Road, Annapolis, MD 21409-6139 |
| 762484 | + | Bethany Benes, Esq., Bethune Benes, PLLC, 3975 Fair Ridge Drive, South Terrace, Suite 25C, Fairfax, VA 22033-2911 |
| 762485 | + | Bradley M. Barna, Esq., Chadwick Washington Moriarty, 3201 Jermantown Road, Suite 600, Fairfax, VA 22030-2879 |
| 762486 | + | Business Filings Incorporated of DE, 1015 15th Street NW, Suite 1000, Washington, DC 20005-2621 |
| 762487 | + | Canal View Holdings LLC, 1423 Sharps Point Road, Annapolis, MD 21409-6139 |
| 765699 | + | CanalView Holdings LLC, c/o Maurice Verstandig, 9812 Falls Road, #114-160, Potomac MD 20854-3976 |
| 762786 | + | Charles Peoples, Thomas, Thomas & Hafer LLP, 1025 Connecticut Ave., NW, Suite 608, Washington, DC 20036-5411 |
| 762488 | + | Christopher A. Glaser, Esq., Jackson & Campbell, 2300 N Street NW, Suite 300, Washington, DC 20037-1194 |
| 762489 | + | Christos Ekonomakis, 5058 Joewood Drive, Sanibel, FL 33957-7500 |
| 762748 | + | DC GOV'T OFFICE OF TAX AND REVENUE, PO BOX 37559, WASHINGTON DC 20013-7559 |
| 762745 | + | DC Gov't Office of Tax and Revenue, PO Box 75520, Washington DC 20013-0520 |
| 762782 | + | District of Columbia Treasurer, Office of Tax and Revenue, P.O. Box 37559, Washington, DC 20013-7559 |
| 762490 | + | Douglas E. McKinley, Esq., P.O. Box 7395, Alexandria, VA 22307-0395 |
| 762491 | + | Gregory Auger II, 2320 Wisconsin Avenue NW, Unit 312, Washington, DC 20007-1858 |
| 762492 | + | Gregory Auger III, 2320 Wisconsin Avenue NW, Unit 312, Washington, DC 20007-1858 |
| 762783 | + | Harford Mutual Insurance Group, 200 North Main Street, Bel Air, MD 21014-3544 |
| 762787 | + | Ian J. McElhaney, Esq., Blankingship & Keith, 4020 University Drive, Suite 300, Fairfax, VA 22030-6802 |
| 762493 | + | Jeffrey Houle, 1221 Merchant Lane, Mc Lean, VA 22101-2412 |
| 762494 | + | John A.C. Keith, Esq., Blankingship & Keith, 4020 University Drive, Suite 300, Fairfax, VA 22030-6802 |
| 762495 | + | K Street Holdings LLC, 3704 Military Road, NW, Washington, DC 20015-1740 |

Case 22-00101-ELG   Doc 224   Filed 02/14/24   Entered 02/15/24 00:05:50   Desc
Imaged Certificate of Notice   Page 6 of 11

| District/off: 0090-1 | User: admin | Page 2 of 7 |
| --- | --- | --- |
| Date Rcvd: Feb 12, 2024 | Form ID: pdf001 | Total Noticed: 64 |

| | | |
| --- | --- | --- |
| 762496 | + | Karl Garcia, 275 Giralda Avenue, Unit 5C, Miami, FL 33134-5080 |
| 762497 | + | Lauren H. Mills, Esq., Samek Werther Mills, LLC, 2000 Duke Street, Suite 300, Alexandria, VA 22314-6101 |
| 762498 | + | Law Offices of Mark D. Crawford PLLC, 1005 North Glebe Road, Suite 210, Arlington, VA 22201-5792 |
| 762499 | + | Liliana Ekonomakis, 5058 Joewood Drive, Sanibel, FL 33957-7500 |
| 765479 | + | Long & Foster Real Estate, Inc. d/b/a Urban Pace, c/o Timothy G. Casey, Esquire, 451 Hungerford Drive, Suite 505, Rockville, Maryland 20850-4174 |
| 765608 | + | Marc E. Albert, Stinson LLP, 1775 Pennsylvania Ave. NW, Suite 800, Washington DC 20006-4760 |
| 765477 | + | Michelle A. Tygier, c/o Christopher L. Rogan, Esq., 50 Catoctin Cir., NE, Suite 300, Leesburg, VA 20176-3101 |
| 762500 | + | Michelle Tygier, 3704 Military Road, NW, Washington, DC 20015-1740 |
| 762788 | + | Milt N. Theologou, Silverman Theologou, 11200 Rockville Pike, Suite 520, Rockville, MD 20852-7105 |
| 762790 | + | Regua LLC, 2320 Wisconsin Ave. NW, Unit 312, Washington, DC 20007-1858 |
| 762502 | + | Robert Rubin, 3704 Military Road, NW, Washington, DC 20015-1740 |
| 762503 | + | Sanctuary Condominium Unit Owners Assoc., c/o Chadwick, Washington, et al., 3201 Jermantown Rd., Suite 600, Fairfax, VA 22030-2879 |
| 762504 | + | South Glebe LLC, 3704 Military Road, NW, Washington, DC 20015-1740 |
| 762507 | + | TR Holdings LLC, 3704 Military Road, NW, Washington, DC 20015-1740 |
| 762505 | + | The Rubin Group, LLC, 3704 Military Road, NW, Washington, DC 20015-1740 |
| 762506 | + | Thomas D. Madison, 8719 Mount Vernon Highway, Alexandria, VA 22309-2217 |
| 762789 | + | Timothy G. Casey, Timothy Guy Casey Law Offices, 451 Hungerford Drive, Suite 505, Rockville, MD 20850-4174 |
| 762508 | #+ | Urban Pace, 1428 U Street, Suite 300, Washington, DC 20009-8010 |
| 762509 | + | Woodmore Partners LLC, 3704 Military Road, NW, Washington, DC 20015-1740 |

TOTAL: 56

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
| --- | --- | --- | --- | --- |
| smg | + | Email/Text: angela.coleman@dc.gov | Feb 12 2024 21:39:00 | D.C. Office of Tax and Revenue, Bankruptcy Division, 1101 4th Street SW, Washington, DC 20024-4457 |
| smg | ^ | MEBN | Feb 12 2024 21:38:45 | District Unemployment Compensation Board, 4058 Minnesota Ave., NE, 4th Floor, Washington, DC 20019-3540 |
| smg | | Email/Text: sbse.cio.bnc.mail@irs.gov | Feb 12 2024 21:39:00 | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| smg | ^ | MEBN | Feb 12 2024 21:38:47 | Office of Attorney General, Tax, Bankruptcy, and Finance, One Judiciary Square, 441 4th Street, NW, 6th Floor, Washington, DC 20001-2714 |
| smg | | Email/Text: karen.brown@treasury.gov | Feb 12 2024 21:39:00 | Secretary of the Treasury, 15th and Pennsylvania Aveneu, NW, Washington, DC 20220-0001 |
| smg | | Email/Text: atlreorg@sec.gov | Feb 12 2024 21:39:00 | Securities and Exchange Commission, Atlanta Regional Office, Office of Reorganization, 950 East Paces Ferry Road NE, Ste. 900, Atlanta, GA 30326-1382 |
| smg | + | Email/Text: USADC.BankruptcyNotices@usdoj.gov | Feb 12 2024 21:39:00 | U.S. Attorney's Office, Civil Division, 601 D Street, NW, Washington, DC 20530-0034 |
| 766704 | + | Email/Text: ustpregion04.ax.ecf@usdoj.gov | Feb 12 2024 21:39:00 | U.S. Trustee, 1725 Duke Street, Suite 650, Alexandria, VA 22314-3489 |

TOTAL: 8

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
| --- | --- | --- |
| intp | | 2233-40th Partners LLC |
| intp | | 638 Newton Partners LLC |
| intp | | 819 Capital LLC |
| intp | | Andrew Rubin |
| intp | | Canal View Holdings LLC |

Case 22-00101-ELG   Doc 224   Filed 02/14/24   Entered 02/15/24 00:05:50   Desc
Imaged Certificate of Notice   Page 7 of 11

| District/off: 0090-1 | User: admin | Page 3 of 7 |
|---|---|---|
| Date Rcvd: Feb 12, 2024 | Form ID: pdf001 | Total Noticed: 64 |

| | | |
|---|---|---|
| cr | | Gregory Auger, II |
| cr | | Gregory Auger, III |
| intp | | Hartford Mutual Insurance Company |
| intp | | Jeffrey Houle |
| intp | | K Street Holdings LLC |
| intp | | Long & Foster Real Estate, Inc. |
| intp | | Michelle A. Tygier |
| cr | | Regua, LLC |
| intp | | Robert Rubin |
| intp | | South Glebe LLC |
| intp | | TR Holdings LLC |
| intp | | TRG Development LLC |
| intp | | The Rubin Group LLC |
| intp | | Woodmore Partners, LLC |
| 762673 | *+ | Department of Treasury, Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 762726 | *P++ | INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATIONS, PO BOX 7346, PHILADELPHIA PA 19101-7346, address filed with court:, Internal Revenue Service, 31 Hopkins Plaza. Rm. 1150, Baltimore, MD 21201 |
| 762784 | *+ | Internal Revenue Service, Centralized Insolvency Operations, Post Office Box 7346, Philadelphia, PA 19101-7346 |
| 762785 | *+ | TR Holdings LLC, 3704 Military Road, NW, Washington, DC 20015-1740 |
| 762501 | ##+ | Potomac Construction Group, 7960 Old Georgetown Road, Suite 1-C, Bethesda, MD 20814-2445 |

TOTAL: 19 Undeliverable, 4 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 14, 2024          Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 12, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Aaron L. Casagrande | on behalf of Interested Party Hartford Mutual Insurance Company aaron.casagrande@icemiller.com |
| Alexander McDonald Laughlin | on behalf of Creditor Gregory Auger  III alex.laughlin@ofplaw.com, marse.hammond@ofplaw.com |
| Alexander McDonald Laughlin | on behalf of Creditor Gregory Auger  II alex.laughlin@ofplaw.com, marse.hammond@ofplaw.com |
| Alexander McDonald Laughlin | on behalf of Creditor Regua  LLC alex.laughlin@ofplaw.com, marse.hammond@ofplaw.com |
| Alexander McDonald Laughlin | on behalf of Defendant Gregory Auger  II alex.laughlin@ofplaw.com, marse.hammond@ofplaw.com |
| Alexander McDonald Laughlin | on behalf of Defendant Regua  LLC alex.laughlin@ofplaw.com, marse.hammond@ofplaw.com |
| Alexander McDonald Laughlin | on behalf of Defendant Gregory Auger  III alex.laughlin@ofplaw.com, marse.hammond@ofplaw.com |
| Bradley Barna | on behalf of Plaintiff Sanctuary Condominium Unit Owners Association bbarna@chadwickwashington.com |

| | | |
|---|---|---|
| District/off: 0090-1 | User: admin | Page 4 of 7 |
| Date Rcvd: Feb 12, 2024 | Form ID: pdf001 | Total Noticed: 64 |

Bradley Barna
    on behalf of Creditor Sanctuary Condominium Unit Owners Association bbarna@chadwickwashington.com

Bryan S. Ross
    on behalf of Trustee Bryan S. Ross ysnore@aol.com bross@ecf.axosfs.com

Charles B Peoples
    on behalf of Defendant 819D LLC cpeoples@tthlaw.com

Christopher Rogan
    on behalf of Defendant Robert Rubin crogan@rmzlawfirm.com

Christopher Rogan
    on behalf of Interested Party The Rubin Group LLC crogan@rmzlawfirm.com

Christopher Rogan
    on behalf of Interested Party 638 Newton Partners LLC crogan@rmzlawfirm.com

Christopher Rogan
    on behalf of Defendant South Glebe LLC crogan@rmzlawfirm.com

Christopher Rogan
    on behalf of 3rd Party Plaintiff TR Holdings LLC crogan@rmzlawfirm.com

Christopher Rogan
    on behalf of Interested Party 2233-40th Partners LLC crogan@rmzlawfirm.com

Christopher Rogan
    on behalf of Interested Party South Glebe LLC crogan@rmzlawfirm.com

Christopher Rogan
    on behalf of Defendant K Street Holdings LLC crogan@rmzlawfirm.com

Christopher Rogan
    on behalf of 3rd Party Plaintiff Michelle Tygier crogan@rmzlawfirm.com

Christopher Rogan
    on behalf of Interested Party Michelle A. Tygier crogan@rmzlawfirm.com

Christopher Rogan
    on behalf of Defendant Michelle A. Tygier crogan@rmzlawfirm.com

Christopher Rogan
    on behalf of Defendant TR Holdings LLC crogan@rmzlawfirm.com

Christopher Rogan
    on behalf of Interested Party Robert Rubin crogan@rmzlawfirm.com

Christopher Rogan
    on behalf of Interested Party TR Holdings LLC crogan@rmzlawfirm.com

Christopher Rogan
    on behalf of Interested Party K Street Holdings LLC crogan@rmzlawfirm.com

Christopher Rogan
    on behalf of Defendant 2233-40th Partners LLC crogan@rmzlawfirm.com

Christopher Rogan
    on behalf of Defendant Rubin Group LLC crogan@rmzlawfirm.com

Christopher Rogan
    on behalf of 3rd Party Plaintiff Robert Rubin crogan@rmzlawfirm.com

Christopher Rogan
    on behalf of 3rd Party Plaintiff The Rubin Group LLC crogan@rmzlawfirm.com

Christopher Rogan
    on behalf of Defendant 638 Newton Partners LLC crogan@rmzlawfirm.com

Christopher A. Glaser
    on behalf of Interested Party Andrew Rubin cglaser@jackscamp.com iluaces@jackscamp.com

Christopher A. Glaser
    on behalf of Defendant Andrew Rubin cglaser@jackscamp.com iluaces@jackscamp.com

Christopher A. Glaser
    on behalf of Interested Party Canal View Holdings LLC cglaser@jackscamp.com iluaces@jackscamp.com

Christopher A. Glaser
    on behalf of Defendant Canal View Holdings LLC cglaser@jackscamp.com iluaces@jackscamp.com

Douglas E. McKinley
    on behalf of Interested Party THOMAS D. MADISON doug1803@verizon.net

| | | |
|---|---|---|
| District/off: 0090-1 | User: admin | Page 5 of 7 |
| Date Rcvd: Feb 12, 2024 | Form ID: pdf001 | Total Noticed: 64 |

Douglas E. McKinley
    on behalf of Defendant Thomas D. Madison doug1803@verizon.net

John A. C. Keith
    on behalf of Defendant Jeffrey Houle jkeith@bklawva.com

Justin Philip Fasano
    on behalf of Defendant Bryan S. Ross  Chapter 7 Trustee jfasano@mhlawyers.com, jfasano@ecf.courtdrive.com;hleaphart@mhlawyers.com;fasano.justinr92003@notify.bestcase.com

Justin Philip Fasano
    on behalf of Trustee Wendell W. Webster jfasano@mhlawyers.com jfasano@ecf.courtdrive.com;hleaphart@mhlawyers.com;fasano.justinr92003@notify.bestcase.com

Justin Philip Fasano
    on behalf of Trustee Bryan S. Ross jfasano@mhlawyers.com jfasano@ecf.courtdrive.com;hleaphart@mhlawyers.com;fasano.justinr92003@notify.bestcase.com

Justin Philip Fasano
    on behalf of Defendant Bryan Ross jfasano@mhlawyers.com jfasano@ecf.courtdrive.com;hleaphart@mhlawyers.com;fasano.justinr92003@notify.bestcase.com

Kristen E Burgers
    on behalf of Defendant 819D LLC kburgers@hirschlerlaw.com  ndysart@hirschlerlaw.com

Kristen E Burgers
    on behalf of Interested Party Hirschler Fleischer kburgers@hirschlerlaw.com  ndysart@hirschlerlaw.com

Kristen E Burgers
    on behalf of Debtor In Possession 819D LLC kburgers@hirschlerlaw.com  ndysart@hirschlerlaw.com

Kristen S. Eustis
    on behalf of U.S. Trustee U. S. Trustee for Region Four Kristen.S.Eustis@usdoj.gov  Robert.W.Ours@usdoj.gov

Laurin Howard Mills
    on behalf of Defendant 819D LLC Laurin@werthermills.com  roussy@werthermills.com;amelia@werthermills.com

Laurin Howard Mills
    on behalf of 3rd Party Plaintiff The Rubin Group LLC Laurin@werthermills.com roussy@werthermills.com;amelia@werthermills.com

Laurin Howard Mills
    on behalf of 3rd Party Plaintiff Robert Rubin Laurin@werthermills.com  roussy@werthermills.com;amelia@werthermills.com

Laurin Howard Mills
    on behalf of Defendant Rubin Group LLC Laurin@werthermills.com  roussy@werthermills.com;amelia@werthermills.com

Laurin Howard Mills
    on behalf of Defendant Robert Rubin Laurin@werthermills.com  roussy@werthermills.com;amelia@werthermills.com

Laurin Howard Mills
    on behalf of Interested Party Robert Rubin Laurin@werthermills.com  roussy@werthermills.com;amelia@werthermills.com

Laurin Howard Mills
    on behalf of Defendant K Street Holdings LLC Laurin@werthermills.com  roussy@werthermills.com;amelia@werthermills.com

Laurin Howard Mills
    on behalf of 3rd Party Plaintiff Michelle Tygier Laurin@werthermills.com  roussy@werthermills.com;amelia@werthermills.com

Laurin Howard Mills
    on behalf of Defendant 2233-40th Partners LLC Laurin@werthermills.com  roussy@werthermills.com;amelia@werthermills.com

Laurin Howard Mills
    on behalf of Interested Party South Glebe LLC Laurin@werthermills.com  roussy@werthermills.com;amelia@werthermills.com

Laurin Howard Mills
    on behalf of Interested Party Michelle A. Tygier Laurin@werthermills.com  roussy@werthermills.com;amelia@werthermills.com

Laurin Howard Mills
    on behalf of Interested Party K Street Holdings LLC Laurin@werthermills.com roussy@werthermills.com;amelia@werthermills.com

Laurin Howard Mills
    on behalf of Interested Party 2233-40th Partners LLC Laurin@werthermills.com roussy@werthermills.com;amelia@werthermills.com

Laurin Howard Mills
    on behalf of Defendant South Glebe LLC Laurin@werthermills.com  roussy@werthermills.com;amelia@werthermills.com

Laurin Howard Mills
    on behalf of Defendant Michelle A. Tygier Laurin@werthermills.com  roussy@werthermills.com;amelia@werthermills.com

Laurin Howard Mills

| | | |
|---|---|---|
| District/off: 0090-1 | User: admin | Page 6 of 7 |
| Date Rcvd: Feb 12, 2024 | Form ID: pdf001 | Total Noticed: 64 |

on behalf of Defendant 638 Newton Partners LLC Laurin@werthermills.com roussy@werthermills.com;amelia@werthermills.com

Laurin Howard Mills

on behalf of Interested Party TR Holdings LLC Laurin@werthermills.com roussy@werthermills.com;amelia@werthermills.com

Laurin Howard Mills

on behalf of Interested Party The Rubin Group LLC Laurin@werthermills.com roussy@werthermills.com;amelia@werthermills.com

Laurin Howard Mills

on behalf of Defendant TR Holdings LLC Laurin@werthermills.com roussy@werthermills.com;amelia@werthermills.com

Laurin Howard Mills

on behalf of 3rd Party Plaintiff TR Holdings LLC Laurin@werthermills.com roussy@werthermills.com;amelia@werthermills.com

Laurin Howard Mills

on behalf of Interested Party 638 Newton Partners LLC Laurin@werthermills.com roussy@werthermills.com;amelia@werthermills.com

Marc E. Albert

on behalf of Plaintiff Karl Garcia marc.albert@stinson.com porsche.barnes@stinson.com;joshua.cox@stinson.com

Marc E. Albert

on behalf of Creditor Karl Garcia marc.albert@stinson.com porsche.barnes@stinson.com;dc05@ecfcbis.com;mealbert@ecf.axosfs.com

Mark Crawford, I

on behalf of Creditor Mark David Law Offices of Mark D Crawford PLLC mcrawford@mdc-law.com

Mark Crawford, I

on behalf of Trustee Bryan S. Ross mcrawford@mdc-law.com

Maurice Belmont VerStandig

on behalf of Defendant Woodmore Partners LLC mac@mbvesq.com lisa@mbvesq.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

Maurice Belmont VerStandig

on behalf of Interested Party 819 Capital LLC mac@mbvesq.com lisa@mbvesq.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

Maurice Belmont VerStandig

on behalf of Plaintiff Canal View Holdings LLC mac@mbvesq.com lisa@mbvesq.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

Maurice Belmont VerStandig

on behalf of Interested Party Woodmore Partners  LLC mac@mbvesq.com, lisa@mbvesq.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

Maurice Belmont VerStandig

on behalf of Defendant Andrew Rubin mac@mbvesq.com lisa@mbvesq.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

Maurice Belmont VerStandig

on behalf of Plaintiff Andrew Rubin mac@mbvesq.com lisa@mbvesq.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

Maurice Belmont VerStandig

on behalf of Interested Party TRG Development LLC mac@mbvesq.com lisa@mbvesq.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

Maurice Belmont VerStandig

on behalf of Defendant 819 Capital LLC mac@mbvesq.com lisa@mbvesq.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

Maurice Belmont VerStandig

on behalf of Defendant TRG Development LLC mac@mbvesq.com lisa@mbvesq.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

Maurice Belmont VerStandig

on behalf of Interested Party Andrew Rubin mac@mbvesq.com lisa@mbvesq.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

Maurice Belmont VerStandig

on behalf of Defendant Canal View Holdings LLC mac@mbvesq.com lisa@mbvesq.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

Maurice Belmont VerStandig

on behalf of Interested Party Canal View Holdings LLC mac@mbvesq.com lisa@mbvesq.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

Michael T. Freeman

District/off: 0090-1     User: admin     Page 7 of 7
Date Rcvd: Feb 12, 2024     Form ID: pdf001     Total Noticed: 64

| | |
|---|---|
| | on behalf of U.S. Trustee U. S. Trustee for Region Four michael.t.freeman@usdoj.gov robert.w.ours@usdoj.gov |
| Robert Michael Gittins | on behalf of Defendant The Sanctuary Condominium Unit Owners Association gittins@ewmd.com |
| Sara Kathryn Mayson | on behalf of U.S. Trustee U. S. Trustee for Region Four sara.kathryn.mayson@usdoj.gov Robert.W.Ours@usdoj.gov |
| Stephen E. Leach | on behalf of Defendant 819D LLC sleach@hirschlerlaw.com ndysart@hirschlerlaw.com |
| Stephen E. Leach | on behalf of Debtor In Possession 819D LLC sleach@hirschlerlaw.com ndysart@hirschlerlaw.com |
| Timothy G Casey | on behalf of Defendant Long & Foster Real Estate Inc. timgcasey@yahoo.com |
| Timothy G Casey | on behalf of Interested Party Long & Foster Real Estate Inc. timgcasey@yahoo.com |
| Tracey Michelle Ohm | on behalf of Plaintiff Karl Garcia tracey.ohm@stinson.com porsche.barnes@stinson.com |
| Tracey Michelle Ohm | on behalf of Creditor Karl Garcia tracey.ohm@stinson.com porsche.barnes@stinson.com |
| Tracey Michelle Ohm | on behalf of Attorney Tracey Michelle Ohm tracey.ohm@stinson.com porsche.barnes@stinson.com |
| U. S. Trustee for Region Four | USTPRegion04.DC.ECF@USDOJ.GOV |
| Wendell W. Webster | wwebster@websterfredrickson.com DC03@ecfcbis.com |
| William B Porter | on behalf of Interested Party Jeffrey Houle wporter@bklawva.com agabler@bklawva.com;jkeith@bklawva.com;imcelhaney@bklawva.com |

TOTAL: 96