The order below is hereby signed.

Signed: February 14 2024



Elizabeth L. Gunn
U.S. Bankruptcy Judge

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **In re:** | ) | Case No. 22-101-ELG |
| | ) | |
| **819D LLC,** | ) | (Chapter 7) |
| | ) | |
| **Debtor.** | ) | |
| | ) | |

### ORDER GRANTING MOTION TO APPROVE COMPROMISE

Upon consideration of the *Motion to Approve Compromise* (the "Motion," Docket No. 194) filed by Wendell W. Webster (the "Trustee"), in his capacity as trustee of the Chapter 7 bankruptcy estate of 819D LLC, and all objections thereto having been resolved, and good cause being shown, it is, by the United States Bankruptcy Court for the District of Columbia, hereby

**ORDERED**, that the Motion is **GRANTED**; and it is further

**ORDERED**, that, pursuant to Fed. R. Bank. Proc. 9019 and 11 U.S.C. § 105, the Settlement Agreement ("Agreement") attached to the *Line Filing Fully Executed Settlement Agreement as Exhibit to Motion to Compromise* (Docket 219) is hereby **APPROVED**; and it is further

**ORDERED** that the Trustee and all other parties to the Agreement are hereby

**AUTHORIZED** to take any and all steps necessary to implement the Agreement.

### END OF ORDER

### I ASK FOR THIS

/s/ *Justin P. Fasano*
Janet M. Nesse (DC Bar 358514)
Justin P. Fasano (DC Bar MD21201)
McNamee Hosea, P.A.
6404 Ivy Lane, Suite 820
Greenbelt, Maryland  20770
(301) 441-2420
jnesse@mhlawyers.com
jfasano@mhlawyers.com
*Counsel to the Trustee*

**Cc:** all creditors