The order below is hereby signed.

Signed: February 14 2024

/s/ Elizabeth L. Gunn
U.S. Bankruptcy Judge

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **In re:** | ) | Case No. 22-101-ELG |
| | ) | |
| **819D LLC,** | ) | (Chapter 7) |
| | ) | |
| **Debtor.** | ) | |
| | ) | |

### ORDER GRANTING MOTION TO APPROVE COMPROMISE

Upon consideration of the *Motion to Approve Compromise* (the "Motion," Docket No. 194) filed by Wendell W. Webster (the "Trustee"), in his capacity as trustee of the Chapter 7 bankruptcy estate of 819D LLC, and all objections thereto having been resolved, and good cause being shown, it is, by the United States Bankruptcy Court for the District of Columbia, hereby

**ORDERED**, that the Motion is **GRANTED**; and it is further

**ORDERED**, that, pursuant to Fed. R. Bank. Proc. 9019 and 11 U.S.C. § 105, the Settlement Agreement ("Agreement") attached to the *Line Filing Fully Executed Settlement Agreement as Exhibit to Motion to Compromise* (Docket 219) is hereby **APPROVED**; and it is further

**ORDERED** that the Trustee and all other parties to the Agreement are hereby

**AUTHORIZED** to take any and all steps necessary to implement the Agreement.

**END OF ORDER**

**I ASK FOR THIS**

/s/ *Justin P. Fasano*
Janet M. Nesse (DC Bar 358514)
Justin P. Fasano (DC Bar MD21201)
McNamee Hosea, P.A.
6404 Ivy Lane, Suite 820
Greenbelt, Maryland  20770
(301) 441-2420
jnesse@mhlawyers.com
jfasano@mhlawyers.com
*Counsel to the Trustee*

**Cc:** all creditors

United States Bankruptcy Court

District of Columbia

In re:  Case No. 22-00101-ELG
819D LLC  Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0090-1  User: admin  Page 1 of 6
Date Rcvd: Feb 15, 2024  Form ID: pdf001  Total Noticed: 46

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 17, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| 762479 | + | 2233-40th Partners LLC, 3704 Military Road, NW, Washington, DC 20015-1740 |
| 762480 | + | 638 Newton Partners LLC, 3704 Military Road, NW, Washington, DC 20015-1740 |
| 762481 | + | 819 Capital LLC, 3704 Military Road, NW, Washington, DC 20015-1740 |
| 762482 | + | Alexander M. Laughlin, Esq., Odin Feldman Pittleman, PC, 1775 Wiehle Avenue, Suite 400, Reston, VA 20190-5159 |
| 765698 | + | Andrew Rubin, Andrew Rubin c/o Maurice Verstandig, 9812 Falls Road, #114-160, Potomac MD 20854-3976 |
| 762483 | + | Andrew Rubin, 1423 Sharps Point Road, Annapolis, MD 21409-6139 |
| 762484 | + | Bethany Benes, Esq., Bethune Benes, PLLC, 3975 Fair Ridge Drive, South Terrace, Suite 25C, Fairfax, VA 22033-2911 |
| 762485 | + | Bradley M. Barna, Esq., Chadwick Washington Moriarty, 3201 Jermantown Road, Suite 600, Fairfax, VA 22030-2879 |
| 762486 | + | Business Filings Incorporated of DE, 1015 15th Street NW, Suite 1000, Washington, DC 20005-2621 |
| 762487 | + | Canal View Holdings LLC, 1423 Sharps Point Road, Annapolis, MD 21409-6139 |
| 765699 | + | CanalView Holdings LLC, c/o Maurice Verstandig, 9812 Falls Road, #114-160, Potomac MD 20854-3976 |
| 762786 | + | Charles Peoples, Thomas, Thomas & Hafer LLP, 1025 Connecticut Ave., NW, Suite 608, Washington, DC 20036-5411 |
| 762488 | + | Christopher A. Glaser, Esq., Jackson & Campbell, 2300 N Street NW, Suite 300, Washington, DC 20037-1194 |
| 762489 | + | Christos Ekonomakis, 5058 Joewood Drive, Sanibel, FL 33957-7500 |
| 762748 | + | DC GOV'T OFFICE OF TAX AND REVENUE, PO BOX 37559, WASHINGTON DC 20013-7559 |
| 762745 | + | DC Gov't Office of Tax and Revenue, PO Box 75520, Washington DC 20013-0520 |
| 762782 | + | District of Columbia Treasurer, Office of Tax and Revenue, P.O. Box 37559, Washington, DC 20013-7559 |
| 762490 | + | Douglas E. McKinley, Esq., P.O. Box 7395, Alexandria, VA 22307-0395 |
| 762491 | + | Gregory Auger II, 2320 Wisconsin Avenue NW, Unit 312, Washington, DC 20007-1858 |
| 762492 | + | Gregory Auger III, 2320 Wisconsin Avenue NW, Unit 312, Washington, DC 20007-1858 |
| 762783 | + | Harford Mutual Insurance Group, 200 North Main Street, Bel Air, MD 21014-3544 |
| 762787 | + | Ian J. McElhaney, Esq., Blankingship & Keith, 4020 University Drive, Suite 300, Fairfax, VA 22030-6802 |
| 762493 | + | Jeffrey Houle, 1221 Merchant Lane, Mc Lean, VA 22101-2412 |
| 762494 | + | John A.C. Keith, Esq., Blankingship & Keith, 4020 University Drive, Suite 300, Fairfax, VA 22030-6802 |
| 762495 | + | K Street Holdings LLC, 3704 Military Road, NW, Washington, DC 20015-1740 |
| 762496 | + | Karl Garcia, 275 Giralda Avenue, Unit 5C, Miami, FL 33134-5080 |
| 762497 | + | Lauren H. Mills, Esq., Samek Werther Mills, LLC, 2000 Duke Street, Suite 300, Alexandria, VA 22314-6101 |
| 762498 | + | Law Offices of Mark D. Crawford PLLC, 1005 North Glebe Road, Suite 210, Arlington, VA 22201-5792 |
| 762499 | + | Liliana Ekonomakis, 5058 Joewood Drive, Sanibel, FL 33957-7500 |
| 765479 | + | Long & Foster Real Estate, Inc. d/b/a Urban Pace, c/o Timothy G. Casey, Esquire, 451 Hungerford Drive, Suite 505, Rockville, Maryland 20850-4174 |
| 765608 | + | Marc E. Albert, Stinson LLP, 1775 Pennsylvania Ave. NW, Suite 800, Washington DC 20006-4760 |
| 765477 | + | Michelle A. Tygier, c/o Christopher L. Rogan, Esq., 50 Catoctin Cir., NE, Suite 300, Leesburg, VA 20176-3101 |
| 762500 | + | Michelle Tygier, 3704 Military Road, NW, Washington, DC 20015-1740 |
| 762788 | + | Milt N. Theologou, Silverman Theologou, 11200 Rockville Pike, Suite 520, Rockville, MD 20852-7105 |
| 762790 | + | Regua LLC, 2320 Wisconsin Ave. NW, Unit 312, Washington, DC 20007-1858 |
| 762502 | + | Robert Rubin, 3704 Military Road, NW, Washington, DC 20015-1740 |
| 762503 | + | Sanctuary Condominium Unit Owners Assoc., c/o Chadwick, Washington, et al., 3201 Jermantown Rd., Suite 600, Fairfax, VA 22030-2879 |
| 762504 | + | South Glebe LLC, 3704 Military Road, NW, Washington, DC 20015-1740 |
| 762507 | + | TR Holdings LLC, 3704 Military Road, NW, Washington, DC 20015-1740 |

Case 22-00101-ELG    Doc 227    Filed 02/17/24    Entered 02/18/24 00:04:25    Desc
Imaged Certificate of Notice    Page 4 of 8

| District/off: 0090-1 | User: admin | Page 2 of 6 |
|---|---|---|
| Date Rcvd: Feb 15, 2024 | Form ID: pdf001 | Total Noticed: 46 |

| 762505 | + | The Rubin Group, LLC, 3704 Military Road, NW, Washington, DC 20015-1740 |
| 762506 | + | Thomas D. Madison, 8719 Mount Vernon Highway, Alexandria, VA 22309-2217 |
| 762789 | + | Timothy G. Casey, Timothy Guy Casey Law Offices, 451 Hungerford Drive, Suite 505, Rockville, MD 20850-4174 |
| 762508 | #+ | Urban Pace, 1428 U Street, Suite 300, Washington, DC 20009-8010 |
| 762509 | + | Woodmore Partners LLC, 3704 Military Road, NW, Washington, DC 20015-1740 |

TOTAL: 44

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| 762673 | + Email/Text: sbse.cio.bnc.mail@irs.gov | Feb 15 2024 22:14:00 | Department of Treasury, Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 766704 | + Email/Text: ustpregion04.ax.ecf@usdoj.gov | Feb 15 2024 22:14:00 | U.S. Trustee, 1725 Duke Street, Suite 650, Alexandria, VA 22314-3489 |

TOTAL: 2

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 762726 | *P++ | INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATIONS, PO BOX 7346, PHILADELPHIA PA 19101-7346, address filed with court:, Internal Revenue Service, 31 Hopkins Plaza. Rm. 1150, Baltimore, MD 21201 |
| 762784 | *+ | Internal Revenue Service, Centralized Insolvency Operations, Post Office Box 7346, Philadelphia, PA 19101-7346 |
| 762785 | *+ | TR Holdings LLC, 3704 Military Road, NW, Washington, DC 20015-1740 |
| 762501 | ##+ | Potomac Construction Group, 7960 Old Georgetown Road, Suite 1-C, Bethesda, MD 20814-2445 |

TOTAL: 0 Undeliverable, 3 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 17, 2024         Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 15, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Aaron L. Casagrande | on behalf of Interested Party Hartford Mutual Insurance Company aaron.casagrande@icemiller.com |
| Alexander McDonald Laughlin | on behalf of Creditor Gregory Auger III alex.laughlin@ofplaw.com, marse.hammond@ofplaw.com |
| Alexander McDonald Laughlin | on behalf of Creditor Gregory Auger II alex.laughlin@ofplaw.com, marse.hammond@ofplaw.com |
| Alexander McDonald Laughlin | on behalf of Creditor Regua LLC alex.laughlin@ofplaw.com, marse.hammond@ofplaw.com |
| Alexander McDonald Laughlin | |

Case 22-00101-ELG   Doc 227   Filed 02/17/24   Entered 02/18/24 00:04:25   Desc
Imaged Certificate of Notice   Page 5 of 8

| District/off: 0090-1 | User: admin | Page 3 of 6 |
|---|---|---|
| Date Rcvd: Feb 15, 2024 | Form ID: pdf001 | Total Noticed: 46 |

| | |
|---|---|
| | on behalf of Defendant Gregory Auger II alex.laughlin@ofplaw.com, marse.hammond@ofplaw.com |
| Alexander McDonald Laughlin | on behalf of Defendant Regua LLC alex.laughlin@ofplaw.com, marse.hammond@ofplaw.com |
| Alexander McDonald Laughlin | on behalf of Defendant Gregory Auger III alex.laughlin@ofplaw.com, marse.hammond@ofplaw.com |
| Bradley Barna | on behalf of Plaintiff Sanctuary Condominium Unit Owners Association bbarna@chadwickwashington.com |
| Bradley Barna | on behalf of Creditor Sanctuary Condominium Unit Owners Association bbarna@chadwickwashington.com |
| Bryan S. Ross | on behalf of Trustee Bryan S. Ross ysnore@aol.com bross@ecf.axosfs.com |
| Charles B Peoples | on behalf of Defendant 819D LLC cpeoples@tthlaw.com |
| Christopher Rogan | on behalf of Defendant TR Holdings LLC crogan@rmzlawfirm.com |
| Christopher Rogan | on behalf of Interested Party Robert Rubin crogan@rmzlawfirm.com |
| Christopher Rogan | on behalf of Interested Party TR Holdings LLC crogan@rmzlawfirm.com |
| Christopher Rogan | on behalf of Interested Party K Street Holdings LLC crogan@rmzlawfirm.com |
| Christopher Rogan | on behalf of Defendant 2233-40th Partners LLC crogan@rmzlawfirm.com |
| Christopher Rogan | on behalf of Defendant Rubin Group LLC crogan@rmzlawfirm.com |
| Christopher Rogan | on behalf of 3rd Party Plaintiff Robert Rubin crogan@rmzlawfirm.com |
| Christopher Rogan | on behalf of 3rd Party Plaintiff The Rubin Group LLC crogan@rmzlawfirm.com |
| Christopher Rogan | on behalf of Defendant 638 Newton Partners LLC crogan@rmzlawfirm.com |
| Christopher Rogan | on behalf of Defendant Robert Rubin crogan@rmzlawfirm.com |
| Christopher Rogan | on behalf of Interested Party The Rubin Group LLC crogan@rmzlawfirm.com |
| Christopher Rogan | on behalf of Interested Party 638 Newton Partners LLC crogan@rmzlawfirm.com |
| Christopher Rogan | on behalf of Defendant South Glebe LLC crogan@rmzlawfirm.com |
| Christopher Rogan | on behalf of 3rd Party Plaintiff TR Holdings LLC crogan@rmzlawfirm.com |
| Christopher Rogan | on behalf of Interested Party 2233-40th Partners LLC crogan@rmzlawfirm.com |
| Christopher Rogan | on behalf of Interested Party South Glebe LLC crogan@rmzlawfirm.com |
| Christopher Rogan | on behalf of Defendant K Street Holdings LLC crogan@rmzlawfirm.com |
| Christopher Rogan | on behalf of 3rd Party Plaintiff Michelle Tygier crogan@rmzlawfirm.com |
| Christopher Rogan | on behalf of Interested Party Michelle A. Tygier crogan@rmzlawfirm.com |
| Christopher Rogan | on behalf of Defendant Michelle A. Tygier crogan@rmzlawfirm.com |
| Christopher A. Glaser | on behalf of Defendant Canal View Holdings LLC cglaser@jackscamp.com iluaces@jackscamp.com |

| | | |
|---|---|---|
| District/off: 0090-1 | User: admin | Page 4 of 6 |
| Date Rcvd: Feb 15, 2024 | Form ID: pdf001 | Total Noticed: 46 |

Christopher A. Glaser
    on behalf of Interested Party Andrew Rubin cglaser@jackscamp.com iluaces@jackscamp.com

Christopher A. Glaser
    on behalf of Defendant Andrew Rubin cglaser@jackscamp.com iluaces@jackscamp.com

Christopher A. Glaser
    on behalf of Interested Party Canal View Holdings LLC cglaser@jackscamp.com iluaces@jackscamp.com

Douglas E. McKinley
    on behalf of Interested Party THOMAS D. MADISON doug1803@verizon.net

Douglas E. McKinley
    on behalf of Defendant Thomas D. Madison doug1803@verizon.net

John A. C. Keith
    on behalf of Defendant Jeffrey Houle jkeith@bklawva.com

Justin Philip Fasano
    on behalf of Defendant Bryan Ross jfasano@mhlawyers.com
    jfasano@ecf.courtdrive.com;hleaphart@mhlawyers.com;fasano.justinr92003@notify.bestcase.com

Justin Philip Fasano
    on behalf of Defendant Bryan S. Ross  Chapter 7 Trustee jfasano@mhlawyers.com,
    jfasano@ecf.courtdrive.com;hleaphart@mhlawyers.com;fasano.justinr92003@notify.bestcase.com

Justin Philip Fasano
    on behalf of Trustee Wendell W. Webster jfasano@mhlawyers.com
    jfasano@ecf.courtdrive.com;hleaphart@mhlawyers.com;fasano.justinr92003@notify.bestcase.com

Justin Philip Fasano
    on behalf of Trustee Bryan S. Ross jfasano@mhlawyers.com
    jfasano@ecf.courtdrive.com;hleaphart@mhlawyers.com;fasano.justinr92003@notify.bestcase.com

Kristen E Burgers
    on behalf of Interested Party Hirschler Fleischer kburgers@hirschlerlaw.com ndysart@hirschlerlaw.com

Kristen E Burgers
    on behalf of Debtor In Possession 819D LLC kburgers@hirschlerlaw.com ndysart@hirschlerlaw.com

Kristen E Burgers
    on behalf of Defendant 819D LLC kburgers@hirschlerlaw.com ndysart@hirschlerlaw.com

Kristen S. Eustis
    on behalf of U.S. Trustee U. S. Trustee for Region Four Kristen.S.Eustis@usdoj.gov Robert.W.Ours@usdoj.gov

Laurin Howard Mills
    on behalf of Defendant K Street Holdings LLC Laurin@werthermills.com roussy@werthermills.com;amelia@werthermills.com

Laurin Howard Mills
    on behalf of 3rd Party Plaintiff Michelle Tygier Laurin@werthermills.com roussy@werthermills.com;amelia@werthermills.com

Laurin Howard Mills
    on behalf of Defendant 2233-40th Partners LLC Laurin@werthermills.com roussy@werthermills.com;amelia@werthermills.com

Laurin Howard Mills
    on behalf of Interested Party South Glebe LLC Laurin@werthermills.com roussy@werthermills.com;amelia@werthermills.com

Laurin Howard Mills
    on behalf of Interested Party Michelle A. Tygier Laurin@werthermills.com roussy@werthermills.com;amelia@werthermills.com

Laurin Howard Mills
    on behalf of Interested Party K Street Holdings LLC Laurin@werthermills.com
    roussy@werthermills.com;amelia@werthermills.com

Laurin Howard Mills
    on behalf of Interested Party 2233-40th Partners LLC Laurin@werthermills.com
    roussy@werthermills.com;amelia@werthermills.com

Laurin Howard Mills
    on behalf of Defendant South Glebe LLC Laurin@werthermills.com roussy@werthermills.com;amelia@werthermills.com

Laurin Howard Mills
    on behalf of Defendant Michelle A. Tygier Laurin@werthermills.com roussy@werthermills.com;amelia@werthermills.com

Laurin Howard Mills
    on behalf of Defendant 638 Newton Partners LLC Laurin@werthermills.com
    roussy@werthermills.com;amelia@werthermills.com

Laurin Howard Mills
    on behalf of Interested Party TR Holdings LLC Laurin@werthermills.com roussy@werthermills.com;amelia@werthermills.com

Laurin Howard Mills

Case 22-00101-ELG    Doc 227    Filed 02/17/24    Entered 02/18/24 00:04:25    Desc
Imaged Certificate of Notice    Page 7 of 8

| District/off: 0090-1 | User: admin | Page 5 of 6 |
|---|---|---|
| Date Rcvd: Feb 15, 2024 | Form ID: pdf001 | Total Noticed: 46 |

| | |
|---|---|
| | on behalf of Interested Party The Rubin Group LLC Laurin@werthermills.com roussy@werthermills.com;amelia@werthermills.com |
| Laurin Howard Mills | on behalf of Defendant TR Holdings LLC Laurin@werthermills.com  roussy@werthermills.com;amelia@werthermills.com |
| Laurin Howard Mills | on behalf of 3rd Party Plaintiff TR Holdings LLC Laurin@werthermills.com roussy@werthermills.com;amelia@werthermills.com |
| Laurin Howard Mills | on behalf of Interested Party 638 Newton Partners LLC Laurin@werthermills.com roussy@werthermills.com;amelia@werthermills.com |
| Laurin Howard Mills | on behalf of Defendant 819D LLC Laurin@werthermills.com  roussy@werthermills.com;amelia@werthermills.com |
| Laurin Howard Mills | on behalf of 3rd Party Plaintiff The Rubin Group LLC Laurin@werthermills.com roussy@werthermills.com;amelia@werthermills.com |
| Laurin Howard Mills | on behalf of 3rd Party Plaintiff Robert Rubin Laurin@werthermills.com  roussy@werthermills.com;amelia@werthermills.com |
| Laurin Howard Mills | on behalf of Defendant Rubin Group LLC Laurin@werthermills.com  roussy@werthermills.com;amelia@werthermills.com |
| Laurin Howard Mills | on behalf of Defendant Robert Rubin Laurin@werthermills.com  roussy@werthermills.com;amelia@werthermills.com |
| Laurin Howard Mills | on behalf of Interested Party Robert Rubin Laurin@werthermills.com  roussy@werthermills.com;amelia@werthermills.com |
| Marc E. Albert | on behalf of Creditor Karl Garcia marc.albert@stinson.com porsche.barnes@stinson.com;dc05@ecfcbis.com;mealbert@ecf.axosfs.com |
| Marc E. Albert | on behalf of Plaintiff Karl Garcia marc.albert@stinson.com  porsche.barnes@stinson.com;joshua.cox@stinson.com |
| Mark Crawford, I | on behalf of Trustee Bryan S. Ross mcrawford@mdc-law.com |
| Mark Crawford, I | on behalf of Creditor Mark David Law Offices of Mark D Crawford PLLC mcrawford@mdc-law.com |
| Maurice Belmont VerStandig | on behalf of Defendant 819 Capital LLC mac@mbvesq.com lisa@mbvesq.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email |
| Maurice Belmont VerStandig | on behalf of Defendant TRG Development LLC mac@mbvesq.com lisa@mbvesq.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email |
| Maurice Belmont VerStandig | on behalf of Interested Party Andrew Rubin mac@mbvesq.com lisa@mbvesq.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email |
| Maurice Belmont VerStandig | on behalf of Defendant Canal View Holdings LLC mac@mbvesq.com lisa@mbvesq.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email |
| Maurice Belmont VerStandig | on behalf of Interested Party Canal View Holdings LLC mac@mbvesq.com lisa@mbvesq.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email |
| Maurice Belmont VerStandig | on behalf of Defendant Woodmore Partners LLC mac@mbvesq.com lisa@mbvesq.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email |
| Maurice Belmont VerStandig | on behalf of Interested Party 819 Capital LLC mac@mbvesq.com lisa@mbvesq.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email |
| Maurice Belmont VerStandig | on behalf of Plaintiff Canal View Holdings LLC mac@mbvesq.com lisa@mbvesq.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email |
| Maurice Belmont VerStandig | on behalf of Interested Party Woodmore Partners  LLC mac@mbvesq.com, lisa@mbvesq.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email |
| Maurice Belmont VerStandig | |

Case 22-00101-ELG    Doc 227    Filed 02/17/24    Entered 02/18/24 00:04:25    Desc
Imaged Certificate of Notice    Page 8 of 8

| District/off: 0090-1 | User: admin | Page 6 of 6 |
|---|---|---|
| Date Rcvd: Feb 15, 2024 | Form ID: pdf001 | Total Noticed: 46 |

| | |
|---|---|
| Maurice Belmont VerStandig | on behalf of Defendant Andrew Rubin mac@mbvesq.com lisa@mbvesq.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email |
| Maurice Belmont VerStandig | on behalf of Plaintiff Andrew Rubin mac@mbvesq.com lisa@mbvesq.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email |
| Maurice Belmont VerStandig | on behalf of Interested Party TRG Development LLC mac@mbvesq.com lisa@mbvesq.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email |
| Michael T. Freeman | on behalf of U.S. Trustee U. S. Trustee for Region Four michael.t.freeman@usdoj.gov robert.w.ours@usdoj.gov |
| Robert Michael Gittins | on behalf of Defendant The Sanctuary Condominium Unit Owners Association gittins@ewmd.com |
| Sara Kathryn Mayson | on behalf of U.S. Trustee U. S. Trustee for Region Four sara.kathryn.mayson@usdoj.gov Robert.W.Ours@usdoj.gov |
| Stephen E. Leach | on behalf of Defendant 819D LLC sleach@hirschlerlaw.com ndysart@hirschlerlaw.com |
| Stephen E. Leach | on behalf of Debtor In Possession 819D LLC sleach@hirschlerlaw.com ndysart@hirschlerlaw.com |
| Timothy G Casey | on behalf of Defendant Long & Foster Real Estate  Inc. timgcasey@yahoo.com |
| Timothy G Casey | on behalf of Interested Party Long & Foster Real Estate  Inc. timgcasey@yahoo.com |
| Tracey Michelle Ohm | on behalf of Creditor Karl Garcia tracey.ohm@stinson.com porsche.barnes@stinson.com |
| Tracey Michelle Ohm | on behalf of Attorney Tracey Michelle Ohm tracey.ohm@stinson.com porsche.barnes@stinson.com |
| Tracey Michelle Ohm | on behalf of Plaintiff Karl Garcia tracey.ohm@stinson.com porsche.barnes@stinson.com |
| U. S. Trustee for Region Four | USTPRegion04.DC.ECF@USDOJ.GOV |
| Wendell W. Webster | wwebster@websterfredrickson.com DC03@ecfcbis.com |
| William B Porter | on behalf of Interested Party Jeffrey Houle wporter@bklawva.com agabler@bklawva.com;jkeith@bklawva.com;imcelhaney@bklawva.com |

TOTAL: 96