**22ntcftrn**



| | | |
|---|---|---|
| In Re: **819D LLC** | United States Bankruptcy Court for the<br>District of Columbia | Case No.: **22−00101−ELG**<br>Chapter: **7** |

E. Barrett Prettyman U. S. Courthouse
333 Constitution Ave, NW #1225
Washington, DC 20001
(202) 354−3280

www.dcb.uscourts.gov

### NOTICE OF REQUIREMENT TO REVIEW TRANSCRIPT
================================================

A transcript of the proceeding held on 2/13/2024 was filed on 2/20/2024 . The following deadlines apply:

1.    The parties have until 2/27/2024 [seven (7) calendar days from the date of filing of the transcript] to file with the Court a *Notice of Intent to Request Redaction* of this transcript. The deadline for filing a *Request for Redaction* under Fed. R. Bankr. P. 9037 and Local Bankruptcy Rule 9037−1 is 3/12/2024 [21 days from the date of filing of the transcript].

2.    If a Request for Redaction is filed, the redacted transcript is due 3/22/2024 [31 days from the date of filing the request for redaction].

3.    If no such notice is filed, the transcript may be made available for remote electronic access upon expiration of the restriction period, which is 5/20/2024 [90 calendar days from the date of filing of the transcript] unless extended by Court order.

For the Court:

Angela D. Caesar

Dated:  2/20/24

By:
am

Copies To:
Recipients of Electronic Notifications;
Debtor;
All Parties to the Hearing.

United States Bankruptcy Court

District of Columbia

In re:  Case No. 22-00101-ELG
819D LLC  Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0090-1 | User: admin | Page 1 of 5 |
| Date Rcvd: Feb 20, 2024 | Form ID: ntcftrn | Total Noticed: 5 |

The following symbols are used throughout this certificate:

**Symbol**     **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 22, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| aty | + | Justin Philip Fasano, McNamee Hosea, P.A., 6404 Ivy Lane, Ste 820, Greenbelt, MD 20770-1416 |
| aty | + | Sara Kathryn Mayson, DOJ-Ust, 1725 Duke Street, Alexandria, VA 22314-3456 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | + | Email/Text: ustpregion04.ax.ecf@usdoj.gov | Feb 21 2024 00:47:00 | Kristen S. Eustis, Office of the United States Trustee, 1725 Duke Street, Ste 650, Alexandria, VA 22314-3489 |
| aty | + | Email/Text: ustpregion04.ax.ecf@usdoj.gov | Feb 21 2024 00:47:00 | Michael T. Freeman, Office of the United States Trustee, 1725 Duke Street, Suite 650, Alexandria, VA 22314-3489 |
| ust | + | Email/Text: ustpregion04.ax.ecf@usdoj.gov | Feb 21 2024 00:47:00 | U. S. Trustee for Region Four, U. S. Trustee's Office, 1725 Duke Street, Suite 650, Alexandria, VA 22314-3489 |

TOTAL: 3

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 22, 2024      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 20, 2024 at the address(es) listed below:**

**Name**      **Email Address**

| | | |
|---|---|---|
| District/off: 0090-1 | User: admin | Page 2 of 5 |
| Date Rcvd: Feb 20, 2024 | Form ID: ntcftrn | Total Noticed: 5 |

| | |
|---|---|
| Aaron L. Casagrande | on behalf of Interested Party Hartford Mutual Insurance Company aaron.casagrande@icemiller.com |
| Alexander McDonald Laughlin | on behalf of Defendant Gregory Auger III alex.laughlin@ofplaw.com, marse.hammond@ofplaw.com |
| Alexander McDonald Laughlin | on behalf of Creditor Gregory Auger III alex.laughlin@ofplaw.com, marse.hammond@ofplaw.com |
| Alexander McDonald Laughlin | on behalf of Creditor Gregory Auger II alex.laughlin@ofplaw.com, marse.hammond@ofplaw.com |
| Alexander McDonald Laughlin | on behalf of Creditor Regua LLC alex.laughlin@ofplaw.com, marse.hammond@ofplaw.com |
| Alexander McDonald Laughlin | on behalf of Defendant Gregory Auger II alex.laughlin@ofplaw.com, marse.hammond@ofplaw.com |
| Alexander McDonald Laughlin | on behalf of Defendant Regua LLC alex.laughlin@ofplaw.com, marse.hammond@ofplaw.com |
| Bradley Barna | on behalf of Plaintiff Sanctuary Condominium Unit Owners Association bbarna@chadwickwashington.com |
| Bradley Barna | on behalf of Creditor Sanctuary Condominium Unit Owners Association bbarna@chadwickwashington.com |
| Bryan S. Ross | on behalf of Trustee Bryan S. Ross ysnore@aol.com bross@ecf.axosfs.com |
| Charles B Peoples | on behalf of Defendant 819D LLC cpeoples@tthlaw.com |
| Christopher Rogan | on behalf of Defendant Rubin Group LLC crogan@rmzlawfirm.com |
| Christopher Rogan | on behalf of Defendant 638 Newton Partners LLC crogan@rmzlawfirm.com |
| Christopher Rogan | on behalf of Defendant Robert Rubin crogan@rmzlawfirm.com |
| Christopher Rogan | on behalf of Interested Party The Rubin Group LLC crogan@rmzlawfirm.com |
| Christopher Rogan | on behalf of Interested Party 638 Newton Partners LLC crogan@rmzlawfirm.com |
| Christopher Rogan | on behalf of Defendant South Glebe LLC crogan@rmzlawfirm.com |
| Christopher Rogan | on behalf of 3rd Party Plaintiff TR Holdings LLC crogan@rmzlawfirm.com |
| Christopher Rogan | on behalf of Interested Party 2233-40th Partners LLC crogan@rmzlawfirm.com |
| Christopher Rogan | on behalf of Interested Party South Glebe LLC crogan@rmzlawfirm.com |
| Christopher Rogan | on behalf of Defendant K Street Holdings LLC crogan@rmzlawfirm.com |
| Christopher Rogan | on behalf of 3rd Party Plaintiff Michelle Tygier crogan@rmzlawfirm.com |
| Christopher Rogan | on behalf of Interested Party Michelle A. Tygier crogan@rmzlawfirm.com |
| Christopher Rogan | on behalf of Defendant Michelle A. Tygier crogan@rmzlawfirm.com |
| Christopher Rogan | on behalf of Defendant TR Holdings LLC crogan@rmzlawfirm.com |
| Christopher Rogan | on behalf of Interested Party Robert Rubin crogan@rmzlawfirm.com |
| Christopher Rogan | on behalf of Interested Party TR Holdings LLC crogan@rmzlawfirm.com |
| Christopher Rogan | on behalf of Interested Party K Street Holdings LLC crogan@rmzlawfirm.com |

| | | |
|---|---|---|
| District/off: 0090-1 | User: admin | Page 3 of 5 |
| Date Rcvd: Feb 20, 2024 | Form ID: ntcftrn | Total Noticed: 5 |

Christopher Rogan
    on behalf of 3rd Party Plaintiff Robert Rubin crogan@rmzlawfirm.com

Christopher Rogan
    on behalf of Defendant 2233-40th Partners LLC crogan@rmzlawfirm.com

Christopher Rogan
    on behalf of 3rd Party Plaintiff The Rubin Group LLC crogan@rmzlawfirm.com

Christopher A. Glaser
    on behalf of Interested Party Andrew Rubin cglaser@jackscamp.com  iluaces@jackscamp.com

Christopher A. Glaser
    on behalf of Defendant Andrew Rubin cglaser@jackscamp.com  iluaces@jackscamp.com

Christopher A. Glaser
    on behalf of Interested Party Canal View Holdings LLC cglaser@jackscamp.com  iluaces@jackscamp.com

Christopher A. Glaser
    on behalf of Defendant Canal View Holdings LLC cglaser@jackscamp.com  iluaces@jackscamp.com

Douglas E. McKinley
    on behalf of Defendant Thomas D. Madison doug1803@verizon.net

Douglas E. McKinley
    on behalf of Interested Party THOMAS D. MADISON doug1803@verizon.net

John A. C. Keith
    on behalf of Defendant Jeffrey Houle jkeith@bklawva.com

Justin Philip Fasano
    on behalf of Defendant Bryan S. Ross  Chapter 7 Trustee jfasano@mhlawyers.com,
    jfasano@ecf.courtdrive.com;hleaphart@mhlawyers.com;fasano.justinr92003@notify.bestcase.com

Justin Philip Fasano
    on behalf of Trustee Wendell W. Webster jfasano@mhlawyers.com
    jfasano@ecf.courtdrive.com;hleaphart@mhlawyers.com;fasano.justinr92003@notify.bestcase.com

Justin Philip Fasano
    on behalf of Trustee Bryan S. Ross jfasano@mhlawyers.com
    jfasano@ecf.courtdrive.com;hleaphart@mhlawyers.com;fasano.justinr92003@notify.bestcase.com

Justin Philip Fasano
    on behalf of Defendant Bryan Ross jfasano@mhlawyers.com
    jfasano@ecf.courtdrive.com;hleaphart@mhlawyers.com;fasano.justinr92003@notify.bestcase.com

Kristen E Burgers
    on behalf of Defendant 819D LLC kburgers@hirschlerlaw.com  ndysart@hirschlerlaw.com

Kristen E Burgers
    on behalf of Interested Party Hirschler Fleischer kburgers@hirschlerlaw.com  ndysart@hirschlerlaw.com

Kristen E Burgers
    on behalf of Debtor In Possession 819D LLC kburgers@hirschlerlaw.com  ndysart@hirschlerlaw.com

Kristen S. Eustis
    on behalf of U.S. Trustee U. S. Trustee for Region Four Kristen.S.Eustis@usdoj.gov  Robert.W.Ours@usdoj.gov

Laurin Howard Mills
    on behalf of Interested Party 638 Newton Partners LLC Laurin@werthermills.com
    roussy@werthermills.com;amelia@werthermills.com

Laurin Howard Mills
    on behalf of Defendant 819D LLC Laurin@werthermills.com  roussy@werthermills.com;amelia@werthermills.com

Laurin Howard Mills
    on behalf of 3rd Party Plaintiff The Rubin Group LLC Laurin@werthermills.com
    roussy@werthermills.com;amelia@werthermills.com

Laurin Howard Mills
    on behalf of 3rd Party Plaintiff Robert Rubin Laurin@werthermills.com  roussy@werthermills.com;amelia@werthermills.com

Laurin Howard Mills
    on behalf of Defendant Rubin Group LLC Laurin@werthermills.com  roussy@werthermills.com;amelia@werthermills.com

Laurin Howard Mills
    on behalf of Defendant Robert Rubin Laurin@werthermills.com  roussy@werthermills.com;amelia@werthermills.com

Laurin Howard Mills
    on behalf of Interested Party Robert Rubin Laurin@werthermills.com  roussy@werthermills.com;amelia@werthermills.com

Laurin Howard Mills
    on behalf of Defendant K Street Holdings LLC Laurin@werthermills.com  roussy@werthermills.com;amelia@werthermills.com

| | | |
|---|---|---|
| District/off: 0090-1 | User: admin | Page 4 of 5 |
| Date Rcvd: Feb 20, 2024 | Form ID: ntcftrn | Total Noticed: 5 |

Laurin Howard Mills
    on behalf of 3rd Party Plaintiff Michelle Tygier Laurin@werthermills.com roussy@werthermills.com;amelia@werthermills.com

Laurin Howard Mills
    on behalf of Defendant 2233-40th Partners LLC Laurin@werthermills.com roussy@werthermills.com;amelia@werthermills.com

Laurin Howard Mills
    on behalf of Interested Party South Glebe LLC Laurin@werthermills.com roussy@werthermills.com;amelia@werthermills.com

Laurin Howard Mills
    on behalf of Interested Party Michelle A. Tygier Laurin@werthermills.com roussy@werthermills.com;amelia@werthermills.com

Laurin Howard Mills
    on behalf of Interested Party K Street Holdings LLC Laurin@werthermills.com
    roussy@werthermills.com;amelia@werthermills.com

Laurin Howard Mills
    on behalf of Interested Party 2233-40th Partners LLC Laurin@werthermills.com
    roussy@werthermills.com;amelia@werthermills.com

Laurin Howard Mills
    on behalf of Defendant South Glebe LLC Laurin@werthermills.com roussy@werthermills.com;amelia@werthermills.com

Laurin Howard Mills
    on behalf of Defendant Michelle A. Tygier Laurin@werthermills.com roussy@werthermills.com;amelia@werthermills.com

Laurin Howard Mills
    on behalf of Defendant 638 Newton Partners LLC Laurin@werthermills.com
    roussy@werthermills.com;amelia@werthermills.com

Laurin Howard Mills
    on behalf of Interested Party TR Holdings LLC Laurin@werthermills.com roussy@werthermills.com;amelia@werthermills.com

Laurin Howard Mills
    on behalf of Interested Party The Rubin Group LLC Laurin@werthermills.com
    roussy@werthermills.com;amelia@werthermills.com

Laurin Howard Mills
    on behalf of Defendant TR Holdings LLC Laurin@werthermills.com roussy@werthermills.com;amelia@werthermills.com

Laurin Howard Mills
    on behalf of 3rd Party Plaintiff TR Holdings LLC Laurin@werthermills.com
    roussy@werthermills.com;amelia@werthermills.com

Marc E. Albert
    on behalf of Plaintiff Karl Garcia marc.albert@stinson.com porsche.barnes@stinson.com;joshua.cox@stinson.com

Marc E. Albert
    on behalf of Creditor Karl Garcia marc.albert@stinson.com
    porsche.barnes@stinson.com;dc05@ecfcbis.com;mealbert@ecf.axosfs.com

Mark Crawford, I
    on behalf of Creditor Mark David Law Offices of Mark D Crawford PLLC mcrawford@mdc-law.com

Mark Crawford, I
    on behalf of Trustee Bryan S. Ross mcrawford@mdc-law.com

Maurice Belmont VerStandig
    on behalf of Defendant Canal View Holdings LLC mac@mbvesq.com
    lisa@mbvesq.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

Maurice Belmont VerStandig
    on behalf of Interested Party Canal View Holdings LLC mac@mbvesq.com
    lisa@mbvesq.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

Maurice Belmont VerStandig
    on behalf of Defendant Woodmore Partners LLC mac@mbvesq.com
    lisa@mbvesq.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

Maurice Belmont VerStandig
    on behalf of Interested Party 819 Capital LLC mac@mbvesq.com
    lisa@mbvesq.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

Maurice Belmont VerStandig
    on behalf of Plaintiff Canal View Holdings LLC mac@mbvesq.com
    lisa@mbvesq.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

Maurice Belmont VerStandig
    on behalf of Interested Party Woodmore Partners  LLC mac@mbvesq.com,
    lisa@mbvesq.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

Maurice Belmont VerStandig
    on behalf of Defendant Andrew Rubin mac@mbvesq.com

| | | |
|---|---|---|
| District/off: 0090-1 | User: admin | Page 5 of 5 |
| Date Rcvd: Feb 20, 2024 | Form ID: ntcftrn | Total Noticed: 5 |

| | |
|---|---|
| | lisa@mbvesq.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email |
| Maurice Belmont VerStandig | on behalf of Plaintiff Andrew Rubin mac@mbvesq.com<br>lisa@mbvesq.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email |
| Maurice Belmont VerStandig | on behalf of Interested Party TRG Development LLC mac@mbvesq.com<br>lisa@mbvesq.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email |
| Maurice Belmont VerStandig | on behalf of Defendant 819 Capital LLC mac@mbvesq.com<br>lisa@mbvesq.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email |
| Maurice Belmont VerStandig | on behalf of Defendant TRG Development LLC mac@mbvesq.com<br>lisa@mbvesq.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email |
| Maurice Belmont VerStandig | on behalf of Interested Party Andrew Rubin mac@mbvesq.com<br>lisa@mbvesq.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email |
| Michael T. Freeman | on behalf of U.S. Trustee U. S. Trustee for Region Four michael.t.freeman@usdoj.gov robert.w.ours@usdoj.gov |
| Robert Michael Gittins | on behalf of Defendant The Sanctuary Condominium Unit Owners Association gittins@ewmd.com |
| Sara Kathryn Mayson | on behalf of U.S. Trustee U. S. Trustee for Region Four sara.kathryn.mayson@usdoj.gov Robert.W.Ours@usdoj.gov |
| Stephen E. Leach | on behalf of Defendant 819D LLC sleach@hirschlerlaw.com ndysart@hirschlerlaw.com |
| Stephen E. Leach | on behalf of Debtor In Possession 819D LLC sleach@hirschlerlaw.com ndysart@hirschlerlaw.com |
| Timothy G Casey | on behalf of Interested Party Long & Foster Real Estate  Inc. timgcasey@yahoo.com |
| Timothy G Casey | on behalf of Defendant Long & Foster Real Estate  Inc. timgcasey@yahoo.com |
| Tracey Michelle Ohm | on behalf of Plaintiff Karl Garcia tracey.ohm@stinson.com porsche.barnes@stinson.com |
| Tracey Michelle Ohm | on behalf of Creditor Karl Garcia tracey.ohm@stinson.com porsche.barnes@stinson.com |
| Tracey Michelle Ohm | on behalf of Attorney Tracey Michelle Ohm tracey.ohm@stinson.com porsche.barnes@stinson.com |
| U. S. Trustee for Region Four | USTPRegion04.DC.ECF@USDOJ.GOV |
| Wendell W. Webster | wwebster@websterfredrickson.com DC03@ecfcbis.com |
| William B Porter | on behalf of Interested Party Jeffrey Houle wporter@bklawva.com<br>agabler@bklawva.com;jkeith@bklawva.com;imcelhaney@bklawva.com |

TOTAL: 96