IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| In re: | ) | Case No. 22-101-ELG |
| | ) | |
| 819D LLC, | ) | (Chapter 7) |
| | ) | |
| Debtor. | ) | |
| | ) | |

## NOTICE IN ACCORDANCE MOTION TO APPROVE COMPROMISE

Wendell W. Webster (the "Trustee"), in his capacity as trustee of the Chapter 7 bankruptcy estate of 819D LLC ("819D" or the "Debtor"), in accordance with the Settlement Agreement filed on February 7, 2024 ("Agreement," Docket No. 219-1), hereby gives notice that on **February 28, 2024**, EagleBank complied with the *Order Granting Trustee's Motion for Turnover of Property of the Estate* (the "Turnover Order," Docket No. 218) by paying **$382,808.26** (the "Funds") to undersigned counsel for the Trustee. Additionally, on February 28, 2024, District Title, Inc. paid **$7,500.00** (the "Escrow Payment") to undersigned counsel for the Trustee. Pursuant to the Agreement, the Funds and Escrow Payment are currently being held by undersigned counsel. Counsel will disburse the Funds and Escrow Payment pursuant to the Agreement.

The Trustee deems the obligations of EagleBank under the Turnover Order to be satisfied, and this notice shall act as a satisfaction of judgment of the Turnover Order.

Based on the foregoing, the Trustee expects that the motions scheduled for hearing on May 22, 2024 will be withdrawn, or that consensual proposed orders resolving those motions will be submitted. Further, the Trustee expects that the status conferences in the various adversary proceedings will prove to be unnecessary.

Dated: February 29, 2024　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　/s/ Justin P. Fasano
　　　　　　　　　　　　　　　　　　　　Janet M. Nesse, Esq.
　　　　　　　　　　　　　　　　　　　　Justin P. Fasano, Esq.
　　　　　　　　　　　　　　　　　　　　6404 Ivy Lane, Suite 820
　　　　　　　　　　　　　　　　　　　　Greenbelt, Maryland 20770
　　　　　　　　　　　　　　　　　　　　(301) 441-2420: Telephone
　　　　　　　　　　　　　　　　　　　　(301) 982-9450: Facsimile
　　　　　　　　　　　　　　　　　　　　jnesse@mhlawyers.com
　　　　　　　　　　　　　　　　　　　　jfasano@mhlawyers.com
　　　　　　　　　　　　　　　　　　　　*Attorneys for the Trustee*

## CERTIFICATE OF SERVICE

I hereby certify that on February 29, 2024, a true and correct copy of the foregoing was served by CM/ECF upon all parties receiving notice thereby.

　　　　　　　　　　　　　　　　　　　　/s/ Justin P. Fasano
　　　　　　　　　　　　　　　　　　　　Justin P. Fasano