The order below is hereby signed.

Signed: March 6 2024

/s/ Elizabeth L. Gunn
U.S. Bankruptcy Judge

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In re | Chapter 7 |
| 819D LLC, | Case No. 22-00101-ELG |
| Debtor. | |
| KARL GARCIA<br>*Plaintiff*, | |
| v. | Adv. Proc. No. 22-10009-ELG |
| THE RUBIN GROUP LLC, *et al.*<br>*Defendants.* | Case Removed from the<br>Circuit Court of Fairfax County,<br>Case No. CL-2020-17040 |
| KARL GARCIA,<br>*Plaintiff*, | |
| v. | Adv. Proc. No. 22-10010-ELG |
| 819D LLC, *et al.*,<br>*Defendants.* | Removed from the Superior Court<br>for the District of Columbia<br>Case No. 2020 CA 002540 B |

**ORDER GRANTING AMENDED MOTION TO WITHDRAW AS COUNSEL**
**(Bethune Benes, PLLC)**

CORE/3525930.0002/187727296.1

This matter came before the court on the *Amended Motion to Withdraw as Counsel (Bethune Benes, PLLC)* (the "Motion"). In the Motion, Bethany Benes of Bethune Benes, PLLC requests permission to withdraw as counsel for Karl Garcia in the above-captioned proceedings. Mr. Garcia will continue to be represented by Marc Albert and Tracey Ohm of Stinson LLP as bankruptcy counsel. Mr. Garcia consents to the Motion, and prior to filing the Motion Ms. Benes obtained the consent of the majority of counsel to the principal parties in interest in the proceedings. Counsel for the Tygier Parties indicated that his clients neither consent to nor oppose the relief sought in the Motion. This Court having considered the Motion finds that notice of the Motion is adequate as given, that good cause exists to grant the relief requested and that it is hereby:

**ORDERED ADJUDGED AND DECREED** that the Motion is **GRANTED IN ITS ENTIRETY**; and it is

**FURTHER ORDERED** that the representation of Bethany Benes and the law firm of Bethune Benes, PLLC as counsel for Karl Garcia in the above-captioned proceedings is hereby withdrawn.

**END OF ORDER**

**WE ASK FOR THIS:**

/s/ Tracey M. Ohm
Marc E. Albert, No. 345181
Tracey M. Ohm, No. 982727
STINSON LLP
1775 Pennsylvania Ave., N.W., Suite 800
Washington, DC 20006
Tel. (202) 785-9100
Fax (202) 572-9943
marc.albert@stinson.com
tracey.ohm@stinson.com

*Counsel for Karl Garcia*

2

CORE/3525930.0002/187727296.1

and


/s/ Bethany R. Benes
(signed with permission via email)
Bethany R. Benes, No. 1686123
*Admitted Pro Hac Vice*
BETHUNE BENES, PLLC
3975 Fair Ridge Drive
South Suite 246
Fairfax, Virginia 22033

Copies of this Order to:

Recipients of ECF Notice

and

Karl Garcia
275 Giralda Ave., Unit 5C
Coral Gables, FL 33134-5080

3

United States Bankruptcy Court

District of Columbia

| | |
|---|---|
| In re: | Case No. 22-00101-ELG |
| 819D LLC | Chapter 7 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0090-1 | User: admin | Page 1 of 5 |
| Date Rcvd: Mar 07, 2024 | Form ID: pdf001 | Total Noticed: 3 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 09, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| aty | + | Tracey Michelle Ohm, Stinson LLP, 1775 Pennsylvania Ave. NW, Suite 800, Washington, DC 20006-4760 |
| | + | Bethany R. Benes, 3975 Fair Ridge Drive, South Suite 246, Fairfax, VA 22033-2911 |
| cr | + | Karl Garcia, 275 Giralda Ave., Unit 5C, Coral Gables, FL 33134-5080 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 09, 2024      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 7, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Aaron L. Casagrande | on behalf of Interested Party Hartford Mutual Insurance Company aaron.casagrande@icemiller.com |
| Alexander McDonald Laughlin | on behalf of Creditor Gregory Auger  III alex.laughlin@ofplaw.com, marse.hammond@ofplaw.com |
| Alexander McDonald Laughlin | on behalf of Creditor Gregory Auger  II alex.laughlin@ofplaw.com, marse.hammond@ofplaw.com |
| Alexander McDonald Laughlin | on behalf of Creditor Regua  LLC alex.laughlin@ofplaw.com, marse.hammond@ofplaw.com |
| Alexander McDonald Laughlin | on behalf of Defendant Gregory Auger  II alex.laughlin@ofplaw.com, marse.hammond@ofplaw.com |

| | | |
|---|---|---|
| District/off: 0090-1 | User: admin | Page 2 of 5 |
| Date Rcvd: Mar 07, 2024 | Form ID: pdf001 | Total Noticed: 3 |

Alexander McDonald Laughlin
    on behalf of Defendant Regua LLC alex.laughlin@ofplaw.com, marse.hammond@ofplaw.com

Alexander McDonald Laughlin
    on behalf of Defendant Gregory Auger III alex.laughlin@ofplaw.com, marse.hammond@ofplaw.com

Bradley Barna
    on behalf of Plaintiff Sanctuary Condominium Unit Owners Association bbarna@chadwickwashington.com

Bradley Barna
    on behalf of Creditor Sanctuary Condominium Unit Owners Association bbarna@chadwickwashington.com

Bryan S. Ross
    on behalf of Trustee Bryan S. Ross ysnore@aol.com bross@ecf.axosfs.com

Charles B Peoples
    on behalf of Defendant 819D LLC cpeoples@tthlaw.com

Christopher Rogan
    on behalf of Defendant 638 Newton Partners LLC crogan@rmzlawfirm.com

Christopher Rogan
    on behalf of Defendant Robert Rubin crogan@rmzlawfirm.com

Christopher Rogan
    on behalf of Interested Party The Rubin Group LLC crogan@rmzlawfirm.com

Christopher Rogan
    on behalf of Interested Party 638 Newton Partners LLC crogan@rmzlawfirm.com

Christopher Rogan
    on behalf of Defendant South Glebe LLC crogan@rmzlawfirm.com

Christopher Rogan
    on behalf of 3rd Party Plaintiff TR Holdings LLC crogan@rmzlawfirm.com

Christopher Rogan
    on behalf of Interested Party 2233-40th Partners LLC crogan@rmzlawfirm.com

Christopher Rogan
    on behalf of Interested Party South Glebe LLC crogan@rmzlawfirm.com

Christopher Rogan
    on behalf of Defendant K Street Holdings LLC crogan@rmzlawfirm.com

Christopher Rogan
    on behalf of 3rd Party Plaintiff Michelle Tygier crogan@rmzlawfirm.com

Christopher Rogan
    on behalf of Interested Party Michelle A. Tygier crogan@rmzlawfirm.com

Christopher Rogan
    on behalf of Defendant Michelle A. Tygier crogan@rmzlawfirm.com

Christopher Rogan
    on behalf of Defendant TR Holdings LLC crogan@rmzlawfirm.com

Christopher Rogan
    on behalf of 3rd Party Plaintiff Robert Rubin crogan@rmzlawfirm.com

Christopher Rogan
    on behalf of Interested Party Robert Rubin crogan@rmzlawfirm.com

Christopher Rogan
    on behalf of Interested Party TR Holdings LLC crogan@rmzlawfirm.com

Christopher Rogan
    on behalf of 3rd Party Plaintiff The Rubin Group LLC crogan@rmzlawfirm.com

Christopher Rogan
    on behalf of Interested Party K Street Holdings LLC crogan@rmzlawfirm.com

Christopher Rogan
    on behalf of Defendant 2233-40th Partners LLC crogan@rmzlawfirm.com

Christopher Rogan
    on behalf of Defendant Rubin Group LLC crogan@rmzlawfirm.com

Christopher A. Glaser
    on behalf of Interested Party Andrew Rubin cglaser@jackscamp.com iluaces@jackscamp.com

Christopher A. Glaser
    on behalf of Defendant Andrew Rubin cglaser@jackscamp.com iluaces@jackscamp.com

| | | |
|---|---|---|
| District/off: 0090-1 | User: admin | Page 3 of 5 |
| Date Rcvd: Mar 07, 2024 | Form ID: pdf001 | Total Noticed: 3 |

Christopher A. Glaser
    on behalf of Interested Party Canal View Holdings LLC cglaser@jackscamp.com iluaces@jackscamp.com

Christopher A. Glaser
    on behalf of Defendant Canal View Holdings LLC cglaser@jackscamp.com iluaces@jackscamp.com

Douglas E. McKinley
    on behalf of Defendant Thomas D. Madison doug1803@verizon.net

Douglas E. McKinley
    on behalf of Interested Party THOMAS D. MADISON doug1803@verizon.net

John A. C. Keith
    on behalf of Defendant Jeffrey Houle jkeith@bklawva.com

Justin Philip Fasano
    on behalf of Defendant Bryan S. Ross  Chapter 7 Trustee jfasano@mhlawyers.com, 
    jfasano@ecf.courtdrive.com;hleaphart@mhlawyers.com;fasano.justinr92003@notify.bestcase.com

Justin Philip Fasano
    on behalf of Trustee Wendell W. Webster jfasano@mhlawyers.com 
    jfasano@ecf.courtdrive.com;hleaphart@mhlawyers.com;fasano.justinr92003@notify.bestcase.com

Justin Philip Fasano
    on behalf of Trustee Bryan S. Ross jfasano@mhlawyers.com 
    jfasano@ecf.courtdrive.com;hleaphart@mhlawyers.com;fasano.justinr92003@notify.bestcase.com

Justin Philip Fasano
    on behalf of Defendant Bryan Ross jfasano@mhlawyers.com 
    jfasano@ecf.courtdrive.com;hleaphart@mhlawyers.com;fasano.justinr92003@notify.bestcase.com

Kristen E Burgers
    on behalf of Defendant 819D LLC kburgers@hirschlerlaw.com ndysart@hirschlerlaw.com

Kristen E Burgers
    on behalf of Interested Party Hirschler Fleischer kburgers@hirschlerlaw.com ndysart@hirschlerlaw.com

Kristen E Burgers
    on behalf of Debtor In Possession 819D LLC kburgers@hirschlerlaw.com ndysart@hirschlerlaw.com

Kristen S. Eustis
    on behalf of U.S. Trustee U. S. Trustee for Region Four Kristen.S.Eustis@usdoj.gov Robert.W.Ours@usdoj.gov

Laurin Howard Mills
    on behalf of Interested Party 638 Newton Partners LLC Laurin@werthermills.com 
    roussy@werthermills.com;amelia@werthermills.com

Laurin Howard Mills
    on behalf of Defendant 819D LLC Laurin@werthermills.com roussy@werthermills.com;amelia@werthermills.com

Laurin Howard Mills
    on behalf of 3rd Party Plaintiff The Rubin Group LLC Laurin@werthermills.com 
    roussy@werthermills.com;amelia@werthermills.com

Laurin Howard Mills
    on behalf of 3rd Party Plaintiff Robert Rubin Laurin@werthermills.com roussy@werthermills.com;amelia@werthermills.com

Laurin Howard Mills
    on behalf of Defendant Rubin Group LLC Laurin@werthermills.com roussy@werthermills.com;amelia@werthermills.com

Laurin Howard Mills
    on behalf of Defendant Robert Rubin Laurin@werthermills.com roussy@werthermills.com;amelia@werthermills.com

Laurin Howard Mills
    on behalf of Interested Party Robert Rubin Laurin@werthermills.com roussy@werthermills.com;amelia@werthermills.com

Laurin Howard Mills
    on behalf of Defendant K Street Holdings LLC Laurin@werthermills.com roussy@werthermills.com;amelia@werthermills.com

Laurin Howard Mills
    on behalf of 3rd Party Plaintiff Michelle Tygier Laurin@werthermills.com roussy@werthermills.com;amelia@werthermills.com

Laurin Howard Mills
    on behalf of Defendant 2233-40th Partners LLC Laurin@werthermills.com roussy@werthermills.com;amelia@werthermills.com

Laurin Howard Mills
    on behalf of Interested Party South Glebe LLC Laurin@werthermills.com roussy@werthermills.com;amelia@werthermills.com

Laurin Howard Mills
    on behalf of Interested Party Michelle A. Tygier Laurin@werthermills.com roussy@werthermills.com;amelia@werthermills.com

Laurin Howard Mills
    on behalf of Interested Party K Street Holdings LLC Laurin@werthermills.com

Case 22-00101-ELG    Doc 234    Filed 03/09/24    Entered 03/10/24 00:03:42    Desc
Imaged Certificate of Notice    Page 7 of 8

| District/off: 0090-1 | User: admin | Page 4 of 5 |
|---|---|---|
| Date Rcvd: Mar 07, 2024 | Form ID: pdf001 | Total Noticed: 3 |

| | |
|---|---|
| | roussy@werthermills.com;amelia@werthermills.com |
| Laurin Howard Mills | on behalf of Interested Party 2233-40th Partners LLC Laurin@werthermills.com roussy@werthermills.com;amelia@werthermills.com |
| Laurin Howard Mills | on behalf of Defendant South Glebe LLC Laurin@werthermills.com roussy@werthermills.com;amelia@werthermills.com |
| Laurin Howard Mills | on behalf of Defendant Michelle A. Tygier Laurin@werthermills.com roussy@werthermills.com;amelia@werthermills.com |
| Laurin Howard Mills | on behalf of Defendant 638 Newton Partners LLC Laurin@werthermills.com roussy@werthermills.com;amelia@werthermills.com |
| Laurin Howard Mills | on behalf of Interested Party TR Holdings LLC Laurin@werthermills.com roussy@werthermills.com;amelia@werthermills.com |
| Laurin Howard Mills | on behalf of Interested Party The Rubin Group LLC Laurin@werthermills.com roussy@werthermills.com;amelia@werthermills.com |
| Laurin Howard Mills | on behalf of Defendant TR Holdings LLC Laurin@werthermills.com roussy@werthermills.com;amelia@werthermills.com |
| Laurin Howard Mills | on behalf of 3rd Party Plaintiff TR Holdings LLC Laurin@werthermills.com roussy@werthermills.com;amelia@werthermills.com |
| Marc E. Albert | on behalf of Plaintiff Karl Garcia marc.albert@stinson.com porsche.barnes@stinson.com;joshua.cox@stinson.com |
| Marc E. Albert | on behalf of Creditor Karl Garcia marc.albert@stinson.com porsche.barnes@stinson.com;dc05@ecfcbis.com;mealbert@ecf.axosfs.com |
| Mark Crawford, I | on behalf of Creditor Mark David Law Offices of Mark D Crawford PLLC mcrawford@mdc-law.com |
| Mark Crawford, I | on behalf of Trustee Bryan S. Ross mcrawford@mdc-law.com |
| Maurice Belmont VerStandig | on behalf of Defendant Canal View Holdings LLC mac@mbvesq.com lisa@mbvesq.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email |
| Maurice Belmont VerStandig | on behalf of Interested Party Canal View Holdings LLC mac@mbvesq.com lisa@mbvesq.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email |
| Maurice Belmont VerStandig | on behalf of Defendant Woodmore Partners LLC mac@mbvesq.com lisa@mbvesq.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email |
| Maurice Belmont VerStandig | on behalf of Interested Party 819 Capital LLC mac@mbvesq.com lisa@mbvesq.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email |
| Maurice Belmont VerStandig | on behalf of Plaintiff Canal View Holdings LLC mac@mbvesq.com lisa@mbvesq.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email |
| Maurice Belmont VerStandig | on behalf of Interested Party Woodmore Partners LLC mac@mbvesq.com, lisa@mbvesq.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email |
| Maurice Belmont VerStandig | on behalf of Defendant Andrew Rubin mac@mbvesq.com lisa@mbvesq.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email |
| Maurice Belmont VerStandig | on behalf of Plaintiff Andrew Rubin mac@mbvesq.com lisa@mbvesq.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email |
| Maurice Belmont VerStandig | on behalf of Interested Party TRG Development LLC mac@mbvesq.com lisa@mbvesq.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email |
| Maurice Belmont VerStandig | on behalf of Defendant 819 Capital LLC mac@mbvesq.com lisa@mbvesq.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email |

District/off: 0090-1 | User: admin | Page 5 of 5
Date Rcvd: Mar 07, 2024 | Form ID: pdf001 | Total Noticed: 3

Maurice Belmont VerStandig
on behalf of Defendant TRG Development LLC mac@mbvesq.com
lisa@mbvesq.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

Maurice Belmont VerStandig
on behalf of Interested Party Andrew Rubin mac@mbvesq.com
lisa@mbvesq.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

Michael T. Freeman
on behalf of U.S. Trustee U. S. Trustee for Region Four michael.t.freeman@usdoj.gov   robert.w.ours@usdoj.gov

Robert Michael Gittins
on behalf of Defendant The Sanctuary Condominium Unit Owners Association gittins@ewmd.com

Sara Kathryn Mayson
on behalf of U.S. Trustee U. S. Trustee for Region Four sara.kathryn.mayson@usdoj.gov   Robert.W.Ours@usdoj.gov

Stephen E. Leach
on behalf of Defendant 819D LLC sleach@hirschlerlaw.com   ndysart@hirschlerlaw.com

Stephen E. Leach
on behalf of Debtor In Possession 819D LLC sleach@hirschlerlaw.com   ndysart@hirschlerlaw.com

Timothy G Casey
on behalf of Defendant Long & Foster Real Estate  Inc. timgcasey@yahoo.com

Timothy G Casey
on behalf of Interested Party Long & Foster Real Estate  Inc. timgcasey@yahoo.com

Tracey Michelle Ohm
on behalf of Plaintiff Karl Garcia tracey.ohm@stinson.com   porsche.barnes@stinson.com

Tracey Michelle Ohm
on behalf of Creditor Karl Garcia tracey.ohm@stinson.com   porsche.barnes@stinson.com

Tracey Michelle Ohm
on behalf of Attorney Tracey Michelle Ohm tracey.ohm@stinson.com   porsche.barnes@stinson.com

U. S. Trustee for Region Four
USTPRegion04.DC.ECF@USDOJ.GOV

Wendell W. Webster
wwebster@websterfredrickson.com   DC03@ecfcbis.com

William B Porter
on behalf of Interested Party Jeffrey Houle wporter@bklawva.com
agabler@bklawva.com;jkeith@bklawva.com;imcelhaney@bklawva.com

TOTAL: 96