6404 Ivy Lane, Suite 820
Greenbelt, MD 20770
(301) 441-2420

Statement as of February 29, 2024

Statement No. 340993

Matter ID: 18345-0032
819D LLC

| **Professional Fees** | | | Hours | Amount |
|---|---|---|---|---|
| 10/12/2022 | JPF | 819D - call with S. Leach (0.7); Call with M. Albert and B. Benes and T. Ohm (0.4); draft application to employ MH (0.7). Review docket (0.2). | 2.00 | 750.00 |
| 10/13/2022 | JPF | 819D - review pleadings in Superior Court, motions to abstain (1.0). Listen to audio of conversion hearing (0.2) Call with M. Albert regarding fraudulent conveyance (0.2). | 1.40 | 525.00 |
| 10/18/2022 | JPF | Call with M. Albert regarding meeting with Garcia. | 0.20 | 75.00 |
| 10/26/2022 | JPF | Call with M. Albert regarding meeting, e-mail with Burgers regarding insurance. | 0.30 | 112.50 |
| 10/28/2022 | JPF | Zoom call with Burgers and A. Rubin (1.0); call with Burgers (0.7); call with M. Albert (0.1). | 1.80 | 675.00 |
| 11/3/2022 | JPF | Call with M. Albert (0.2); call with B. Ross (0.2). | 0.40 | 150.00 |
| 11/8/2022 | JPF | Review documents sent by A. Rubin. | 0.30 | 112.50 |
| 11/9/2022 | JPF | Call with C. Rogan. | 0.50 | 187.50 |
| 11/10/2022 | JPF | Travel to and attend meeting at 819 D St Condo. | 3.00 | 1125.00 |
| 11/11/2022 | JPF | Call with C. Rogan. | 0.60 | 225.00 |
| 11/17/2022 | JPF | Attend 341 meeting (1.0); review documents sent after (0.2). | 1.20 | 450.00 |
| 11/18/2022 | JPF | Call with C. Rogan regarding settlement. | 0.60 | 225.00 |
| 11/23/2022 | JPF | Call with M. Albert regarding insurance | 0.30 | 112.50 |
| 12/2/2022 | JPF | E-mail C. Rogan | 0.10 | 37.50 |
| 12/6/2022 | JPF | Call with C. Rogan (0.5), call with M. Albert (0.1) | 0.60 | 225.00 |
| 12/12/2022 | JPF | Call with Bryan regarding Dec. 27 meeting. | 0.10 | 37.50 |
| 12/26/2022 | JPF | Calls and e-mail regarding meeting. | 0.40 | 150.00 |
| 12/30/2022 | JPF | Call with M. Albert regarding status. | 0.50 | 187.50 |
| 1/2/2023 | JPF | Call with M. Verstandig regarding settlement offer. | 0.30 | 120.00 |
| 1/6/2023 | JPF | Meet with A. Rubin, M. Verstandig. | 2.70 | 1080.00 |
| 1/16/2023 | JPF | Call with M. Albert and B. Benes regarding Rubin meeting, defenses (1.0); research regarding responses suggested by Benes (0.5). | 1.50 | 600.00 |

Exhibit A

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 1/17/2023 | JPF | Review all claims (0.4); call with Rogan (0.1). | 0.50 | 200.00 |
| 1/18/2023 | JPF | Call with M. Albert | 0.20 | 80.00 |
| 1/24/2023 | JPF | Call with M. Albert regarding status. | 0.20 | 80.00 |
| 2/8/2023 | JPF | E-mail Benes/ Albert regarding status. | 0.10 | 40.00 |
| 2/9/2023 | JPF | Call with M. Albert, e-mail B. Benes. | 0.20 | 80.00 |
| 2/13/2023 | JPF | Call with Verstandig, e-mail Benes. | 0.10 | 40.00 |
| 2/14/2023 | JPF | E-mails Benes regarding settlement proposal, review same. | 0.20 | 80.00 |
| 2/15/2023 | JPF | E-mail regarding Benes | 0.30 | 120.00 |
| 2/28/2023 | JPF | Call with Ross regarding Garcia settlement proposal. | 0.30 | 120.00 |
| 3/1/2023 | JPF | Review Garcia proposal and call with M. Albert. | 0.50 | 200.00 |
| 3/2/2023 | JPF | Call with M. Albert regarding case. | 0.20 | 80.00 |
| 3/3/2023 | JPF | Call with Ross, Verstandig. | 0.30 | 120.00 |
| 3/5/2023 | JPF | E-mail M. Albert regarding discovery plan. | 0.30 | 120.00 |
| 3/7/2023 | JPF | Call with M. Albert | 0.20 | 80.00 |
| 3/10/2023 | JPF | Call with B. Benes. | 1.00 | 400.00 |
| 3/17/2023 | JPF | Call with Glaws regarding Economakis issues, e-mail regarding same. | 0.20 | 80.00 |
| 3/23/2023 | JPF | Review Benes term sheet. | 0.20 | 80.00 |
| 3/24/2023 | JPF | Status call with Benes and Albert. | 0.50 | 200.00 |
| 3/27/2023 | JPF | Call M. Verstandig regarding adversary, insurance. | 0.20 | 80.00 |
| 4/10/2023 | JPF | Call with M. Albert regarding status, review motion to intervene. | 0.30 | 120.00 |
| 4/11/2023 | JPF | Calls with Benes regarding settlement | 0.70 | 280.00 |
| 4/13/2023 | JPF | Call with Ross and Verstandig regarding settlement. | 0.30 | 120.00 |
| 4/17/2023 | JPF | Call with M. Albert regarding sale. | 0.30 | 120.00 |
| 4/18/2023 | JPF | Call with M. Albert regarding sale, research regarding champerty, listen to ETS decision. | 1.30 | 520.00 |
| 4/19/2023 | JPF | Work on turnover motion (1.0); work on motion to dismiss adversary (1.3); call with M. Albert (0.2). | 2.50 | 1000.00 |
| 4/20/2023 | JPF | Work on motion to dismiss (4.7); draft notices (0.5); begin drafting motion to sell (0.5). | 5.50 | 2200.00 |
| 4/21/2023 | JPF | Revise and file turnover motion, opposition to motion to dismiss. | 1.10 | 440.00 |
| 4/25/2023 | JPF | Work on settlement motion, confer with Ross. | 2.40 | 960.00 |

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| 4/26/2023 | JPF | Work on Garcia settlement. | 0.50 | 200.00 |
| 4/26/2023 | JPF | Motion to Stay Adversary Proceeding or to Confirm Automatic Stay Applies | 0.60 | 240.00 |
| 4/27/2023 | JPF | Finalize settlement motion and file (0.3); draft motion to stay, motion to expedite (5.6); call with Benes, Ohm and Albert (0.5) | 6.40 | 2560.00 |
| 4/28/2023 | AKR | 819D Notice of Hearing mailing | 0.30 | 37.50 |
| 4/28/2023 | CSM | Prepare Labels and Envelopes. Mail out Notice of Hearing and Opportunity to Objection to Motion to Approve Settlement and Sell related Cause of Actions | 0.60 | 84.00 |
| 4/28/2023 | JPF | Calls with Albert and Verstandig regarding various hearings scheduled. | 0.50 | 200.00 |
| 4/28/2023 | JPF | Review Rubin/ Canal claims, begin drafting objection. | 0.50 | 200.00 |
| 5/1/2023 | JPF | Draft reply (2.5). Call with Burgers (0.3). | 2.80 | 1120.00 |
| 5/2/2023 | JPF | Call with C. Rogan. | 0.30 | 120.00 |
| 5/3/2023 | JPF | Calls with Verstandig, Albert and Ohm regarding continuance (0.5); attend hearing (.5); calls with Peoples and Albert regarding insurance (1.0). | 2.00 | 800.00 |
| 5/9/2023 | JPF | Prepare for hearing. | 1.60 | 640.00 |
| 5/10/2023 | JPF | Prepare for and attend court hearing (4.5), calls with Albert, Verstanding and Ross thereafter (0.6). | 5.10 | 2040.00 |
| 5/11/2023 | JPF | Call with M. Albert and B. Benes regarding settlement. | 0.80 | 320.00 |
| 5/16/2023 | JPF | Call with Rogan and Laughlin (0.5); draft and file motion to intervene (0.5). Call with Albert and Ohm regarding settlement (0.3). | 1.30 | 520.00 |
| 5/17/2023 | JPF | Call M. Albert, Rogan, Verstandig. | 0.40 | 160.00 |
| 5/24/2023 | JPF | E-mails regarding settlement. | 0.20 | 80.00 |
| 5/25/2023 | JPF | Call with A. Casagrande and E. Buxbaum regarding insurance issues (.4); call with Rogan, Verstandig, LAughlin regarding settlement (.6). | 1.00 | 400.00 |
| 5/26/2023 | JPF | Conference call with Ross, Verstandig, Laughlin. | 0.50 | 200.00 |
| 5/30/2023 | JPF | Work on settlement, edit 9019 (1.3); call with condo lawyers (0.4); insurance lawyers (0.3). | 2.00 | 800.00 |
| 5/31/2023 | JPF | Calls with Albert, Verstandig, Laughlin regarding settlement. | 1.70 | 680.00 |
| 6/1/2023 | CSM | Mailings. Motion to Approve Compromise; Notices | 0.50 | 70.00 |
| 6/1/2023 | JPF | Call Peoples regarding insurance issues (0.3); Verstandig regarding settlement (0.3). | 0.60 | 240.00 |
| 6/2/2023 | JPF | Call with M. Albert (0.2); M. Verstandig (0.3); Peoples (0.3); Ohm (0.2) regarding status of various hearings. | 0.90 | 360.00 |
| 6/5/2023 | JPF | Scheduling e-mails (0.3); call with Albert and Verstandig regarding global settlement. | 1.10 | 440.00 |
| 6/6/2023 | JPF | Prepare for hearing. | 1.50 | 600.00 |

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| 6/7/2023 | JPF | Attend court hearing, draft turnover and intervention orders thereafter. | 2.00 | 800.00 |
| 6/8/2023 | JPF | Work on turnover order, call with M. Albert. | 0.60 | 240.00 |
| 6/9/2023 | JPF | E-mails regarding turnover order. | 0.20 | 80.00 |
| 6/12/2023 | JPF | Revise and e-mail turnover order. | 0.20 | 80.00 |
| 6/13/2023 | JPF | E-mails regarding settlement. | 0.20 | 80.00 |
| 6/15/2023 | JPF | E-mail regarding turnover motion, upload same. | 0.20 | 80.00 |
| 6/20/2023 | JPF | Call with M. Albert regarding settlement. | 0.20 | 80.00 |
| 6/21/2023 | JPF | E-mails regarding settlement payments, draft withdrawal. | 0.30 | 120.00 |
| 6/22/2023 | JPF | E-mail T. Casey regarding withdrawal. | 0.10 | 40.00 |
| 6/23/2023 | JPF | Draft Webster application to employ. | 0.40 | 160.00 |
| 6/26/2023 | JPF | Call with W. Webster, draft motion to continue. | 0.60 | 240.00 |
| 6/27/2023 | JPF | Call with court regarding motion to continue, e-mail to all parties (0.2). Work on skeletal fee application (0.9) | 1.10 | 440.00 |
| 6/28/2023 | JPF | E-mails regarding scheduling | 0.20 | 80.00 |
| 6/30/2023 | JPF | E-mails regarding scheduling. | 0.10 | 40.00 |
| 7/3/2023 | JPF | E-mails regarding scheduling continued hearing. | 0.20 | 80.00 |
| 7/5/2023 | JPF | Calls with Albert and W. Webster (0.4); e-mail Crawford (0.2); emails with Peoples regarding application to employ (0.2). | 0.80 | 320.00 |
| 7/6/2023 | JPF | E-mails regarding scheduling | 0.30 | 120.00 |
| 7/11/2023 | JPF | Review revisions to TTH application and file same. | 0.40 | 160.00 |
| 7/19/2023 | JPF | E-mails to schedule calls. | 0.10 | 40.00 |
| 7/20/2023 | JPF | Call with C. Rogan regarding status. | 0.50 | 200.00 |
| 7/21/2023 | JPF | Call with Mayson regarding Hirschler fee application, MH employment application. | 0.20 | 80.00 |
| 7/24/2023 | JPF | Draft joinder regarding Hirschler fees | 0.20 | 80.00 |
| 8/1/2023 | JPF | Finalize and submit TTH employment order. | 0.10 | 40.00 |
| 8/7/2023 | JPF | Call with Webster, Benes, Albert, Garcia. | 1.30 | 520.00 |
| 8/10/2023 | JPF | Call with Verstandig, Rogan and Laughlin. | 0.50 | 200.00 |
| 8/28/2023 | JPF | Confer with Nesse regarding 9/7/23 hearing. | 0.30 | 120.00 |
| 8/31/2023 | JPF | Draft exhibit list. | 0.60 | 240.00 |
| 9/4/2023 | JPF | Strategy call with Webster. | 0.50 | 200.00 |

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| 9/5/2023 | JPF | Prepare for hearing. | 2.00 | 800.00 |
| 9/6/2023 | CSM | Prepare Exhibit Binder Folder for JMN regarding 819D LLC and Adv Proceedings 22-1009, 22-10010, 22-10012 and 23-10009 hearing | 3.00 | 420.00 |
| 9/6/2023 | JMN | Review documents and prepare for hearing, | 4.10 | 2152.50 |
| 9/6/2023 | JMN | Calls with client, Ragan & Verstandig and Burgers re: issues for hearing and possible settlement. | 0.90 | 472.50 |
| 9/6/2023 | JPF | Prepare for hearing. | 3.50 | 1400.00 |
| 9/6/2023 | TAM | Work on exhibit binders for upcoming hearing. | 1.50 | 210.00 |
| 9/7/2023 | JMN | Prepare for and attend hearings. | 8.00 | 4200.00 |
| 9/7/2023 | JPF | Calls with Nesse, Webster, Albert and Rogan before during and after hearing. | 1.00 | 400.00 |
| 9/11/2023 | JMN | Follow up settlement. | 0.50 | 262.50 |
| 9/22/2023 | JPF | Work on 9019. | 0.60 | 240.00 |
| 9/25/2023 | JPF | Work on motion to s settle. | 1.00 | 400.00 |
| 9/29/2023 | JPF | Finalize settlement motion, draft motion to expedite. | 1.20 | 480.00 |
| 10/2/2023 | JPF | Call with M. Crawford | 0.20 | 80.00 |
| 10/3/2023 | JPF | E-mails regarding settlement status. | 0.30 | 120.00 |
| 10/4/2023 | CSM | Prepare Labels and Envelopes. Mailing regarding Notice of Hearing and Opportunity to Object to Motion to Approve Compromise | 0.30 | 42.00 |
| 10/9/2023 | JPF | Call with M. Albert, M. Verstandig regarding status. | 0.20 | 80.00 |
| 10/11/2023 | JPF | Call with B. Barna regarding settlement. | 0.30 | 120.00 |
| 10/12/2023 | JPF | Emails regarding settlement, call with Barna. | 0.30 | 120.00 |
| 10/16/2023 | JPF | Review changes to settlement agreement and e-mail Peoples. | 0.30 | 120.00 |
| 10/25/2023 | JPF | E-mail regarding settlement status. | 0.10 | 40.00 |
| 10/30/2023 | JPF | Call with Benes and Albert, work on settlement revisions. | 2.40 | 960.00 |
| 10/31/2023 | JPF | Prepare for hearing, work on settlement. | 2.20 | 880.00 |
| 11/1/2023 | JPF | Prepare for and attend court hearing, attend status conference. | 2.70 | 1080.00 |
| 11/2/2023 | JPF | Work on settlement. | 1.50 | 600.00 |
| 11/6/2023 | JPF | Call with all settling parties (0.8); calls with Benes and Albert (0.4); call with Verstnadig regarding new release language (0.4) | 1.60 | 640.00 |
| 11/7/2023 | JPF | Work on settlement revisions and circulation. | 2.50 | 1000.00 |
| 11/8/2023 | JPF | Work on motion to enforce settlement, motion to expedite. | 3.20 | 1280.00 |

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| 11/9/2023 | JPF | Confer with Verstandig, Rogan, and M. Albert regarding motion to enforce, | 0.50 | 200.00 |
| 11/14/2023 | JPF | Prepare for status conference. | 0.30 | 120.00 |
| 11/15/2023 | JPF | Prepare for and attend hearing | 2.00 | 800.00 |
| 11/20/2023 | JPF | Call with M. Albert regarding settlement agreement. | 0.40 | 160.00 |
| 11/27/2023 | JPF | Work on revised settlement without Augers. | 0.70 | 280.00 |
| 11/28/2023 | JPF | Work on settlement revisions regarding settlement without Augers. | 0.40 | 160.00 |
| 11/29/2023 | JPF | Call with M. Albert and Benes (0.5); call with M. Verstandig regarding settlement (0.3). | 0.80 | 320.00 |
| 12/4/2023 | JPF | Call with M. Albert prior to call with Laughlin. | 0.20 | 80.00 |
| 12/5/2023 | JPF | Call with Laughlin, Albert. | 0.50 | 200.00 |
| 12/6/2023 | JPF | Call with Verstandig regarding settlement. | 0.50 | 200.00 |
| 12/27/2023 | JPF | Call with Verstandig regarding status. | 0.20 | 80.00 |
| 12/29/2023 | JPF | Calls with Verstandig, Laughlin, Albert regarding settlement. | 0.40 | 160.00 |
| 1/3/2024 | CSM | First Class and Certified Mailings regarding Motion for Turnover of Property of the Estate with Notice. | 0.20 | 28.00 |
| 1/3/2024 | JPF | Finalize and file turnover motion. | 0.20 | 80.00 |
| 1/8/2024 | JPF | Call with Verstandig regarding settlement status. | 0.20 | 80.00 |
| 1/10/2024 | JPF | T/C with Laughlin, Verstandig regarding settlement. | 0.30 | 120.00 |
| 1/11/2024 | JPF | Call with Rogan regarding Auger/Rubin settlement. | 0.20 | 80.00 |
| 1/17/2024 | JPF | Call with Rogan regarding status. | 0.20 | 80.00 |
| 1/22/2024 | JPF | Calls with Verstandig, Rogan, and Laughlin regarding defendant settlement. | 0.40 | 160.00 |
| 1/23/2024 | JPF | E-mails regarding turnover order. | 0.20 | 80.00 |
| 1/24/2024 | JPF | Call with Laughlin and Verstandig regarding settlement. | 0.20 | 80.00 |
| 1/25/2024 | JPF | Call with Laughlin. | 0.20 | 80.00 |
| 1/26/2024 | JPF | Call with Verstandig, Laughlin, Albert, and Rogan and circulate settlement. | 0.50 | 200.00 |
| 1/29/2024 | JPF | Work on gathering all signatures, calls to all counterparties. | 0.70 | 280.00 |
| 2/2/2024 | JPF | Call with Rogan/ Verstandig regarding status. | 0.20 | 80.00 |
| 2/5/2024 | JPF | Calls with Rogan, Albert and Benes regarding NDA between Benes/ Rogan clients. | 0.60 | 240.00 |
| 2/6/2024 | JPF | Call with Rogan and Verstandig regarding settlement. | 0.40 | 160.00 |

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| 2/7/2024 | JPF | Finalize settlement. | 0.50 | 200.00 |
| 2/8/2024 | JPF | Calls with Liechtenstein and Albert regarding turnover of bond (0.3); e-mails regarding fee application and approve order (0.2); scheduling e-mails (0.1). | 0.60 | 240.00 |
| 2/9/2024 | JPF | Calls with Verstandig and Laughlin regarding presentation of settlement. | 0.20 | 80.00 |
| 2/12/2024 | JPF | Prepare for hearing, draft settlement order | 0.50 | 200.00 |
| 2/13/2024 | JPF | Prepare for and attend hearing on settlement, calls thereafter and submit order. | 1.00 | 400.00 |
| 2/15/2024 | JPF | E-mails regarding settlement | 0.20 | 80.00 |
| 2/19/2024 | JPF | E-mails with Rubin, Garcia and District Title regarding $7,500 remaining in escrow. | 0.20 | 80.00 |
| 2/20/2024 | JPF | Call M. Albert and e-mail Lichtenstein regarding bond account | 0.20 | 80.00 |
| 2/21/2024 | JPF | Call with Albert and Alper regarding letter of credit. | 0.30 | 120.00 |
| 2/22/2024 | CSM | Preparation of FedEx to Eaglebank | 0.20 | 28.00 |
| 2/22/2024 | JPF | Draft notice regarding release of bond (0.3). Work on fee application (0.5). | 0.80 | 320.00 |
| 2/23/2024 | JPF | Travel to and from DCHD to pick up EagleBank letter of credit (required to do in person). | 1.50 | 600.00 |
| 2/26/2024 | JPF | Review settlement, and chart out next steps. | 0.30 | 120.00 |
| 2/28/2024 | JPF | Various calls and e-mails regarding settlement payments, finalize notice. | 0.50 | 200.00 |
| 2/29/2024 | JPF | T/C with Rogan (0.2); Gittins (0.1); Garcia (0.1) regarding settlement payments, e-mail to group (0.2). | 0.60 | 240.00 |

|  |  |
|---|---|
| Sub-total Fees: | $59,449.50 |
| 5% Courtesy Discount: | (2,972.48) |

**Expenses** — Amount

|  |  |  |
|---|---|---|
|  | PACER Search Fee | 21.00 |
| 02/23/2024 | FedEx | 20.14 |
|  | Copies | 1.60 |
|  | Postage | 46.20 |
|  | Prints - BW | 296.50 |
|  | Sub-total Expenses: | $385.44 |

**Trust Account** — Beginning Balance: $0.00

| Date | Description | Amount |
|---|---|---|
| 02/28/2024 | Trust Deposit - Incoming Wire - DISTRICT TITLE A CORPORATION | 7,500.00 |
| 02/29/2024 | Trust Deposit - Incoming Wire - 819D LLC | 382,808.26 |

| | | |
|---|---|---|
| 03/01/2024 | Outgoing Wire - Karl Garcia | (390,308.26) |

|  |  |
|---|---|
| Ending Balance: | $0.00 |
| Previous Balance Due: | $0.00 |
| Total Current Fees: | $56,477.02 |
| Total Current Expenses: | $385.44 |
| Interest on Past Due Balance: | $0.00 |
| Total Current Billing: | $56,862.46 |
| Total Payments: | $0.00 |
| **Total Now Due:** | **$56,862.46** |

***Thank You!***
Terms:  Net Due Upon Receipt
Please include Matter ID Number with Remittance
**Please visit www.mhlawyers.com/payments to pay online**
**We accept VISA, MasterCard, Discover, American Express and ACH (bank to bank) payments.**