**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| IN RE: ) | |
| ) | |
| **819D, LLC,** ) | **22-00101-ELG** |
| ) | **CHAPTER 7** |
| DEBTOR. ) | |
| ) | |

**NOTICE OF OPPORTUNITY TO OBJECT TO FIRST AND
FINAL APPLICATION OF MCNAMEE HOSEA, P.A. FOR ALLOWANCE OF
COMPENSATION AND REIMBURSEMENT OF EXPENSES**

     **PLEASE TAKE NOTICE** that McNamee Hosea, P.A. ("McNamee Hosea"), has filed a *First and Final Application for Approval of Compensation and Expenses* ("Application") for the period **October 12, 2022 to February 29, 2024**, in the amount of **$56,477.03** as compensation for services rendered, and in the additional amount of **$385.44** for reimbursement for out-of-pocket expenses for a total amount of **$56,862.47.** This is the first and final application for approval of compensation of McNamee Hosea.

     **PLEASE TAKE NOTICE** that if you intend to object to the Application, you must, within 21 days after the mailing of this notice, file and serve a written objection to the Application. The objection must be filed with the Clerk of the Bankruptcy Clerk, U.S. Courthouse, 3rd and Constitution Ave., NW, Washington, DC, 20001, and service (by delivery or mailing of copy) upon the undersigned. The objection must contain a complete specification of the factual and legal grounds upon which it is based. You may append legal memorandums, affidavits and documents in support of your objection.

     **IF YOU FAIL TO FILE A TIMELY OBJECTION, THE APPLICATION MAY BE APPROVED BY THE BANKRUPTCY COURT WITHOUT A HEARING.** Further, the Court may grant the relief requested without a hearing, if the objection filed states inadequate grounds for denial. Any questions may be directed to the undersigned.

Dated: March 11, 2024            Respectfully submitted

                                                /s/ Justin P. Fasano
                                                Janet M. Nesse (D.C. Bar 358514)
                                                Justin P. Fasano (DC Bar MD21201)
                                                McNamee Hosea
                                                6404 Ivy Lane, Suite 820
                                                Greenbelt, MD 20770
                                                (301) 441-2420
                                                jnesse@mhlawyers.com
                                                jfasano@mhlawyers.com
                                                *Counsel to the Trustee*

## CERTIFICATE OF SERVICE

I hereby certify that on March 11, 2024, a copy of the foregoing *Notice of First and Final Application for Allowance of Compensation for Services Rendered and Reimbursement of Expenses* was filed and served via the Court's Electronic Case Filing System on all parties receiving notice thereby, and by first-class mail, postage prepaid to:

    Office of the United States Trustee
    1725 Duke Street
    Alexandria, VA 22314

    And the attached creditors' matrix

                                        /s/ *Justin P. Fasano*
                                        Justin P. Fasano