**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **IN RE:** ) | |
| ) | |
| **819D, LLC,** ) | **22-00101-ELG** |
| ) | **CHAPTER 7** |
| **DEBTOR.** ) | |
| ) | |

**ORDER GRANTING FIRST AND FINAL APPLICATION**
**OF MCNAMEE HOSEA, P.A. FOR ALLOWANCE OF**
**COMPENSATION AND REIMBURSEMENT OF EXPENSES**

Upon consideration of the *First and Final Application for Allowance of Compensation for Services Rendered and Reimbursement of Expenses Incurred* (the "Application") filed by McNamee Hosea, P.A. ("McNamee Hosea"), and the Application having been filed and served pursuant to Bankruptcy Rules 2002 and 2016; and this Court having fully considered the record before it; and good and sufficient cause appearing therefore, it is hereby

**ORDERED**, that the Application is **GRANTED**; and it is further

**ORDERED,** that the request for an administrative expense contained within the Application be, and the same is hereby, approved and allowed, on an interim basis, for the period of **October 12, 2022 to February 29, 2024**, in the amount of **$56,477.03** as compensation for

services rendered, and in the additional amount of **$385.44** for reimbursement for out-of-pocket expenses for a total amount of **$56,862.47**; and it is further

**ORDERED,** that absent further order of the Court, upon approval of the Trustee's Final Report, that this interim award shall be deemed to be awarded on a final basis; and it is further

**ORDERED,** that the Trustee is authorized to pay all amounts awarded above.

### END OF ORDER

cc:   Office of the United States Trustee
      1725 Duke Street
      Alexandria, VA 22314

### I ASK FOR THIS

/s/ Justin P. Fasano
Janet M. Nesse (D.C. Bar 358514)
Justin P. Fasano (D.C. Bar MD21201)
McNamee Hosea et al.
6411 Ivy Lane, Suite 200
Greenbelt, MD 20770
Telephone: (301) 441-2420
Facsimile: (301) 982-9450
*Counsel for the Chapter 7 Trustee*

### SEEN

GERARD VETTER
ACTING U.S. TRUSTEE, REGION 4

By:     TO BE ADDED UPON RECEIPT