```
Label Matrix for local noticing            819D, LLC                              Hirschler Fleischer
0090-1                                     1423 Sharps Point Road                 1676 International Drive
Case 22-00101-ELG                          Annapolis, MD 21409-6139               Suite 1350
United States Bankruptcy Court for the Distri                                     Tysons, VA 22102-4940
Washington, D.C.
Wed Mar  6 13:37:51 EST 2024

Sanctuary Condominium Unit Owners Associatio   U. S. Trustee for Region Four    Washington, D.C.
c/o Chadwick, Washington, et al.               U. S. Trustee's Office            E. Barrett Prettyman U. S. Courthouse
3201 Jermantown Rd.                            1725 Duke Street                  333 Constitution Ave, NW #1225
Suite 600                                      Suite 650                         Washington, DC 20001-2802
Fairfax, VA 22030-2879                         Alexandria, VA 22314-3489

2233-40th Partners LLC                     638 Newton Partners LLC                819 Capital LLC
3704 Military Road, NW                     3704 Military Road, NW                 3704 Military Road, NW
Washington, DC 20015-1740                  Washington, DC 20015-1740              Washington, DC 20015-1740



Alexander M. Laughlin, Esq.                Andrew Rubin                           Andrew Rubin
Odin Feldman Pittleman, PC                 1423 Sharps Point Road                 Andrew Rubin c/o Maurice Verstandig
1775 Wiehle Avenue                         Annapolis, MD 21409-6139               9812 Falls Road, #114-160
Suite 400                                                                         Potomac MD 20854-3976
Reston, VA 20190-5159


Bethany Benes, Esq.                        Bradley M. Barna, Esq.                 Business Filings Incorporated of DE
Bethune Benes, PLLC                        Chadwick Washington Moriarty           1015 15th Street NW
3975 Fair Ridge Drive                      3201 Jermantown Road                   Suite 1000
South Terrace, Suite 25C                   Suite 600                              Washington, DC 20005-2621
Fairfax, VA 22033-2911                     Fairfax, VA 22030-2879


Canal View Holdings LLC                    CanalView Holdings LLC                 Charles Peoples
1423 Sharps Point Road                     c/o Maurice Verstandig                 Thomas, Thomas & Hafer LLP
Annapolis, MD 21409-6139                   9812 Falls Road, #114-160              1025 Connecticut Ave., NW
                                           Potomac MD 20854-3976                  Suite 608
                                                                                  Washington, DC 20036-5411


Christopher A. Glaser, Esq.                Christos Ekonomakis                    DC GOV'T OFFICE OF TAX AND REVENUE
Jackson & Campbell                         5058 Joewood Drive                     PO BOX 37559
2300 N Street NW                           Sanibel, FL 33957-7500                 WASHINGTON DC 20013-7559
Suite 300
Washington, DC 20037-1194


DC Gov't Office of Tax and Revenue         Department of Treasury                 District of Columbia Treasurer
PO Box 75520                               Internal Revenue Service               Office of Tax and Revenue
Washington DC 20013-0520                   PO Box 7346                            P.O. Box 37559
                                           Philadelphia, PA 19101-7346            Washington, DC 20013-7559



Douglas E. McKinley, Esq.                  Gregory Auger II                       Gregory Auger III
P.O. Box 7395                              2320 Wisconsin Avenue NW               2320 Wisconsin Avenue NW
Alexandria, VA 22307-0395                  Unit 312                               Unit 312
                                           Washington, DC 20007-1858              Washington, DC 20007-1858



Harford Mutual Insurance Group             Ian J, McElhaney, Esq.                 (p)INTERNAL REVENUE SERVICE
200 North Main Street                      Blankingship & Keith                   CENTRALIZED INSOLVENCY OPERATIONS
Bel Air, MD 21014-3544                     4020 University Drive                  PO BOX 7346
                                           Suite 300                              PHILADELPHIA PA 19101-7346
                                           Fairfax, VA 22030-6802
```

Jeffrey Houle
1221 Merchant Lane
Mc Lean, VA 22101-2412

John A. C. Keith, Esq.
Blankingship & Keith
4020 University Drive
Suite 300
Fairfax, VA 22030-6802

K Street Holdings LLC
3704 Military Road, NW
Washington, DC 20015-1740

Karl Garcia
275 Giralda Avenue
Unit 5C
Miami, FL 33134-5080

Lauren H. Mills, Esq.
Samek Werther Mills, LLC
2000 Duke Street
Suite 300
Alexandria, VA 22314-6101

Law Offices of Mark D. Crawford PLLC
1005 North Glebe Road
Suite 210
Arlington, VA 22201-5792

Liliana Ekonomakis
5058 Joewood Drive
Sanibel, FL 33957-7500

Long & Foster Real Estate, Inc. d/b/a Urban
c/o Timothy G. Casey, Esquire
451 Hungerford Drive, Suite 505
Rockville, Maryland 20850-4174

Marc E. Albert, Stinson LLP
1775 Pennsylvania Ave. NW, Suite 800
Washington DC 20006-4760

Michelle A. Tygier
c/o Christopher L. Rogan, Esq.
50 Catoctin Cir., NE, Suite 300
Leesburg, VA 20176-3101

Michelle Tygier
3704 Military Road, NW
Washington, DC 20015-1740

Milt N. Theologou
Silverman Theologou
11200 Rockville Pike
Suite 520
Rockville, MD 20852-7105

Potomac Construction Group
7960 Old Georgetown Road
Suite 1-C
Bethesda, MD 20814-2445

Regua LLC
2320 Wisconsin Ave. NW
Unit 312
Washington, DC 20007-1858

Robert Rubin
3704 Military Road, NW
Washington, DC 20015-1740

Sanctuary Condominium Unit Owners Assoc.
c/o Chadwick, Washington, et al.
3201 Jermantown Rd., Suite 600
Fairfax, VA 22030-2879

South Glebe LLC
3704 Military Road, NW
Washington, DC 20015-1740

TR Holdings LLC
3704 Military Road, NW
Washington, DC 20015-1740

The Rubin Group, LLC
3704 Military Road, NW
Washington, DC 20015-1740

Thomas D. Madison
8719 Mount Vernon Highway
Alexandria, VA 22309-2217

Timothy G. Casey
Timothy Guy Casey Law Offices
451 Hungerford Drive
Suite 505
Rockville, MD 20850-4174

U.S. Trustee
1725 Duke Street
Suite 650
Alexandria, VA 22314-3489

Urban Pace
1428 U Street
Suite 300
Washington, DC 20009-8010

Woodmore Partners LLC
3704 Military Road, NW
Washington, DC 20015-1740

Karl Garcia
275 Giralda Ave.
Unit 5C
Coral Gables, FL 33134-5080

Kristen E Burgers
Hirschler Fleischer
1676 International Drive
Suite 1350
Tysons, VA 22102-4940

Mark David Law Offices of Mark D Crawford PL
1005 N. Glebe Rd. Suite 210
Arlington, VA 22201-5792

Stephen E. Leach
Hirschler Fleischer
1676 International Drive
Suite 1350
Tysons, VA 22102-4940

THOMAS D. MADISON
8719 MT Vernon HWY
Alexandria, VA 22309-2217

Tracey Michelle Ohm
Stinson LLP
1775 Pennsylvania Ave. NW
Suite 800
Washington, DC 20006-4760

Wendell W. Webster
Wendell W. Webster, Trustee
1101 Connecticut Avenue, NW
Suite 402
Washington, DC 20036-4303

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Internal Revenue Service
31 Hopkins Plaza. Rm. 1150
Baltimore, MD 21201

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)2233-40th Partners LLC                (u)638 Newton Partners LLC                (u)819 Capital LLC

(u)Canal View Holdings LLC               (u)Hartford Mutual Insurance Company      (u)K Street Holdings LLC

(u)Long & Foster Real Estate, Inc.       (u)Regua, LLC                             (u)South Glebe LLC

(u)TR Holdings LLC                       (u)TRG Development LLC                    (u)The Rubin Group LLC

(u)Woodmore Partners, LLC                (d)Internal Revenue Service               (u)Andrew Rubin
                                         Centralized Insolvency Operations
                                         Post Office Box 7346
                                         Philadelphia, PA 19101-7346

(u)Gregory Auger II                      (u)Gregory Auger III                      (u)Jeffrey Houle

(u)Michelle A. Tygier

(u)Robert Rubin

End of Label Matrix
Mailable recipients   60
Bypassed recipients   20
Total   80