The order below is hereby signed.

Signed: March 11 2024



Elizabeth L. Gunn
U.S. Bankruptcy Judge

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| In re: | ) | Case No. 22-101-ELG |
| | ) | |
| 819D LLC | ) | (Chapter 7) |
| | ) | |
| Debtor. | ) | |
| | ) | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**CONSENT ORDER DENYING MOTION OF 819D, LLC FOR ORDER (A) LIFTING THE AUTOMATIC STAY AS TO KARL GARCIA'S APPEAL OF ORDER COMPELLING ARBITRATION AND AS TO THE ARBITRATION OF KARL GARCIA'S CLAIMS IN ADVERSARY PROCEEDING NO. 22-10010-ELG, AND (B) DIRECTING COMMENCEMENT OF THE ARBITRATION FORTHWITH**

Upon consideration of the *Motion of 819D, LLC for Order (A) Lifting The Automatic Stay as to Karl Garcia's Appeal of Order Compelling Arbitration and as to The Arbitration Of Karl Garcia's Claims In Adversary Proceeding No. 22-10010-ELG, and (B) Directing Commencement of the Arbitration Forthwith* (the "Motion," Docket No. 88) and the Court having approved a settlement resolving the Motion, it is, by the United States Bankruptcy Court for the District of Columbia, hereby

ORDERED that the Motion is DENIED AS MOOT.

**END OF ORDER**

**WE ASK FOR THIS**

  /s/ Justin P. Fasano
Justin P. Fasano, Esq.
Bar No. MD21201
McNamee Hosea, P.A.
6404 Ivy Lane, Ste 820
Greenbelt, MD 22070
Phone: (301) 441-2420
Facsimile: (301) 982-9450
jfasano@mhlawyers.com
Counsel for the Defendant

/s/ Marc Albert
Marc E. Albert, No. 345181
Tracey M. Ohm, No. 982727
STINSON LLP
1775 Pennsylvania Ave., N.W., Suite 800
Washington, DC 20006
Tel. (202) 728-3020
Fax (202) 572-9943
marc.albert@stinson.com
tracey.ohm@stinson.com
*Counsel for Karl Garcia*

/s/ Christopher L. Rogan
Christopher L. Rogan, Esquire (#431849)
ROGANMILLERZIMMERMAN, PLLC
50 Catoctin Circle, NE, Suite 333
Leesburg, Virginia 20176
(703) 777-8850
Telephone (703) 777-8854
Facsimile crogan@RMZLawFirm.com
*Counsel to Michelle A. Tygier, et al.*