The order below is hereby signed.

Signed: March 13 2024

Elizabeth L. Gunn
U.S. Bankruptcy Judge



IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| In re: | ) | Case No. 22-101-ELG |
| | ) | |
| 819D LLC | ) | (Chapter 7) |
| | ) | |
| Debtor. | ) | |
| | ) | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**CONSENT ORDER WITHDRAWING MOTION TO APPROVE SETTLEMENT AND SELL RELATED CAUSES OF ACTION AND MOTION TO APPROVE COMPROMISE <u>UNDER FRBP 9019 WITH VARIOUS PARTIES TO AP 22-10009</u>**

Upon consideration of the *Motion to Approve Settlement and Sell Related Causes of Action* (the "First Settlement Motion," Docket No. 131) and the *Motion to Approve Compromise Under FRBP 9019 with various parties to AP 22-10009* (the "Second Settlement Motion," Docket No. 142, and collectively with the First Settlement Motion) and the Court having approved a settlement rendering the Settlement Motions moot, it is, by the United States Bankruptcy Court for the District of Columbia, hereby

ORDERED that the Settlement Motions are DEEMED WITHDRAWN, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), made applicable herein by Federal Rule of Bankruptcy Procedure 7041, each party to bear its own fees and costs.

**END OF ORDER**

**WE ASK FOR THIS**

__/s/ Justin P. Fasano_____
Justin P. Fasano, Esq.
Bar No. MD21201
McNamee Hosea, P.A.
6404 Ivy Lane, Ste 820
Greenbelt, MD 22070
Phone: (301) 441-2420
Facsimile: (301) 982-9450
jfasano@mhlawyers.com
*Counsel for the Trustee*

/s/ Marc Albert
Marc E. Albert, No. 345181
Tracey M. Ohm, No. 982727
STINSON LLP
1775 Pennsylvania Ave., N.W., Suite 800
Washington, DC 20006
Tel. (202) 728-3020
Fax (202) 572-9943
marc.albert@stinson.com
tracey.ohm@stinson.com
*Counsel for Karl Garcia*

/s/ Maurice B. VerStandig
Maurice B. VerStandig, Esq.
Bar No. MD18071
The VerStandig Law Firm, LLC
1452 W. Horizon Ridge Pkwy, #665
Henderson, Nevada 89012
Phone/Facsimile: (301) 444-4600
mac@mbvesq.com
*Counsel for Andrew Rubin,*
*Canal View Holdings LLC,*
*819 Capital LLC, Woodmore*
*Partners LLC and TRG*
*Development LLC*

/s/ Kristen E. Burgers
Kristen E. Burgers (D.C. Bar No. 500674)
Stephen E. Leach (D.C. Bar No. 925735)
HIRSCHLER FLEISCHER PC
8270 Greensboro Drive, Suite 700
Tysons, Virginia 22102
Telephone: (703) 584-8900
fax: (703) 584-8901
Email: sleach@hirschlerlaw.com
kburgers@hirschlerlaw.com
*Former Chapter 11 Counsel to 819D LLC*

/s/ Timothy G. Casey
Timothy G. Casey
D.C. Bar No. 352674
451 Hungerford Drive, Suite 505
Rockville MD 20850
301-424-6700
timgcasey@yahoo.com
*Attorneys for Defendant Long & Foster Real Estate, Inc. d/b/a Urban Pace*