Marc E. Albert, No. 345181
Tracey M. Ohm, No. 982727
STINSON LLP
1775 Pennsylvania Ave., N.W., Suite 800
Washington, DC 20006
Tel. (202) 728-3020
Fax (202) 572-9943
marc.albert@stinson.com
tracey.ohm@stinson.com

*Counsel for Karl Garcia*

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In re | ) Chapter 7 |
| 819D LLC, | ) Case No. 22-00101-ELG |
|     Debtor. | ) |

## CONSENT REQUEST TO WITHDRAW
## MOTION OF KARL GARCIA TO DISMISS CHAPTER 7 CASE

In accordance with the *Motion to Approve Compromise* filed by Chapter 7 Trustee Wendell W. Webster [Dkt. No. 194] (the "Global Settlement Motion"), which has been approved by the Court in the *Order Granting Motion to Approve Compromise* [Dkt. No. 226] (the "Global Settlement Order"), Karl Garcia hereby requests to withdraw the *Motion of Karl Garcia to Dismiss Chapter 7 Case* [Dkt. No. 179] ("Motion to Dismiss").

Mr. Garcia respectfully requests that the records of this Honorable Court reflect the knowing and voluntary withdrawal of the Motion to Dismiss. Those parties in interest who responded to the Motion to Dismiss have consented to this Request as indicated below.

Dated: March 14, 2024                    Respectfully submitted,

                                                           /s/ Tracey M. Ohm
                                                          Marc E. Albert, No. 345181
                                                          Tracey M. Ohm, No. 982727

CORE/3525930.0002/187987165.1

STINSON LLP
1775 Pennsylvania Ave., N.W., Suite 800
Washington, DC 20006
Tel. (202) 728-3020; Fax (202) 572-9999
marc.albert@stinson.com
tracey.ohm@stinson.com

*Counsel for Karl Garcia*

SEEN AND AGREED:

/s/ Christopher L. Rogan
Christopher L. Rogan, No. 431849
(*signature provided via email*)
Rogan Miller Zimmerman, PLLC
50 Catoctin Circle, NE, Suite 300
Leesburg, VA 20176
Tel: (703) 777-8850
Email: crogan@RMZLawFirm.com
*Counsel for The Rubin Group LLC, K Street Holdings LLC, TR Holdings LLC, 2233-40th Partners LLC, South Glebe LLC, 638 Newton Partners LLC, Michelle A. Tygier, and Robert Rubin*

SEEN AND AGREED:

/s/ Justin P. Fasano
Justin P. Fasano, No. MD21201
(*signed with permission via email*)
McNamee Hosea, P.A.
6404 Ivy Lane, Suite 820
Greenbelt, MD 22070
Tel: (301) 441-2420
Email: jfasano@mhlawyers.com
*Counsel for Wendell W. Webster, Chapter 7 Trustee for 819D LLC*

2

SEEN AND AGREED:

/s/ Maurice B. VerStandig
Maurice B. VerStandig, No. MD18071
(*signed with permission via email*)
The Belmont Firm
1050 Connecticut Avenue, NW, Suite 500
Washington, DC 20036
Tel: (202) 991-1101
Email: mac@dcbankruptcy.com
*Counsel for 819 Capital LLC, Woodmore Partners LLC, TRG Development LLC, Andrew Rubin, and Canal View Holdings LLC*

SEEN AND AGREED:

/s/ Alexander M. Laughlin
Alexander M. Laughlin, No. 484489
(*signed with permission via email*)
ODIN FELDMAN & PITTLEMAN PC
1775 Wiehle Avenue, Suite 400
Reston, VA 20190
Tel: (703) 218-2134
E-Mail:  alex.laughlin@ofplaw.com
*Counsel for Gregory Auger, II and Gregory Auger, III*

SEEN AND AGREED:

/s/ Brad M. Barna
Brendan P. Bunn (DC Bar No. 441686)
Brad M. Barna (DC Bar No. 1531390)
(*signed with permission via email*)
CHADWICK, WASHINGTON, MORIARTY,
ELMORE & BUNN, P.C.
3201 Jermantown Road, Suite 600
Fairfax, Virginia 22030
Tel: (703) 352-1900
Fax: (703) 352-5293
E-mail: bpbunn@chadwickwashington.com
          bbarna@chadwickwashington.com
*Counsel for the Sanctuary Condominium Unit Owner's Association*

CORE/3525930.0002/187987165.1

## CERTIFICATE OF SERVICE

      I hereby certify that on this the 14th day of March, 2024, the foregoing Consent Request to Withdraw Motion of Karl Garcia to Dismiss Chapter 7 Case was filed electronically via the Court's electronic filing system, causing service via electronic mail upon those signed up for electronic service.

                                                          /s/ Tracey M. Ohm
                                                          Tracey M. Ohm

CORE/3525930.0002/187987165.1