The order below is hereby signed.

Signed: March 15 2024

Elizabeth L. Gunn
U.S. Bankruptcy Judge



# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLUMBIA

| | ) | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | |
| 819D LLC, | ) | Case No. 22-00101-ELG |
| | ) | |
| Debtor. | ) | |
| | ) | |

## CONSENT ORDER DENYING KARL GARCIA'S
## MOTION FOR RELIEF FROM THE AUTOMATIC STAY AS MOOT
**(Circuit Court of Fairfax County – Case No. CL-2020-17040, Dkt. No. 35)**

This matter came before the Court upon *Karl Garcia's Motion for Relief from the Automatic Stay* (Circuit Court of Fairfax County – Case No. CL-2020-17040) [Dkt. No. 35] (the "Motion for Relief"), which relates to Adversary Proceeding No. 22-10009. In accordance with the *Order Granting Motion to Approve Compromise* [Dkt. No. 226] (the "Global Settlement Order"), the claims at issue in the Motion for Relief and Adversary Proceeding No. 22-10009 have been resolved.

**NOW, THEREFORE**, it is, by the United States Bankruptcy Court for the District of Columbia,

**ORDERED**, that the Motion for Relief is **DENIED AS MOOT**.

**END OF ORDER**

CORE/3525930.0002/187988993.1

**WE ASK FOR THIS:**

/s/ Tracey M. Ohm
Marc E. Albert, No. 345181
Tracey M. Ohm, No. 982727
Stinson LLP
1775 Pennsylvania Avenue, N.W., Suite 800
Washington, D.C. 20006
Tel: (202) 728-3020
Email: marc.albert@stinson.com
Email: tracey.ohm@stinson.com
*Counsel for Karl Garcia*

**WE ASK FOR THIS:**

/s/ Christopher L. Rogan
Christopher L. Rogan, No. 431849
(*signature provided via email*)
Rogan Miller Zimmerman, PLLC
50 Catoctin Circle, NE, Suite 300
Leesburg, VA 20176
Tel: (703) 777-8850
Email: crogan@RMZLawFirm.com
*Counsel for The Rubin Group LLC, K Street Holdings LLC, TR Holdings LLC, 2233-40th Partners LLC, South Glebe LLC, 638 Newton Partners LLC, Michelle A. Tygier, and Robert Rubin*

**WE ASK FOR THIS:**

/s/ Justin P. Fasano
Justin P. Fasano, No. MD21201
(*signed with permission via email*)
McNamee Hosea, P.A.
6404 Ivy Lane, Suite 820
Greenbelt, MD 22070
Tel: (301) 441-2420
Email: jfasano@mhlawyers.com
*Counsel for Wendell W. Webster, Chapter 7 Trustee for 819D LLC*


Copies of this Order to:

Recipients of ECF Notice

2