The order below is hereby signed.

Signed: April 1 2024

*Elizabeth L. Gunn*
*U.S. Bankruptcy Judge*

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE: ) | |
| ) | |
| 819D, LLC, ) | 22-00101-ELG |
| ) | CHAPTER 7 |
| DEBTOR. ) | |

### ORDER GRANTING FIRST AND FINAL APPLICATION
### OF MCNAMEE HOSEA, P.A. FOR ALLOWANCE OF
### COMPENSATION AND REIMBURSEMENT OF EXPENSES

Upon consideration of the *First and Final Application for Allowance of Compensation for Services Rendered and Reimbursement of Expenses Incurred* (the "Application") filed by McNamee Hosea, P.A. ("McNamee Hosea"), and the Application having been filed and served pursuant to Bankruptcy Rules 2002 and 2016; and this Court having fully considered the record before it; and good and sufficient cause appearing therefore, it is hereby

**ORDERED**, that the Application is **GRANTED**; and it is further

**ORDERED,** that the request for an administrative expense contained within the Application be, and the same is hereby, approved and allowed, on an interim basis, for the period of **October 12, 2022 to February 29, 2024**, in the amount of **$56,477.03** as compensation for

services rendered, and in the additional amount of **$385.44** for reimbursement for out-of-pocket expenses for a total amount of **$56,862.47**; and it is further

**ORDERED,** that absent further order of the Court, upon approval of the Trustee's Final Report, that this interim award shall be deemed to be awarded on a final basis; and it is further

**ORDERED,** that the Trustee is authorized to pay all amounts awarded above.

### END OF ORDER

cc:    Office of the United States Trustee
1725 Duke Street
Alexandria, VA 22314

**I ASK FOR THIS**

/s/ Justin P. Fasano
Janet M. Nesse (D.C. Bar 358514)
Justin P. Fasano (D.C. Bar MD21201)
McNamee Hosea et al.
6411 Ivy Lane, Suite 200
Greenbelt, MD 20770
Telephone: (301) 441-2420
Facsimile: (301) 982-9450
*Counsel for the Chapter 7 Trustee*

**SEEN**

GERARD VETTER
ACTING U.S. TRUSTEE, REGION 4

**SEEN**

/s/ Kristen S. Eustis
Kristen S. Eustis (DC Bar No. MD28984)
Trial Attorney
Office of United States Trustee
1725 Duke Street, Suite 650
Alexandria, VA 22314
(703) 557-7227
Kristen.S.Eustis@usdoj.gov

2

United States Bankruptcy Court

District of Columbia

In re:  Case No. 22-00101-ELG
819D LLC  Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0090-1      User: admin      Page 1 of 5
Date Rcvd: Apr 02, 2024      Form ID: pdf001      Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 04, 2024:**

| Recip ID | Recipient Name and Address |
|---|---|
| dbpos | + 819D LLC, 1423 Sharps Point Road, Annapolis, MD 21409-6139 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 04, 2024      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 2, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Aaron L. Casagrande | on behalf of Interested Party Hartford Mutual Insurance Company aaron.casagrande@icemiller.com |
| Alexander McDonald Laughlin | on behalf of Creditor Gregory Auger III alex.laughlin@ofplaw.com, marse.hammond@ofplaw.com |
| Alexander McDonald Laughlin | on behalf of Creditor Gregory Auger II alex.laughlin@ofplaw.com, marse.hammond@ofplaw.com |
| Alexander McDonald Laughlin | on behalf of Creditor Regua LLC alex.laughlin@ofplaw.com, marse.hammond@ofplaw.com |
| Alexander McDonald Laughlin | on behalf of Defendant Gregory Auger III alex.laughlin@ofplaw.com, marse.hammond@ofplaw.com |
| Alexander McDonald Laughlin | on behalf of Defendant Gregory Auger II alex.laughlin@ofplaw.com, marse.hammond@ofplaw.com |

Alexander McDonald Laughlin
: on behalf of Defendant Regua LLC alex.laughlin@ofplaw.com, marse.hammond@ofplaw.com

Bradley Barna
: on behalf of Plaintiff Sanctuary Condominium Unit Owners Association bbarna@chadwickwashington.com

Bradley Barna
: on behalf of Creditor Sanctuary Condominium Unit Owners Association bbarna@chadwickwashington.com

Bryan S. Ross
: on behalf of Trustee Bryan S. Ross ysnore@aol.com  bross@ecf.axosfs.com

Charles B Peoples
: on behalf of Defendant 819D LLC cpeoples@tthlaw.com

Christopher Rogan
: on behalf of Defendant Robert Rubin crogan@rmzlawfirm.com

Christopher Rogan
: on behalf of Interested Party The Rubin Group LLC crogan@rmzlawfirm.com

Christopher Rogan
: on behalf of Interested Party 638 Newton Partners LLC crogan@rmzlawfirm.com

Christopher Rogan
: on behalf of Defendant South Glebe LLC crogan@rmzlawfirm.com

Christopher Rogan
: on behalf of 3rd Party Plaintiff TR Holdings LLC crogan@rmzlawfirm.com

Christopher Rogan
: on behalf of Interested Party 2233-40th Partners LLC crogan@rmzlawfirm.com

Christopher Rogan
: on behalf of Interested Party South Glebe LLC crogan@rmzlawfirm.com

Christopher Rogan
: on behalf of Defendant K Street Holdings LLC crogan@rmzlawfirm.com

Christopher Rogan
: on behalf of 3rd Party Plaintiff Michelle Tygier crogan@rmzlawfirm.com

Christopher Rogan
: on behalf of Interested Party Michelle A. Tygier crogan@rmzlawfirm.com

Christopher Rogan
: on behalf of Defendant Michelle A. Tygier crogan@rmzlawfirm.com

Christopher Rogan
: on behalf of 3rd Party Plaintiff Robert Rubin crogan@rmzlawfirm.com

Christopher Rogan
: on behalf of Defendant TR Holdings LLC crogan@rmzlawfirm.com

Christopher Rogan
: on behalf of 3rd Party Plaintiff The Rubin Group LLC crogan@rmzlawfirm.com

Christopher Rogan
: on behalf of Interested Party Robert Rubin crogan@rmzlawfirm.com

Christopher Rogan
: on behalf of Interested Party TR Holdings LLC crogan@rmzlawfirm.com

Christopher Rogan
: on behalf of Interested Party K Street Holdings LLC crogan@rmzlawfirm.com

Christopher Rogan
: on behalf of Defendant 2233-40th Partners LLC crogan@rmzlawfirm.com

Christopher Rogan
: on behalf of Defendant 638 Newton Partners LLC crogan@rmzlawfirm.com

Christopher Rogan
: on behalf of Defendant Rubin Group LLC crogan@rmzlawfirm.com

Christopher A. Glaser
: on behalf of Interested Party Andrew Rubin cglaser@jackscamp.com  iluaces@jackscamp.com

Christopher A. Glaser
: on behalf of Defendant Andrew Rubin cglaser@jackscamp.com  iluaces@jackscamp.com

Christopher A. Glaser
: on behalf of Interested Party Canal View Holdings LLC cglaser@jackscamp.com  iluaces@jackscamp.com

| | | |
|---|---|---|
| District/off: 0090-1 | User: admin | Page 3 of 5 |
| Date Rcvd: Apr 02, 2024 | Form ID: pdf001 | Total Noticed: 1 |

Christopher A. Glaser
    on behalf of Defendant Canal View Holdings LLC cglaser@jackscamp.com iluaces@jackscamp.com

Douglas E. McKinley
    on behalf of Defendant Thomas D. Madison doug1803@verizon.net

Douglas E. McKinley
    on behalf of Interested Party THOMAS D. MADISON doug1803@verizon.net

John A. C. Keith
    on behalf of Defendant Jeffrey Houle jkeith@bklawva.com

Justin Philip Fasano
    on behalf of Defendant Bryan S. Ross Chapter 7 Trustee jfasano@mhlawyers.com,
    jfasano@ecf.courtdrive.com;hleaphart@mhlawyers.com;fasano.justinr92003@notify.bestcase.com

Justin Philip Fasano
    on behalf of Trustee Wendell W. Webster jfasano@mhlawyers.com
    jfasano@ecf.courtdrive.com;hleaphart@mhlawyers.com;fasano.justinr92003@notify.bestcase.com

Justin Philip Fasano
    on behalf of Trustee Bryan S. Ross jfasano@mhlawyers.com
    jfasano@ecf.courtdrive.com;hleaphart@mhlawyers.com;fasano.justinr92003@notify.bestcase.com

Justin Philip Fasano
    on behalf of Defendant Bryan Ross jfasano@mhlawyers.com
    jfasano@ecf.courtdrive.com;hleaphart@mhlawyers.com;fasano.justinr92003@notify.bestcase.com

Kristen E Burgers
    on behalf of Defendant 819D LLC kburgers@hirschlerlaw.com ndysart@hirschlerlaw.com

Kristen E Burgers
    on behalf of Interested Party Hirschler Fleischer kburgers@hirschlerlaw.com ndysart@hirschlerlaw.com

Kristen E Burgers
    on behalf of Debtor In Possession 819D LLC kburgers@hirschlerlaw.com ndysart@hirschlerlaw.com

Kristen S. Eustis
    on behalf of U.S. Trustee U. S. Trustee for Region Four Kristen.S.Eustis@usdoj.gov Robert.W.Ours@usdoj.gov

Laurin Howard Mills
    on behalf of Interested Party 638 Newton Partners LLC Laurin@werthermills.com roussy@werthermills.com

Laurin Howard Mills
    on behalf of Defendant 819D LLC Laurin@werthermills.com roussy@werthermills.com

Laurin Howard Mills
    on behalf of 3rd Party Plaintiff The Rubin Group LLC Laurin@werthermills.com roussy@werthermills.com

Laurin Howard Mills
    on behalf of 3rd Party Plaintiff Robert Rubin Laurin@werthermills.com roussy@werthermills.com

Laurin Howard Mills
    on behalf of Defendant Rubin Group LLC Laurin@werthermills.com roussy@werthermills.com

Laurin Howard Mills
    on behalf of Defendant Robert Rubin Laurin@werthermills.com roussy@werthermills.com

Laurin Howard Mills
    on behalf of Interested Party Robert Rubin Laurin@werthermills.com roussy@werthermills.com

Laurin Howard Mills
    on behalf of Defendant K Street Holdings LLC Laurin@werthermills.com roussy@werthermills.com

Laurin Howard Mills
    on behalf of 3rd Party Plaintiff Michelle Tygier Laurin@werthermills.com roussy@werthermills.com

Laurin Howard Mills
    on behalf of Defendant 2233-40th Partners LLC Laurin@werthermills.com roussy@werthermills.com

Laurin Howard Mills
    on behalf of Interested Party South Glebe LLC Laurin@werthermills.com roussy@werthermills.com

Laurin Howard Mills
    on behalf of Interested Party Michelle A. Tygier Laurin@werthermills.com roussy@werthermills.com

Laurin Howard Mills
    on behalf of Interested Party K Street Holdings LLC Laurin@werthermills.com roussy@werthermills.com

Laurin Howard Mills
    on behalf of Interested Party 2233-40th Partners LLC Laurin@werthermills.com roussy@werthermills.com

Laurin Howard Mills

Case 22-00101-ELG   Doc 242   Filed 04/04/24   Entered 04/05/24 00:04:22   Desc
Imaged Certificate of Notice   Page 6 of 7

| District/off: 0090-1 | User: admin | Page 4 of 5 |
|---|---|---|
| Date Rcvd: Apr 02, 2024 | Form ID: pdf001 | Total Noticed: 1 |

| | |
|---|---|
| Laurin Howard Mills | on behalf of Defendant South Glebe LLC Laurin@werthermills.com roussy@werthermills.com |
| Laurin Howard Mills | on behalf of Defendant Michelle A. Tygier Laurin@werthermills.com roussy@werthermills.com |
| Laurin Howard Mills | on behalf of Defendant 638 Newton Partners LLC Laurin@werthermills.com roussy@werthermills.com |
| Laurin Howard Mills | on behalf of Interested Party TR Holdings LLC Laurin@werthermills.com roussy@werthermills.com |
| Laurin Howard Mills | on behalf of Interested Party The Rubin Group LLC Laurin@werthermills.com roussy@werthermills.com |
| Laurin Howard Mills | on behalf of Defendant TR Holdings LLC Laurin@werthermills.com roussy@werthermills.com |
| Laurin Howard Mills | on behalf of 3rd Party Plaintiff TR Holdings LLC Laurin@werthermills.com roussy@werthermills.com |
| Marc E. Albert | on behalf of Plaintiff Karl Garcia marc.albert@stinson.com porsche.barnes@stinson.com;joshua.cox@stinson.com |
| Marc E. Albert | on behalf of Creditor Karl Garcia marc.albert@stinson.com porsche.barnes@stinson.com;dc05@ecfcbis.com;mealbert@ecf.axosfs.com |
| Mark Crawford, I | on behalf of Creditor Mark David Law Offices of Mark D Crawford PLLC mcrawford@mdc-law.com |
| Mark Crawford, I | on behalf of Trustee Bryan S. Ross mcrawford@mdc-law.com |
| Maurice Belmont VerStandig | on behalf of Interested Party Canal View Holdings LLC mac@mbvesq.com lisa@mbvesq.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email |
| Maurice Belmont VerStandig | on behalf of Defendant Woodmore Partners LLC mac@mbvesq.com lisa@mbvesq.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email |
| Maurice Belmont VerStandig | on behalf of Interested Party 819 Capital LLC mac@mbvesq.com lisa@mbvesq.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email |
| Maurice Belmont VerStandig | on behalf of Plaintiff Canal View Holdings LLC mac@mbvesq.com lisa@mbvesq.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email |
| Maurice Belmont VerStandig | on behalf of Interested Party Woodmore Partners  LLC mac@mbvesq.com, lisa@mbvesq.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email |
| Maurice Belmont VerStandig | on behalf of Defendant Andrew Rubin mac@mbvesq.com lisa@mbvesq.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email |
| Maurice Belmont VerStandig | on behalf of Plaintiff Andrew Rubin mac@mbvesq.com lisa@mbvesq.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email |
| Maurice Belmont VerStandig | on behalf of Interested Party TRG Development LLC mac@mbvesq.com lisa@mbvesq.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email |
| Maurice Belmont VerStandig | on behalf of Defendant 819 Capital LLC mac@mbvesq.com lisa@mbvesq.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email |
| Maurice Belmont VerStandig | on behalf of Defendant TRG Development LLC mac@mbvesq.com lisa@mbvesq.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email |
| Maurice Belmont VerStandig | on behalf of Interested Party Andrew Rubin mac@mbvesq.com lisa@mbvesq.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email |
| Maurice Belmont VerStandig | on behalf of Defendant Canal View Holdings LLC mac@mbvesq.com lisa@mbvesq.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email |
| Michael T. Freeman | on behalf of U.S. Trustee U. S. Trustee for Region Four michael.t.freeman@usdoj.gov robert.w.ours@usdoj.gov |

| | | |
|---|---|---|
| District/off: 0090-1 | User: admin | Page 5 of 5 |
| Date Rcvd: Apr 02, 2024 | Form ID: pdf001 | Total Noticed: 1 |

Robert Michael Gittins
    on behalf of Defendant The Sanctuary Condominium Unit Owners Association gittins@ewmd.com

Sara Kathryn Mayson
    on behalf of U.S. Trustee U. S. Trustee for Region Four sara.kathryn.mayson@usdoj.gov Robert.W.Ours@usdoj.gov

Stephen E. Leach
    on behalf of Debtor In Possession 819D LLC sleach@hirschlerlaw.com ndysart@hirschlerlaw.com

Stephen E. Leach
    on behalf of Defendant 819D LLC sleach@hirschlerlaw.com ndysart@hirschlerlaw.com

Timothy G Casey
    on behalf of Defendant Long & Foster Real Estate  Inc. timgcasey@yahoo.com

Timothy G Casey
    on behalf of Interested Party Long & Foster Real Estate  Inc. timgcasey@yahoo.com

Tracey Michelle Ohm
    on behalf of Plaintiff Karl Garcia tracey.ohm@stinson.com porsche.barnes@stinson.com

Tracey Michelle Ohm
    on behalf of Creditor Karl Garcia tracey.ohm@stinson.com porsche.barnes@stinson.com

Tracey Michelle Ohm
    on behalf of Attorney Tracey Michelle Ohm tracey.ohm@stinson.com porsche.barnes@stinson.com

U. S. Trustee for Region Four
    USTPRegion04.DC.ECF@USDOJ.GOV

Wendell W. Webster
    wwebster@websterfrederickson.com DC03@ecfcbis.com

William B Porter
    on behalf of Interested Party Jeffrey Houle wporter@bklawva.com agabler@bklawva.com;jkeith@bklawva.com;imcelhaney@bklawva.com

TOTAL: 96