**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DISTRICT OF COLUMBIA**

In re:  819D LLC                                                       §  Case No. 22-00101
                                                                                        §
                                                                                        §
                                                                                        §
                          Debtor(s)

**TRUSTEE'S FINAL REPORT (TFR)**

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on 06/19/2022. The case was converted to one under Chapter 7 on 10/12/2022. The undersigned trustee was appointed on 06/23/2023.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized the gross receipts of            $       732,856.06

Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim distribution | 647,500.00 |
| Administrative expenses | 56,862.96 |
| Bank service fees | 40.00 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of[1] | $       28,453.10 |

The remaining funds are available for distribution.

_____
[1]The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (5/1/2011)**

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 01/17/2023 and the deadline for filing governmental claims was 04/10/2023. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $7,517.80. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $7,517.80, for a total compensation of $7,517.80[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.49 and now requests reimbursement for expenses of $0.00 for total expenses of $0.49[2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 04/25/2024                                     By: /s/ Wendell W. Webster
                                                                    Trustee , Bar No.: 245696

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

---

[2]If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Exhibit A
Page: 1

Case No.: 22-00101
Case Name: 819D LLC
For Period Ending: 04/25/2024

Trustee Name: (730040) Wendell W. Webster
Date Filed (f) or Converted (c): 10/12/2022 (c)
§ 341(a) Meeting Date: 11/17/2022
Claims Bar Date: 01/17/2023

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Checking Account at Sandy Spring Bank 17801 Georgia Avenue Olney, MD 20832, xxxxxx0185 (u) | 356.06 | 0.00 | | 356.06 | FA |
| 2 | EagleBank 7735 Old Georgetown Road Suite 100 Bethesda, MD 20814 (u) | 365,008.42 | 0.00 | | 0.00 | FA |
| 3 | Named additional insured on three insurance policies owned by Potomac Construction Group with Erie Insurance Exchange (Policy Q32 0171690 CGL ; Policy Q32 0101984 Umbrella; Policy Q44 0130654 Builder's Risk) (Total policy value $16,200,000) (u) | 16,200,000.00 | 0.00 | | 0.00 | FA |
| 4 | Insurance Policy with Harford Mutual Insurance Group (umbrella policy for $1 million peroccurrence/$3 million in the aggregate) (u) | 3,000,000.00 | 0.00 | | 0.00 | FA |
| 5 | Judgment in the amount of $339,384.13 against Potomac Construction Group (819D LLC v. Potomac Construction Group, LLC, United States District Court for the District of Columbia (Case No. 1:19-cv-0080). Amount Requested: $0.00 (u) | 339,384.13 | 0.00 | | 0.00 | FA |
| 6* | 9019 Settlement  (u) (See Footnote) | 0.00 | 0.00 | | 732,500.00 | FA |
| 6 | **Assets Totals (Excluding unknown values)** | **$19,904,748.61** | **$0.00** | | **$732,856.06** | **$0.00** |

RE PROP# 6    9019 Court Approved Settlement Pymt

---

**Major Activities Affecting Case Closing:**

2/7/24 - Global settlement agreed upon & executed by all parties, subject to Bktcy Ct approval at hrg on 2/13.

11/15/23 - Motion to Enforce global settlement of all claims scheduled for evidentiary hrg on 2/12/24

11/1/23 - Settlement Mtn continued to 11/15

10/16/23 - Limited Objection to global settlement of all claims

9/20/23 - Parties have agreed to a settlement dispositive of all claims, subject to court approval at hrg on 10/18/23.

6/28/23 - Original Ch 7 trustee resigned from case & WWW appointed successor trustee on 6/23/23. Motions scheduled to be heard on 6/6/23 continued to date & time to be determined by court.

Initial Projected Date Of Final Report (TFR): 10/31/2023      Current Projected Date Of Final Report (TFR): 03/28/2024 (Actual)

UST Form 101-7-TFR (5/1/2011)

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Exhibit A
Page: 2

**Case No.:** 22-00101　　　　　　　　　　　　　　　　　　　　**Trustee Name:** (730040) Wendell W. Webster
**Case Name:** 819D LLC　　　　　　　　　　　　　　　　　　　**Date Filed (f) or Converted (c):** 10/12/2022 (c)
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　**§ 341(a) Meeting Date:** 11/17/2022
**For Period Ending:** 04/25/2024　　　　　　　　　　　　　　**Claims Bar Date:** 01/17/2023

　　　　04/25/2024　　　　　　　　　　　　　　　　　　　　　　/s/Wendell W. Webster
———————————————　　　　　　　　　　　———————————————————————
　　　　　　Date　　　　　　　　　　　　　　　　　　　　　　　Wendell W. Webster

| Form 2 | | | | | | Exhibit B |
|---|---|---|---|---|---|---|
| **Cash Receipts And Disbursements Record** | | | | | | Page: 1 |

| | | | | | |
|---|---|---|---|---|---|
| **Case No.:** | 22-00101 | **Trustee Name:** | | Wendell W. Webster (730040) | |
| **Case Name:** | 819D LLC | **Bank Name:** | | TriState Capital Bank | |
| **Taxpayer ID #:** | **-***5664 | **Account #:** | | ******7617 Checking | |
| **For Period Ending:** | 04/25/2024 | **Blanket Bond (per case limit):** | | $3,000,000.00 | |
| | | **Separate Bond (if applicable):** | | N/A | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction / Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 07/10/23 | {1} | 819D LLC | Balance of Funds on deposit from debtor's ch. 11 DIP acct / 1229-000 | 356.06 | | 356.06 |
| 07/31/23 | | TriState Capital Bank | Bank and Technology Services Fees / 2600-000 | | 5.00 | 351.06 |
| 08/31/23 | | TriState Capital Bank | Bank and Technology Services Fees / 2600-000 | | 5.00 | 346.06 |
| 09/29/23 | | TriState Capital Bank | Bank and Technology Services Fees / 2600-000 | | 5.00 | 341.06 |
| 10/31/23 | | TriState Capital Bank | Bank and Technology Services Fees / 2600-000 | | 5.00 | 336.06 |
| 11/30/23 | | TriState Capital Bank | Bank and Technology Services Fees / 2600-000 | | 5.00 | 331.06 |
| 12/29/23 | | TriState Capital Bank | Bank and Technology Services Fees / 2600-000 | | 5.00 | 326.06 |
| 01/31/24 | | TriState Capital Bank | Bank and Technology Services Fees / 2600-000 | | 5.00 | 321.06 |
| 02/21/24 | 101 | SeibertKeck Insurance Partners | Policy #3792909 03/01/2024-03/01/2025 / 2200-000 | | 0.49 | 320.57 |
| 02/29/24 | | TriState Capital Bank | Bank and Technology Services Fees / 2600-000 | | 5.00 | 315.57 |
| 03/12/24 | | McNamee Hosea | Final Global Settlement | 85,000.00 | | 85,315.57 |
| | {6} | | Gross Settlement   $732,500.00 / 1249-000 | | | |
| | | Karl Garcia | Garcia Settlement Pymt   -$627,500.00 / 7100-000 | | | |
| | | Sanctuary Condominium Unit Owners Assoc. | SCUOA Settlement Pymt   -$20,000.00 / 7100-000 | | | |
| 04/03/24 | 102 | McNamee Hosea | Ch 7 Admn Claim for Legal Fees / 3110-000 | | 56,477.03 | 28,838.54 |
| 04/03/24 | 103 | McNamee Hosea | Ch 7 Admn Claim for Legal Expenses / 3120-000 | | 385.44 | 28,453.10 |
| | | **COLUMN TOTALS** | | 85,356.06 | 56,902.96 | **$28,453.10** |
| | | Less: Bank Transfers/CDs | | 0.00 | 0.00 | |
| | | **Subtotal** | | 85,356.06 | 56,902.96 | |
| | | Less: Payments to Debtors | | | 0.00 | |
| | | **NET Receipts / Disbursements** | | **$85,356.06** | **$56,902.96** | |

{ } Asset Reference(s)   UST Form 101-7-TFR (5/1/2011)   ! - transaction has not been cleared

**Form 2**

Exhibit B
Page: 2

## Cash Receipts And Disbursements Record

| | | | |
|---|---|---|---|
| **Case No.:** | 22-00101 | **Trustee Name:** | Wendell W. Webster (730040) |
| **Case Name:** | 819D LLC | **Bank Name:** | TriState Capital Bank |
| **Taxpayer ID #:** | **-***5664 | **Account #:** | ******7617 Checking |
| **For Period Ending:** | 04/25/2024 | **Blanket Bond (per case limit):** | $3,000,000.00 |
| | | **Separate Bond (if applicable):** | N/A |

| | |
|---|---:|
| Net Receipts: | $85,356.06 |
| Plus Gross Adjustments: | $647,500.00 |
| Less Payments to Debtor: | $0.00 |
| Less Other Noncompensable Items: | $0.00 |
| Net Estate: | $732,856.06 |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---:|---:|---:|
| ******7617 Checking | $85,356.06 | $56,902.96 | $28,453.10 |
| | **$85,356.06** | **$56,902.96** | **$28,453.10** |

04/25/2024
Date

/s/Wendell W. Webster
Wendell W. Webster

UST Form 101-7-TFR (5/1/2011)

Printed: 04/25/2024 6:44 AM

Page: 1

# Exhibit C

## Claims Proposed Distribution Register

**Case: 22-00101 819D LLC**

**Case Balance:** $28,453.10         **Total Proposed Payment:** $28,453.10         **Remaining Balance:** $0.00

| Claim # | Claimant Name | Type | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment | Remaining Funds |
|---|---|---|---|---|---|---|---|---|
| | McNamee Hosea | Admin Ch. 7 | $56,477.03 | $56,477.03 | $56,477.03 | $0.00 | $0.00 | $28,453.10 |
| | <3110-00 Attorney for Trustee Fees (Trustee Firm)> | | | | | | | |
| | McNamee Hosea | Admin Ch. 7 | $385.44 | $385.44 | $385.44 | $0.00 | $0.00 | $28,453.10 |
| | <3120-00 Attorney for Trustee Expenses (Trustee Firm)> | | | | | | | |
| | Hirschler Fleischer | Admin Ch. 11 | $60,000.00 | $60,000.00 | $0.00 | $41,037.00 | $19,229.07 | $9,224.03 |
| | <6700-00 Other Prior Chapter Professional's Fees> | | | | | | | |
| | Hirschler Fleischer | Admin Ch. 11 | $1,501.58 | $1,501.58 | $0.00 | $1,501.58 | $955.81 | $8,268.22 |
| | <6710-00 Other Prior Chapter Professional's Expenses> | | | | | | | |
| | Wendell W. Webster, Trustee | Admin Ch. 7 | $0.00 | $0.49 | $0.49 | $0.00 | $0.00 | $8,268.22 |
| | <2200-00 Trustee Expenses> | | | | | | | |
| | Wendell W. Webster, Trustee | Admin Ch. 7 | $7,517.80 | $7,517.80 | $0.00 | $7,517.80 | $7,517.80 | $750.42 |
| | <2100-00 Trustee Compensation> | | | | | | | |
| | **Claim Memo:** Trustee compensation calculated based upon $85,315.57 in funds paid into estate | | | | | | | |
| | District of Columbia Treasurer | Priority | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $750.42 |
| | Internal Revenue Service | Priority | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $750.42 |
| | 2233-40th Partners LLC | Unsecured | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $750.42 |

Printed: 04/25/2024 6:44 AM

Page: 2

# Exhibit C

## Claims Proposed Distribution Register

**Case: 22-00101 819D LLC**

| **Case Balance:** | $28,453.10 | **Total Proposed Payment:** | $28,453.10 | **Remaining Balance:** | $0.00 |

| Claim # | Claimant Name | Type | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment | Remaining Funds |
|---|---|---|---|---|---|---|---|---|
| | 638 Newton Partners LLC | Unsecured | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $750.42 |
| | 819 Capital LLC | Unsecured | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $750.42 |
| | Andrew Rubin | Unsecured | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $750.42 |
| | Business Filings Incorporated of DE | Unsecured | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $750.42 |
| | Canal View Holdings LLC | Unsecured | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $750.42 |
| | Christos Economakis | Unsecured | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $750.42 |
| | Gregory Auger II | Unsecured | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $750.42 |
| | Gregory Auger III | Unsecured | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $750.42 |
| | Harford Mutual Insurance Group | Unsecured | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $750.42 |
| | Jeffrey Houle | Unsecured | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $750.42 |
| | K Street Holdings LLC | Unsecured | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $750.42 |
| | Karl Garcia | Unsecured | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $750.42 |
| | Law Offices of Mark D. Crawford PLLC | Unsecured | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $750.42 |
| | Liliana Economakis | Unsecured | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $750.42 |

Printed:  04/25/2024 6:44 AM

Page: 3

# Exhibit C

## Claims Proposed Distribution Register

**Case: 22-00101 819D LLC**

| **Case Balance:** | $28,453.10 | **Total Proposed Payment:** | $28,453.10 | **Remaining Balance:** | $0.00 |

| Claim # | Claimant Name | Type | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment | Remaining Funds |
|---|---|---|---|---|---|---|---|---|
| | Long & Foster Real Estate, Inc. | Unsecured | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $750.42 |
| | Michelle Tygier | Unsecured | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $750.42 |
| | Potomac Construction Group | Unsecured | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $750.42 |
| | Regua LLC | Unsecured | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $750.42 |
| | Robert Rubin | Unsecured | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $750.42 |
| | Sanctuary Condominium Unit Owners | Unsecured | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $750.42 |
| | South Glebe LLC | Unsecured | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $750.42 |
| | TR Holdings LLC | Unsecured | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $750.42 |
| | TRG Development LLC | Unsecured | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $750.42 |
| | The Rubin Group LLC | Unsecured | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $750.42 |
| | Thomas D. Madison | Unsecured | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $750.42 |
| | Urban Pace | Unsecured | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $750.42 |
| | Wood more Partners LLC | Unsecured | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $750.42 |
| | U.S. Trustee | Admin Ch. 7 | $750.42 | $750.42 | $0.00 | $750.42 | $750.42 | $0.00 |

<2950-00 U.S. Trustee Quarterly Fees>

Printed:  04/25/2024 6:44 AM

Page:  4

# Exhibit C

## Claims Proposed Distribution Register

**Case: 22-00101 819D LLC**

**Case Balance:** $28,453.10  **Total Proposed Payment:** $28,453.10  **Remaining Balance:** $0.00

| Claim # | Claimant Name | Type | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment | Remaining Funds |
|---|---|---|---|---|---|---|---|---|
| | **Total for Case:** | **22-00101** | $126,632.27 | $126,632.76 | $56,862.96 | $50,806.80 | $28,453.10 | |

Printed: 04/25/2024 6:44 AM　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Page: 5

# Exhibit C

## Claims Proposed Distribution Register

### Case: 22-00101 819D LLC

| | | | |
|---|---|---|---|
| **Case Balance:** $28,453.10 | **Total Proposed Payment:** $28,453.10 | | **Remaining Balance:** $0.00 |

## CASE SUMMARY

| | Amount Filed | Amount Allowed | Paid to Date | Proposed Payment | % paid |
|---|---|---|---|---|---|
| **Total Administrative Claims:** | $126,632.27 | $126,632.76 | $56,862.96 | $28,453.10 | 82.35% |
| **Total Secured Claims:** | $0.00 | $0.00 | $0.00 | $0.00 | 0.00% |
| **Total Priority Claims:** | $0.00 | $0.00 | $0.00 | $0.00 | 0.00% |
| **Total Unsecured Claims:** | $0.00 | $0.00 | $0.00 | $0.00 | 0.00% |

**TRUSTEE'S PROPOSED DISTRIBUTION**

Exhibit D

Case No.: 22-00101
Case Name: 819D LLC
Trustee Name: Wendell W. Webster

**Balance on hand:** $ 28,453.10

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| | | None | | | |

Total to be paid to secured creditors: $ 0.00
Remaining balance: $ 28,453.10

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - Wendell W. Webster, Trustee | 7,517.80 | 0.00 | 7,517.80 |
| Attorney for Trustee Fees - McNamee Hosea | 56,477.03 | 56,477.03 | 0.00 |
| Fees, United States Trustee | 750.42 | 0.00 | 750.42 |
| Trustee, Expenses - Wendell W. Webster, Trustee | 0.49 | 0.49 | 0.00 |
| Attorney for Trustee, Expenses - McNamee Hosea | 385.44 | 385.44 | 0.00 |

Total to be paid for chapter 7 administrative expenses: $ 8,268.22
Remaining balance: $ 20,184.88

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Other Prior Chapter Professional's Fees - Hirschler Fleischer Retainer: $18,963.00 | 60,000.00 | 0.00 | 19,229.07 |
| Other Prior Chapter Professional's Expenses - Hirschler Fleischer | 1,501.58 | 0.00 | 955.81 |

Total to be paid for prior chapter administrative expenses: $ 20,184.88
Remaining balance: $ 0.00

**UST Form 101-7-TFR(5/1/2011)**

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 2P | DC Gov't Office of Tax and Revenue | 0.00 | 0.00 | 0.00 |
| 7P | Karl Garcia | 0.00 | 0.00 | 0.00 |
| 10 | Canal View Holdings LLC | 0.00 | 0.00 | 0.00 |

Total to be paid for priority claims: $ 0.00
Remaining balance: $ 0.00

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $647,500.00 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 1 | Department of Treasury | 0.00 | 0.00 | 0.00 |
| 2U | DC Gov't Office of Tax and Revenue | 0.00 | 0.00 | 0.00 |
| 3 | Sanctuary Condominium Unit Owners Assoc. | 20,000.00 | 20,000.00 | 0.00 |
| 4 | Law Offices of Mark D. Crawford PLLC | 0.00 | 0.00 | 0.00 |
| 5 | Michelle A. Tygier | 0.00 | 0.00 | 0.00 |
| 6 | Long & Foster Real Estate, Inc. d/b/a Urban Pace | 0.00 | 0.00 | 0.00 |
| 7U | Karl Garcia | 0.00 | 0.00 | 0.00 |
| 8 | Karl Garcia | 627,500.00 | 627,500.00 | 0.00 |
| 9 | Andrew Rubin | 0.00 | 0.00 | 0.00 |

Total to be paid for timely general unsecured claims: $ 0.00
Remaining balance: $ 0.00

**UST Form 101-7-TFR(5/1/2011)**

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardily filed general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

**UST Form 101-7-TFR(5/1/2011)**