UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In re: ) | |
| ) | |
| 819D LLC ) | Case No. 22-00101 |
| ) | Chapter 7 |
| ) | |
| Debtor. ) | |
| _____) | |

**CERTIFICATE OF MAILING**

I hereby certify that on this 27th day of April, 2024, true and correct copies of the Notice of Trustee's Final Report and Application for Compensation and Deadline to Object (NFR) were served via the Court's Case Management/Electronic Case Filing (CM/ECF) system to those entities receiving notice electronically and by first class mail, postage prepaid, upon all parties whose names and addresses appeared on the mailing list maintained by the Court as that list appeared on Sat Apr 27 08:26:58 EDT 2024.

Date: April 27, 2024                                              Respectfully submitted,


                                                                          */s/ Wendell W. Webster*
                                                                          Wendell W. Webster, Esq.
                                                                          Chapter 7 Trustee, Estate of
                                                                          819D LLC
                                                                          1101 Conn. Ave., N.W., Suite 402
                                                                          Washington, D.C. 20036
                                                                          (202) 659-8510

1