The order below is hereby signed.

Signed: May 28 2024

*Elizabeth L. Gunn*
U.S. Bankruptcy Judge



## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DISTRICT OF COLUMBIA

In re:

819D LLC

Case No. 22-00101
Chapter 7

Debtor(s).

### ORDER APPROVING FINAL REPORT, DISTRIBUTION AND APPLICATIONS FOR FEES AND EXPENSES

Upon consideration of the Trustee's Final Report and Proposed Distribution and the accompanying Applications (the "Report"), notice of the Report having been given to creditors, there being no objection made to the Report, or if made, the same being resolved by the entry of this Order, and for good cause shown, it is hereby:

ORDERED:

1. Reasonable compensation for actual and necessary services rendered or reimbursement of actual and necessary expenses incurred are hereby awarded or allowed pursuant to 11 U.S.C. 330(a), 503(b)(2) or 503(b)(4), as follows:

| Applicant | Compensation | Expenses |
|---|---|---|
| Wendell W. Webster Trustee | $7,517.80 | $ 0.49 |
| United States Trustee | | $750.42 |
| Hirschler Fleischer Other Professionals (Ch. 11 Fees) | $19,229.07 | |
| Hirschler Fleischer Other Professionals (Ch.11 Exps) | | $955.81 |

    2.    The final report and distribution to creditors are hereby approved and the Trustee is directed to make payment in accordance with said distributions.

**I ASK FOR THIS:**

***/s/ Wendell W. Webster***
Wendell W. Webster, Esq.
Chapter 7 Trustee
DC Bar No 245696

COPIES TO:

All parties registered to receive service through Court's CM/ECF system and:

    Wendell W. Webster, Trustee
    Webster & Fredrickson, PLLC
    1101 Conn. Ave., NW
    Suite 402
    Washington, DC 20036

    Office of the U.S. Trustee
    1725 Duke Street
    Suite 650
    Alexandria, VA  22314