**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DISTRICT OF COLUMBIA**

In re: 819D LLC                    §    Case No. 22-00101
                                   §
                                   §
                                   §
        Debtor(s)

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)**

      Wendell W. Webster, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

      1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

      2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: | $19,904,392.55 | Assets Exempt: | N/A |
| *(without deducting any secured claims)* | | | |
| Total Distributions to Claimants: | $647,500.00 | Claims Discharged Without Payment: | N/A |
| Total Expenses of Administration: | $85,356.06 | | |

      3) Total gross receipts of $732,856.06 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $732,856.06 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR ( 10 /1/2010)

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: |  |  |  |  |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | $0.00 | $65,170.69 | $65,171.18 | $65,171.18 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | $0.00 | $61,501.58 | $61,501.58 | $20,184.88 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | $0.00 | $37,368.69 | $0.00 | $0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | $5,786,550.58 | $14,560,039.80 | $647,500.00 | $647,500.00 |
| **TOTAL DISBURSEMENTS** | $5,786,550.58 | $14,724,080.76 | $774,172.76 | $732,856.06 |

4) This case was originally filed under chapter 7 on 06/19/2022, and it was converted to chapter 7 on 10/12/2022. The case was pending for 21 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 06/18/2024    By: /s/ Wendell W. Webster
                                    Trustee

**STATEMENT This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.**

UST Form 101-7-TDR ( 10 /1/2010)

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Checking Account at Sandy Spring Bank 17801 Georgia Avenue Olney, MD 20832, xxxxxx0185 | 1229-000 | $356.06 |
| 9019 Settlement | 1249-000 | $732,500.00 |
| TOTAL GROSS RECEIPTS | | $732,856.06 |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| None | | | |

### EXHIBIT 3 - SECURED CLAIMS

| Claim NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee, Fees - Wendell W. Webster, Trustee | 2100-000 | NA | $7,517.80 | $7,517.80 | $7,517.80 |
| Trustee, Expenses - Wendell W. Webster, Trustee | 2200-000 | NA | $0.00 | $0.49 | $0.49 |
| Attorney for Trustee Fees - McNamee Hosea | 3110-000 | NA | $56,477.03 | $56,477.03 | $56,477.03 |
| Attorney for Trustee, Expenses - McNamee Hosea | 3120-000 | NA | $385.44 | $385.44 | $385.44 |
| Fees, United States Trustee | 2950-000 | NA | $750.42 | $750.42 | $750.42 |
| Bank Service Fees - TriState Capital Bank | 2600-000 | NA | $40.00 | $40.00 | $40.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $65,170.69 | $65,171.18 | $65,171.18 |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Other Prior Chapter Professional's Fees - Hirschler Fleischer | 6700-000 | NA | $60,000.00 | $60,000.00 | $19,229.07 |
| Other Prior Chapter Professional's Expenses - Hirschler Fleischer | 6710-000 | NA | $1,501.58 | $1,501.58 | $955.81 |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | $0.00 | $61,501.58 | $61,501.58 | $20,184.88 |

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2P | DC Gov't Office of Tax and Revenue | 5800-000 | NA | $3,414.01 | $0.00 | $0.00 |
| 7P | Karl Garcia | 5800-000 | NA | $3,350.00 | $0.00 | $0.00 |
| 10 | Canal View Holdings LLC | 5800-000 | NA | $30,604.68 | $0.00 | $0.00 |
| N/F | District of Columbia Treasurer | 5600-000 | $0.00 | NA | NA | NA |
| N/F | Internal Revenue Service | 5600-000 | $0.00 | NA | NA | NA |
| | **TOTAL PRIORITY UNSECURED CLAIMS** | | **$0.00** | **$37,368.69** | **$0.00** | **$0.00** |

**UST Form 101-7-TDR ( 10 /1/2010)**

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Department of Treasury | 7100-000 | NA | $2,520.00 | $0.00 | $0.00 |
| 2U | DC Gov't Office of Tax and Revenue | 7100-000 | NA | $650.00 | $0.00 | $0.00 |
| 3 | Sanctuary Condominium Unit Owners Assoc. | 7100-000 | NA | $745,575.00 | $20,000.00 | $20,000.00 |
| 4 | Law Offices of Mark D. Crawford PLLC | 7100-000 | NA | $173,449.26 | $0.00 | $0.00 |
| 5 | Michelle A. Tygier | 7100-000 | NA | $1,000.00 | $0.00 | $0.00 |
| 6 | Long & Foster Real Estate, Inc. d/b/a Urban Pace | 7100-000 | NA | $62,106.00 | $0.00 | $0.00 |
| 7U | Karl Garcia | 7100-000 | NA | $6,895,939.99 | $0.00 | $0.00 |
| 8 | Karl Garcia | 7100-000 | NA | $6,380,315.23 | $627,500.00 | $627,500.00 |
| 9 | Andrew Rubin | 7100-000 | NA | $298,484.32 | $0.00 | $0.00 |
| N/F | 2233-40th Partners LLC | 7100-000 | $0.00 | NA | NA | NA |
| N/F | 638 Newton Partners LLC | 7100-000 | $0.00 | NA | NA | NA |
| N/F | 819 Capital LLC | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Andrew Rubin | 7100-000 | $298,484.32 | NA | NA | NA |
| N/F | Business Filings Incorporated of DE | 7100-000 | $199.00 | NA | NA | NA |
| N/F | Canal View Holdings LLC | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Christos Economakis | 7100-000 | $0.00 | NA | NA | NA |

**UST Form 101-7-TDR ( 10 /1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| N/F | Gregory Auger II | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Gregory Auger III | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Harford Mutual Insurance Group | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Jeffrey Houle | 7100-000 | $0.00 | NA | NA | NA |
| N/F | K Street Holdings LLC | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Karl Garcia | 7100-000 | $4,575,000.00 | NA | NA | NA |
| N/F | Law Offices of Mark D. Crawford PLLC | 7100-000 | $167,292.26 | NA | NA | NA |
| N/F | Liliana Economakis | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Long & Foster Real Estate, Inc. | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Michelle Tygier | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Potomac Construction Group | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Regua LLC | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Robert Rubin | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Sanctuary Condominium Unit Owners | 7100-000 | $745,575.00 | NA | NA | NA |
| N/F | South Glebe LLC | 7100-000 | $0.00 | NA | NA | NA |
| N/F | TR Holdings LLC | 7100-000 | $0.00 | NA | NA | NA |
| N/F | TRG Development LLC | 7100-000 | $0.00 | NA | NA | NA |
| N/F | The Rubin Group LLC | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Thomas D. Madison | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Urban Pace | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Wood more Partners LLC | 7100-000 | $0.00 | NA | NA | NA |

**UST Form 101-7-TDR ( 10 /1/2010)**

| | | | | |
|---|---|---|---|---|
| **TOTAL GENERAL UNSECURED CLAIMS** | **$5,786,550.58** | **$14,560,039.80** | **$647,500.00** | **$647,500.00** |

**UST Form 101-7-TDR ( 10 /1/2010)**

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Exhibit 8
Page: 1

Case No.: 22-00101
Case Name: 819D LLC
For Period Ending: 06/18/2024

Trustee Name: (730040) Wendell W. Webster
Date Filed (f) or Converted (c): 10/12/2022 (c)
§ 341(a) Meeting Date: 11/17/2022
Claims Bar Date: 01/17/2023

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Checking Account at Sandy Spring Bank 17801 Georgia Avenue Olney, MD 20832, xxxxxx0185 (u) | 356.06 | 0.00 | | 356.06 | FA |
| 2 | EagleBank 7735 Old Georgetown Road Suite 100 Bethesda, MD 20814 (u) | 365,008.42 | 0.00 | | 0.00 | FA |
| 3 | Named additional insured on three insurance policies owned by Potomac Construction Group with Erie Insurance Exchange (Policy Q32 0171690 CGL ; Policy Q32 0101984 Umbrella; Policy Q44 0130654 Builder's Risk) (Total policy value $16,200,000) (u) | 16,200,000.00 | 0.00 | | 0.00 | FA |
| 4 | Insurance Policy with Harford Mutual Insurance Group (umbrella policy for $1 million peroccurrence/$3 million in the aggregate) (u) | 3,000,000.00 | 0.00 | | 0.00 | FA |
| 5 | Judgment in the amount of $339,384.13 against Potomac Construction Group (819D LLC v. Potomac Construction Group, LLC, United States District Court for the District of Columbia (Case No. 1:19-cv-0080). Amount Requested: $0.00 (u) | 339,384.13 | 0.00 | | 0.00 | FA |
| 6* | 9019 Settlement  (u) (See Footnote) | 0.00 | 0.00 | | 732,500.00 | FA |
| 6 | **Assets Totals (Excluding unknown values)** | **$19,904,748.61** | **$0.00** | | **$732,856.06** | **$0.00** |

RE PROP# 6        9019 Court Approved Settlement Pymt

**Major Activities Affecting Case Closing:**

2/7/24 - Global settlement agreed upon & executed by all parties, subject to Bktcy Ct approval at hrg on 2/13.

11/15/23 - Motion to Enforce global settlement of all claims scheduled for evidentiary hrg on 2/12/24

11/1/23 - Settlement Mtn continued to 11/15

10/16/23 - Limited Objection to global settlement of all claims

9/20/23 - Parties have agreed to a settlement dispositive of all claims, subject to court approval at hrg on 10/18/23.

6/28/23 - Original Ch 7 trustee resigned from case & WWW appointed successor trustee on 6/23/23. Motions scheduled to be heard on 6/6/23 continued to date & time to be determined by court.

Initial Projected Date Of Final Report (TFR): 10/31/2023        Current Projected Date Of Final Report (TFR): 03/28/2024 (Actual)

UST Form 101-7-TDR ( 10 /1/2010)

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Exhibit 8

Page: 2

**Case No.:** 22-00101  
**Case Name:** 819D LLC

**Trustee Name:** (730040) Wendell W. Webster  
**Date Filed (f) or Converted (c):** 10/12/2022 (c)  
**§ 341(a) Meeting Date:** 11/17/2022

**For Period Ending:** 06/18/2024

**Claims Bar Date:** 01/17/2023

06/18/2024  
Date

/s/Wendell W. Webster  
Wendell W. Webster

Form 2

Exhibit 9

## Cash Receipts And Disbursements Record

Page: 1

| Case No.: | 22-00101 | Trustee Name: | Wendell W. Webster (730040) |
|---|---|---|---|
| Case Name: | 819D LLC | Bank Name: | TriState Capital Bank |
| Taxpayer ID #: | **-***5664 | Account #: | ******7617 Checking |
| For Period Ending: | 06/18/2024 | Blanket Bond (per case limit): | $3,000,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 07/10/23 | {1} | 819D LLC | Balance of Funds on deposit from debtor's ch. 11 DIP acct | 1229-000 | 356.06 | | 356.06 |
| 07/31/23 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 5.00 | 351.06 |
| 08/31/23 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 5.00 | 346.06 |
| 09/29/23 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 5.00 | 341.06 |
| 10/31/23 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 5.00 | 336.06 |
| 11/30/23 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 5.00 | 331.06 |
| 12/29/23 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 5.00 | 326.06 |
| 01/31/24 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 5.00 | 321.06 |
| 02/21/24 | 101 | SeibertKeck Insurance Partners | Policy #3792909 03/01/2024-03/01/2025 | 2200-000 | | 0.49 | 320.57 |
| 02/29/24 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 5.00 | 315.57 |
| 03/12/24 | | McNamee Hosea | Final Global Settlement | | 85,000.00 | | 85,315.57 |
| | {6} | | Gross Settlement $732,500.00 | 1249-000 | | | |
| | | Karl Garcia | Garcia Settlement Pymt -$627,500.00 | 7100-000 | | | |
| | | Sanctuary Condominium Unit Owners Assoc. | SCUOA Settlement Pymt -$20,000.00 | 7100-000 | | | |
| 04/03/24 | 102 | McNamee Hosea | Ch 7 Admn Claim for Legal Fees | 3110-000 | | 56,477.03 | 28,838.54 |
| 04/03/24 | 103 | McNamee Hosea | Ch 7 Admn Claim for Legal Expenses | 3120-000 | | 385.44 | 28,453.10 |
| 05/30/24 | 104 | Wendell W. Webster, Trustee | Ch 7Admn Compensation | 2100-000 | | 7,517.80 | 20,935.30 |
| 05/30/24 | 105 | U.S. Trustee | Ch 7 Admn Claim | 2950-000 | | 750.42 | 20,184.88 |
| 05/30/24 | 106 | Hirschler Fleischer | Ch 11 Legal Fees | 6700-000 | | 19,229.07 | 955.81 |
| 05/30/24 | 107 | Hirschler Fleischer | Ch 11 Legal Exps | 6710-000 | | 955.81 | 0.00 |
| | | **COLUMN TOTALS** | | | 85,356.06 | 85,356.06 | $0.00 |
| | | | Less: Bank Transfers/CDs | | 0.00 | 0.00 | |
| | | **Subtotal** | | | 85,356.06 | 85,356.06 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | **NET Receipts / Disbursements** | | | $85,356.06 | $85,356.06 | |

{ } Asset Reference(s)    UST Form 101-7-TDR ( 10 /1/2010)    ! - transaction has not been cleared

**Form 2**

Exhibit 9
Page: 2

## Cash Receipts And Disbursements Record

| | | | |
|---|---|---|---|
| **Case No.:** | 22-00101 | **Trustee Name:** | Wendell W. Webster (730040) |
| **Case Name:** | 819D LLC | **Bank Name:** | TriState Capital Bank |
| **Taxpayer ID #:** | **-***5664 | **Account #:** | ******7617 Checking |
| **For Period Ending:** | 06/18/2024 | **Blanket Bond (per case limit):** | $3,000,000.00 |
| | | **Separate Bond (if applicable):** | N/A |

| | |
|---|---:|
| Net Receipts: | $85,356.06 |
| Plus Gross Adjustments: | $647,500.00 |
| Less Payments to Debtor: | $0.00 |
| Less Other Noncompensable Items: | $0.00 |
| Net Estate: | $732,856.06 |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---:|---:|---:|
| ******7617 Checking | $85,356.06 | $85,356.06 | $0.00 |
| | **$85,356.06** | **$85,356.06** | **$0.00** |

06/18/2024  
Date

/s/Wendell W. Webster  
Wendell W. Webster

UST Form 101-7-TDR (10 /1/2010)