**22OC7ASST**



United States Bankruptcy Court for
the District of Columbia
E. Barrett Prettyman U. S. Courthouse
333 Constitution Ave, NW #1225
Washington, DC 20001
(202) 354−3280
www.dcb.uscourts.gov

**In Re**
819D LLC
**Debtor**

**Case No.** 22−00101−ELG

**Chapter** 7

### ORDER

==========

   UPON APPLICATION of the Chapter 7 Trustee and upon recommendation of the United States Trustee, and it appearing to the Court that nothing further remains to be done in this matter, it is hereby,

   ORDERED that the Chapter 7 Trustee appointed in this case is discharged and the case is closed.

Dated: 8/1/24

For the Court:
Angela D. Caesar
BY:  mb

Copies To:
Recipients of Electonic Notifications;
Debtor;
Appointed Trustee.

United States Bankruptcy Court

District of Columbia

In re:                                                                                                                  Case No. 22-00101-ELG
819D LLC                                                                                                        Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0090-1              User: admin              Page 1 of 5
Date Rcvd: Aug 01, 2024        Form ID: oc7asst         Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol      Definition**

\+             Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 03, 2024:**

| Recip ID | Recipient Name and Address |
|---|---|
| dbpos | + 819D LLC, 1423 Sharps Point Road, Annapolis, MD 21409-6139 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 03, 2024                   Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 1, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Aaron L. Casagrande | on behalf of Interested Party Hartford Mutual Insurance Company aaron.casagrande@icemiller.com |
| Alexander McDonald Laughlin | on behalf of Creditor Gregory Auger III alex.laughlin@ofplaw.com, marse.hammond@ofplaw.com |
| Alexander McDonald Laughlin | on behalf of Creditor Gregory Auger II alex.laughlin@ofplaw.com, marse.hammond@ofplaw.com |
| Alexander McDonald Laughlin | on behalf of Creditor Regua LLC alex.laughlin@ofplaw.com, marse.hammond@ofplaw.com |
| Alexander McDonald Laughlin | on behalf of Defendant Gregory Auger III alex.laughlin@ofplaw.com, marse.hammond@ofplaw.com |
| Alexander McDonald Laughlin | on behalf of Defendant Gregory Auger II alex.laughlin@ofplaw.com, marse.hammond@ofplaw.com |

| | | |
|---|---|---|
| District/off: 0090-1 | User: admin | Page 2 of 5 |
| Date Rcvd: Aug 01, 2024 | Form ID: oc7asst | Total Noticed: 1 |

Alexander McDonald Laughlin
    on behalf of Defendant Regua LLC alex.laughlin@ofplaw.com, marse.hammond@ofplaw.com

Bradley Barna
    on behalf of Plaintiff Sanctuary Condominium Unit Owners Association bbarna@chadwickwashington.com

Bradley Barna
    on behalf of Creditor Sanctuary Condominium Unit Owners Association bbarna@chadwickwashington.com

Bryan S. Ross
    on behalf of Trustee Bryan S. Ross ysnore@aol.com bross@ecf.axosfs.com

Charles B Peoples
    on behalf of Defendant 819D LLC cpeoples@tthlaw.com

Christopher Rogan
    on behalf of Defendant Robert Rubin crogan@rmzlawfirm.com

Christopher Rogan
    on behalf of Interested Party The Rubin Group LLC crogan@rmzlawfirm.com

Christopher Rogan
    on behalf of Interested Party 638 Newton Partners LLC crogan@rmzlawfirm.com

Christopher Rogan
    on behalf of Defendant South Glebe LLC crogan@rmzlawfirm.com

Christopher Rogan
    on behalf of 3rd Party Plaintiff TR Holdings LLC crogan@rmzlawfirm.com

Christopher Rogan
    on behalf of Interested Party 2233-40th Partners LLC crogan@rmzlawfirm.com

Christopher Rogan
    on behalf of Interested Party South Glebe LLC crogan@rmzlawfirm.com

Christopher Rogan
    on behalf of Defendant K Street Holdings LLC crogan@rmzlawfirm.com

Christopher Rogan
    on behalf of 3rd Party Plaintiff Michelle Tygier crogan@rmzlawfirm.com

Christopher Rogan
    on behalf of Interested Party Michelle A. Tygier crogan@rmzlawfirm.com

Christopher Rogan
    on behalf of Defendant Michelle A. Tygier crogan@rmzlawfirm.com

Christopher Rogan
    on behalf of 3rd Party Plaintiff Robert Rubin crogan@rmzlawfirm.com

Christopher Rogan
    on behalf of Defendant TR Holdings LLC crogan@rmzlawfirm.com

Christopher Rogan
    on behalf of 3rd Party Plaintiff The Rubin Group LLC crogan@rmzlawfirm.com

Christopher Rogan
    on behalf of Interested Party Robert Rubin crogan@rmzlawfirm.com

Christopher Rogan
    on behalf of Interested Party TR Holdings LLC crogan@rmzlawfirm.com

Christopher Rogan
    on behalf of Interested Party K Street Holdings LLC crogan@rmzlawfirm.com

Christopher Rogan
    on behalf of Defendant 2233-40th Partners LLC crogan@rmzlawfirm.com

Christopher Rogan
    on behalf of Defendant Rubin Group LLC crogan@rmzlawfirm.com

Christopher Rogan
    on behalf of Defendant 638 Newton Partners LLC crogan@rmzlawfirm.com

Christopher A. Glaser
    on behalf of Interested Party Andrew Rubin cglaser@jackscamp.com iluaces@jackscamp.com

Christopher A. Glaser
    on behalf of Defendant Andrew Rubin cglaser@jackscamp.com iluaces@jackscamp.com

Christopher A. Glaser
    on behalf of Interested Party Canal View Holdings LLC cglaser@jackscamp.com iluaces@jackscamp.com

Case 22-00101-ELG    Doc 248    Filed 08/03/24    Entered 08/04/24 00:03:52    Desc
Imaged Certificate of Notice    Page 4 of 6

| District/off: 0090-1 | User: admin | Page 3 of 5 |
|---|---|---|
| Date Rcvd: Aug 01, 2024 | Form ID: oc7asst | Total Noticed: 1 |

| | |
|---|---|
| Christopher A. Glaser | on behalf of Defendant Canal View Holdings LLC cglaser@jackscamp.com iluaces@jackscamp.com |
| Douglas E. McKinley | on behalf of Defendant Thomas D. Madison doug1803@verizon.net |
| Douglas E. McKinley | on behalf of Interested Party THOMAS D. MADISON doug1803@verizon.net |
| Heidi Poda | heidi.n.poda@usdoj.gov |
| John A. C. Keith | on behalf of Defendant Jeffrey Houle jkeith@bklawva.com |
| Justin Philip Fasano | on behalf of Defendant Bryan S. Ross Chapter 7 Trustee jfasano@mhlawyers.com, jfasano@ecf.courtdrive.com;hleaphart@mhlawyers.com;cmartin@mhlawyers.com;fasano.justinr92003@notify.bestcase.com |
| Justin Philip Fasano | on behalf of Trustee Wendell W. Webster jfasano@mhlawyers.com jfasano@ecf.courtdrive.com;hleaphart@mhlawyers.com;cmartin@mhlawyers.com;fasano.justinr92003@notify.bestcase.com |
| Justin Philip Fasano | on behalf of Trustee Bryan S. Ross jfasano@mhlawyers.com jfasano@ecf.courtdrive.com;hleaphart@mhlawyers.com;cmartin@mhlawyers.com;fasano.justinr92003@notify.bestcase.com |
| Justin Philip Fasano | on behalf of Defendant Bryan Ross jfasano@mhlawyers.com jfasano@ecf.courtdrive.com;hleaphart@mhlawyers.com;cmartin@mhlawyers.com;fasano.justinr92003@notify.bestcase.com |
| Kristen E Burgers | on behalf of Defendant 819D LLC kburgers@hirschlerlaw.com ndysart@hirschlerlaw.com |
| Kristen E Burgers | on behalf of Interested Party Hirschler Fleischer kburgers@hirschlerlaw.com ndysart@hirschlerlaw.com |
| Kristen E Burgers | on behalf of Debtor In Possession 819D LLC kburgers@hirschlerlaw.com ndysart@hirschlerlaw.com |
| Kristen S. Eustis | on behalf of U.S. Trustee U. S. Trustee for Region Four Kristen.S.Eustis@usdoj.gov Robert.W.Ours@usdoj.gov |
| Laurin Howard Mills | on behalf of Interested Party 638 Newton Partners LLC Laurin@werthermills.com roussy@werthermills.com |
| Laurin Howard Mills | on behalf of Defendant 819D LLC Laurin@werthermills.com roussy@werthermills.com |
| Laurin Howard Mills | on behalf of 3rd Party Plaintiff The Rubin Group LLC Laurin@werthermills.com roussy@werthermills.com |
| Laurin Howard Mills | on behalf of 3rd Party Plaintiff Robert Rubin Laurin@werthermills.com roussy@werthermills.com |
| Laurin Howard Mills | on behalf of Defendant Rubin Group LLC Laurin@werthermills.com roussy@werthermills.com |
| Laurin Howard Mills | on behalf of Defendant Robert Rubin Laurin@werthermills.com roussy@werthermills.com |
| Laurin Howard Mills | on behalf of Interested Party Robert Rubin Laurin@werthermills.com roussy@werthermills.com |
| Laurin Howard Mills | on behalf of Defendant K Street Holdings LLC Laurin@werthermills.com roussy@werthermills.com |
| Laurin Howard Mills | on behalf of 3rd Party Plaintiff Michelle Tygier Laurin@werthermills.com roussy@werthermills.com |
| Laurin Howard Mills | on behalf of Defendant 2233-40th Partners LLC Laurin@werthermills.com roussy@werthermills.com |
| Laurin Howard Mills | on behalf of Interested Party South Glebe LLC Laurin@werthermills.com roussy@werthermills.com |
| Laurin Howard Mills | on behalf of Interested Party Michelle A. Tygier Laurin@werthermills.com roussy@werthermills.com |
| Laurin Howard Mills | on behalf of Interested Party K Street Holdings LLC Laurin@werthermills.com roussy@werthermills.com |
| Laurin Howard Mills | |

Case 22-00101-ELG   Doc 248   Filed 08/03/24   Entered 08/04/24 00:03:52   Desc
Imaged Certificate of Notice   Page 5 of 6

| District/off: 0090-1 | User: admin | Page 4 of 5 |
|---|---|---|
| Date Rcvd: Aug 01, 2024 | Form ID: oc7asst | Total Noticed: 1 |

| | |
|---|---|
| | on behalf of Interested Party 2233-40th Partners LLC Laurin@werthermills.com  roussy@werthermills.com |
| Laurin Howard Mills | |
| | on behalf of Defendant South Glebe LLC Laurin@werthermills.com  roussy@werthermills.com |
| Laurin Howard Mills | |
| | on behalf of Defendant Michelle A. Tygier Laurin@werthermills.com  roussy@werthermills.com |
| Laurin Howard Mills | |
| | on behalf of Defendant 638 Newton Partners LLC Laurin@werthermills.com  roussy@werthermills.com |
| Laurin Howard Mills | |
| | on behalf of Interested Party TR Holdings LLC Laurin@werthermills.com  roussy@werthermills.com |
| Laurin Howard Mills | |
| | on behalf of Interested Party The Rubin Group LLC Laurin@werthermills.com  roussy@werthermills.com |
| Laurin Howard Mills | |
| | on behalf of Defendant TR Holdings LLC Laurin@werthermills.com  roussy@werthermills.com |
| Laurin Howard Mills | |
| | on behalf of 3rd Party Plaintiff TR Holdings LLC Laurin@werthermills.com  roussy@werthermills.com |
| Marc E. Albert | |
| | on behalf of Plaintiff Karl Garcia marc.albert@stinson.com  porsche.barnes@stinson.com;joshua.cox@stinson.com |
| Marc E. Albert | |
| | on behalf of Creditor Karl Garcia marc.albert@stinson.com porsche.barnes@stinson.com;dc05@ecfcbis.com;mealbert@ecf.axosfs.com |
| Mark Crawford, I | |
| | on behalf of Creditor Mark David Law Offices of Mark D Crawford PLLC mcrawford@mdc-law.com |
| Mark Crawford, I | |
| | on behalf of Trustee Bryan S. Ross mcrawford@mdc-law.com |
| Maurice Belmont VerStandig | |
| | on behalf of Defendant Canal View Holdings LLC mac@mbvesq.com lisa@mbvesq.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email |
| Maurice Belmont VerStandig | |
| | on behalf of Interested Party Canal View Holdings LLC mac@mbvesq.com lisa@mbvesq.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email |
| Maurice Belmont VerStandig | |
| | on behalf of Defendant Woodmore Partners LLC mac@mbvesq.com lisa@mbvesq.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email |
| Maurice Belmont VerStandig | |
| | on behalf of Interested Party 819 Capital LLC mac@mbvesq.com lisa@mbvesq.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email |
| Maurice Belmont VerStandig | |
| | on behalf of Plaintiff Canal View Holdings LLC mac@mbvesq.com lisa@mbvesq.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email |
| Maurice Belmont VerStandig | |
| | on behalf of Interested Party Woodmore Partners  LLC mac@mbvesq.com, lisa@mbvesq.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email |
| Maurice Belmont VerStandig | |
| | on behalf of Defendant Andrew Rubin mac@mbvesq.com lisa@mbvesq.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email |
| Maurice Belmont VerStandig | |
| | on behalf of Plaintiff Andrew Rubin mac@mbvesq.com lisa@mbvesq.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email |
| Maurice Belmont VerStandig | |
| | on behalf of Interested Party TRG Development LLC mac@mbvesq.com lisa@mbvesq.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email |
| Maurice Belmont VerStandig | |
| | on behalf of Defendant 819 Capital LLC mac@mbvesq.com lisa@mbvesq.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email |
| Maurice Belmont VerStandig | |
| | on behalf of Defendant TRG Development LLC mac@mbvesq.com lisa@mbvesq.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email |
| Maurice Belmont VerStandig | |
| | on behalf of Interested Party Andrew Rubin mac@mbvesq.com lisa@mbvesq.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email |

| | | |
|---|---|---|
| District/off: 0090-1 | User: admin | Page 5 of 5 |
| Date Rcvd: Aug 01, 2024 | Form ID: oc7asst | Total Noticed: 1 |

| | |
|---|---|
| Michael T. Freeman | on behalf of U.S. Trustee U. S. Trustee for Region Four michael.t.freeman@usdoj.gov robert.w.ours@usdoj.gov |
| Robert Michael Gittins | on behalf of Defendant The Sanctuary Condominium Unit Owners Association gittins@ewmd.com |
| Sara Kathryn Jackson | on behalf of U.S. Trustee U. S. Trustee for Region Four sara.kathryn.jackson@usdoj.gov Robert.W.Ours@usdoj.gov |
| Stephen E. Leach | on behalf of Debtor In Possession 819D LLC sleach@hirschlerlaw.com ndysart@hirschlerlaw.com |
| Stephen E. Leach | on behalf of Defendant 819D LLC sleach@hirschlerlaw.com ndysart@hirschlerlaw.com |
| Timothy G Casey | on behalf of Defendant Long & Foster Real Estate  Inc. timgcasey@yahoo.com |
| Timothy G Casey | on behalf of Interested Party Long & Foster Real Estate  Inc. timgcasey@yahoo.com |
| Tracey Michelle Ohm | on behalf of Plaintiff Karl Garcia tracey.ohm@stinson.com porsche.barnes@stinson.com |
| Tracey Michelle Ohm | on behalf of Creditor Karl Garcia tracey.ohm@stinson.com porsche.barnes@stinson.com |
| Tracey Michelle Ohm | on behalf of Attorney Tracey Michelle Ohm tracey.ohm@stinson.com porsche.barnes@stinson.com |
| U. S. Trustee for Region Four | USTPRegion04.DC.ECF@USDOJ.GOV |
| United States Trustee R4_CH7A | mark.e.steven@usdoj.gov |
| Wendell W. Webster | wwebster@websterfredrickson.com DC03@ecfcbis.com |
| Wendell W. Webster | on behalf of Trustee Wendell W. Webster wwebster@websterfredrickson.com DC03@ecfcbis.com |
| William B Porter | on behalf of Interested Party Jeffrey Houle wporter@bklawva.com agabler@bklawva.com;jkeith@bklawva.com;imcelhaney@bklawva.com |

TOTAL: 99